IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC., <br> 24 Frank Lloyd Wright Dr. <br> Lobby 1, 4th Floor <br> Ann Arbor, Michigan 48106, <br><br> Plaintiff, <br><br> vs. <br><br> BAGGA ENTERPRISES, INC., <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454, <br><br> JAMUNA REAL ESTATE, LLC, <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454, <br><br> UNITED MANAGEMENT SERVICES, INC., <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454, <br><br> -and- <br><br> WELCOME GROUP, INC. <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454, <br><br> Defendants. | Civil Action No. 02-CV-2710 |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as counsel for all plaintiffs in the above-captioned

matter.

          Respectfully submitted,

          */s/ David F. McCann*
          David F. McCann
          Pa. Attorney I.D. No. 87609
          Pepper Hamilton LLP
          3000 Two Logan Square
          Eighteenth and Arch Streets
          Philadelphia, PA  19103
          215-981-4000

Dated: August 19, 2002

PHLEGAL: #1302169 v14 (rwrd14!.DOC)