## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAPTEC FINANCIAL GROUP, INC., :
24 Frank Lloyd Wright Dr. :
Lobby l, 4th Floor :
Ann Arbor, Michigan  48106, :
                               :
         Plaintiff, :   Civil Action No. 02-CV-2710
                               :
      vs. :
                               :
BAGGA ENTERPRISES, INC., :
121 Dickerson Road, Unit 6 :
North Wales, Pennsylvania  19454, :
                               :
JAMUNA REAL ESTATE, LLC :
121 Dickerson Road, Unit 6 :
North Wales, Pennsylvania 19454 :
                               :
UNITED MANAGEMENT SERVICES, INC., :
121 Dickerson Road, Unit 6 :
North Wales, Pennsylvania  19454, :
                               :
      -and- :
                               :
WELCOME GROUP, INC. :
121 Dickerson Road, Unit 6 :
North Wales, Pennsylvania  19454, :
                               :
         Defendants. :

## ORDER FOR DEFAULT JUDGMENT

       AND NOW, this _____ day of _____ 2002, the default judgment of

Defendants Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services,

Inc., and Welcome Group, Inc., in the above action is hereby entered pursuant to Federal Rule of

Civil Procedure 55(b) for the reason that said Defendants have failed to plead or otherwise

defend as provided by court rules.

IT IS HEREBY ORDERED THAT :

1.  Judgment is entered against all defendants in the amount of $1,505,862.54 as of September 27, 2002, plus interest at the rate of $444.21 per diem from that day forward.

2.  Defendants are permanently enjoined from conveying, assigning, or otherwise dissipating the collateral covered by the Security Agreement (Attached as Exhibit C) and the Deed of Trust, Assignment of Leases and Rents, Fixture Filing and Security Agreement (Attached as Exhibit D) and the Court orders Defendants to cooperate fully with Plaintiff to recover such collateral, and to pay all reasonable attorneys' fees and expenses, and court costs.

3.  Defendants are ordered to file with a full inventory and accounting of all property listed on the Security Agreement and Deed of Trust, Assignment of Leases and Rents, Fixture Filing and Security Agreement, including the location of the assets, the names and addresses of the purchasers of any assets, the items purchased by each, the amount received, and the disposition of the proceeds of any such sales.

BY THE COURT:

_____