## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FL RECEIVABLE TRUST 2002-A,

                  Plaintiff,

    v.

BAGGA ENTERPRISES, INC.; JAMUNA
REAL ESTATE, LLC; UNITED
MANAGEMENT SERVICES, INC.; and
WELCOME GROUP, INC.,

                  Defendants

Assigned Judge:
The Honorable Lowell A. Reed, Jr., S.J.

Civil Action Nos.  02-CV-2710
                 02-CV-2711
                 02-CV-2080
                 02-CV-2086

## AFFIDAVIT OF ROBERT HERMANN

**ROBERT HERMANN,** pursuant to 28 U.S.C. §1746, declares the following to be true under penalty of perjury:

    1.    I am counsel to the firm of Thacher, Proffitt & Wood, 50 Main Street, 5th Floor, White Plains, NY, 10606, and a member in good standing of the bar of the State of New York. Unless otherwise indicated, I make this affidavit on personal knowledge based upon my own involvement in this case, my review of the file in this matter and conversations with knowledgeable parties.

    2.    By order of this Court, in accordance with Local Civil Rule 83.5.2(b), I have been admitted to the bar of this Court *pro hac vice*, in order to represent the plaintiff in this action.

    3.    The four judgment debtor defendants defaulted on millions of dollars of loans that the Trust's predecessor in interest, Captec Financial Services, made to them in connection with a

group of Arby's fast-food restaurants owned and operated by Pratpal (a/k/a "Paul") Bagga in Pennsylvania and Texas. The Trust seeks to execute on default judgments obtained against each of the defendants with respect to those loans.

4.      Movant Khushvinder Bagga ("Bagga") is the wife of Paul Bagga. Together, they own and control dozens of companies, principally in Pennsylvania, in fast food, clothing and other businesses. They are related to, and involved in business ventures with, Paul Bagga's cousin Ravinder Chawla ("Chawla"), a prominent real estate developer in Philadelphia who is also in the clothing business with the Baggas. Chawla is being sued in this Court for selling counterfeit goods in an action entitled Nike v. Brandmania, 00 Civ. 05148.

5.      On or about May 20, 2003, this Court granted, over Bagga's opposition, a motion by the Trust for an order compelling Bagga to appear for a deposition. Although the Court ordered the deposition to occur by June 4, 2003, upon information and belief Bagga left the country to travel to India. Bagga was not made available for deposition until June 17, 2003.

6.      The deposition of Bagga commenced on June 17, 2003. However, throughout the deposition, Bagga's counsel blocked all inquiry concerning Bagga's personal assets. After the parties submitted letter briefs on the propriety of that conduct, on or about July 17, 2003 this Court issued an order requiring that Bagga resume her deposition and answer "all questions propounded at the deposition of June 17, 2003 as to which she was instructed not to answer on the grounds of 'personal assets or matters' or other grounds of relevancy and answer reasonable follow-up questions." Annexed hereto as **Exhibit 1** is a true and correct copy of this Order.

2

7.    On August 7, 2003, I resumed taking Bagga's deposition on behalf of the Trust. Although Bagga's counsel criticized the questioning at the resumed deposition, counsel made no effort to terminate the examination or to preclude any of the questioning.

8.    Annexed hereto as **Exhibit 2** is a true and correct copy of the June 17, 2003 deposition of Khushvinder Bagga ("June Deposition").

9.    Annexed hereto as **Exhibit 3** is a true and correct copy of the draft August 7, 2003 deposition of Khushvinder Bagga ("August Deposition").

10.    At the August Deposition, Bagga was shown two exhibits that are annexed hereto: (i) an account of transactions in 2000 by American Merchandise Co., Inc., of which Bagga was an officer, reflecting checks and wires from American Merchandise to the Chawla-owned "Ten Tigers" trading company in the amount of $8 million (rounded) with deposits of $1.3 million (rounded), annexed hereto as **Exhibit 4**; and (b), Bagga's personal bank account summary dated August 6, 2003, reflecting activity in the second quarter of 2003 only, annexed hereto as **Exhibit 5**.

11.    On August 12, 2003, the Trust served Bagga with a subpoena *duces tecum*. Annexed hereto as **Exhibit 6** is a true and correct copy of the subpoena *duces tecum* served on Bagga that is the subject of Bagga's motion to quash.

_____
Robert Hermann

Sworn to before me this
4th day of September, 2003

_____
Notary Public

PATRICIA E. LEAVY
Notary Public, State of New York
No. 01LE4813341
Qualified in Westchester County
Commission Expires August 31, 1996 2006

3

1

1      IN  THE  UNITED  STATES  DISTRICT  COURT
       EASTERN  DISTRICT  OF  PENNSYLVANIA
2

3   FL RECEIVABLE  TRUST              CIVIL  ACTION
    2002-A,                          ORIGINAL
4        Plaintiff

5                      vs.

6   BAGGA ENTERPRISES,  INC;      NO.  02-2710
    JAMUNA REAL ESTATE, LLC;      NO.  02-2711
7   UNITED MANAGEMENT             NO.  02-2080
    SERVICES,INC.; and            NO.  02-2086
8   WELCOME GROUP,INC.
         Defendants
9                      - - - - - -
                   June  17,  2003
10                     - - - - - -
11                   Partial  Videotape  Oral
    Deposition of KHUSHVINDER KAUR BAGGA,
12  held in the law offices of Obermayer,
    Rebman, Maxwell & Hipple, 1617 John F.
13  Kennedy Boulevard, 19th Floor,
    Philadelphia,Pennsylvania 19103,
14  beginning at 9:38 a.m., before Ann V.
    Kaufmann, a Registered Professional
15  Reporter, Certified Realtime Reporter,
    Approved Reporter of the U.S. District
16  Court, and a Notary Public of the
    Commonwealth of Pennsylvania.

17

18                     - - - - - -

19

20

21

22          ESQUIRE  DEPOSITION  SERVICES
         1800 John F. Kennedy Boulevard
23                15th Floor
        Philadelphia, Pennsylvania  19103
24              (215) 988-9191
25

         ESQUIRE  DEPOSITION  SERVICES

```
 1  APPEARANCES:
 2     THACHER, PROFFIT & WOOD
        ROBERT HERMANN, ESQUIRE
 3     JEAN BURKE, ESQUIRE
        LEE SMITH, ESQUIRE
 4     50 Main Street, 5th Floor
        White Plains, NY 10606
 5     (914) 421-4100
                and
 6     OBERMAYER, REBMANN, MAXWELL &
        HIPPEL,LLP
 7     STEVEN A. HABER, ESQUIRE
        LAWRENCE J. TABAS, ESQUIRE
 8     One Penn Center, 19th Floor
        Philadelphia, Pennsylvania  19103
 9     (215) 665-3000
        Counsel for Plaintiff
10
        SPECTOR, GADON & ROSEN, PC
11     LESLIE BETH BASKIN, ESQUIRE
        lbaskin@lawsgr.com
12     Seven Penn Center
        1635 Market Street, 7th Floor
13     Philadelphia, Pennsylvania  19103
        (215) 241-8888
14     Counsel for Defendants
15     PRESENT:
16     JASON HOFFMAN, Videotape Specialist
        Esquire Deposition Services
17
18
19
20
21
22
23
24
```

ESQUIRE DEPOSITION SERVICES

3

EXAMINATION INDEX

KHUSHVINDER KAUR BAGGA

BY MR. HERMANN                                    8

EXHIBIT INDEX

MAR

K. Bagga

1      Deposit slips                          233

2      Three pages of checks                  238

3      Five checks                            240

```
 1              DEPOSITION SUPPORT INDEX
 2        DIRECTION TO WITNESS NOT TO ANSWER
 3        BY MS. BASKIN                        20
          BY MS. BASKIN                        21
 4        BY MS. BASKIN                        24
          BY MS. BASKIN                        27
 5        BY MS. BASKIN                        39
          BY MS. BASKIN                        40
 6        BY MS. BASKIN                        40
          BY MS. BASKIN                        40
 7        BY MS. BASKIN                        42
          BY MS. BASKIN                        43
 8        BY MS. BASKIN                        44
          BY MS. BASKIN                        45
 9        BY MS. BASKIN                        45
          BY MS. BASKIN                        46
10        BY MS. BASKIN                        47
          BY MS. BASKIN                        46
11        BY MS. BASKIN                        47
          BY MS. BASKIN                        47
12        BY MS. BASKIN                        47
          BY MS. BASKIN                        48
13        BY MS. BASKIN                        48
          BY MS. BASKIN                        48
14        BY MS. BASKIN                        48
          BY MS. BASKIN                        49
15        BY MS. BASKIN                        49
          BY MS. BASKIN                        49
16        BY MS. BASKIN                        50
          BY MS. BASKIN                        50
17        BY MS. BASKIN                        51
          BY MS. BASKIN                        51
18        BY MS. BASKIN                        51
          BY MS. BASKIN                        52
19        BY MS. BASKIN                        56
          BY MS. BASKIN                        57
20        BY MS. BASKIN                        59
          BY MS. BASKIN                        59
21        BY MS. BASKIN                        59
          BY MS. BASKIN                        60
22        BY MS. BASKIN                        61
          BY MS. BASKIN                        61
23        BY MS. BASKIN                        61
          BY MS. BASKIN                        61
24        BY MS. BASKIN                        62
```

DIRECTION TO WITNESS NOT TO ANSWER

| | | |
|---|---|---|
| 1 | BY MS. BASKIN | 63 |
| 2 | BY MS. BASKIN | 64 |
| | BY MS. BASKIN | 65 |
| 3 | BY MS. BASKIN | 65 |
| | BY MS. BASKIN | 65 |
| 4 | BY MS. BASKIN | 66 |
| | BY MS. BASKIN | 66 |
| 5 | BY MS. BASKIN | 67 |
| | BY MS. BASKIN | 75 |
| 6 | BY MS. BASKIN | 75 |
| | BY MS. BASKIN | 75 |
| 7 | BY MS. BASKIN | 75 |
| | BY MS. BASKIN | 76 |
| 8 | BY MS. BASKIN | 76 |
| | BY MS. BASKIN | 76 |
| 9 | BY MS. BASKIN | 77 |
| | BY MS. BASKIN | 77 |
| 10 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 110 |
| 11 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 110 |
| 12 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 110 |
| 13 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 112 |
| 14 | BY MS. BASKIN | 112 |
| | BY MS. BASKIN | 112 |
| 15 | BY MS. BASKIN | 112 |
| | BY MS. BASKIN | 113 |
| 16 | BY MS. BASKIN | 113 |
| | BY MS. BASKIN | 114 |
| 17 | BY MS. BASKIN | 115 |
| | BY MS. BASKIN | 115 |
| 18 | BY MS. BASKIN | 116 |
| | BY MS. BASKIN | 119 |
| 19 | BY MS. BASKIN | 120 |
| | BY MS. BASKIN | 120 |
| 20 | BY MS. BASKIN | 121 |
| | BY MS. BASKIN | 121 |
| 21 | BY MS. BASKIN | 122 |
| | BY MS. BASKIN | 122 |
| 22 | BY MS. BASKIN | 122 |
| | BY MS. BASKIN | 149 |
| 23 | BY MS. BASKIN | 151 |
| | BY MS. BASKIN | 152 |
| 24 | BY MS. BASKIN | |

DIRECTION TO WITNESS NOT TO ANSWER

| | |
|---|---|
| BY MS. BASKIN | 152 |
| BY MS. BASKIN | 153 |
| BY MS. BASKIN | 153 |
| BY MS. BASKIN | 156 |
| BY MS. BASKIN | 177 |
| BY MS. BASKIN | 187 |
| BY MS. BASKIN | 187 |
| BY MS. BASKIN | 190 |
| BY MS. BASKIN | 192 |
| BY MS. BASKIN | 193 |
| BY MS. BASKIN | 194 |
| BY MS. BASKIN | 195 |
| BY MS. BASKIN | 196 |
| BY MS. BASKIN | 197 |
| BY MS. BASKIN | 198 |
| BY MS. BASKIN | 198 |
| BY MS. BASKIN | 200 |
| BY MS. BASKIN | 200 |
| BY MS. BASKIN | 201 |
| BY MS. BASKIN | 202 |
| BY MS. BASKIN | 203 |
| BY MS. BASKIN | 205 |
| BY MS. BASKIN | 205 |
| BY MS. BASKIN | 204 |
| BY MS. BASKIN | 205 |
| BY MS. BASKIN | 205 |
| BY MS. BASKIN | 206 |
| BY MS. BASKIN | 206 |
| BY MS. BASKIN | 208 |
| BY MS. BASKIN | 211 |
| BY MS. BASKIN | 211 |
| BY MS. BASKIN | 213 |
| BY MS. BASKIN | 214 |
| BY MS. BASKIN | 215 |
| BY MS. BASKIN | 215 |
| BY MS. BASKIN | 216 |
| BY MS. BASKIN | 216 |
| BY MS. BASKIN | 217 |
| BY MS. BASKIN | 218 |
| BY MS. BASKIN | 218 |
| BY MS. BASKIN | 220 |
| BY MS. BASKIN | 223 |
| BY MS. BASKIN | 224 |
| BY MS. BASKIN | 257 |

1          REQUEST FOR PRODUCTION OF

2            INFORMATION/DOCUMENTS

3              Page 102 Line 20

4                STIPULATIONS

5              Page  8  Line  1

6

               QUESTIONS MARKED

7

                    (None)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

          ESQUIRE DEPOSITION SERVICES

8

1              MR. HERMANN:  Whatever the
2  customary stipulations are is fine with
3  me.
4              MS. BASKIN:  Reading and
5  signing.
6                    - - - - - -
7              KHUSHVINDER KAUR BAGGA, 611
8  Creek Lane, Flourtown, PA  19031 having
9  been duly sworn, was examined and
10 testified as follows:
11              EXAMINATION
12 BY MR. HERMANN:
13      Q.    Mrs. Bagga, my name is
14 Robert Hermann from the law firm of
15 Thacher, Proffitt & Wood and I represent
16 FL Receivable Trust in this matter in
17 which you are going to be giving
18 testimony.
19              I'm going to ask you a
20 series of questions.  If at any time you
21 don't understand the question or the
22 question seems ambiguous to you, let me
23 know and I will try to make it clearer.
24              If you do answer the

1  question, I'm going to assume and I may

2  ask the Court to assume that you did

3  understand the question.  If at any time

4  you want to take a break after the

5  question has been answered and you want

6  to consult with your counsel, let me

7  know that and we will be happy to do

8  that.

9        Are you represented by

10  counsel here today?

11        MS. BASKIN:  Yes, she is.

12  For the record, Leslie Beth Baskin.  I

13  want to make a little statement for the

14  record.  As you are aware, we had filed

15  a motion for protective order in

16  response to the subpoena for the

17  deposition, which was denied, obviously,

18  that's why we're here.  I just want to

19  put on the record that we had a cert,

20  and I have a continuing objection

21  vis-a-vis the spousal privilege.  And if

22  in fact a question comes up, I will

23  raise, as appropriate, the spousal

24  privilege objection, but I just want to

10

1  note for the record that I do have a

2  continuing objection.

3  BY MR. HERMANN:

4        Q.      When did you retain

5  Ms. Baskin?

6        A.      I don't remember the exact

7  time.  A few months ago.

8        Q.      Had you been represented by

9  any counsel before Ms. Baskin in

10  connection with business matters?

11                MS. BASKIN:  Ms. Bagga

12  personally?

13                MR. HERMANN:  Yes.

14                THE WITNESS:  For what?

15  BY MR. HERMANN:

16        Q.      In connection with business

17  matters.  I'm not asking about marital

18  or domestic or estates or trusts or

19  things.  In connection with business

20  matters had you ever been represented by

21  counsel previously?

22        A.      I don't remember.

23        Q.      Has Victor Lipski ever been

24  your lawyer in connection with business

1    matters?

2        A.    You mean for me or

3    business?

4        Q.    Yes.  Well, for you either

5    personally or in connection with

6    businesses that you were doing.

7        A.    I know he is the attorney

8    for the businesses, yes.

9        Q.    How about for you

10    personally?

11        A.    I don't remember any

12    personal work.

13        Q.    What is your home address?

14        A.    611 Creek Lane, Flourtown,

15    PA.

16        Q.    Do you live there with your

17    husband?

18        A.    Yes.

19        Q.    And his name is Paul Bagga?

20        A.    Yes.

21        Q.    Do you own the home?

22        A.    Yes.

23        Q.    Do you personally have an

24    ownership interest in the home?

12

1   A.   What do you mean personal

2   interest?

3   Q.   Do you own any interest,

4   5%, 75%, any interest, in the home?

5   A.   I don't know the percent.

6   How do you -- I don't understand the

7   percent. What do you mean?

8   Q.   Has anyone ever asked you

9   whether you own your home?

10   A.   Yes. I know I own my home,

11   yes.

12   Q.   Is it owned entirely by

13   your husband?

14   MS. BASKIN: Objection. She

15   just said she owns her home.

16   BY MR. HERMANN:

17   Q.   Do I take it from your

18   counsel's answer that you own the home

19   entirely yourself?

20   A.   I don't know if it's me or

21   with my husband. I know I own the

22   home. I don't --

23   Q.   You don't know what

24   percentage, if any, of the home you own

13

1    yourself?

2         A.     No.  How do I --

3              MS. BASKIN:  You only have

4    to answer the question.

5              It is unusual for a husband

6    and wife to own percentages in the home,

7    and I think that's what's leading to her

8    confusion.

9              Only if there is a question

10   before you do you have to answer it.

11   BY MR. HERMANN:

12        Q.     When did you acquire this

13   house?

14        A.     A few years.

15        Q.     Can you be more specific

16   than a few years?

17        A.     Three years, two and a

18   half.  I don't know.  Maybe close.

19   Around three years, I think.  I don't

20   know the exact time when we moved in.

21        Q.     Did you acquire the house

22   for cash or did you take a mortgage?

23        A.     We have a mortgage.

24        Q.     Did you have a mortgage

14

1  initially when you bought the house?

2      A.    Yes.  You have to have a

3  mortgage, yes.

4      Q.    Did you sign any papers in

5  connection with acquiring the mortgage?

6      A.    Yes, I signed papers.

7      Q.    Do you remember what papers

8  you signed?

9      A.    No.

10     Q.    Do you remember reading any

11 papers that described what percentage,

12 if any, or what type of ownership you

13 had?

14     A.    No.

15     Q.    Before you bought this

16 home, did you sell another home?

17     A.    No.

18     Q.    Had you been living in a

19 rental property?

20     A.    No.

21     Q.    Where were you living

22 before this?

23     A.    In a house on Schlosser

24 Road, Harleysville.

15

```
 1        Q.      You didn't own that house?

 2        A.      Yes, we owned that house.

 3        Q.      Do you still own that

 4  house?

 5        A.      No.

 6        Q.      So when did you settle?

 7        A.      It was after we moved into

 8  this house.

 9        Q.      Apart from your house, do

10  you know whether you own any interests

11  in any other real estate?

12        A.      I don't understand.

13  What --

14        Q.      Do you have any ownership

15  interest in any real estate?

16        A.      You mean a house?

17        Q.      Apart from a house.  Apart

18  from the house you just described.

19        A.      Uh-huh, yes.  I have a real

20  estate company that -- yes, real estate.

21        Q.      When you say you have a

22  real estate company, what company is

23  that?

24                MS. BASKIN:  The question is
```

1  do you, Mrs. Bagga, personally own any

2  real estate.

3            MR. HERMANN:  I will get

4  back to that, counsel.

5            MS. BASKIN:  No.  I'm

6  clarifying the question, because she

7  obviously didn't understand the question

8  that were you asking her.

9            I'm also going to state an

10 objection because she is not one of the

11 four defendants here, so I think it is

12 irrelevant as to what real estate

13 property she personally owns.  But I

14 will let her answer.

15            MR. HERMANN:  I'm going to

16 object and will take steps to keep it

17 from happening again if you make any

18 speaking objections at these

19 depositions.  You can make an objection

20 on the grounds of form and register that

21 objection, but I won't have speaking

22 objections or instruction with the

23 witness.

24            MS. BASKIN:  Okay.  Go on.

1   Go on.

2                    MR. HERMANN:  Can you read

3   back the Q and A, please?

4                    (The court reporter read the

5   record as follows:

6                    "QUESTION:  When you say you

7   have a real estate company, what company

8   is that?")

9                    THE WITNESS:  K&P Real

10  Estate.

11  BY MR. HERMANN:

12       Q.      Now, does K&P Real Estate

13  own real estate?

14       A.      Yes.

15       Q.      What real estate does it

16  own?

17                    MS. BASKIN:  I'm going to

18  have a continuing objection to this line

19  as to relevance.

20                    MR. HERMANN:  I will give

21  you a continuing objection on the

22  grounds of relevance to every question I

23  ask this afternoon if you will assure me

24  that you won't keep making that

1  objection.

2             MS. BASKIN:  I am allowed to

3  make that objection.

4             MR. HERMANN:  If it is a

5  continuing objection, you don't need to

6  keep making it.

7             MS. BASKIN:  On this topic

8  it is.

9             You can answer.

10            THE WITNESS:  Can you repeat

11 the question?

12            (The court reporter read the

13 record as follows:

14            "QUESTION:  What real estate

15 does it own?")

16            THE WITNESS:  I don't

17 remember the addresses.  There's one in

18 Reading.  There's one in Kutztown.  I

19 don't remember the addresses, but

20 that's....

21 BY MR. HERMANN:

22      Q.     So as far as you can

23 recall, the only two properties that K&P

24 Real Estate owns is one in Reading,

1  Pennsylvania, and one in Kutztown,

2  Pennsylvania?

3          A.     No.   There are other

4  properties, but I don't remember the

5  names where.

6          Q.     What kind of property is

7  the one in Reading?

8          A.     Is Arby's Restaurant.

9          Q.     What does K&P Real Estate

10 own?  Does it own the land on which that

11 Arby's is situated?

12         A.     Yes.

13         Q.     Is the same true of

14 Kutztown?

15         A.     Yes.

16         Q.     And is it your testimony

17 that K&P Real Estate owns other land on

18 which Arby's Restaurants are located?

19         A.     Yes.

20         Q.     Does K&P Real Estate own

21 any other kind of real estate apart from

22 real estate in connection with Arby's

23 Restaurants?

24         A.     No.

1     Q.     Now, what is your ownership

2  interest in K&P Real Estate?

3     A.     I own the real estate.

4     Q.     You are 100% owner of the

5  company; is that correct?

6     A.     Yes, I think so, yes.

7     Q.     You are not sure?

8     A.     No, I'm the only owner.

9     Q.     Is that a corporation or a

10  partnership of any sort?

11     A.     I don't know if it's a

12  corporation or a partnership.

13     Q.     Apart from the interest

14  that you have in K&P Real Estate, do you

15  own any other real estate that you

16  haven't told me about so far either in

17  whole or in part anywhere in the world?

18     A.     I have some real estate in

19  India.

20     Q.     Tell me about the real

21  estate that you own in India.

22          MS. BASKIN: I'm going to

23  object and instruct her not to answer.

24  It is totally irrelevant to what this

21

1  litigation is about.  She is not a named

2  defendant.  I'm going to instruct her

3  not to answer.

4                MR. HERMANN:  Can we go off

5  the record for a second?

6                (Discussion off the record.)

7                (The witness and Ms. Baskin

8  left the deposition room.)

9                (The court reporter read the

10 record as follows:

11                "QUESTION:  Tell me about

12 the real estate that you own in India.")

13                MS. BASKIN:  I lodge an

14 objection and I stand by the objection

15 and I stand by instructing her not to

16 answer.  And I could restate that, once

17 again, it is a deposition vis-a-vis a

18 litigation for --

19                MR. HERMANN:  You don't have

20 to restate it.

21                MS. BASKIN:  I'm instructing

22 her not to answer.

23                MR. HERMANN:  I will tell

24 you that we will seek a ruling on this,

1  and if she is directed to answer, then

2  we will have to bring her back to answer

3  those questions.

4              MS. BASKIN:  That's fine.

5              MR. HERMANN:  Can I just ask

6  you to mark those parts of the

7  transcript where the witness has been

8  instructed not to answer?

9  BY MR. HERMANN:

10       Q.    Ms. Bagga, you recently

11  traveled to India, didn't you?

12       A.    Yes.

13       Q.    When did you leave to go to

14  India?

15       A.    Oh, about 15, 20 days ago.

16       Q.    You are not sure what day

17  you left?

18       A.    It was on a Saturday.

19  Today is what date?

20              MS. BASKIN:  The 17th.

21              THE WITNESS:  The 17th.  So

22  last -- I need to see a calendar.

23  BY MR. HERMANN:

24       Q.    When did you return from

23

1   India?

2           A.      Last Saturday.

3           Q.      The 14th of June?

4           A.      Today is --

5                   MS. BASKIN:  The 17th.

6                   THE WITNESS:  No.  Saturday

7   before that.

8   BY MR. HERMANN:

9           Q.      Do you want to take a look

10  at this calendar and tell me what day

11  you left and what day you returned?

12                  MS. BASKIN:  I will just

13  lodge an objection; relevance.

14                  You can answer.

15                  THE WITNESS:  Today is the

16  17th.  I came back on the 7th, so I left

17  about a week before that.  I left on

18  Friday before that, yes.  It is not on

19  here, the previous --

20  BY MR. HERMANN:

21          Q.      Would that be Friday, the

22  30th of May?

23          A.      Yes, I think so.  I think

24  that's right, yes.

24

1          Q.      Did you go to India alone?

2          A.      Yes.

3          Q.      While you were in India,

4    did you acquire any property?

5          A.      No.

6          Q.      Did you make any

7    investments in India while you were

8    there?

9          A.      No.

10         Q.      Did you open any bank

11   accounts?

12         A.      No.

13         Q.      Did you make any bank

14   deposits?

15         A.      No.

16         Q.      Did you acquire any

17   securities?

18              MS. BASKIN:  I'm going to

19   object and instruct her not to answer.

20   Anything in terms of any questions that

21   she did personally I'm going to instruct

22   her not to answer.

23   BY MR. HERMANN:

24         Q.      Do you have any ownership

25

1  interest in an office building in the

2  Philadelphia area?

3          A.      Yes.

4          Q.      Where is it?

5          A.      It's on Bethlehem Pike.

6          Q.      Bethlehem Pike?

7          A.      Yes.

8          Q.      Is that where the offices

9  of some of the Bagga family businesses

10  are?

11          A.      Yes.

12          Q.      And what is the nature of

13  your ownership interest in that

14  property?  Let me try to make it

15  clearer.

16                 Do you know how that

17  property is owned; that is to say

18  whether it is just owned jointly by you

19  and your husband or a company owns it

20  and you own some shares in it or it is a

21  partnership?  Do you have any idea?

22          A.      No, I don't.

23          Q.      How did you come to have an

24  interest in that property?

26

1          A.       We needed an office.

2                   THE COURT REPORTER:   I'm

3  sorry?

4                   MR. HERMANN:   She said we

5  needed an office.

6                   THE WITNESS:   Yes.

7  BY MR. HERMANN:

8          Q.       And when was that?

9          A.       I don't remember the time.

10         Q.       Did you and your husband

11  buy the building together?

12         A.       I don't know.

13         Q.       Did you ever sign any

14  papers in connection with the purchase

15  of the office, such as mortgage papers?

16         A.       Yes.

17         Q.       What kinds of papers did

18  you sign?

19         A.       I don't know.  What the

20  banks gave or some loan documents.

21         Q.       Did you ever notice on any

22  of those papers whether it described any

23  ownership interest that you had in the

24  property?

27

```
 1           A.      No.

 2           Q.      As you sit here today, do

 3   you know the percentage of any of the

 4   property that you own?

 5           A.      I don't understand.

 6           Q.      Do you own half the

 7   property?

 8           A.      I don't know.

 9           Q.      In connection with the

10   purchase of that office building did you

11   have to put down cash as well as the

12   mortgage?

13                   MS. BASKIN:  I'm going to

14   object and instruct her not to answer.

15                   MR. HERMANN:  What's the

16   basis for the instruction?

17                   MS. BASKIN:  Anything that

18   Ms. Bagga did personally is irrelevant

19   to what this deposition's purpose is or

20   what your litigation is; B, I'm going to

21   object to every question from now on

22   that is similar to that.

23                   MR. HERMANN:  You are going

24   to instruct her not to answer?
```

ESQUIRE  DEPOSITION  SERVICES

```
 1                MS. BASKIN:  Correct.
 2   BY MR. HERMANN:
 3           Q.    Do you know what the
 4   assessment is of the office property on
 5   Bethlehem Pike, what the tax assessment
 6   is?
 7           A.    No.
 8           Q.    Have you ever seen a check
 9   written for the taxes for the property?
10           A.    I don't remember.
11           Q.    Are you in good health at
12   the moment?
13           A.    I have some health
14   problems, but....
15           Q.    Are you taking any
16   medications?
17           A.    Yes.
18           Q.    Do any of those medications
19   affect your ` to remember things in
20   response to questions that I'm asking
21   you?
22           A.    I don't know.
23           Q.    You think they may affect
24   your memory?
```

29

1          A.       I don't know if they do or
2     they don't.
3          Q.       Have you noticed any change
4     in your memory since you have been
5     taking those medications?
6          A.       I don't know.
7          Q.       Do you feel as if you are
8     able to testify today and understand the
9     questions and answer them, in a medical
10    sense?
11         A.       Yes, I think so.
12         Q.       Did you review any
13    documents today?  Did you review any
14    documents in preparation for your
15    deposition today?
16         A.       No.
17         Q.       Did you speak to anybody
18    about having your deposition taken today
19    other than your lawyer and your husband?
20         A.       No.
21         Q.       Have you ever testified in
22    any other cases either at a deposition
23    or in court?
24         A.       I don't remember.

30

1    Q.    Have you ever been in court

2  and stood up on the witness stand and

3  been asked questions and given answers?

4    A.    I don't remember that, no.

5    Q.    When you say you don't

6  remember that, do you mean that you

7  don't think that ever happened or it

8  happened but you don't remember it?

9    A.    I don't remember.

10    Q.    Are you an American

11  citizen?

12    A.    Yes.

13    Q.    When did you become a

14  citizen?

15    A.    A long time ago.

16    Q.    More than 20 years ago?

17    A.    I guess it was -- it must

18  be around 20 years.    I don't know the

19  exact time.

20    Q.    When did you come to the

21  United States?

22    A.    About 25 years ago.

23    Q.    Did you receive your

24  education here?

31

```
1          A.     Some of it, yes.
2          Q.     What education did you
3   receive here?
4          A.     I went to school here.
5          Q.     Did you go to college?
6          A.     Yes.
7          Q.     Where did you go to college?
8          A.     In Allentown.
9          Q.     University of Pennsylvania?
10         A.     No.  It was a college,
11  Cedar Crest College.
12         Q.     Did you graduate?
13         A.     Yes.
14         Q.     What year?
15         A.     1982.
16         Q.     What did you do after
17  college, immediately after college?
18         A.     Had a baby.
19         Q.     When did you and Mr. Bagga
20  first meet?
21         A.     About 25 years ago.
22         Q.     Approximately 1978?
23         A.     '77, '78, yes.
24         Q.     Was he working for Air
```

32

1    Products at the time?

2              MS. BASKIN:  I'm sorry.  I

3    didn't hear that.

4    BY MR. HERMANN:

5        Q.    Was he working for Air

6    Products at the time?

7        A.    No.

8        Q.    Do you know where he was

9    working at the time?

10       A.    No.

11       Q.    Did you ever have a job

12   outside of the family businesses since

13   graduating from college?

14       A.    Yes.

15       Q.    What was that job and when

16   did you have it?

17       A.    I worked at Dun &

18   Bradstreet in Allentown.

19       Q.    What did you do there?

20       A.    I just did some data entry

21   for them.

22       Q.    What was the period of your

23   employment?

24       A.    I don't remember.  It was a

33

1   long time ago.

2          Q.      Was this during the 1980s?

3          A.      Yes.

4          Q.      Did you have any other

5   employment apart from the family

6   business and apart from D&B?

7          A.      I worked in a bank.

8          Q.      Where was the bank?

9          A.      In Allentown.

10         Q.      What was the name of the

11  bank?

12         A.      I don't remember.  I don't

13  know if it is there anymore or not.  The

14  banks changed.  I think it was First

15  Valley Bank.  I'm not sure.  I don't

16  remember.

17         Q.      What did you do for them?

18         A.      I was a teller.

19         Q.      Do you remember how long

20  you worked there?

21         A.      A few months.

22         Q.      Is that also in the 1980s?

23         A.      Yes.

24         Q.      Any other employment

34

1    history you can think of apart from your

2    family businesses?

3            A.      I don't remember any.

4            Q.      What was your degree in in

5    college?  What was your major?

6            A.      Business management.

7            Q.      After you graduated from

8    college, did you have any professional

9    training in any business area?

10           A.      I don't understand.

11           Q.      Did you take any courses in

12   any professional areas after you

13   graduated from college or receive any

14   training in any professional areas after

15   you graduated from college?

16           A.      Like what?

17           Q.      Accounting, bookkeeping.

18           A.      That I did in college.

19           Q.      You did that in college but

20   not after college; is that correct?

21           A.      For accounting?

22           Q.      For anything.

23               MS. BASKIN:  After college

24   he said.

1          THE WITNESS:  After I went

2   to Cedar Crest?

3   BY MR. HERMANN:

4        Q.     Yes.

5        A.     No.

6          MS. BASKIN:  I would like to

7   take a break for one second if you don't

8   mind.

9          (Recess from 10:17 a.m. to

10  to 10:18 a.m.)

11         MS. BASKIN:  Just going back

12  on the record, I apologize, Ms. Bagga

13  wants to clarify.  I think she thought

14  when you were asking about the

15  employment when you had said the 1980s,

16  that you were only focusing at that

17  point about the '80s.

18         MR. HERMANN:  There are also

19  other employments.

20         MS. BASKIN:  I think your

21  question was broader and I think she was

22  being slightly hypertechnical.

23         MR. HERMANN:  Okay.  I

24  appreciate that.

1  BY MR. HERMANN:

2      Q.    Were there other places you

3  worked apart from the ones you told me

4  about already?  Again, apart from your

5  family businesses.

6      A.    I had a clothing business.

7      Q.    Do you still have that

8  business?

9      A.    No.

10     Q.    What was the name of it?

11     A.    There were clothing stores,

12  retail stores, called Sunshine Blues.

13     Q.    Sunshine Blues?

14     A.    Uh-huh.

15     Q.    Aren't there three of those

16  still open in Philadelphia?

17     A.    There are more than three

18  of them; but they are not mine.

19     Q.    So you sold your interest

20  in that when?

21     A.    Sometime in the early '90s.

22     Q.    Were you the sole owner of

23  that business?

24     A.    Yes.

37

1        Q.      To whom did you sell it?

2        A.      We closed the stores.  The

3   leases came up, just closed the stores.

4        Q.      Do I take it from your

5   answer that you didn't sell the

6   business; you simply closed the

7   business?

8        A.      We closed the stores, yes.

9        Q.      Who is operating Sunshine

10  Blues today?

11       A.      They were franchises, so I

12  don't know who owns them now.

13       Q.      You were a franchisee?

14       A.      Yes.

15       Q.      Is Sunshine Blues the

16  retail name of some franchisor?

17       A.      Yes.

18       Q.      Who was the franchisor?

19       A.      They don't have the

20  franchises anymore.  The original

21  company, I think they owned them.  I

22  don't know if they still have the

23  franchises out or just the company owns

24  them.

38

1          Q.      Do you know who the owners

2   are of the company that franchised these

3   stores?

4          A.      Yes.

5          Q.      Who are they?

6          A.      It's -- you need the

7   company?

8          Q.      No.   The names of the

9   individuals who are the owners of that

10  company, if you know.

11         A.      It's G. T. Chawla.

12         Q.      G. T. Chawla.

13                 And Ravinder Chawla, did he

14  own any interest in them?

15         A.      Yes.

16         Q.      Anybody else, as far as you

17  know, who had an ownership interest?

18         A.      It was family owned.   They

19  have other brothers, father.   I don't

20  know what the ownership is, who owns

21  what.

22         Q.      Now, for how long were you

23  in that clothing business?

24         A.      A few years, six, seven,

1  eight.

2        Q.      Was there a company that

3  you set up specifically to deal with

4  that?

5        A.      Yes.

6        Q.      What was the name of that

7  company?

8        A.      KB Apparel.

9        Q.      KB Apparel?

10       A.      Yes.

11       Q.      Were you the president?

12       A.      Yes.

13       Q.      How many stores did KB

14  Apparel operate?

15              MS. BASKIN:  Once again, I'm

16  going to object and instruct her not to

17  answer.  I have been waiting to see if

18  this is leading somewhere that's

19  relevant to this lawsuit and it's not,

20  so I'm going to instruct her not to

21  answer.

22  BY MR. HERMANN:

23       Q.      Did your husband work in KB

24  Apparel?

1          A.      No.

2          Q.      Did he have any ownership

3   interest at all in it?

4          A.      I don't know.

5          Q.      Who handled the books for

6   KB Apparel?

7                  MS. BASKIN:  I'm going to

8   object and instruct her not to answer.

9   I don't see any relevance, once again.

10  BY MR. HERMANN:

11         Q.      What kind of clothing did

12  Sunshine Blues stores sell while you

13  were operating them?

14                 MS. BASKIN:  Objection and

15  instruct her not to answer.

16  BY MR. HERMANN:

17         Q.      Did it sell brand-name

18  jeans?

19                 MS. BASKIN:  I'm going to

20  object and instruct the witness not to

21  answer.

22  BY MR. HERMANN:

23         Q.      Apart from the businesses

24  you have already told me about, have you

41

1  been involved in any other employment?

2  Again, I will ask you later on about

3  family businesses; this is apart from

4  that.

5      A.    I don't remember.

6      Q.    Do you belong to any

7  professional organizations?

8      A.    I don't remember.  I --

9  maybe some organization from Harvard,

10 because I went -- I did a course there,

11 so maybe it was some associations from

12 there.

13     Q.    Do you belong to any

14 organizations, such as the Chamber of

15 Commerce, or community organizations of

16 that sort?

17     A.    I don't remember.  I don't

18 think so.

19     Q.    I have to ask you this, so

20 don't be offended.  Have you ever been

21 arrested?

22     A.    No.

23     Q.    When did you get married to

24 Mr. Bagga?

42

1      A.      25 years ago.

2      Q.      Have you said to anybody,

3  apart from your lawyer and apart from

4  your husband, in the past year that you

5  were thinking about separating from

6  Mr. Bagga?

7          MS. BASKIN:  I'm going to

8  object and instruct her not to answer.

9  BY MR. HERMANN:

10     Q.      Do you have any children?

11     A.      Yes.

12     Q.      How many?

13     A.      Two.

14     Q.      What are their ages?

15     A.      21 and 16.

16     Q.      Does either of your

17 children work in the family businesses?

18     A.      No.

19     Q.      Do you have a sizeable

20 family apart from your immediate family

21 in the Philadelphia area?

22     A.      Yes.

23     Q.      You have family in India,

24 too?

ESQUIRE DEPOSITION SERVICES

43

1      A.      Yes.

2      Q.      Are your parents in India?

3      A.      No.

4      Q.      Are they in the United

5  States in this area?

6      A.      Yes.

7      Q.      Are your parents retired?

8      A.      Yes.

9      Q.      What family do you have in

10  India?

11      A.      I have a brother, his wife,

12  his children.

13      Q.      What business is your

14  brother in?

15          MS. BASKIN:  I'm going to

16  object and, once again, instruct her not

17  to answer, unless you want to give me a

18  reason as to relevance and maybe we

19  could cut through this.

20  BY MR. HERMANN:

21      Q.      Was your father in the

22  banking business in India?

23      A.      Yes.

24      Q.      Was he in the banking

44

1  business in the United States?

2          A.     No.

3          Q.     Does your father maintain

4  contacts with people in the banking

5  business in India?

6              MS. BASKIN:   I'm going to

7  object and instruct the witness not to

8  answer.

9  BY MR. HERMANN:

10         Q.     Apart from your brother and

11 your sister-in-law in India, do you have

12 contact with any other family there?

13         A.     Yes.

14         Q.     Who is that?

15         A.     My mother-in-law.

16         Q.     Anyone else?

17         A.     I have a brother-in-law,

18 his wife, his children.   I have another

19 brother-in-law, his wife.   I have a

20 cousin there.

21         Q.     Did you stay with family

22 when you went there recently?

23         A.     Yes.

24         Q.     Who did you stay with?

1      A.      My brother.

2      Q.      Do you customarily stay

3  with him if you visit people in India?

4      A.      It depends where I'm going.

5      Q.      Where does he live?

6      A.      New Delhi.

7      Q.      How often have you been to

8  India let's say in the last ten years?

9  On how many occasions have you made

10  trips to India in the last ten years?

11      A.      Several times.

12      Q.      Several times a year?

13      A.      Yes.  Some years, yes,

14  several times.

15      Q.      Are all of these visits

16  purely social, with family?

17          MS. BASKIN:  I'm going to

18  object and instruct her not to answer

19  again.  I don't know where this is

20  going.

21  BY MR. HERMANN:

22      Q.      Do you ever do any business

23  in India?

24          MS. BASKIN:  I'm going to

1  object and instruct her not to answer.

2  BY MR. HERMANN:

3      Q.      When you recently traveled

4  to India at the time you left the

5  country, were you aware that a federal

6  judge had ordered that you testify by

7  June 4?

8      A.      I was told that, yes.

9      Q.      Were you of the opinion

10 that were you not required to testify by

11 June 4 when you left?

12     A.      I was going to India, so I

13 told them I won't be here.

14     Q.      You told the judge you

15 wouldn't be here; is that what you're

16 saying?

17     A.      No.    I told somebody from

18 Beth's office.

19     Q.      They said it was okay?

20             MS. BASKIN:  I'm going to

21 object and instruct her not to answer.

22 This is all of record.  It was in

23 pleadings.  I'm going to instruct her

24 not to answer.

47

BY MR. HERMANN:

Q.    Do you have an Indian
driver's license?

A.    I don't know if it's still
there.  I used to have one, you know.

Q.    You don't have one in your
wallet; is that correct?

A.    What license? Indian?

Q.    Yes.

A.    No.

Q.    Did you rent a car while
were you in India?

MS. BASKIN:  I'm going to
object and instruct her not to answer.

BY MR. HERMANN:

Q.    Do you have a lawyer in
India?

A.    For what?

Q.    For anything.

MS. BASKIN:  I'm going to
object and instruct her not to answer.

BY MR. HERMANN:

Q.    While you were in India,
did you visit any banks?

48

1          MS. BASKIN:  I'm going to
2 object and instruct her not to answer.
3 BY MR. HERMANN:
4      Q.      While were you in India,
5 did you visit any investment firms?
6          MS. BASKIN:  I'm going to
7 object and instruct her not to answer.
8 BY MR. HERMANN:
9      Q.      Do you have any bank or
10 securities accounts in India?
11          MS. BASKIN:  I'm going to
12 object and instruct her not to answer.
13 BY MR. HERMANN:
14      Q.      Do you own any assets in
15 India?
16          MS. BASKIN:  I'm going to
17 object and instruct her not to answer.
18 BY MR. HERMANN:
19      Q.      While you were in India
20 during the past five years, have you
21 invested any money with any institution
22 or any business or in person?
23          MS. BASKIN:  I'm going to
24 object and instruct her not to answer.

49

1   BY MR. HERMANN:

2        Q.    While you were in India in

3   the last five years, did you make any

4   big-ticket purchases of items, such as

5   jewelry or art?

6             MS. BASKIN:  I'm going to

7   object and instruct the witness not to

8   answer.

9   BY MR. HERMANN:

10       Q.    Do you own shares in any

11  Indian company either directly or

12  indirectly?

13            MS. BASKIN:  I'm going to

14  object and instruct the witness not to

15  answer.

16  BY MR. HERMANN:

17       Q.    Do you know whether your

18  husband either liquidated or transferred

19  any family business interests in India

20  in the past ten years in order to

21  satisfy debts to American creditors?

22            MS. BASKIN:  I'm going to

23  object and instruct the witness not to

24  answer.

1  BY MR. HERMANN:

2       Q.    Have you in the past year

3  discussed with anyone plans to relocate

4  to India?

5            MS. BASKIN:  I'm going to

6  object and instruct her not to answer.

7  BY MR. HERMANN:

8       Q.    What other countries have

9  you visited in the past five years?

10      A.    India, Hong Kong, Thailand,

11 Burma, Indonesia, Italy, France, Venice,

12 England, Malaysia, Taiwan, Nepal.

13 That's all I remember.

14      Q.    Did you go with your

15 husband on all these trips?

16      A.    Not all of them.

17      Q.    Were all of these trips for

18 pleasure as opposed to business?

19      A.    No.

20      Q.    Which ones were business

21 trips?

22            MS. BASKIN:  I'm going to

23 object and instruct the witness not to

24 answer.

1  BY MR. HERMANN:

2      Q.    Did you in fact conduct

3  business on some of these trips?

4              MS. BASKIN:  You can

5  answer.

6              THE WITNESS:  Yes.

7  BY MR. HERMANN:

8      Q.    Which ones?

9              MS. BASKIN:  I'm going to

10 object and instruct the witness not to

11 answer.

12 BY MR. HERMANN:

13     Q.    Did you acquire property in

14 any of these countries?

15             MS. BASKIN:  I'm going to

16 object and instruct the witness not to

17 answer.

18 BY MR. HERMANN:

19     Q.    Did you open or make

20 deposits to any banks or securities

21 accounts in any of these countries?

22             MS. BASKIN:  I'm going to

23 object and instruct the witness not to

24 answer.

52

1  BY MR. HERMANN:

2      Q.    Did you purchase any large-

3  ticket items in any of these countries?

4          MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer.

7  BY MR. HERMANN:

8      Q.    Are you employed at the

9  present time?

10     A.    Yes.

11     Q.    Who is your employer?

12     A.    Bagga Enterprises.

13     Q.    Any other employer?

14     A.    I don't know.

15     Q.    Do you get a paycheck from

16  Bagga Enterprises?

17     A.    Yes.

18     Q.    How often?

19     A.    Every two weeks.

20     Q.    What is your annual salary?

21     A.    $52,000.

22     Q.    What do you do for Bagga

23  Enterprises?

24     A.    I oversee their billings

1  and payables.

2        Q.      Anything else?

3        A.      No.

4        Q.      For how long have you been

5  doing that for Bagga Enterprises?

6        A.      For Bagga Enterprises?

7  About a month.

8        Q.      Did you have employment

9  before that, before the one month ago?

10        A.      Yes.

11        Q.      What was that?

12        A.      United Management.

13        Q.      What did you do for them?

14        A.      Oversee the billings and

15  payables.

16        Q.      How long did you do that

17  for United Management?

18        A.      A few years.

19        Q.      While were you doing that

20  for United Management Services for two

21  years, were you employed by any other --

22        A.      I said a few years.

23        Q.      A few years; I'm sorry.

24  How many years is a few years, in your

1  recollection?

2        A.      Four, five, six.  I don't

3  remember how long.

4        Q.      At the time you were

5  working for United Management Services

6  were you employed by any other family

7  business?

8        A.      I don't know.  What do you

9  mean?

10       Q.      Did you have another job

11 during the same time or was that your

12 only job while you were working for

13 United Management?

14       A.      That was my job, yes.

15       Q.      Before that time, before

16 you worked for United Management

17 Services, did you work for any other

18 family-owned business?

19       A.      No.  I had my business at

20 that time.

21       Q.      The clothing business?

22       A.      (Witness shakes head.)

23       Q.      Do you have any ownership

24 interest, either directly or indirectly,

1  in Bagga Enterprises?

2        A.    No, I don't think so.

3        Q.    Do you have any direct or

4  indirect ownership interest in United

5  Management Services?

6        A.    No, I don't think so.

7        Q.    Are there any other family-

8  owned businesses from which you received

9  any compensation or any distributions of

10 income in the past five years?

11       A.    I don't know.

12       Q.    Do you file a joint tax

13 return with your husband?

14       A.    I don't know if it's joint

15 or separate.

16       Q.    Have you ever signed a tax

17 return in which you saw your husband's

18 signature also to the Internal Revenue

19 Service?

20       A.    I remember signing it, but

21 I didn't look for other signatures, you

22 know.

23       Q.    When you sign your tax

24 return, do you actually read what is on

1   the tax return before you sign it?

2          MS. BASKIN:   I'm going to

3   object and instruct her not to answer.

4   BY MR. HERMANN:

5       Q.     Have you ever observed on

6   any tax return that it lists any income

7   from any family-owned business other

8   than Bagga Enterprises or United

9   Management Services?

10         A.     Can you say that again?

11             (The court reporter read the

12   record as follows:

13             "QUESTION:   Have you ever

14   observed on any tax return that it lists

15   any income from any family-owned

16   business other than Bagga Enterprises or

17   United Management Services?")

18             MS. BASKIN:   This is at any

19   time; right?

20             THE WITNESS:   I don't

21   remember.

22   BY MR. HERMANN:

23       Q.     Who prepares your tax

24   returns?

1        A.      I don't know.

2        Q.      Does Norm Cahan, C-A-H-A-N,

3  prepare your returns?

4        A.      Maybe.  I don't know.

5        Q.      Have you ever talked to him

6  about your tax returns?

7        A.      Yes, I talked to him.

8        Q.      Have you talked to him

9  about your tax returns

10       A.      About filing the tax

11 returns?

12       Q.      Filing them or what's on

13 them or any other aspect of your tax

14 return, your individual tax return.

15              MS. BASKIN:  I'm going to

16 object and instruct her not to answer.

17 BY MR. HERMANN:

18       Q.      So is it your testimony

19 that you don't know who prepares your

20 tax returns?

21       A.      I don't know.  I just sign

22 them.  I don't know who prepare it.

23       Q.      Do you know whether you are

24 a signatory or a guarantor on any

58

1  borrowings apart from your house which
2  you told me about before?
3          A.      The office building, yes.
4          Q.      You got a $244,000 mortgage
5  on that office building; isn't that
6  right?
7          A.      I don't remember the exact
8  amount.  I guess.
9          Q.      Do you remember whether the
10 amount of the mortgage is more than 80%
11 of the appraised value of the building?
12         A.      I don't understand this.
13         Q.      Did you arrange that
14 mortgage yourself?
15         A.      I talked to somebody in the
16 bank.
17         Q.      What bank was that?
18         A.      Sovereign Bank.
19         Q.      Am I correct that you paid
20 $280,000 for that building?
21         A.      Yes, I think that's what it
22 is.
23         Q.      Did anyone at the bank say
24 to you that it was unusual to get a

1  mortgage for 87% of the purchase price

2  of the building?

3       A.    I don't remember that.

4       Q.    Am I correct that the size

5  of your Washington Mutual mortgage is

6  1.6 million?

7            MS. BASKIN:  Object.  What

8  Washington Mutual mortgage?

9            MR. HERMANN:  Mortgage on

10  the home.

11            MS. BASKIN:  I'm going to

12  object and instruct her not to answer.

13  BY MR. HERMANN:

14       Q.    Did you ever borrow money

15  from Singh Brothers Trust?

16            MS. BASKIN:  Did she

17  personally?

18            MR. HERMANN:  Yes.

19            MS. BASKIN:  I'm going to

20  object and instruct her not to answer.

21  BY MR. HERMANN:

22       Q.    Did any business by which

23  you were employed, family business, ever

24  borrow money from Singh Brothers Trust?

1          MS. BASKIN:  I'm going to

2 object and instruct the witness not to

3 answer.

4 BY MR. HERMANN:

5          Q.    Did you borrow 700,000 from

6 the Singh Brothers Trust for the

7 property in Flourtown?

8          MS. BASKIN:  I'm going to

9 object and instruct her not to answer.

10 BY MR. HERMANN:

11          Q.    Do you know who the Singh

12 Brothers are?

13          A.    No.

14          Q.    You don't know who they

15 are; is that correct?

16          A.    No.

17          MS. BASKIN:  You have to

18 speak up.

19 BY MR. HERMANN:

20          Q.    Do you own or have any

21 ownership interest in any real property

22 other than what you already told me

23 about, either in land or in buildings or

24 houses other than the ones you have

63

1  already told me about in answer to my

2  previous questions?

3           MS. BASKIN:  I haven't

4  objected, but I'm going to object and

5  instruct the witness not to answer.

6  BY MR. HERMANN:

7       Q.    Do you own any property

8  jointly with anyone else apart from your

9  marital home?

10          MS. BASKIN:  I'm going to

11  object and instruct the witness not to

12  answer.

13 BY MR. HERMANN:

14      Q.    Do you have any brokerage

15 accounts of your own?

16          MS. BASKIN:  I'm going to

17 object and instruct the witness not to

18 answer.

19 BY MR. HERMANN:

20      Q.    Do you have an account with

21 Fidelity Investments?

22          MS. BASKIN:  I'm going to

23 object and instruct the witness not to

24 answer.

1  BY MR. HERMANN:

2       Q.    Do you have a checking or

3  savings account at Commerce Bank?

4            MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer.

7  BY MR. HERMANN:

8       Q.    In what banks have you

9  deposited money since the year 2002?

10           MS. BASKIN:  Mrs. Bagga

11 personally?

12           MR. HERMANN:  Mrs. Bagga.

13           MS. BASKIN:  Her personal

14 funds?

15           MR. HERMANN:  No, I'm not

16 asking about personal funds or

17 impersonal funds.  I'm asking about

18 money.  What banks has she deposited

19 money in since 2002.

20           MS. BASKIN:  I'm going to

21 object to the form of the question.

22           Do you understand the

23 question?

24           THE WITNESS:  No.

BY MR. HERMANN:

    Q.    What don't you understand about the question?  I will be happy to clear it up, but I'm not sure what you don't understand about it.

    MS. BASKIN:  Well, I don't even understand so I can't even properly advise her.

    MR. HERMANN:  But you're not the witness.

    MS. BASKIN:  Well, she already said that she didn't understand it.

    MR. HERMANN:  It doesn't matter whether you understand it or not.

    MS. BASKIN:  Well, I'm going to instruct her not to answer until we get a better question.  We can save time if you rephrase the question.

BY MR. HERMANN:

    Q.    You have made bank deposits, haven't you, in your life?

    A.    Yes.

    Q.    Sometimes you deposit a

64

1  check that's endorsed by someone;

2  sometimes you deposit cash?

3         A.    Yes.

4         Q.    Sometimes you deposit your

5  own personal check in an account;

6  correct?

7         A.    Yes.

8         Q.    Have you made any deposits

9  in the past year in any bank accounts,

10  whether in the form of endorsed checks

11  or cash or any other negotiable

12  instrument?

13         MS. BASKIN:  I'm going to

14  object and instruct the witness not to

15  answer, unless it is related to these

16  four defendants; nothing personal.

17  BY MR. HERMANN:

18         Q.    Have you written any checks

19  in the last couple of years?

20         A.    I don't understand.

21         Q.    You know what a check is;

22  right?

23         A.    Yes.

24         Q.    Have you written any in the

65

1  last couple of years?

2       A.    Yes.

3       Q.    On what accounts?

4            MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer if it has to do with her personal

7  finances.

8  BY MR. HERMANN:

9       Q.    Apart from your home and

10 apart from anything else you have told

11 me up to this point, do you own in whole

12 or in part any assets with Paul Bagga?

13      A.    I don't know.

14      Q.    Have you applied for any

15 loans in the past year?

16           MS. BASKIN:  I'm going to

17 object and instruct the witness not to

18 answer.

19 BY MR. HERMANN:

20      Q.    Have you guaranteed any

21 loans in the past year?

22           MS. BASKIN:  I'm going to

23 object and instruct the witness not to

24 answer.

1  BY MR. HERMANN:

2        Q.    Have you set up any trusts

3  for your family in the past year?

4              MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer.

7  BY MR. HERMANN:

8        Q.    Have you ever submitted a

9  net worth statement in connection with a

10  loan?

11       A.    I don't remember.

12       Q.    Have you spoken to any bank

13  officers or any representatives of any

14  financial institution in connection with

15  a loan apart from what you mentioned

16  before about your house?

17       A.    I don't remember.

18       Q.    Have you transferred any

19  real property to any person in the past

20  six years?

21             MS. BASKIN:  I'm going to

22  object and instruct the witness not to

23  answer.

24  BY MR. HERMANN:

67

1      Q.      Have you transferred any

2   interest in any personal property to any

3   person in the past six years apart from

4   the clothing business which you

5   mentioned before?

6              MS. BASKIN:  I'm going to

7   object and instruct the witness not to

8   answer.

9   BY MR. HERMANN:

10     Q.      Who works in the office of

11  Bagga Enterprises apart from yourself?

12     A.      A few other people.

13     Q.      Who are they?

14     A.      I don't know who is

15  employed by which company, so I don't

16  know who is employed by Bagga.

17     Q.      Who actually works inside

18  the building?

19     A.      It's Gene and Bob.

20     Q.      Gene Pittack?

21     A.      Yes.

22     Q.      What does he do?  Is he the

23  regional manager?

24     A.      Yes, I think so.  He

68

1  travels a lot, so....

2        Q.    And Bob, is that Bob Popp?

3        A.    Yes.

4        Q.    P-O-P-P?

5        A.    (Witness shakes head.)

6        Q.    He is the bookkeeper; right?

7        A.    He does some work, yes.

8        Q.    He does some bookkeeping;

9  is that right?

10       A.    I don't know what all he

11  does.  He does different things.

12       Q.    Isn't he the bookkeeper for

13  all the Bagga companies?

14       A.    I don't know.

15       Q.    How many years has he

16  worked for the Bagga family business?

17             MS. BASKIN:  I don't think

18  she has testified that he worked for the

19  Bagga family business.

20  BY MR. HERMANN:

21       Q.    Does he work for the Bagga

22  family business?

23       A.    What do you mean "family

24  business"?

ESQUIRE DEPOSITION SERVICES

69

1        Q.      Is he in fact a bookkeeper

2   for the Bagga family businesses in

3   connection with Arby's franchises?

4        A.      He works for business

5   related to Arby's franchises, yes.

6        Q.      And, in fact, he has been

7   doing that for quite a few years, hasn't

8   he?

9        A.      Yes.

10       Q.      Did you ever work with him

11  personally?

12       A.      He is in the office.

13       Q.      How far away from where you

14  sit is his desk?

15       A.      I don't know.  We keeping

16  moving the desks around, so there is no

17  fixed spot.

18       Q.      How many times a day do you

19  see him?

20       A.      I don't go there every day,

21  so I don't know.

22       Q.      If you are there for eight

23  hours, how long do you see Bob Popp

24  during the day?

70

1          A.      I'm not there for eight

2  hours.

3          Q.      When you are in the office,

4  do you on occasion talk to Bob Popp?

5          A.      Yes.

6          Q.      What do you talk to him

7  about? business matters?

8          A.      Yes, I guess.

9          Q.      Can you remember any

10  subjects you have discussed with Bob

11  Popp this year concerning Bagga family

12  businesses?

13          A.      There's no subject.  He is

14  in the office.  I'm there sometime.  If

15  I need anything, I ask him.

16          Q.      Did anyone ever say to you

17  or in your presence that Bob Popp is the

18  person who really knows what is going on

19  in the details of the Bagga family

20  businesses?

21          A.      What did you say?  Can you

22  repeat that?

23              (The court reporter read the

24  record as follows:

1           "QUESTION:  Did anyone ever

2   say to you or in your presence that Bob

3   Popp is the person who really knows what

4   is going on in the details of the Bagga

5   family businesses?")

6               THE WITNESS:  What does that

7   mean?

8               MS. BASKIN:  Has anyone ever

9   said that to you?

10               THE WITNESS:  Like who?

11   BY MR. HERMANN:

12       Q.     Anyone.

13       A.     I don't remember.

14               MS. BASKIN:  I think the

15   question is, do you remember anyone ever

16   making that type of comment to you?

17               THE WITNESS:  No, I don't

18   remember.

19   BY MR. HERMANN:

20       Q.     Did you ever have any

21   disputes with him about financial

22   matters in connection with the business?

23       A.     No.

24       Q.     Did you ever have any

72

1  conversations with him about altered

2  invoices?

3            MS. BASKIN:  I'm going to

4  object and ask in relationship to what?

5  to Bagga Enterprises?

6            MR. HERMANN:  Yes.

7            THE WITNESS:  No, I don't

8  remember anything like that.

9  BY MR. HERMANN:

10        Q.    Did you ever have any

11  conversations with him about altered

12  checks?

13        A.    No, I didn't.

14        Q.    Did you ever discuss the

15  subject of bankruptcy with Mr. Popp?

16        A.    No, I didn't.

17        Q.    Does Mr. Popp report to

18  you?

19        A.    No.  I'm not there all the

20  time, so...

21        Q.    Could you fire him?

22        A.    Huh?

23        Q.    Could you fire him?  Do you

24  have the power to fire him?

73

1       A.    No.

2       Q.    Who has the power to fire

3 him?

4       A.    I don't know who can fire

5 him.  I cannot.

6       Q.    Could your husband fire

7 him?

8       A.    I don't know.

9       Q.    Has Mr. Popp ever said

10 anything in your presence about quitting

11 the family businesses?

12       A.    No.

13       Q.    Do you know how much he is

14 paid?

15       A.    No.

16       Q.    Does he work full time for

17 Bagga Enterprises?

18       A.    I don't know.  I think so.

19 I'm not there all the time, so I don't

20 know.

21       Q.    When you are not there,

22 where are you?

23       A.    Different places.

24       Q.    Are there any other

74

1  businesses you go to?

2          A.     Yes.

3          Q.     What's that?

4          A.     I work on various

5  transactions for clothing distribution.

6                 (Mr. Haber entered the

7  deposition room.)

8                 MS. BASKIN:  May I ask who

9  walked in?

10                MR. HABER:  My name is Steve

11  Haber.

12                MS. BASKIN:  Hello.

13                I'm sorry.

14  BY MR. HERMANN:

15         Q.     I was just asking you to

16  explain a little more what you mean

17  about working on transactions involving

18  the clothing business.  Clothing

19  distribution did you say?

20         A.     I work on transactions for

21  supplying goods to different stores.

22         Q.     Stores in the U.S.?

23         A.     Yes.

24         Q.     And for whom do you work?

ESQUIRE DEPOSITION SERVICES

1          A.          Nobody.   I work for myself,

2    some friends and family.

3          Q.          To what stores do you

4    supply these goods?

5                    MS. BASKIN:   I'm going to

6    object and instruct her not to answer.

7    BY MR. HERMANN:

8          Q.          Are these stores in the

9    Philadelphia area?

10                    MS. BASKIN:   I'm going to

11   object and instruct her not to answer.

12   BY MR. HERMANN:

13         Q.          From whom do you get the

14   goods to distribute to these stores?

15                    MS. BASKIN:   Once again, I'm

16   going to object and instruct her not to

17   answer until you can show some

18   relevance, and then maybe we can go on.

19   BY MR. HERMANN:

20         Q.          Who are the friends and

21   family you described a moment ago?

22                    MS. BASKIN:   I'm going to

23   object and instruct her not to answer.

24   BY MR. HERMANN:

76

1        Q.    Do you have a separate

2   company set up to do this?

3            MS. BASKIN:  I'm going to

4   object and instruct her not to answer.

5   BY MR. HERMANN:

6        Q.    Does anybody in your family

7   work with you in connection with these

8   transactions involving clothing

9   distribution?

10           MS. BASKIN:  I'm going to

11  object and instruct her not to answer.

12  BY MR. HERMANN:

13       Q.    Do you draw a salary in

14  connection with this business?

15           MS. BASKIN:  The non-Bagga

16  business?

17  BY MR. HERMANN:

18       Q.    Yes, the clothing

19  distribution business we're talking

20  about.

21           MS. BASKIN:  I'm going to

22  object and instruct her not to answer.

23  BY MR. HERMANN:

24       Q.    Is there any other

77

1 employment in which you are engaged

2 apart from Bagga Enterprises and the

3 clothing distribution that you just told

4 me about?

5       A.    No.

6       Q.    Did you have any other

7 business interests with either the Bagga

8 family members or the Chawla family

9 members apart from what you have told me

10 about already?

11       MS. BASKIN:  I'm going to

12 object and instruct the witness not to

13 answer.

14 BY MR. HERMANN:

15     Q.    Do you have someone who is

16 a money manager for you?

17       MS. BASKIN:  For her

18 personally?

19       MR. HERMANN:  Yes.

20       MS. BASKIN:  I'm going to

21 object and instruct the witness not to

22 answer.

23 BY MR. HERMANN:

24     Q.    Do you have an investment

78

1   advisor?

2          A.      What do you mean

3   "investment advisor"?

4          Q.      A person who advises you

5   about what investments to make or not to

6   make.

7          A.      No.

8                  MR. HERMANN:   Can we take a

9   break for a moment?

10                 (Recess from 11:11 a.m. to

11  11:23 a.m.)

12  BY MR. HERMANN:

13         Q.      What does Bagga Enterprises

14  do?

15         A.      It operates Arby's

16  Restaurants.

17         Q.      The Arby's Restaurants that

18  are owned in whole or in part by your

19  husband and your family?

20         A.      Yes.

21         Q.      Does that include all the

22  Arby's in Pennsylvania?

23         A.      No, not all of them.

24         Q.      Which ones does it include?

79

1        A.        I don't remember the names
2  of all of them.
3        Q.        Do you remember which ones
4  it doesn't include, if that's a smaller
5  list?
6        A.        Yes.    There are some that
7  are owned by -- operated by Welcome and
8  some by Bagga.
9        Q.        So are all of the Arby's
10 Restaurants in which the Bagga family
11 has some interest operated either by
12 Bagga Enterprises or by Welcome Group?
13       A.        Yes.
14       Q.        Who owns Bagga Enterprises?
15       A.        Paul does.
16       Q.        100%?
17       A.        I think so, yes.
18       Q.        Do you know if it has a
19 board of directors?
20       A.        Huh?
21       Q.        Do you know whether Bagga
22 Enterprises has a board of directors?
23       A.        I don't know.
24       Q.        Have you ever seen any

1    minutes of board meetings?

2         A.    I have not.

3         Q.    Now, does Bagga Enterprises

4    keep separate books for each of the

5    stores?

6         A.    What do you mean "separate

7    books"?

8         Q.    Does it keep, for example,

9    a separate general ledger for each

10   separate Arby's store or does it have

11   all of the accounts in one central

12   operating account?

13        A.    I think it's all done

14   together for all the stores.

15        Q.    Are you involved at all in

16   the bookkeeping aspect of the Bagga

17   Enterprises business?

18        A.    Some.

19        Q.    What are your functions?

20        A.    Bagga -- because the

21   different units have stores at different

22   places, so we have -- my job is to make

23   sure that the funds come into one

24   account and then bills are paid out of

1  that account.  We try to manage it out

2  of one account because the stores are in

3  all different locations and we don't

4  have the same bank at all the remote

5  areas, so the money has to be

6  transferred into one management company

7  account and then we try to pay

8  everything out of there.

9          Q.      So when funds come from the

10  various Arby's Restaurants, they go into

11  that account you were just describing?

12          A.      Yes.

13          Q.      Is that like a central

14  management account?

15          A.      Yes.

16          Q.      And all of the payables are

17  paid out of those accounts?

18          A.      Most of them, yes.

19          Q.      Which ones aren't?

20          A.      Sometimes the stores have

21  to pay cash payouts that they pay out

22  and sometimes -- most of them are paid

23  out of the central account.  But

24  sometimes if we have to send a check

1   out, I don't have time to transfer the

2   money -- it takes time from one bank to

3   another -- then we might write it out of

4   that account; but it is usually not

5   done.

6           Q.      When income from a

7   restaurant is received by you, is that

8   usually received in the form of a check

9   or cash?

10          A.      Income from the Arby's?

11          Q.      Yes.

12          A.      It is mostly cash.

13          Q.      And how is that delivered;

14  in other words, how is it physically

15  delivered?

16          A.      It's deposited in the bank

17  closest to the store.

18          Q.      And then there is a

19  transfer from that bank to your account?

20          A.      To the management account,

21  central account, yes.

22          Q.      You are in charge of

23  handling payments to vendors and other

24  tradespeople who need to be paid for

8:

1   what they have supplied to the business;

2   is that right?

3         A.      Yes.

4         Q.      Does anybody work with you

5   on that or do you do that yourself?

6         A.      No.    There are other people

7   working --

8         Q.      Who else works with you on

9   that?

10        A.      To pay that it -- I have

11  Khalid in the office.

12        Q.      Can you spell it?

13        A.      K-H-A-L-I-D.

14        Q.      What does Khalid do?

15        A.      He basically collects

16  all the -- gets all the bills together

17  and he prepares the checks and then we

18  decide what to release, depending on

19  what money is there.

20        Q.      Who decides which checks to

21  write and which to hold for the moment?

22        A.      I tell them to write the

23  checks.

24        Q.      Do you sometimes tell them

84

1  not to write certain checks or to hold

2  off on them for a while?

3          A.      Yes, sometimes.  But he

4  basically writes the checks and then we

5  release them as we have to.

6          Q.      So he writes checks for all

7  of the people to whom the business owes

8  money and you may decide to release some

9  and not release others?

10         A.      Yes.

11         Q.      Do you make those decisions

12  on your own?

13         A.      No.  I ask Paul sometimes.

14  Some of the bills have -- like electric

15  has to be paid, some things have to be

16  paid, so....

17         Q.      Who else works with you

18  besides Khalid in connection with

19  payables and receipts?

20         A.      Right now just Bob and

21  Khalid.

22         Q.      What function does Mr. Popp

23  play with regard to receipts and

24  payables?

8!

1      A.    He is not really involved
2  with payables.   He just does -- he is
3  more with the operations, like ordering
4  the food and doing the payroll and doing
5  the food analysis and stuff.   He does
6  that kind of thing.
7      Q.    Do you have any involvement
8  in those areas?
9      A.    No.
10     Q.    Do you review the bank
11  statements?
12          MS. BASKIN:   For who?
13  BY MR. HERMANN:
14     Q.    For Bagga Enterprises.
15     A.    Sometimes.
16     Q.    What determines whether you
17  do or don't review a particular bank
18  statement?
19     A.    I don't really need to
20  review.
21     Q.    Somebody else apart from
22  you reviews the bank statements of Bagga
23  Enterprises?
24     A.    The review for what?

86

1    Q.    For anything.  A bank

2  statement comes in from the bank.  Does

3  somebody review it, is my question.

4    A.    I guess, you know, they

5  reconcile the statement.

6    Q.    Who does that?

7    A.    Khalid.

8    Q.    And when he looks at the

9  bank statements, does he ever discuss

10 them with you?

11   A.    If there's a problem, if

12 there's some charge or a bank charge or

13 anything; other than that it's not

14 necessary.

15   Q.    Apart from the $52,000 a

16 year that you told us about a moment

17 ago, do you receive any other management

18 fees from Bagga Enterprises?

19   A.    I don't know how that is

20 done, but I know there are other

21 management fees.  I don't get involved

22 with that.

23   Q.    Do you personally receive

24 any management fees from Bagga

87

1   Enterprises apart from your salary?

2          A.    I don't take any.

3          Q.    Do you receive any other

4   kind of financial distribution from the

5   company, Bagga Enterprises, apart from

6   the salary you mentioned?

7          A.    No, I don't think so.

8          Q.    Have you ever reviewed

9   Bagga Enterprises' tax return?

10         A.    No.

11         Q.    Did you ever sign any

12  documents on behalf of Bagga

13  Enterprises?

14         A.    I don't remember.

15         Q.    Do you know what banks

16  Bagga Enterprises has accounts with?

17         A.    They are all different

18  banks, because wherever the stores are,

19  whichever bank is closer to it, that's

20  the bank.

21         Q.    That's where the cash is

22  deposited?

23         A.    Yes.

24         Q.    And who has the management

88

1   account for Bagga Enterprises, which

2   bank?

3        A.     Right now -- it used to be

4   United Management account, but we don't

5   have that anymore.

6             MS. BASKIN:  He is asking

7   which bank.

8   BY MR. HERMANN:

9        Q.     I'm just asking about Bagga

10  Enterprises now.

11       A.     Bagga Enterprises operated

12  from now I think it's PNC Bank.

13       Q.     Does Bagga Enterprises do

14  banking business with any other banks

15  for its central management functions as

16  opposed to the depository banks where

17  the stores are?

18       A.     I don't understand.

19       Q.     Does Bagga Enterprises have

20  any other bank accounts that it uses for

21  central management purposes apart from

22  the one you just mentioned?

23       A.     No.

24       Q.     Does Bagga Enterprises rent

1  space anywhere?

2      A.    For?

3      Q.    For real estate, for

4  storage, for offices.  Does it rent

5  space in the building, in the Bethlehem

6  Pike building?

7      A.    Yes.  That's where the

8  office is.

9      Q.    Does it pay rent for those

10 offices?

11     A.    Yes, it's supposed to,

12 yes.  It is supposed to be

13 distributed --

14         MS. BASKIN:  The question is

15 does Bagga Enterprises pay rent for the

16 property at Bethlehem Pike?

17         MR. HERMANN:  Yes.

18         THE WITNESS:  Yes.  It stays

19 a part of the --

20 BY MR. HERMANN:

21     Q.    Does Bagga Enterprises rent

22 storage space anywhere?

23     A.    They might.  I don't --

24     Q.    You are not aware of any?

90

1          A.     I don't know of any.

2          Q.     Have you ever written any

3  checks to storage companies on Bagga

4  Enterprises?

5          A.     I haven't written any

6  checks to storage companies.  I don't

7  remember.

8          Q.     When Bagga Enterprises

9  receives a check from somebody, how is

10 it physically deposited in the bank?

11 Does someone actually take it to the

12 bank?

13         A.     Yes.

14         Q.     Who is that person?  Is

15 that you?

16         A.     Sometimes.

17         Q.     When it is not you, who is

18 it?

19         A.     It could be Paul or

20 somebody in the office, whoever is --

21 anybody will do that, me or Paul or Bob,

22 anybody.  Yes, it's just a deposit, drop

23 it off at the bank.

24         Q.     Now, have you personally

91

1   written checks on Bagga Enterprises?

2              Now, you told me a moment

3   ago that Khalid writes the checks and

4   you decide what to release.  Do you ever

5   at times also write checks yourself

6   personally?

7        A.    Very rarely.  I might have.

8        Q.    Do you have a stamp that

9   your office uses for your signature?

10       A.    Yes.

11       Q.    Does Khalid stamp checks

12  with your signature?

13       A.    Yes, sometimes, yes.

14       Q.    Is there anybody else who

15  is permitted to use that stamp?

16       A.    Paul.

17       Q.    Anybody else?

18       A.    No.

19       Q.    Have you ever heard of

20  Jamuna Real Estate, LLC?

21       A.    Yes.

22       Q.    And what does Jamuna Real

23  Estate do?

24       A.    It owns the real estate for

92

1    some of the Arby's.

2         Q.     The ones in Pennsylvania?

3         A.     Yes, some of them in

4    Pennsylvania.

5         Q.     Do you have an ownership

6    interest in Jamuna Real Estate, LLC?

7         A.     No.

8         Q.     Do you know who the owners

9    are?

10        A.     Paul Bagga.

11        Q.     As far as you know, he owns

12   it 100%?

13        A.     Yes, I think so.

14        Q.     Has he always owned it

15   100%?

16        A.     No.  I think it was -- I

17   owned a part of it a few years ago and

18   then it was -- he took it.

19        Q.     You in fact owned 50% of it

20   a few years ago, didn't you?

21        A.     Yes.

22        Q.     When did you transfer that

23   50%?

24        A.     I don't remember the exact

93

1  time.   Sometime in 2000, 2001.

2         Q.     In 2000 or 2001 to whom did

3  you transfer that 50% interest in Jamuna?

4         A.     To Paul.

5         Q.     What did you get in return

6  for transferring that interest?   Did you

7  get an interest in something else?

8         A.     I don't remember exactly

9  how it was.   I know it was transferred.

10  I don't know exactly what Paul

11  transferred, really.

12         Q.     Is it your testimony that

13  you believe you did get something in

14  exchange for the transfer of your

15  interest but you don't remember what it

16  was?

17         A.     I know it was transferred.

18  I don't know what was done with it.

19         Q.     Do you know what the reason

20  was for the transfer?

21         A.     No.

22         Q.     At the time of the transfer

23  did you attempt to find out whether a

24  50% interest in Jamuna Real Estate had

94

1    any value?

2          A.     No.

3          Q.     Why did you transfer it?

4          A.     He said sign some papers.

5          Q.     That's how you transferred

6    it.  Why did you transfer it?

7          A.     I don't know.  Paul just

8    asked me to sign papers, some transfer

9    papers, and I signed them.

10         Q.     Did you have a lawyer

11   representing you at the time?

12         A.     No.

13         Q.     Do you know who drew up the

14   papers?

15         A.     No.

16         Q.     Did you ever do any work

17   for Jamuna?

18         A.     What kind of work?

19         Q.     Any kind of bookkeeping

20   work or operations work, the kind that

21   you do for Bagga Enterprises or

22   anything.

23         A.     I don't remember doing it,

24   no.

95

1       Q.    Did you ever get a salary

2 from Jamuna?

3       A.    No.

4       Q.    Did you ever receive any

5 financial distributions from Jamuna?

6       A.    I don't think so.

7       Q.    What does the word "Jamuna"

8 mean or signify?  Is it someone's name?

9       A.    It's Paul's grandmother's

10 name.

11       Q.    Did Jamuna have any

12 employees while you had an ownership

13 interest in it?

14       A.    I don't think so, no.

15       Q.    Does it have any today, as

16 far as you know?

17       A.    No, I don't think so.

18       Q.    Is it located at the

19 Bethlehem Pike office?

20       A.    I think that's the address

21 they use.

22       Q.    Did you ever review its

23 bank statements?

24       A.    No.

9 (

1        Q.    Did you ever sign any

2  documents on behalf of Jamuna apart from

3  the ones you just told me about

4  transferring your interest?

5        A.    I don't remember.  I might

6  have.  I don't remember.

7        Q.    Did you report the sale of

8  your interest in Jamuna to the Internal

9  Revenue Service on your tax return?

10        MS. BASKIN:  I'm going to

11  object.  You are classifying it as a

12  sale.  Sitting here today, I'm not sure

13  it is a sale.

14  BY MR. HERMANN:

15        Q.    Transfer, you said a

16  transfer.

17        A.    I don't know how it was

18  done on the tax returns.

19        Q.    Did you ever discuss with

20  your accountant whether the transfer

21  resulted in any gain or loss of income

22  to you for tax purposes?

23        A.    No.

24        Q.    Is the business operation

1  of Jamuna handled by Bagga Enterprises

2  part of its management function?

3       A.    Can you repeat that?

4       Q.    Does Bagga Enterprises

5  handle the business accounts for Jamuna

6  Real Estate?

7       A.    I don't think so, no.

8       Q.    Who does?  Does it handle

9  its own?

10      A.    I don't know.  I have no

11 idea.

12      Q.    Do you write checks on any

13 accounts of Jamuna Real Estate these

14 days?

15      A.    No.

16      Q.    Did you ever?

17      A.    No.

18      Q.    When you had an ownership

19 interest in Jamuna, did you ever review

20 invoices that were sent to it, people

21 who were looking to be paid by it?

22      A.    No.

23      Q.    And since the transfer of

24 your interest have you done that?

98

1          A.      No.

2          Q.      Did you ever hear of

3  Welcome Group?

4          A.      Yes.

5          Q.      What does Welcome Group do?

6          A.      It's another operating

7  entity for some of the Arby's

8  Restaurants.

9          Q.      What does Welcome Group do

10 that United Management Services or Bagga

11 Enterprises doesn't do?

12         A.      Welcome is an operating

13 entity for some of the Arby's and Bagga

14 is operating entity for some of the

15 Arby's and United was the management

16 company for all of the Arby's.

17         Q.      When you say an operating

18 entity as opposed to a management

19 company, what is the difference in your

20 mind, between those two functions?

21         A.      Operating entity in the

22 sense that they have the Arby's license

23 to operate the stores so they are -- and

24 United is the management company that

1  manages that and other things.

2       Q.    So am I understanding you

3  correctly that the operating entity just

4  holds the license, just holds and owns

5  the license, for the franchise or

6  whatever and all the --

7       A.    Uh-huh.

8       Q.    -- management activity is

9  handled by United Management or Bagga

10 Enterprises?

11      A.    By the management company.

12      Q.    By the management company.

13 Is that correct?

14      A.    Yes, that's what I think.

15      Q.    Who owns Welcome Group?

16      A.    Paul does.

17      Q.    100%?

18      A.    I think so, yes.

19      Q.    Are there any indirect

20 owners of Welcome Group, as far as you

21 know?

22      A.    What do you mean

23 "indirect"?

24      Q.    People who have an

100

1  ownership interest in it but for whom

2  Paul Bagga is the nominee or

3  representative or nominal holder of that

4  interest?

5        A.    I don't think so.  I think

6  Paul owns it.

7        Q.    And have you ever had any

8  ownership interest in Welcome Group?

9        A.    I don't think so, no.

10        Q.    Do you know whether Welcome

11  Group has a board of directors?

12        A.    I don't know that.

13        Q.    Have you ever seen the

14  minutes of any board meetings for

15  Welcome Group?

16        A.    I don't remember.

17        Q.    Did you ever work for

18  Welcome Group?

19        A.    I worked in the office and

20  I worked for United, so I was doing

21  managing for Welcome also because United

22  was managing for Welcome and for Bagga

23  Enterprises.

24        Q.    What kind of managing did

10

1  Welcome need?  What areas did it need

2  management services in?

3       A.    The same as Bagga

4  Enterprises.

5       Q.    And you wrote checks on the

6  accounts of Welcome Group?

7       A.    Yes.

8       Q.    When I say you wrote

9  checks, you wrote in the same way that

10  you testified before, that Khalid would

11  write them and you would decide which

12  ones to release?

13       A.    Yes.  Whoever was working

14  there, they would write the checks.

15       Q.    Has Khalid been there a

16  long time?

17       A.    No.  There were other

18  people before that.

19       Q.    Who had his job of writing,

20  preparing the checks before him?

21       A.    There have been various

22  people who worked before.

23       Q.    Do you remember any of

24  their names?

1          A.     There used to be this lady

2   Gloria and --

3          Q.     Do you remember Gloria's

4   last name?

5          A.     No.

6          Q.     Do you know Khalid's last

7   name?

8          A.     No.

9          Q.     Are there records of the

10  company which would reflect what their

11  last names are?

12         A.     Yes, I'm sure the

13  company....

14         Q.     If I leave a space in the

15  deposition for you to fill that in,

16  would you be able to fill in what those

17  persons' names were?

18         A.     I don't remember their last

19  name without checking.

20         Q.     And if after checking you

21  can recall what their last names were, I

22  would ask that you fill them in in the

23  blank space in the transcript.

24              MS. BASKIN:  Specifically

1  the names of the people who held

2  Khalid's position prior to Khalid?

3              MR. HERMANN:  Yes, right.

4  BY MR. HERMANN:

5       Q.    Did you receive any

6  management fees or other kind of income

7  from Welcome Group?

8       A.    I don't know how the

9  management fee structure was handled.

10  That was done by Paul.

11       Q.    Am I understanding you

12  correctly that you are not sure which

13  entities may have paid you management

14  fees?

15       A.    Yes.

16       Q.    If you received management

17  fees, those would have been declared on

18  your tax return; correct?

19       A.    Yes.

20       Q.    Were there ever any

21  circumstances in which a check would be

22  written and stamped with your signature

23  that would go out without your approval?

24       A.    Yes, sometimes it does.

104

1        Q.      Was that something that

2    happened infrequently?

3        A.      I'm not there in the office

4    all the time, so if I'm not there, some

5    check have to go out, they would stamp

6    it and send it.

7        Q.      And would they tell you

8    about it after the fact?

9        A.      Yes.

10       Q.      Did you from time to time

11   review lists of checks you had written

12   on United Management?

13       A.      Yes.

14       Q.      And Bagga Enterprises?

15       A.      Yes.

16       Q.      Did you handle any wire

17   transfers for Welcome Group?

18       A.      Yes, I think I did.

19       Q.      On what occasions did

20   Welcome Group or United Management have

21   wire transfers?

22       A.      Well, some of the vendors

23   needed -- like for the food supplies,

24   money has to be wired to them, so you

10

1  have to send out wires for....

2       Q.    Were wires sent only to

3  vendors or to other people as well?

4       A.    Mostly to vendors; but

5  there could be other people, too.  I

6  don't remember.

7       Q.    Were there wires made into

8  United Management or Welcome Group

9  accounts at times?

10      A.    Yes.

11      Q.    Or Bagga Enterprises as

12 well?

13      A.    Yes.

14      Q.    And from whom?  From what

15 entities were these wires received?

16      A.    I don't know the vendor you

17 are referring to, but there were wires.

18 Sometimes the money was put in.  I don't

19 remember where.

20      Q.    Well, what I'm asking you,

21 on what occasions would funds be wired

22 into United Management's or Welcome

23 Group's or Bagga Enterprises' account?

24      A.    If they were short of funds

DEPOSITION SERVICES

10

1  to pay the bills, then we had to get

2  money in to pay the bills.

3      Q.    And would that be from

4  another bank in that situation?

5      A.    Yes.

6      Q.    Were there any outside

7  investors in any of the Bagga family

8  businesses?

9          MS. BASKIN:  When you refer

10  to "Bagga family businesses" --

11          MR. HERMANN:  The Arby's we

12  are talking about; I'm sorry.

13          THE WITNESS:  I don't know.

14  BY MR. HERMANN:

15      Q.    If there are outside

16  investors, your testimony is that you

17  are not aware of them?

18      A.    Yes, I don't know.

19      Q.    Did you ever encounter

20  situations in which people, whether

21  potential investors or banks or other

22  people, wanted to know what the expenses

23  were of the Arby's businesses that were

24  run by United Management Services?

1         A.      I'm sorry.  What do I --

2              (The court reporter read the

3  record as follows:

4              "QUESTION:  Did you ever

5  encounter situations in which people,

6  whether potential investors or banks or

7  other people, wanted to know what the

8  expenses were of the Arby's businesses

9  that were run by United Management

10 Services?")

11             THE WITNESS:  Nobody asked

12 me.  I was never....

13 BY MR. HERMANN:

14      Q.      You never had a situation

15 in --

16             MS. BASKIN:  I was never

17 asked, she said.

18             You can't trail off at the

19 end because she can't get it.

20             THE WITNESS:  Oh, I'm sorry.

21 BY MR. HERMANN:

22      Q.      You never had a situation

23 in which you tried to assemble

24 documentation to show some outside

10

1  person what the expenses were of running

2  those Arby's businesses?

3      A.    No, I didn't.

4      Q.    Were you aware of any such

5  situations in which outside persons had

6  asked for documentation or backup of the

7  expenses of the Arby's businesses?

8      A.    No.

9      Q.    Were you ever present at

10  any time in which a party made a

11  statement that he believed that the

12  expenses of the Arby's businesses had

13  been exaggerated?

14      A.    No.

15      Q.    You mentioned K&P Realty

16  before.  Does K&P stands for Khushvinder

17  and Paul?

18      A.    Yes.

19      Q.    What does K&P do?

20      A.    It owns real estate for

21  some of the Arby's.

22      Q.    Do you know which ones it

23  owns the real estate for?

24      A.    It owns five stores.

10

1          Q.      Do you know the business

2    reason for it owning those five stores

3    and not other stores?  Is there a common

4    reason?

5          A.      They were the stores that

6    were there before it was a separate

7    company, so -- and then the stores that

8    were acquired later on, I think they

9    were owned by Jamuna.

10         Q.      What interest, if any, do

11   you have in K&P Realty?

12         A.      I own 100% of K&P.

13         Q.      Is K&P Realty a

14   corporation?

15         A.      I think so.

16         Q.      Do you know who is on its

17   board of directors?

18         A.      I don't know.  I don't

19   know.  I don't remember.

20         Q.      Does it have any employees?

21         A.      No.

22         Q.      Are its operations run out

23   of the Bethlehem Pike office?

24         A.      Yes.

110

1      Q.     Apart from your ownership

2  interest, do you receive any

3  compensation from K&P Realty?

4            MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer.

7  BY MR. HERMANN:

8      Q.     Has K&P Realty ever sold

9  any property?

10           MS. BASKIN:  I'm going to

11  object and instruct the witness not to

12  answer.

13  BY MR. HERMANN:

14     Q.     Does K&P Realty have any

15  income?

16           MS. BASKIN:  I'm going to

17  object and instruct the witness not to

18  answer.

19  BY MR. HERMANN:

20     Q.     Do you sign documents on

21  behalf of K&P Realty?

22           MS. BASKIN:  I'm going to

23  object and instruct the witness not to

24  answer.

11

1  BY MR. HERMANN:

2        Q.    Does K&P Realty have any

3  contracts with any Bagga family owned

4  enterprises?

5        A.    Some -- it owns the real

6  estate and then it is leased out to some

7  of the Arby's, the leases with the five

8  Arby's that are there.  I don't know if

9  that's the contract you are talking

10  about.

11        Q.    Well, for purposes of our

12  discussion let's assume it is a

13  contract.  Does K&P Realty receive

14  income in connection with leasing those

15  properties to the Arby's entries?

16        A.    What do you mean does it

17  receive income?

18        Q.    Does it get rent?

19        A.    Yes.

20        Q.    Does it pay that rent over

21  to any other entity?

22        A.    It has to pay the

23  mortgage.  K&P has to pay the mortgage.

24        Q.    Once it is finished paying

11

1  the mortgage, if there is any money left

2  over, who does that money go to?

3              MS. BASKIN:  Object and

4  instruct the witness not to answer.

5  BY MR. HERMANN:

6       Q.    Does it go to you

7  personally?

8              MS. BASKIN:  I'm going to

9  object and instruct the witness not to

10  answer.

11  BY MR. HERMANN:

12       Q.    Did you ever sign a tax

13  return for K&P Realty?

14              MS. BASKIN:  I'm going to

15  object and instruct the witness not to

16  answer.

17  BY MR. HERMANN:

18       Q.    Is the income for K&P

19  Realty declared on your personal tax

20  return?

21              MS. BASKIN:  I'm going to

22  object and instruct the witness not to

23  answer.

24  BY MR. HERMANN:

1        Q.      Does K&P Realty have a

2   checking account?

3              MS. BASKIN:  I'm going to

4   object and instruct the witness not to

5   answer.

6   BY MR. HERMANN:

7        Q.      Does K&P Realty pay any

8   expenses, business expenses, other than

9   the mortgage?

10       A.      What do you mean "business

11  expenses"?  Like what?

12       Q.      Like bulbs, insurance,

13  whatever operating expenses a business

14  may have.

15             MS. BASKIN:  I'm going to

16  object and instruct the witness not to

17  answer.

18             MR. HERMANN:  Let's take a

19  break for a second because I want to

20  inquire what the arrangements are.

21             (Recess from 12:12 p.m. to

22  12:14 p.m.)

23             (Mr. Lawrence Tabas relieved

24  Mr. Steven Haber.)

11

1   BY MR. HERMANN:

2        Q.      Did you ever hear of an

3   entity called Poojan, Inc., P-O-O-J-A-N?

4        A.      Yes.

5        Q.      What does that do?

6        A.      It owns one of the Arby's.

7        Q.      Which one does it own?

8        A.      Pittston, P-I-T-T-S-T-O-N.

9        Q.      Do you have any ownership

10  interest in Poojan?

11       A.      I don't know if it is

12  jointly owned by Paul.  I don't

13  remember.

14       Q.      Do you know whether Poojan

15  has any employees?

16       A.      Yes.

17       Q.      Who would that be?

18       A.      People who work there.

19       Q.      So does Poojan own the

20  store itself and the real estate?

21            MS. BASKIN:  I'm going to

22  object and instruct the witness not to

23  answer, unless you can show the

24  relevance.

11

1  BY MR. HERMANN:

2       Q.    What does the word "Poojan"

3  mean to you?  Is that someone's name?

4       A.    It's a combination of my

5  daughter and my son's name.

6       Q.    And who is who?

7            MS. BASKIN:  I'm going to

8  object and instruct the witness not to

9  answer.

10 BY MR. HERMANN:

11      Q.    Is there a company that

12 provides management services for Poojan?

13           MS. BASKIN:  I'm going to

14 object and instruct the witness not to

15 answer.

16           MR. TABAS:  I'm sorry to

17 interject at this point, but,

18 Ms. Baskin, if you are going to continue

19 to do that, I'm going to get Judge Reed

20 on the phone.

21           MS. BASKIN:  That's okay.

22           MS. BURKE:  We have already

23 handled this.

24           MR. TABAS:  Are you sure?

1          MR. HERMANN:  Yes.

2          MR. TABAS:  Okay.

3  BY MR. HERMANN:

4      Q.    Did you ever sign any

5  documents on behalf of Poojan?

6          MS. BASKIN:  I'm going to

7  object and instruct the witness not to

8  answer.

9  BY MR. HERMANN:

10     Q.    Did you ever sign any

11  checks on behalf of Poojan?

12     A.    Yes.

13     Q.    For what purpose did you do

14  that?

15     A.    For paying the bills for

16  Poojan.

17     Q.    Is that through the United

18  Management or Bagga Enterprises account,

19  through a management account?

20     A.    It used to be through

21  United; it's not anymore.  No.

22  Poojan is separate, yes.  It used to be

23  through Management -- through United

24  Management, but now it's not because we

1  separated everybody.  Welcome pays its

2  own and Bagga pays its own and Poojan

3  pays its own now.

4          Q.     It has its own checkbook at

5  this point?

6          A.     Yes.

7          Q.     Have you ever heard of an

8  entity called CJA Enterprises?

9          A.     I don't know.  It's not my

10  entity.  I don't know what it is.

11          Q.     You have never heard of it;

12  is that correct?

13          A.     No.  I have --

14                MS. BASKIN:  The question is

15  did you ever hear of an entity called

16  CJA.

17                THE WITNESS:  Yes.

18  BY MR. HERMANN:

19          Q.     Do you know what it does?

20          A.     It operates Arby's

21  Restaurants in Texas.

22          Q.     Is that in Mission and

23  Brownsville?

24          A.     I think so, yes.

11

1      Q.    Have you ever done any work

2 for CJA Enterprises?

3      A.    United did the management

4 for those stores, so....

5      Q.    So to the extent that you

6 were working for United, United did work

7 for CJA Enterprises; correct?

8      A.    Yes, I guess so.

9      Q.    Were you ever paid

10 separately by CJA Enterprises?

11      A.    No.

12      Q.    Did you ever receive any

13 distributions of income from CJA

14 Enterprises?

15      A.    No.

16      Q.    Did CJA Enterprises ever

17 sell any property?

18      A.    I don't know of any.

19      Q.    Did you ever see a tax

20 return for CJA Enterprises?

21      A.    No.

22      Q.    Do you know when it was set

23 up?

24      A.    Pardon me?

11

1        Q.      Do you know when it was set

2    up?

3        A.      No.

4        Q.      Did you ever hear of an

5    entity called Ten Tigers, Incorporated?

6        A.      Yes.

7        Q.      What's that?

8        A.      That was involved with the

9    clothing distribution business.

10       Q.      That was involved with your

11   clothing distribution business that you

12   described earlier?

13       A.      No, not my clothing

14   distribution; but that's what I remember

15   the name from, it had something to do

16   with the clothing business.

17       Q.      But it had something to do

18   with American Merchandising?

19       A.      I don't know.

20       Q.      Do you know anything else

21   about Ten Tigers, Incorporated, in terms

22   of what it does?

23       MS. BASKIN:  I'm going to

24   object and instruct the witness not to

120

1   answer.

2   BY MR. HERMANN:

3       Q.      I take it you have heard of

4   American Merchandising Company,

5   Incorporated?

6       A.      Pardon me?

7       Q.      Have you heard of American

8   Merchandising Company, Incorporated?

9       A.      Yes.

10      Q.      Do you have any ownership

11  interest in it?

12          MS. BASKIN:  I'm going to

13  object and instruct the witness not to

14  answer.

15  BY MR. HERMANN:

16      Q.      Do you know who owns it?

17      A.      I think Paul Bagga.

18      Q.      Does he own 100% of it?

19      A.      I don't know.

20      Q.      Do you know who was on the

21  board of directors of American

22  Merchandising?

23          MS. BASKIN:  I'm going to

24  object and instruct the witness not to

12

1 answer.

2 BY MR. HERMANN:

3    Q.    Have you ever seen any

4 board meeting minutes for American

5 Merchandising?

6        MS. BASKIN:  I'm going to

7 object and instruct the witness not to

8 answer.

9 BY MR. HERMANN:

10    Q.    Did you ever receive any

11 management fees or any distributions of

12 income from American Merchandising?

13        MS. BASKIN:  I'm going to

14 object and instruct the witness not to

15 answer.

16 BY MR. HERMANN:

17    Q.    Did you ever see a tax

18 return for American Merchandising?

19    A.    I don't know.

20    Q.    Did United Management

21 Services or Bagga Enterprises ever

22 handle any management functions for

23 American Merchandising?

24    A.    They might have.  I don't

12.

1  remember.

2       Q.    What makes you think they

3  might have?

4       A.    I don't remember if it did

5  or it didn't.

6       Q.    Was there a relationship in

7  which were you aware of the business of

8  American Merchandising Company and the

9  clothing distribution business that you

10  described yourself as having been in?

11            MS. BASKIN:  I'm going to

12  object and instruct the witness not to

13  answer.

14  BY MR. HERMANN:

15       Q.    Do you know whether

16  American Merchandising rents storage

17  space anywhere?

18            MS. BASKIN:  I'm going to

19  object and instruct the witness not to

20  answer.

21  BY MR. HERMANN:

22       Q.    Did you ever personally

23  sign any checks to American

24  Merchandising?

12

1          MS. BASKIN:  I'm going to

2   object and instruct the witness not to

3   answer.

4   BY MR. HERMANN:

5          Q.     Are you aware of any funds

6   from American Merchandising that were

7   sent by check or wire to either United

8   Management Services or Bagga

9   Enterprises?

10         A.     I don't remember that.

11         Q.     Now, a while ago you

12   testified about how United Management

13   Services maintained a common operating

14   account from which funds were paid on

15   behalf of various Bagga family

16   enterprises connected with the Arby's

17   businesses in Pennsylvania.  Do you

18   recall that?

19         A.     Yes.

20         Q.     What controls were in

21   place, as far as you know, to keep the

22   bookkeeping at each of these entities

23   separate?

24         A.     Arby's?

1      Q.      Yes.   So that the income
2  and expenses of the various stores were
3  attributed to those stores.
4      A.      Well, some of the expenses,
5  like, for example, the insurance expense
6  was -- there was one check sent out, but
7  then it was distributed for all the
8  stores and it was expensed to all the
9  stores.  So we had to keep that
10 separate.
11          But then the other expenses,
12 like if -- for the vendors for the food,
13 that we knew which store paid -- how
14 much it was for each store, so it was
15 related to that store.
16          And then, of course, the
17 utilities and all for each store was
18 separate, so....
19      Q.      Was there a particular
20 person at United Management who was
21 responsible for making sure that the
22 income and expenses attributable to each
23 store were in fact attributed to those
24 stores?

12

1          A.      Paul handled all the

2    operations.   I don't know how that is

3    done.

4          Q.      What about Bob Popp; was he

5    involved in that?

6          A.      I don't know.

7          Q.      While working at United

8    Management Services or Bagga Enterprises

9    did you ever have discussions with any

10   other employees or owners about making

11   sure that the expenses attributable to

12   each store were in fact attributed to

13   those stores on their profit and loss,

14   income/expense statements?

15         A.      Yes.   That's what we tried

16   to do, make sure that each store was

17   able to pay its expenses.   So they made

18   the statements for each store to see

19   that -- I mean we know what the store

20   gets in deposits by the sales.   And then

21   what the expenses are, some of them are

22   directly made for that store, the bills

23   that we get; the others have to be

24   distributed.   The ones like the rent

12

1    that's for the office, that has to be

2    distributed.  The insurance has to be

3    distributed between different, so that

4    has to be allocated.

5               So then they make the

6    statement so they know that it

7    is separate.

8         Q.     To use the example you gave

9    about insurance, an allocation among the

10   various stores, who is the person who

11   actually did that?  Who decided how much

12   of an insurance bill gets attributed to

13   each of these?

14        A.     Well, it gets distributed

15   by each store because each store has its

16   own insurance, so they know --

17        Q.     Each store has its own

18   insurance?

19        A.     I mean it is paid by

20   United.  But I think the policy, they

21   have to list all the stores, so each

22   store has its own allocation for

23   insurance and whatever it is for that

24   store.

1    Q.    Now, have you ever seen in

2  connection with your working for United

3  Management Services or Bagga Enterprises

4  monthly profit-and-losses for each

5  store?

6    A.    I don't get involved with

7  that, no.

8    Q.    Do you see any annual

9  profit and losses for each store?

10    A.    That's not my area.  I

11  don't get into the operations of the

12  restaurants, no.

13    Q.    Have you ever overheard any

14  discussion about which expenses could

15  properly be attributed to the business

16  of the stores as opposed to some other

17  enterprise?

18    A.    I don't understand your

19  question.

20    Q.    Have you ever heard any

21  discussion or dispute between people as

22  to whether certain expenses were even

23  properly expenses of the Arby's stores

24  as opposed to expenses of some different

1  enterprise?

2         A.     No, I don't remember

3  anything like that.

4         Q.     Did you personally withdraw

5  any funds from the management account

6  for United Management Services or Bagga

7  Enterprises?

8         A.     What do you mean?

9         Q.     Did you ever withdraw any

10 funds from one of those entities for any

11 purpose other than paying the bills of

12 the Arby's stores?

13        A.     No.  I had to loan -- like

14 sometimes if the money was short, I

15 would put money in and I would take it

16 out when the money was there.  But there

17 were times United was short, I had to

18 put money in.

19        Q.     When you say you had to put

20 money in, do you mean personal money?

21        A.     Yes.

22        Q.     When you put personal money

23 in, how would that infusion of money be

24 reflected on the books and records of

12

1    the company?

2         A.    It would come under loans.

3         Q.    So if you gave $100 to

4    United Management Services, it would be

5    recorded as a loan, and when you took it

6    back, it would be repayment of the loan?

7         A.    Yes, loan and exchange,

8    yes.

9         Q.    Did that happen?

10        A.    Sometimes, yes.

11        Q.    When that happened, what

12   would the bookkeeping entry literally

13   say in the company, do you recall?

14        A.    It would say deposit and it

15   would say a loan.

16        Q.    Is there any other

17   situation in which you withdrew money

18   from United Management or Bagga

19   Enterprises other than to repay a loan

20   that had been made?

21        A.    No, I didn't.

22        Q.    Was there any occasion on

23   which the transaction worked the other

24   way around, initially you borrowed money

13

1  from the company and then repaid?

2        A.    No.

3        Q.    To your knowledge did

4  anyone else ever borrow money from

5  United Management or Bagga Enterprises?

6        A.    I don't remember, no.

7        Q.    Do you personally have any

8  interest in any of the Arby's

9  franchises?

10       A.    No.

11       Q.    Do you from time to time

12 speak to the the operators of the Arby's

13 franchises, the people who work in the

14 stores?

15       A.    Not really, no.

16       Q.    Do you go around to visit

17 the stores at times?

18       A.    No, unless I'm in the area

19 and I need lunch.  In other words -- I

20 have to eat a sandwich, get a free

21 sandwich sometimes.

22       Q.    So it's not part of your

23 normal routine or responsibilities to

24 visit the stores and talk with the

13

1    personnel that work there?

2           A.    No, no.

3           Q.    And am I correct that you

4    don't perform any function in connection

5    with overseeing or supervising the

6    literal day-to-day management of those

7    stores?

8           A.    Yes, you are right.

9           Q.    Have you ever had any

10   discussions with anybody about the

11   equipment in those stores?

12          A.    No.

13          Q.    Have you ever performed any

14   function for any of the Bagga family

15   enterprises connected to Arby's in

16   connection with equipment from one store

17   to another?

18          A.    No.

19          Q.    Have you ever written any

20   checks on any of the Bagga family

21   enterprises for the purpose of paying

22   somebody else to move equipment from one

23   store to another?

24          A.    No.  I don't remember

13

 1  anything like that.

 2        Q.    Have you ever paid or

 3  authorized the payment of cash to any

 4  truckers or Teamsters for the purpose of

 5  moving equipment from one store to

 6  another or to another location?

 7        A.    I don't remember doing

 8  anything like that.

 9        Q.    Now, I want to give you a

10  list of locations and I want you to tell

11  me, if you can, whether the Bagga family

12  enterprises has any ownership interest

13  in the Arby's stores in these locations,

14  if there are.

15        MS. BASKIN:  Clarify for me

16  what the "Bagga family enterprises"

17  are.

18        MR. HERMANN:  Again, we're

19  talking about Arby's operations in

20  Pennsylvania or Texas in which the Bagga

21  family has directly or indirectly some

22  ownership interest.

23        MS. BASKIN:  The "Bagga

24  family" meaning who?

13:

 1                  MR. HERMANN:  Meaning the

 2  witness, meaning Paul Bagga.

 3                  MS. BASKIN:  I missed the

 4  first name.  The witness?

 5                  MR. HERMANN:  Meaning

 6  Mrs. Bagga.

 7                  MS. BASKIN:  Oh, okay.

 8                  THE WITNESS:  I don't

 9  understand.  In Arby's?

10  BY MR. HERMANN:

11       Q.    I'm just going to give you

12  locations and ask you if your family,

13  meaning you or your husband, still has

14  an ownership interest in the Arby's in

15  these locations; okay?

16                  Kutztown?

17       A.    Are you talking about

18  Arby's -- I don't understand the

19  question.

20                  MS. BASKIN:  I don't

21  understand the question, either.

22  BY MR. HERMANN:

23       Q.    I want to give you some

24  locations in Pennsylvania and in

13

1   Texas --

2          A.      Yes.

3          Q.      -- which either now or at

4   some point in the past had an Arby's

5   store located and then ask you whether

6   the family enterprises, your husband and

7   you, still have an ownership interest in

8   those stores.

9                  The first one I was going to

10  say was --

11                 MS. BASKIN:  He is going to

12  give you the location and you will see

13  whether you or your husband have an

14  ownership interest in that location.

15  BY MR. HERMANN:

16         Q.      Are you with me?  Kutztown,

17  Pennsylvania.

18         A.      Yes.

19         Q.      Pine Grove, Pennsylvania.

20         A.      Yes.

21         Q.      Greencastle?

22         A.      Yes.

23         Q.      Reading, Pennsylvania?

24         A.      Yes.

1       Q.    Wind Gap, Pennsylvania?

2       A.    Yes.

3       Q.    Pawley (sic), Pennsylvania?

4       A.    Yes.

5       Q.    Scranton, Pennsylvania?

6       A.    Yes.

7       Q.    Kingston, Pennsylvania?

8       A.    Yes.

9       Q.    Eynon, E-Y-N-O-N,

10 Pennsylvania?

11      A.    Eynon, yes.

12      Q.    Great Bend, Pennsylvania?

13      A.    Yes.

14      Q.    Sinking Spring,

15 Pennsylvania?

16      A.    Yes.

17      Q.    Wilkes-Barre?

18      A.    Wilkes-Barre?

19      Q.    Yes.

20      A.    Yes.  Some of them are

21 closed, the restaurants, so --

22      Q.    I'm not asking whether they

23 are open or closed.  I'm talking about

24 who they are owned by now.

13

1          A.      If they are closed, they

2    are not owned by anybody.

3              MS. BASKIN:  That's what is

4    confusing.

5              THE WITNESS:  I don't

6    understand.

7              MS. BASKIN:  We can go on or

8    off the record.

9              Will you say whether Mr. and

10   Mrs. Bagga personally?  I mean because

11   you have changed the definition of

12   "Bagga family enterprises" a couple of

13   times.

14             THE WITNESS:  I don't own

15   any of them, first of all.

16             MS. BASKIN:  That's what's

17   confusing.

18   BY MR. HERMANN:

19        Q.      But you recognize all of

20   these store names; right?  These are the

21   ones which are managed by United

22   Management and then Bagga Enterprises?

23        A.      But they are not owned by

24   the Bagga family, that's what I'm

ESQUIRE DEPOSITION SERVICES

13'

1  saying --

2                MS. BASKIN:  Because you

3  changed the definition so many times.

4                THE WITNESS:  -- that's why

5  I'm confused.

6  BY MR. HERMANN:

7        Q.    Well, do you want me to go

8  through them and ask you in each case

9  who owns -- you know, I will be happy to

10  do that.

11               MS. BASKIN:  Is that what

12  you want to know?  She will answer the

13  question you want to know; it is just

14  that your definition has changed

15  somewhat over the last couple of hours

16  and that's what is confusing.

17               MR. HERMANN:  Well, I'm

18  trying to simplify it.  I understand

19  they're not personally owned by them,

20  but entities in which they own or

21  control a majority interest, if that

22  will make it clearer.

23               THE WITNESS:  First of all,

24  I don't own any of the Arby's.  I have

ESQUIRE  DEPOSITION  SERVICES

13

1  nothing to do with them; okay?  So when

2  you say "Bagga family," I don't know

3  what you mean.  Arby's are owned by Paul

4  Bagga; I have nothing to do with them.

5  And some of them are closed, so nobody

6  owns them.

7  BY MR. HERMANN:

8        Q.    Of the ones that I have

9  listed for you, they are all owned by

10 Paul Bagga or they are closed; right?

11       A.    Arby's operations, yes.

12       Q.    Which ones are the ones I

13 have already asked you about that are

14 closed?

15       A.    I don't know the exact

16 location.  I know some of them were

17 closed.  But offhand of all the names, I

18 would be not be able to say which --

19 because it was something I have never

20 visited; I have no idea where they are.

21       Q.    But you know some of the

22 ones I have mentioned to you are closed

23 and used to be owned by Paul Bagga?

24       A.    Yes.

139

1          Q.     And the rest are owned by

2    Paul Bagga; right?

3          A.     Yes.

4          Q.     How about Pittston?

5          A.     Pittston, yes.

6          Q.     And Wyoming Valley?

7          A.     Yes.

8          Q.     Erdenheim?

9          A.     What?

10         Q.     Erdenheim.

11         A.     Erdenheim?  What's that?

12               MS. BASKIN:   That's what he

13   said.

14               THE WITNESS:   There's no

15   Arby's in Erdenheim.  I don't know.  I

16   don't know of any.  Maybe it's some --

17   sometimes they say it is like in a

18   different county or something.

19   BY MR. HERMANN:

20         Q.     Harlingen, Texas?

21         A.     Yes.

22         Q.     Brownsville, Texas?

23         A.     Yes.

24         Q.     Mission, Texas?

14

1        A.    Yes.

2        Q.    Are there any locations, to

3   your knowledge, other than the ones I

4   have just mentioned to you, in which

5   Paul Bagga owns or did own an Arby's?

6        MS. BASKIN:  Your question

7   is Paul Bagga personally?

8        MR. HERMANN:  No; in the

9   same sense of either direct or indirect

10  ownership.

11        THE WITNESS:  I think you

12  have all of them.  See, I don't

13  recognize them by names and some of the

14  places I don't know.  I have never been

15  to these places, so....

16  BY MR. HERMANN:

17        Q.    You have never been paid by

18  any of these store locations; right?

19        A.    No.

20        Q.    Of the ones that are

21  closed, do you know why they are closed?

22        A.    I just know they were

23  closed.

24        Q.    Now, you mentioned before

14

1    the regional manager, Mr. Pittack.  Does

2    he manage all of these stores?

3            A.    Yes, I think so.

4            Q.    Including the ones in

5    Texas?

6            A.    Yes.  I'm not sure if he

7    goes -- which stores he goes to or how

8    he manages them or --

9            Q.    Are there any other

10   regional managers who manage any other

11   stores?

12           A.    I don't know.  I'm not

13   involved in the operations.

14           Q.    Is there anybody else that

15   you know of who works in the office

16   building that you do whose job is to

17   manage on a day-to-day basis or oversee

18   the management of those Arby store

19   locations?

20           A.    I don't know.

21           Q.    Who does Mr. Pittack report

22   to?

23           A.    Paul Bagga.

24           Q.    Anybody else?

14...

```
 1          A.     I don't know.
 2          Q.     Do you have computers in
 3  the office building in Bethlehem Pike?
 4          A.     Yes.
 5          Q.     Are they networked in some
 6  way?
 7          A.     What do you mean
 8  "networked"?
 9          Q.     Are they completely stand-
10  alone computers or is there some central
11  system which links them together?
12          A.     I don't know how that
13  works.
14          Q.     Do you, yourself, use a
15  computer?
16          A.     Not really.
17          Q.     When you are in the office,
18  do you use it for any purpose?
19          A.     Just for AOL, just to use
20  personal.
21          Q.     Not for e-mail or for
22  business purposes?
23          A.     Not for Arby's, no.
24          Q.     In connection with the
```

14

1  clothing business?

2       A.    Yes.

3       Q.    Do you use that computer in

4  your office for that purpose?

5       A.    Sometimes.

6       Q.    Do you have a home office?

7       A.    I have a computer at home.

8       Q.    Do you use it for business

9  purposes?

10       A.    What business?

11       Q.    Any business you are

12  involved in, either Bagga Enterprises or

13  the clothing business or any other

14  business.

15       A.    Nothing for Arby's, no.

16       Q.    Do you receive any

17  financial reports?  Do you periodically

18  receive any financial reports in

19  connection with the business of any of

20  the companies that I just asked you

21  about in connection with the Bagga

22  family business?

23       A.    No.

24       Q.    In the past year have you

14

1  observed anyone move any computer

2  equipment from the Bethlehem Pike

3  office?

4          A.    No.

5          Q.    Have you had any

6  conversations with anybody about their

7  removing any computer equipment from the

8  office?

9          A.    No.

10          Q.    Have any of the computers

11  in the Bethlehem Pike office been sold

12  within the last year, as far as you

13  know?

14          A.    I don't know of any.

15          Q.    Have you written or

16  authorized any checks or paid or

17  authorized the paying of any cash in

18  connection with the moving of any

19  computer equipment from the Bethlehem

20  Pike office within the past year?

21          A.    No.

22          Q.    Has anyone said to you

23  within the past year that they believe

24  that computer equipment or computer

14

1  files have been moved from the Bethlehem

2  Pike office?

3      A.    No, I don't remember

4  anything like that, no.

5      Q.    Does Bagga Enterprises and

6  United Management and Welcome Group and

7  all of the companies that I have asked

8  you about store records from their

9  computers on the premises at Bethlehem

10  Pike?

11      A.    What do you mean?  What

12  records?

13      Q.    Disks, CDs, paper.

14      A.    I don't know that, no.  I

15  don't know what they do, how they store

16  it.

17      Q.    Who would be in charge of

18  storage of records for that office on

19  Bethlehem Pike?

20      A.    I don't know that:  Paul

21  would know that.  I don't know it.

22      Q.    Have you ever in walking

23  through the office noticed areas where

24  files were stored?

14

1          A.      No.

2          Q.      When you want to file

3    something, what do you do with it?

4          A.      I have a filing cabinet.

5          Q.      If you want to file a piece

6    of paper, you would take it over to the

7    filing cabinet?

8          A.      Yes.

9          Q.      Are files ever moved from

10   the filing cabinet to someplace else?

11         A.      No.

12         Q.      Do you know whether the

13   office has any backup storage of

14   computer tapes or CDs?

15         A.      I don't remember.

16         Q.      How many computers are

17   there in the office on Bethlehem Pike?

18         A.      Four, five.

19         Q.      Do you know whether the

20   companies, any of the companies we have

21   been talking about, have purchased any

22   specialized software in connection with

23   those computers?

24         A.      I don't know.

14

1          Q.     Are you familiar with the

2   point-of-sale cash registers that are

3   used in the Arby's stores?

4          A.     No, I'm not familiar.

5          Q.     Did you ever talk to

6   anybody about how they work?

7          A.     No.

8          Q.     Did you ever hear of a

9   company called P-A-R, Par Financing

10  Corp. in Syracuse, New York?

11         A.     It's -- I think it is a

12  company from the -- that lease the

13  registers for the Arby's, some of the

14  Arby's.

15         Q.     Have you ever had

16  discussions with anybody from Par about

17  the money that was owed to them in

18  connection with those leases?

19         A.     I haven't talked to

20  anybody, no.

21         Q.     Does each store have one of

22  those point-of-sale cash registers?

23         A.     Every store has a

24  register.  I don't know whether it is

14

1  all point-of-sale or what kind of

2  registers they have.

3       Q.     Do you know whether Arby's

4  requires a certain kind of point-of-sale

5  computer cash register?

6       A.     I don't know.

7       Q.     Are you aware of any

8  differences between the system that

9  Arby's uses for these point-of-sale cash

10  registers and what other franchises use?

11       A.     No.

12       Q.     I asked you before whether

13  you had ever testified.  Have you ever

14  been sued personally?

15       A.     I don't remember being

16  sued, no.

17       Q.     As far as you can recall,

18  has any entity in which you had an

19  ownership interest, direct or indirect,

20  ever been sued?

21       A.     I don't remember.

22       Q.     So I take it you wouldn't

23  remember whether any judgement has been

24  entered against you in connection with

14

1  any lawsuit?

2       A.    Yes; I don't remember.

3       Q.    Have you ever made any

4  assignment for the benefit of creditors?

5       A.    What is that?

6       Q.    An assignment of anything

7  of value that you own, an interest that

8  you had for the benefit of creditors in

9  connection with a financial dispute.

10      A.    I don't understand.  What

11 is it?

12      Q.    Have you ever assigned

13 property or assets that you had to

14 creditors in order to satisfy them?

15           MS. BASKIN:  I'm going to

16 object and instruct her not to answer.

17 BY MR. HERMANN:

18      Q.    Have you or any entity in

19 which you had an interest ever had any

20 involvement, direct or indirect, in a

21 bankruptcy proceeding apart from the

22 proceeding that's now pending involving

23 Welcome Group?

24      A.    Can you repeat the

150

1   question?

2           Q.      Have you had any

3   involvement in any bankruptcy

4   proceedings?

5                   MS. BASKIN:  Except for --

6                   MR. HERMANN:  Except for the

7   present one.

8                   MS. BASKIN:  -- Welcome

9   Group.

10                  MR. HERMANN:  Yes.

11                  THE WITNESS:  I don't

12  remember that.  I don't know.

13  BY MR. HERMANN:

14          Q.      You have never declared

15  personal bankruptcy; is that correct?

16          A.      Yes; I have not.

17          Q.      As far as you know, your

18  husband has never declared personal

19  bankruptcy?

20          A.      Yes; he has not, as far as

21  I know.

22          Q.      Did you ever hear of a

23  company called Brandt Trade,

24  B-R-A-N-D-T, Trade?

15

1          A.     Yes.

2          Q.     Who are that?

3          A.     That's a company that does

4    the clothing business.

5          Q.     In what connection have you

6    had dealings with anyone from Brandt

7    Trade, if you have?

8               MS. BASKIN:  I'm going to

9    object and instruct her not to answer

10   unless it is related to Bagga

11   Enterprises, Jamuna, United Management,

12   or Welcome Group.

13   BY MR. HERMANN:

14         Q.     Do you know whether Brandt

15   Trade is listed as a creditor of Welcome

16   Group?

17               MS. BASKIN?  In the

18   bankruptcy?

19               MR. HERMANN:  Yes.

20               THE WITNESS:  I don't know.

21   BY MR. HERMANN:

22         Q.     Have you had any

23   discussions with Brandt Trade about

24   money that they thought was owed to

1  them?

2              MS. BASKIN:  By?

3              MR. HERMANN:  By any entity

4  with which she had anything to do.

5              MS. BASKIN:  Well, I will

6  object and instruct her not to answer

7  unless it has to do with one of these

8  four defendants.

9  BY MR. HERMANN:

10       Q.    What does Brandt Trade do?

11  You said it is in the clothing business.

12  Can you be more specific?

13       A.    It's involved in trading

14  clothing, name-brand products.

15       Q.    To whom does it trade?

16       A.    Different companies.

17       Q.    Where does it trade?

18       A.    It trades over here in U.S.

19  and overseas.

20       Q.    Does it ship American

21  products overseas?

22              MS. BASKIN:  I'm going to

23  object and instruct her not to answer

24  unless it has to do with these four

15

1  defendants.

2  BY MR. HERMANN:

3      Q.    Is the Brandt of Brandt

4  Trade any connection to the partner of

5  Mr. Lipski of Lipski & Brandt?

6      A.    What?

7      Q.    Is the Brandt of Brandt

8  Trade connected to the Brandt of the

9  Lipski & Brandt law firm?

10     A.    I don't know.

11     Q.    Did you personally have any

12  dealings with Brandt Trade in connection

13  with your clothing business?

14          MS. BASKIN:  I'm going to

15  object and instruct her not to answer.

16  BY MR. HERMANN:

17     Q.    Did Brandt Trade have

18  anything to do with World Apparel or

19  American Merchandising?

20          MS. BASKIN:  I'm going to

21  object and instruct her not to answer

22  unless it has do with the four

23  defendants.

24  BY MR. HERMANN:

15

1          Q.      Have you ever heard of a

2   company called HB Properties?

3          A.      I'm sorry?  I couldn't hear

4   you.

5                  MR. HERMANN:  Why don't we

6   just stop.

7                  (Luncheon recess from 1:00

8    p.m. to 1:38 p.m.)

9                  MR. HERMANN:  What we're

10  proposing to do is call the Court now to

11  see if the Court is available to give us

12  a ruling on the issues that we have been

13  going back and forth about here.  So I

14  just wanted to ask you if you want to

15  come with us, and we can call from here

16  or from the other room.

17                 MS. BASKIN:  Sure.

18                 MR. TABAS:  We can call from

19  the other room.  It might be easier.

20                 MS. BURKE:  Let's do that.

21                 (Recess.)

22                 MR. HERMANN:  Just for the

23  record, we tried to reach the chambers

24  of Judge Reed.  We got an answering

15

1  machine, so we may try later on again.

2               (The video record started.)

3               THE VIDEOTAPE SPECIALIST:

4  We're on the record.  The time is

5  1:41 p.m. on June 17, 2003.

6  BY MR. HERMANN:

7       Q.     When we broke, Mrs. Bagga,

8  I was asking you about HB Properties and

9  whether you know what HB Properties is.

10 Do you know what HB Properties is?

11      A.     Yes.

12      Q.     What is it?

13      A.     It's a company, a real

14 estate company.  It's owned by H. B.

15 Chawla.

16      Q.     Now, is that the same

17 Mr. Chawla you mentioned before?

18      A.     It's his father.

19      Q.     What does HB do, HB

20 Properties do, when you say it is a real

21 estate company?

22      A.     They own and manage the

23 real estate.

24      Q.     In the Philadelphia area?

15[

1          A.     Yes.

2          Q.     Did you ever do any work

3   for them?

4          A.     No.

5          Q.     Do you know who currently

6   runs that company?

7          A.     HB is HB Chawla.  I think

8   it's one of his sons runs that.

9          Q.     Is Ravi Chawla one of his

10  sons?

11         A.     Yes.

12         Q.     Does he run the company

13  now?

14                MS. BASKIN:  I'm going to

15  object and instruct the witness not to

16  answer unless you can show it is related

17  to one of the four defendants.

18                MR. HERMANN:  So the record

19  is clear, I mean I haven't been

20  responding to each one of those

21  directions not to answer.  We feel each

22  one of the directions not to answer is

23  inappropriate, that the issue of

24  relevance is for the Court, and that the

15

1   only appropriate objection is an

2   objection as to form, which is the issue

3   that we will raise with Judge Reed at

4   the appropriate time. Since I haven't

5   said that on the record, I might as well

6   put that on the record now.

7               MS. BASKIN: Understood.

8   BY MR. HERMANN:

9        Q.    Have you had any dealings

10  yourself with HB Properties?

11       A.    For what?

12       Q.    For any purpose.

13       A.    I don't understand. What

14  kind of dealings?

15       Q.    Have you ever had any

16  dealings between any company you were

17  working for or representing and HB

18  Properties?

19              MS. BASKIN: I'm going to

20  object and instruct her that she can

21  answer only if it relates to Bagga,

22  Jamuna, United Management, or Welcome

23  Group.

24              THE WITNESS: I think one of

15

1  these companies, they might have

2  borrowed money from HB Properties.

3  BY MR. HERMANN:

4        Q.      What makes you think that?

5        A.      That's what I think, might

6  have borrowed money from them.

7        Q.      Did anyone representing HB

8  Properties ever tell you that?

9        A.      No.

10       Q.      Did you ever see any pieces

11 of paper that evidenced that borrowing?

12       A.      I don't remember exactly,

13 but I think that some money was borrowed

14 from HB Properties to run Welcome Group

15 or one of the companies.  I don't

16 remember exactly what, but....

17       Q.      Do you remember how long

18 ago that was when you learned that

19 information?

20       A.      It probably would be in the

21 last two years maybe.

22       Q.      Do you know which of the

23 entities you just mentioned borrowed the

24 money from HB Properties?

159

1          A.      I don't remember that, no.

2          Q.      Did you ever discuss that

3   borrowing with any of the Chawlas?

4          A.      One of the Chawlas had to

5   get me the money from HB Properties.

6          Q.      Who negotiated that loan

7   with the Chawlas on behalf of the

8   borrower?

9          A.      What do you mean

10  "negotiated"?

11         Q.      Who made arrangements for

12  that loan to be made by HB Properties to

13  one of the Arby's-related entities?

14         A.      Probably Paul did.

15         Q.      Do you know that or are you

16  guessing?

17         A.      I'm guessing.

18         Q.      Well, what is it that makes

19  you think such a loan was made if you

20  don't have any information about it?

21         A.      I think we borrowed some

22  money from HB Properties.  That's what

23  -- as best I can remember.

24         Q.      And --

160

1        A.    I'm not sure, but I think

2   there was money borrowed from them.

3        Q.    Do you know how much money

4   was borrowed from them?

5        A.    I don't know the amount,

6   no.

7        Q.    Do you know what the rate

8   of interest was?

9        A.    No.

10        Q.    Do you know what the terms

11   of repayment were?

12        A.    No.

13        Q.    Do you know whether the

14   money was repaid already?

15        A.    No, it's not been repaid.

16        Q.    Did you personally

17   guarantee that loan?

18        A.    I don't remember.

19        Q.    Well, if you had guaranteed

20   the loan, would you remember?

21             MS. BASKIN:  Her testimony

22   is that she doesn't remember.

23             MR. HERMANN:  I'm just

24   trying to find out why the witness

1 doesn't remember, whether it is because

2 she has guaranteed so many loans or it

3 is not the kind of thing she would

4 remember.

5          THE WITNESS:  I don't know

6 if I signed some paper.  I don't

7 remember whether I just sign to get a

8 check or there was a guarantee or

9 something.  I don't remember that.

10 BY MR. HERMANN:

11      Q.      Do you recall signing some

12 paper in connection with that loan?

13      A.      I don't remember.

14      Q.      Do you remember seeing any

15 document which showed that the borrowed

16 funds had come into one of the companies

17 you work with, a wire transfer or

18 something of that sort?

19      A.      I think there was a deposit

20 in one of the companies.

21      Q.      To the best of your

22 recollection, when was that deposit

23 made?

24          A.      Last few months.  It could

16:

1  have been a year.  I don't remember.

2       Q.    Was it recorded on the

3  books of any of the companies we have

4  been discussing as a loan?

5       A.    I don't know.

6       Q.    Did you ever discuss the

7  repayment of this loan with Ravi Chawla?

8       A.    No.

9       Q.    Did you ever hear of Sant

10  Properties, S-A-N-T?

11       A.    Yes.

12       Q.    What is that?

13       A.    It's a company owned by one

14  of the Chawlas.

15       Q.    And do you know what it

16  does?

17       A.    It owns real estate,

18  manages real estate.

19       Q.    And have you or any entity

20  for which you ever worked or associated

21  ever done any business with Sant

22  Properties?

23       A.    We borrowed money from Sant

24  Properties.

1          Q.       Who borrowed money from
2     Sant Properties?
3          A.       One of the companies.
4          Q.       And this is separate and
5     apart from borrowing money from HP
6     Properties; right?
7          A.       Yes.
8          Q.       When did that borrowing
9     occur?
10         A.       Probably in about the last
11    year, year and a half.
12         Q.       Who are the owners of Sant
13    Properties?
14         A.       I don't know exactly who is
15    owner.
16         Q.       Do you know anybody who is
17    an owner of Sant Properties?
18         A.       I don't know if it's owned
19    by a trial store or it's owned by
20    individuals.  I don't know exactly what
21    the ownership is.
22              THE COURT REPORTER:  "I
23    don't know if it's owned by a" --
24              THE WITNESS:  A trial store.

16

1          THE COURT REPORTER:  A trial

2   store?

3          THE WITNESS:  I don't know

4   the exact ownership structure.

5   BY MR. HERMANN:

6       Q.    Did you ever talk to

7   anybody from Sant Properties?

8       A.    For what?

9       Q.    For any purpose.  Did you

10  ever talk to anybody who you knew to be

11  a representative of Sant Properties?

12      A.    Yes.

13      Q.    Who was that?

14      A.    It's Chawlas.

15      Q.    Which Chawla?

16      A.    Hardeep Chawla.

17      Q.    How do you spell that?

18      A.    H-A-R-D-E-E-P.

19      Q.    Is Hardeep Chawla related

20  to Ravi Chawla?

21      A.    Yes.

22      Q.    What is the relationship?

23      A.    They are brothers.

24      Q.    Do you understand anything

ESQUIRE DEPOSITION SERVICES

16

1  about who the officers or employees are

2  of Sant Properties?

3          A.      No.

4          Q.      Do you know what position

5  Hardeep Chawla had in that company?

6          A.      No.

7          Q.      Did anyone ever tell you

8  whether Ravi had an ownership interest

9  in that as well?

10         A.      Can you repeat that?  What

11 did you say?

12              MR. HERMANN:  Can you read

13 it back.

14              (The court reporter read the

15 record as follows:

16              "QUESTION:  Did anyone ever

17 tell you whether Ravi had an ownership

18 interest in that as well?")

19              THE WITNESS:  No.

20 BY MR. HERMANN:

21         Q.      Who on behalf of the

22 companies that you represented

23 negotiated a loan from Sant Properties?

24         A.      I think it must have been

16

1  Paul.

2        Q.    Did you, yourself, take

3  part in any of those discussions leading

4  up to the borrowing?

5        A.    No.

6        Q.    Did you ever see any

7  documents that evidence that borrowing?

8        A.    Documents for what?

9        Q.    That showed what the terms

10  of the borrowing were.

11        A.    No.

12        Q.    Do you --

13        A.    I don't remember, no.

14        Q.    Do you know whether there

15  is a piece of paper that reflects that

16  loan?

17        A.    I don't know.  I think

18  there is.  I'm not sure.

19        Q.    Do you know to what company

20  that loan was made or companies?

21        A.    I don't remember exactly

22  which company the loan was made to.

23        Q.    Do you know what the amount

24  of the loan was?

16

1          A.      Different amounts.  It is

2    taken at different times, so I don't

3    know what --

4          Q.      How many different times

5    were loans made by Sant Properties?

6          A.      I don't know if like Sant

7    Properties or HB Properties, how many

8    times or what were amounts.  I can't

9    recollect that.

10          Q.      Where would there be a

11    record in the books and records of

12    Management or Welcome Group or Bagga

13    Enterprises of the amount of the

14    outstanding loans to Sant Properties and

15    HB Properties?

16          A.      I guess it would show up in

17    the balance sheet.

18          Q.      Have you ever seen that

19    shown on the balance sheet?

20          A.      No.

21          Q.      And to your understanding

22    these advances were loans and not equity

23    investments; is that correct?

24          A.      Yes, they were loans.

16

1      Q.    Do you know what the total

2  amount of the Sant Properties loans made

3  at various times was?

4      A.    No.

5      Q.    Has that -- have those

6  loans been repaid?

7      A.    As far as I know, no, they

8  have not been repaid.

9      Q.    Do you know whether any

10  efforts have been made by Sant

11  Properties to obtain repayment of the

12  loans it made?

13      A.    No, I don't.

14      Q.    Do you know whether any

15  efforts were made by HB Properties to

16  obtain repayment of the loans it had

17  made?

18      A.    No, I don't.

19      Q.    Did you ever hear of a

20  company called KPE?    KPE.

21      A.    Just KPE?

22      Q.    Yes.

23      A.    (Witness shakes head.)

24      Q.    You are not familiar with

16

1    any entity with those initials?

2        A.    No.

3        Q.    To your knowledge does

4    Welcome Group owe any money to a company

5    called KPE?

6        A.    I don't know.

7        Q.    Do you know who Norman

8    Cahan is?

9        A.    Yes.

10       Q.    Who is he?

11       A.    He is an accountant.

12       Q.    Is he your accountant?

13       A.    He is an accountant for the

14   companies.

15       Q.    The Bagga operating

16   companies related to the Arby's

17   franchises?

18       A.    Yes.

19       Q.    Is he also your personal

20   accountant?

21       A.    I'm not sure.  I think he

22   does the personal taxes, also.  I'm not

23   sure.

24       Q.    Do you know a Bruce Cahan?

170

1          A.      I think he works in the
2   same office.
3          Q.      Is he Norm Cahan's brother?
4          A.      I don't know.
5          Q.      You have never spoken to
6   him?
7          A.      I might have.
8          Q.      Have you ever met him, as
9   far as you know?
10          A.      I don't know.  I might have
11   met him in Norman's office.  I don't
12   know.  I don't remember.
13          Q.      Have you from time to time
14   gone to Norman Cahan's office?
15          A.      I have gone there a couple
16   of times, yes.
17          Q.      Have those visits been in
18   connection with your personal finances
19   or your business finances?
20          A.      I have just been there to
21   drop off or to pick up something for the
22   office.
23          Q.      Have you ever gone there to
24   discuss accounting issues with him?

ESQUIRE  DEPOSITION  SERVICES

17

1          A.     I don't remember that, no.

2          Q.     Have you in fact ever

3  discussed accounting issues with him?

4          A.     With who?

5          Q.     Norman Cahan.

6          A.     No, not really.

7          Q.     Have you ever been at any

8  meetings in which he was present at

9  which accounting issues were discussed?

10         A.     Yes, I have been.  I think

11  some meeting I might have been there,

12  yes.

13         Q.     Is it one meeting or more

14  than one meeting?

15         A.     More than one, yes.

16         Q.     And did those meetings take

17  place at your office or at his or some

18  other place?

19         A.     Our office.

20         Q.     Approximately how many such

21  meetings did you attend?

22         A.     I didn't attend any

23  meetings.  Sometimes he came to the

24  office.  I didn't attend the meeting.

17

1    Q.    So is it your testimony he

2 came to the office and talked to you and

3 other people but they were not formal

4 meetings?

5    A.    Well, he had a meeting with

6 Paul ,basically.  I'm not a part of the

7 meetings.

8    Q.    On those occasions when he

9 came to your office and talked with Paul

10 or somebody else, did you ever talk to

11 him other than to say hello and how are

12 you and things like that?

13    A.    No, not really.

14    Q.    When did you first meet

15 Norman Cahan?

16    A.    A few years ago.

17    Q.    What do you mean by "a

18 few"?  Five years ago?  Ten years ago?

19    A.    Six, seven years ago

20 maybe.  I don't know the exact time that

21 I met him, no.

22    Q.    Have you ever heard Norman

23 Cahan discuss anything related to the

24 strategy for paying off some of the

17

1    debts of the Bagga-related companies?

2          A.    No.

3          Q.    Did you ever discuss any

4    business deals with Norman Cahan or were

5    you ever present at any meetings in

6    which that was discussed?

7          A.    What kind of business

8    deals?

9          Q.    Possible new business deals

10   for you or your husband or both.

11         A.    I don't understand.  What

12   business?

13         Q.    Well, you and your husband

14   have been involved in numerous business

15   ventures; am I correct?

16         A.    Yes.

17         Q.    Have you ever been present

18   at a meeting at which that was discussed

19   with Norman Cahan either before an

20   investment was made or after?

21         A.    I don't understand what --

22         Q.    What is it that you don't

23   understand?

24         A.    I don't understand the

ESQUIRE DEPOSITION SERVICES

17

1  meeting about business deals.   What

2  business deals?

3          Q.     I'm asking you whether the

4  subject of business deals was ever

5  discussed in your presence with Norman

6  Cahan.

7          A.     I don't remember.

8          Q.     Were you ever present at

9  any discussion in which the possibility

10  that Norman Cahan would have a personal

11  interest in some Bagga family business

12  deal was discussed?

13          A.     Can you repeat that?

14          (The court reporter read the

15  record as follows:

16          "QUESTION:  Were you ever

17  present at any discussion in which the

18  possibility that Norman Cahan would have

19  a personal interest in some Bagga family

20  business deal was discussed?")

21          MS. BASKIN:  Now what do you

22  mean by "Bagga family business"?

23          MR. HERMANN:  I mean any

24  transaction in which Paul Bagga or

ESQUIRE DEPOSITION SERVICES

175

1  Mrs. Bagga would be involved, period.

2           MS. BASKIN:   I will object.

3           And limit your response, if

4  you have one, to any dealings regarding

5  Bagga Enterprises, Jamuna, United, or

6  Welcome Group.

7           THE WITNESS:   I don't

8  remember anything.

9  BY MR. HERMANN:

10          Q.    Were you ever present at

11 any discussion in which your husband

12 said in words or substance to Norm

13 Cahan, "This is a venture or business

14 that you should consider investing in"?

15          A.    No.

16          Q.    To your knowledge does

17 Norman Cahan have any investment

18 interest in any of the businesses in

19 which you and/or your husband have an

20 interest?

21          A.    No, I don't.

22          Q.    Did you ever sit down and

23 review documents with Norm Cahan of any

24 sort?

17

```
1          A.     What kind of documents?

2          Q.     Tax return, such as.

3          A.     No.

4          Q.     Books and records of one of

5   the companies?

6          A.     No.

7          Q.     Did you ever discuss the

8   litigation on which this testimony is

9   being given with Norm Cahan?

10         A.     I don't understand that.

11         Q.     Did you ever discuss this

12  litigation with Mr. Cahan?

13         A.     What is "this litigation"?

14  Which --

15                MR. HERMANN:  Do you want

16  to --

17                MS. BASKIN:  You were

18  noticed for a deposition --

19                THE WITNESS:  Yes.

20                MS. BASKIN:  -- under the

21  litigation by FL Receivable versus

22  Bagga, Jamuna, United, and Welcome

23  Group.  Did you ever sit down and talk

24  to Norm Cahan about this litigation?
```

1          THE WITNESS:  Oh, no.

2  BY MR. HERMANN:

3          Q.    Have you talked to him in

4  the last couple of months?

5          A.    I don't remember.

6  Probably.  I don't know.  I don't

7  remember.

8          Q.    Did you discuss with him at

9  all the possibility that you were going

10  to have to testify in this litigation?

11          A.    With Norman?

12          Q.    Yes.

13          A.    No.

14          Q.    Do you know whether Norm

15  Cahan does any work for the Chawla

16  family?

17          MS. BASKIN:  Object and

18  instruct the witness not to answer.

19  BY MR. HERMANN:

20          Q.    Does Victor Lipski

21  represent you personally?

22          A.    I think he represents Paul;

23  he doesn't represent me.

24          Q.    Do you know whether Victor

178

1  Lipski represents United Management

2  Services?

3              MS. BASKIN:  Are you talking

4  about presently or at any time?

5              MR. HERMANN:  Presently.

6              THE WITNESS:  I don't know.

7  I'm confused who represents which

8  company.

9  BY MR. HERMANN:

10         Q.    Do the Bagga family

11  companies have more than one lawyer?

12         A.    Victor originally worked

13  for this, but I don't know who is

14  representing who now.

15         Q.    Well, if you had a

16  situation in which you needed to call a

17  lawyer in connection with the work of

18  United Management or Bagga Enterprises,

19  who would you call?

20         A.    I would call Leslie.

21              MS. BASKIN:  Whether she

22  personally had or --

23              MR. HERMANN:  No.  I'm

24  asking her if she had a business problem

17?

1  in connection with something she needed

2  to know regarding the business of those

3  companies, who would you call?

4            MS. BASKIN:  If you were

5  calling on behalf of one of these

6  businesses, Bagga, Jamuna, United, or

7  Welcome, which lawyer would you call?

8            THE WITNESS:  Oh.  Yes, I

9  would call Victor.

10 BY MR. HERMANN:

11        Q.     Have you ever met with him

12 about business matters?

13        A.     I have met with Victor,

14 yes.

15        Q.     Was that in relation to

16 business matters?

17        A.     Yes.

18        Q.     On how many occasions in

19 recent years would you say you met with

20 Victor Lipski to talk about business

21 matters?

22        A.     How many times in what time

23 period?

24        Q.     The last three years.

180

1    A.    Last three years?  I met
2  him two or three times.
3    Q.    And who was present at
4  those meetings besides the two of you?
5    A.    Paul.
6    Q.    Anybody else?
7    A.    No.  I don't remember.
8    Q.    Who introduced you to
9  Victor Lipski?
10    A.    We have known the firm for
11  a long time; but Phil Brandt, he was the
12  attorney, and then Victor Lipski is his
13  partner, so....
14    Q.    Did you use both of those
15  lawyers in connection with business
16  dealings?
17    A.    Mostly Victor.
18            THE COURT REPORTER:  Mostly
19  Victor?
20            THE WITNESS:  Yes; sorry.
21  BY MR. HERMANN:
22    Q.    And Victor also represents
23  Mr. Chawla, Ravi Chawla?
24    A.    I don't know.

18

1          Q.     To your knowledge does

2    either Mr. Lipski or Mr. Brandt have an

3    equity interest in any of the Bagga

4    companies related to the Arby's

5    properties?

6          A.     No.

7          Q.     Has either one, to your

8    knowledge, lent any money to those

9    properties or companies?

10         A.     I don't know.

11               MR. HERMANN:  Can we just go

12   off the record for a second?

13               THE VIDEOTAPE SPECIALIST:

14   Off the tape 2:09.

15               (Recess.)

16               THE VIDEOTAPE SPECIALIST:

17   We're back on the record.  The time is

18   2:21.

19   BY MR. HERMANN:

20         Q.     Ms. Bagga, if I understood

21   you correctly, you testified before that

22   United Management Services manages the

23   Arby's properties and other things, I

24   think you mentioned.  What other things

1  does it manage?

2          A.     I said Arby's -- at that

3  time we were talking about Bagga and

4  Welcome managed the Poojan store.

5  That's separate.  And it's down the road

6  from Brandt Trade.

7                  THE COURT REPORTER:  I'm

8  sorry?

9                  THE WITNESS:  For Brandt

10 Trade.

11 BY MR. HERMANN:

12         Q.     And what did it do for

13 Brandt Trade?

14         A.     Just some of the management

15 work, just --

16         Q.     Did it manage anything for

17 anybody else, any other business

18 entities?

19         A.     It managed American

20 Merchandise.

21         Q.     American Merchandise?

22         A.     Yes.

23         Q.     Does it still manage

24 anything for American Merchandise?

18:

1          A.      No.

2          Q.      And when did that

3    relationship end?

4          A.      A couple of years ago.

5          Q.      As far as you know, does

6    American Merchandise still exist?

7          A.      No.

8          Q.      It doesn't exist anymore?

9          A.      I don't think so, no.

10          Q.      How about World Apparel

11    Products; does that still exist?

12          A.      I don't think so.

13          Q.      You mentioned before in

14    connection with a loan transaction

15    having a conversation with Hardeep

16    Chawla.

17          A.      Uh-huh.

18          Q.      Am I pronouncing it

19    correctly?  Hardeep Chawla.  To the best

20    of your recollection, what did you say

21    to him and what did he say to you about

22    that loan?

23          A.      I just picked up the check

24    from him once.  I talked to him.  Paul

18

1   said that we needed the money and he was

2   going to lend the money, so I talked to

3   him if I could get the money and he said

4   yes.

5           Q.      So were you the person who

6   contacted Hardeep Chawla about that

7   loan?

8           A.      I contacted him to get the

9   money.

10          Q.      Had your husband contacted

11  Mr. Chawla before you?

12          A.      Yes.

13          Q.      So was the loan already set

14  by the time you contacted him?

15          A.      Yes.

16          Q.      And you just picked up the

17  check?

18          A.      Yes.  A couple of times I

19  picked up the check, yes.

20          Q.      On those couple of

21  occasions when you picked up the check,

22  did you have any conversation with

23  Mr. Chawla?

24          A.      Yes, I talked to him.

18

1        Q.      Well, then, other than

2   hello, goodbye, and pleasantries, what

3   did you talk about?

4        A.      Nothing, really.

5        Q.      Did you explain why the

6   money was needed?

7        A.      No.

8        Q.      Did he ask you to sign

9   anything when you got the checks?

10        A.      I don't remember, but I

11   think I signed something when I took the

12   check.

13        Q.      But you don't recall what

14   it was you signed; is that correct?

15        A.      I don't remember that, no.

16        Q.      Where did you go to pick up

17   the check or checks?

18        A.      At his office.

19        Q.      And where is that?

20        A.      In Northeast Philadelphia.

21        Q.      Is there a company name on

22   the door?

23        A.      I don't remember that.

24        Q.      Does anybody else in his

1   family work in that office?

2          A.     His wife does.

3          Q.     How many Chawla brothers

4   are there?

5          A.     Four.

6          Q.     And is Hardeep, Ravinder,

7   G. T., and Jagit -- is that how it is

8   pronounced?  Is he one of the brothers,

9   J-A-G-I-T?

10         A.     No.  G. T. and Jagit are

11  the same person.

12         Q.     So who is the fourth?

13         A.     Dan.

14         Q.     And do they all work in the

15  same office?

16         A.     No.

17         Q.     How long have you known

18  Ravi Chawla?

19         A.     18 years.

20         Q.     How did you meet him?  How

21  did you meet him?

22         A.     My father-in-law was here

23  and he knew Ravi's mom, so he wanted to

24  meet his mom, so that's how we met.

18

1          Q.     At one point he worked for

2   Air Products in Philadelphia, didn't he?

3          A.     I did?

4          Q.     No; he did.

5          A.     Who did?

6          Q.     Ravi Chawla.

7          A.     I don't know if that....

8          Q.     Since you met him in or

9   about 1985, have you socialized with

10  him?

11         A.     '87.

12         Q.     '87.  Have you socialized

13  with him?

14         A.     Yes.

15         Q.     With your husband?

16         A.     Yes.

17         Q.     And on your own, too?

18         MS. BASKIN:  Object and

19  instruct her not to answer.

20  BY MR. HERMANN:

21         Q.     Have you and Mr. Chawla

22  ever had lunch together?

23         MS. BASKIN:  Object and

24  instruct the witness not to answer

1   unless it is related to one of these

2   four defendants.

3   BY MR. HERMANN:

4       Q.      Have you ever had lunch

5   with Mr. Chawla and discussed the

6   Arby's-related businesses of the Bagga

7   family?

8       A.      No.

9       Q.      Do you speak on the phone

10  to Ravi Chawla from time to time?

11      A.      Yes.

12      Q.      Do you discuss business

13  matters with him?

14      A.      Sometimes.

15      Q.      Approximately how

16  frequently do you speak to Mr. Chawla on

17  the telephone?

18              MS. BASKIN:  I would object.

19              And just limit it to your

20  conversations related to these four

21  defendants:  Bagga, Jamuna, United, and

22  Welcome.

23              MR. HERMANN:  Just so it is

24  clear, I'm not accepting that

18

1  limitation.

2           But you can answer the

3  question as your counsel has limited it.

4  BY MR. HERMANN:

5       Q.    The question, that is,

6  approximately how frequently do you

7  speak to Mr. Chawla on the phone about

8  business matters?

9       A.    About business matters?

10 Not much, no.

11      Q.    So most of your

12 conversations are about personal or

13 social matters?

14      A.    Yes.

15      Q.    When you do discuss

16 business matters with Mr. Chawla, what

17 business matters do you discuss with

18 him?

19      A.    Anything.  I mean....

20      Q.    Have you discussed the cash

21 flow problems of the Arby's businesses?

22      A.    Yes, sometimes.

23      Q.    Have you ever sought his

24 advice about those problems?

1          A.     No.

2          Q.     Has he ever given you

3 unsolicited advice about those problems?

4          A.     No.

5          Q.     Well, can you think of some

6 examples of business problems that you

7 have discussed with him in connection

8 with the Arby's franchises?

9          A.     I don't remember anything

10 about Arby's problems talking to him

11 about.

12         Q.     You don't remember

13 discussing anything with him in

14 connection with the Arby's properties;

15 is that correct?

16         A.     Yes; I don't remember.

17         Q.     Has he ever given you any

18 financial advice in connection with

19 those businesses?

20         A.     No.

21         Q.     Now, Mr. Chawla is a real

22 estate developer in Philadelphia, among

23 other things, isn't he?

24         A.     Yes.

1          Q.     Is your husband doing a

2   real estate deal with him now involving

3   an office building in Philadelphia?

4               MS. BASKIN:  Object and

5   instruct you not to answer unless it

6   relates to these four entities.

7   BY MR. HERMANN:

8          Q.     Did you ever work for a

9   company that Ravi Chawla owned in whole

10  or in part?

11         A.     Yes.

12         Q.     What company was that?

13         A.     World Apparel.

14         Q.     And you said that World

15  Apparel doesn't exist anymore; is that

16  correct?

17         A.     Yes.

18         Q.     When it did exist, what did

19  it do?

20         A.     It was in the clothing

21  business.

22         Q.     Can you be more specific

23  about what it did?

24         A.     It had stores at one time

192

1  when they were in the distribution

2  business.

3        Q.    Stores in the United

4  States?

5        A.    Yes.

6        Q.    In Philadelphia?

7        A.    Yes.

8        Q.    What were those stores

9  called?

10       A.    Sunshine Blues.

11       Q.    And did World Apparel

12  Products also engage in export of

13  clothing?

14             MS. BASKIN:  Object and

15  instruct the witness not to answer

16  unless it is related to one of these

17  four defendants.

18             MR. HERMANN:  How am I

19  supposed to find out except getting the

20  answer to the question?

21             MS. BASKIN:  Well, if her

22  answer would include one of these four

23  defendants, then she can answer.

24             MR. HERMANN:  Oh.  But you

19

1  instructed her not to answer.

2              MS. BASKIN:  I will clarify

3  it.

4              You are instructed to answer

5  only to the extent that it would include

6  Bagga, Jamuna, United, and Welcome

7  Group.

8              THE WITNESS:  I don't need

9  to answer then.

10 BY MR. HERMANN:

11     Q.    Did World Apparel Products

12 engage in transactions with American

13 Merchandise Company?

14             MS. BASKIN:  Object, unless

15 it included dealings with one of these

16 four defendants.

17             MR. HERMANN:  Are you

18 instructing her not to answer?

19             MS. BASKIN:  I'm instructing

20 her not to answer.

21 BY MR. HERMANN:

22     Q.    Now, you said before that

23 J. G. Chawla is Ravi Chawla's brother;

24 is that correct?

194

1    A.    Yes.

2    Q.    And is he also the owner of

3  American Merchandise?

4    A.    I don't think so, no.

5    Q.    Who does own American

6  Merchandise?

7    A.    Paul, Paul does.

8    Q.    Did J. G. Chawla at one

9  point own 100% of American Merchandise?

10   A.    Yes, he may have.

11   Q.    Did your husband buy that

12 from him in 1999?

13   A.    I don't know how they took

14 over, but you are right, at one time  G.

15 T. owned it and then Paul took it.

16   Q.    I apologize.  I've been

17 calling him J. G.  It's G. T.

18   A.    Yes, it's G. T. we just

19 call him.  It is a short name.  Yes; I'm

20 sorry.  It is the same person.

21   Q.    Now, do you know when

22 American Merchandise Company got

23 started?

24            MS. BASKIN:  Object and

195

1  instruct the witness not to answer.

2  BY MR. HERMANN:

3      Q.    Were you the secretary of

4  American Merchandise when it got started

5  in or about 1991?

6      A.    I don't --

7          MS. BASKIN:  I'm going to

8  object and instruct the witness not to

9  answer any questions regarding World

10 Apparel or American Merchandising unless

11 it is related to these four defendants.

12         You are instructed not to

13 answer unless it is related to one of

14 these four defendants.

15         THE WITNESS:  No, it is not

16 related, so....

17 BY MR. HERMANN:

18     Q.    Is it your testimony that

19 you know the answer to that but you

20 don't think it is related to one of

21 those four entities?

22     A.    Pardon?  I'm sorry.  I

23 didn't get it.

24         (The court reporter read the

19

1  record as follows:

2         "QUESTION:  Is it your

3  testimony that you know the answer to

4  that but you don't think it is related

5  to one of those four entities?")

6         THE WITNESS:  I don't really

7  know.

8  BY MR. HERMANN:

9      Q.    So your testimony is you

10 don't know whether you were the

11 secretary of American Merchandise in

12 19 --

13     A.    Oh, no.  Okay.  I'm sorry.

14 I got confused with that.

15         I remember signing something

16 for American Merchandise back in the

17 early '90s.

18         MS. BASKIN:  I'm instructing

19 you not to answer unless your answer --

20         THE WITNESS:  Is related to

21 --

22         MS. BASKIN:  -- is related

23 to Bagga, Jamuna, United, or Welcome.

24         THE WITNESS:  Yes.  I'm

19?

1  instruct the witness not to answer.

2  BY MR. HERMANN:

3       Q.     Were you the secretary of

4  American Merchandise when it got started

5  in or about 1991?

6       A.     I don't --

7              MS. BASKIN:  I'm going to

8  object and instruct the witness not to

9  answer any questions regarding World

10 Apparel or American Merchandising unless

11 it is related to these four defendants.

12             You are instructed not to

13 answer unless it is related to one of

14 these four defendants.

15             THE WITNESS:  No, it is not

16 related, so....

17 BY MR. HERMANN:

18      Q.     Is it your testimony that

19 you know the answer to that but you

20 don't think it is related to one of

21 those four entities?

22      A.     Pardon?  I'm sorry.  I

23 didn't get it.

24             (The court reporter read the

19

1  record as follows:

2              "QUESTION:  Is it your

3  testimony that you know the answer to

4  that but you don't think it is related

5  to one of those four entities?")

6              THE WITNESS:  I don't really

7  know.

8  BY MR. HERMANN:

9      Q.    So your testimony is you

10  don't know whether you were the

11  secretary of American Merchandise in

12  19 --

13      A.    Oh, no.  Okay.  I'm sorry.

14  I got confused with that.

15              I remember signing something

16  for American Merchandise back in the

17  early '90s.

18              MS. BASKIN:  I'm instructing

19  you not to answer unless your answer --

20              THE WITNESS:  Is related to

21  --

22              MS. BASKIN:  -- is related

23  to Bagga, Jamuna, United, or Welcome.

24              THE WITNESS:  Yes.  I'm

19

1 sorry.  I'm getting confused.  It is not

2 related; I'm sorry.  I'm just getting

3 confused with....

4 BY MR. HERMANN:

5        Q.      What were your job

6 responsibilities at American

7 Merchandise?

8               THE WITNESS:  It is not

9 related to this.

10              MS. BASKIN:  I would like to

11 see -- I'm going to give him one or two

12 questions to see if it is going anywhere

13 or I believe it is under the purview of

14 this litigation.

15              (The court reporter read the

16 record as follows:

17              "QUESTION:  What were your

18 job responsibilities at American

19 Merchandise?")

20              MS. BASKIN:  You can answer.

21              THE WITNESS:  Okay.  I

22 didn't really have any responsibilities.

23 BY MR. HERMANN:

24        Q.      Did you go to work there

198

1  during the day?

2         MS. BASKIN:  I'm going to

3  instruct her not to answer.

4  BY MR. HERMANN:

5      Q.    Did you earn a salary from

6  American Merchandise?

7         MS. BASKIN:  I'm going to

8  object and instruct the witness not to

9  answer.

10  BY MR. HERMANN:

11      Q.    Was your husband, Paul, the

12  vice-president of finance for American

13  Merchandise Company in the early 1990s?

14         MS. BASKIN:  I'm going to

15  object and instruct the witness not to

16  answer.

17  BY MR. HERMANN:

18      Q.    Do you have a brother that

19  is in the clothing business?

20      A.    Yes.

21      Q.    What's his name?

22      A.    Jaspal.

23      Q.    Can you spell that for me,

24  please?

19

1        A.        J-A-S-P-A-L.

2        Q.        And the last name?

3        A.        Bagga.

4        Q.        Is there any familial

5   relationship between Ravi Chawla and

6   Paul Bagga?

7        A.        In my -- Jaspal Bagga or

8   Paul Bagga?

9        Q.        Paul Bagga.

10       A.        Paul Bagga.  They are --

11  Paul's grandmother and Ravi's

12  grandmother or grandfather were related

13  some way.

14       Q.        Are they second cousins?

15       A.        I don't know if it would be

16  second or third.  The grandparents were

17  related.

18       Q.        Did your brother ever work

19  for American Merchandise Company?

20       A.        My brother?

21            MS. BASKIN:  I'm sorry.  I

22  didn't hear.  I was listening to

23  whatever --

24            MR. HERMANN:  Do you want to

200

1  hear the question back?

2            MS. BASKIN:  If you could.

3            (The court reporter read the

4  record as follows:

5            "QUESTION:  Did you brother

6  ever work for American Merchandise

7  Company?")

8            THE WITNESS:  I don't know.

9            MS. BASKIN:  I'm going to

10 object and instruct the witness not to

11 answer.

12 BY MR. HERMANN:

13       Q.    Did your brother ever work

14 for Worldwide Apparel Company?

15            MS. BASKIN:  I'm going to

16 object and instruct the witness not to

17 answer.

18 BY MR. HERMANN:

19       Q.    What is Brand Mania?

20       A.    It was a company a few

21 years ago, it was one of the dot-com

22 companies that was -- it was supposed to

23 sell clothing over the Internet.

24       Q.    It went under?

20

1        A.    Yes.

2        Q.    Did you have any

3   involvement with that company?

4        A.    Yes.

5        Q.    What was your role?

6        A.    I just worked with them on

7   different things when they were trying

8   to put it together.

9        Q.    And did you -- withdrawn.

10       Did your husband have any

11  involvement with that company?

12       A.    No.

13       Q.    Did the Chawlas have any

14  involvement with that company?

15       MS. BASKIN:  Object and

16  instruct the witness not to answer

17  unless it is related to one of these

18  four defendants.

19       You don't have to answer it

20  unless it is related.

21  BY MR. HERMANN:

22       Q.    Who is Amar Singh?

23       A.    He was one of the employees

24  for World Apparel.

20

1          Q.     He was vice-president of
2    World Apparel, wasn't he?
3          A.     Yes.
4          Q.     And what is his
5    relationship to the Chawlas?
6          A.     I don't know of any
7    relationship.
8          Q.     Are you aware of any family
9    relationship between them?
10          A.     Pardon?
11          Q.     Of any family relationship
12    between them.
13          A.     I don't know of any.
14          Q.     What did he do for World
15    Apparel?
16          MS. BASKIN:   I object and
17    instruct the witness not to answer
18    unless it is related to these four
19    defendants.
20    BY MR. HERMANN:
21          Q.     Now, you mentioned before
22    this there came a time when your husband
23    acquired American Merchandising
24    Corporation from the Chawlas.   Were you

20

1  ever present at any time when they had a

2  conversation about that transfer?

3              MS. BASKIN:  I'm going to

4  object and instruct the witness not to

5  answer unless it is related to one of

6  these four defendants.

7              You have to advise whether

8  it is related.

9              THE WITNESS:  Oh, okay.  I

10  apologize.

11              No, it is not related.

12  Sorry.

13  BY MR. HERMANN:

14       Q.     Were you ever present at

15  any discussion about taking American

16  Merchandise Corporation public?

17              MS. BASKIN:  Object and

18  instruct the witness not to answer

19  unless it is related to one of these

20  four defendants.

21  BY MR. HERMANN:

22       Q.     Do you know how much your

23  husband paid for American Merchandise

24  Company?

20-

1          MS. BASKIN:  Object and

2   instruct the witness not to answer

3   unless it is related to one of these

4   four defendants.

5   BY MR. HERMANN:

6          Q.     Did you stay on as an

7   officer of American Merchandise after

8   the sale of the company to your husband?

9          MS. BASKIN:  Object and

10  instruct the witness not to answer

11  unless it is related to one of these

12  four defendants.

13  BY MR. HERMANN:

14         Q.     Now, tell me what you know

15  about the dealings between American

16  Merchandise Company and World Apparel in

17  connection with sales of branded

18  American goods overseas.

19         MS. BASKIN:  Object and

20  instruct the witness not to answer

21  unless it is related to one of these

22  four defendants.

23  BY MR. HERMANN:

24         Q.     Do you know whether

205

1  American Merchandising Company lent sums

2  of money to World Apparel in order to

3  purchase goods for resale overseas?

4            MS. BASKIN:  Object and

5  instruct the witness not to answer

6  unless it is related to one of these

7  four defendants.

8  BY MR. HERMANN:

9       Q.     Are you familiar with any

10  transaction in which American

11  Merchandising Company advanced sums of

12  money to World Apparel in order for

13  World Apparel to purchase branded

14  American goods to be sold overseas?

15            MS. BASKIN:  Object and

16  instruct the witness not to answer

17  unless it is related to one of these

18  four defendants.

19  BY MR. HERMANN:

20       Q.     Do you know whether

21  American Merchandising Company lost

22  millions of dollars in advancing sums to

23  World Apparel?

24            MS. BASKIN:  Object and

20

1  instruct the witness not to answer

2  unless it is related to one of these

3  four defendants.

4  BY MR. HERMANN:

5      Q.    Did you ever talk to Ravi

6  Chawla about the money that American

7  Merchandising Company advanced to World

8  Apparel for purchase of goods to be sold

9  overseas?

10      MS. BASKIN:  Object and

11  instruct the witness not to answer

12  unless it is related to one of these

13  four defendants.

14  BY MR. HERMANN:

15      Q.    Did you ever hear your

16  husband say in the presence of anybody

17  else that the reason he couldn't repay

18  the loans which are underlying this

19  litigation was because of the money he

20  lost in connection with a transaction in

21  which monies were advanced for purchase

22  of branded goods to be sold overseas?

23      MS. BASKIN:  Object and

24  instruct the witness not to answer based

20?

 1  on spousal privilege.

 2            MR. HERMANN:  I asked about

 3  in the presence of others.

 4            MS. BASKIN:  You are right.

 5  BY MR. HERMANN:

 6       Q.    So you can answer.

 7       A.    I don't have an answer.

 8       Q.    Sorry?

 9       A.    I have no answer.

10       Q.    Does that mean yes or no?

11       A.    I don't --

12       Q.    You never heard your

13  husband say that or you did hear him say

14  it?

15       A.    Say what?

16            MS. BASKIN:  Can you repeat

17  that?

18            THE WITNESS:  Yes.  I got

19  confused between everything.

20            (The court reporter read the

21  record as follows:

22            "QUESTION:  Did you ever

23  hear your husband say in the presence of

24  anybody else that the reason he couldn't

208

1  repay the loans which are underlying

2  this litigation was because of the money

3  he lost in connection with a transaction

4  in which monies were advanced for

5  purchase of branded goods to be sold

6  overseas?")

7           THE WITNESS: I don't

8  remember that.

9  BY MR. HERMANN:

10      Q.    Were you ever present in

11  any conversation in which your husband

12  described how one of his companies lost

13  substantial amounts of money in

14  advancing funds to a company owned by

15  the Chawlas?

16           MS. BASKIN: I apologize.

17  Can you repeat that?

18           (The court reporter read the

19  record as follows:

20           "QUESTION: Were you ever

21  present in any conversation in which

22  your husband described how one of his

23  companies lost substantial amounts of

24  money in advancing funds to a company

20⁵

1 owned by the Chawlas?")

2          MS. BASKIN:  I instruct you

3 not to answer unless those comments, if

4 they were made, were made while other

5 people were there.

6          THE WITNESS:  I don't have

7 an answer, no.

8 BY MR. HERMANN:

9      Q.    What do you mean you don't

10 have an answer?  You don't know whether

11 the answer is yes or no?

12      A.    I don't understand the

13 question.

14      Q.    You do not understand the

15 question?

16      A.    No.

17          MR. HERMANN:  Can you read

18 it back again?

19          I'm going to ask the court

20 reporter to read it back to you and tell

21 me what you don't understand about the

22 question.

23          MR. TABAS:  That was Judge

24 Reed's chambers.  He is in an all-day

21

1  mediation, has been since 11 o'clock.

2  If he gets a break, he will call in on

3  one of these two phones; if not, we will

4  have to deal with it after today.

5              (The court reporter read the

6  record as follows:

7              "QUESTION:  Were you ever

8  present in any conversation in which

9  your husband described how one of his

10 companies lost substantial amounts of

11 money in advancing funds to a company

12 owned by the Chawlas?")

13             MS. BASKIN:  And my

14 objection is going to be limited to if

15 those conversations occurred between

16 only you and your husband.  If there

17 were third parties there, you can

18 answer.

19 BY MR. HERMANN:

20      Q.    Or if the conversation took

21 place entirely apart from your husband.

22             MR. HERMANN:  I wasn't just

23 restricting my question to conversations

24 with her husband; it could have been

1   with anybody.

2              THE WITNESS:    I don't know

3   of any.

4   BY MR. HERMANN:

5         Q.     Did you ever talk to Ravi

6   Chawla about one of his companies owing

7   millions of dollars to one of your

8   husband's businesses as a result of the

9   American Merchandising deals?

10             MS. BASKIN:    I object and

11  instruct the witness not to answer

12  unless it relates to one of these four

13  defendants.

14  BY MR. HERMANN:

15        Q.     Did you ever talk to any of

16  the Chawlas about the efforts by First

17  International Bank to collect on the

18  default judgement they got?

19             MS. BASKIN:    Object and

20  instruct the witness not to answer

21  unless it relates to one of these four

22  defendants.

23  BY MR. HERMANN:

24        Q.     Are you -- you can answer.

21.

1  Go ahead.

2         A.      It doesn't relate to them.

3              THE COURT REPORTER:  I'm

4  sorry?

5              THE WITNESS:  It does not

6  relate to any of these four companies.

7  BY MR. HERMANN:

8         Q.      Are you familiar with the

9  fact that there was a default judgment

10 that was entered into between -- excuse

11 me; that there was a default judgment

12 that was entered in litigation between

13 World Apparel and American Merchandising

14 in connection with the advancing of

15 funds for the purchase of goods

16 overseas?

17        A.      Judgment between -- I'm

18 sorry.  Is it World Apparel judgment?

19 American Merchandise?  I don't

20 understand; I'm sorry.

21        Q.      Do you know that there was

22 a litigation between American

23 Merchandising and World Apparel in

24 connection with the advancing of funds

21

1  to purchase goods to sell them overseas?

2       A.    Yes, I heard about that.

3       Q.    And did you hear that one

4  of the parties defaulted and a judgment

5  was entered against it?

6       A.    Yes.

7       Q.    And do you know that that

8  judgment was assigned to a bank?

9       A.    I don't know of that.

10       Q.    Do you know what the -- did

11  you ever hear of the First International

12  Bank of Hartford?

13       A.    Yes.

14       Q.    Do you know -- what do you

15  know about the First International Bank

16  of Hartford in connection with its

17  dealings with your family's businesses?

18            MS. BASKIN:  I'm going to

19  object and instruct the witness not to

20  answer unless it is related to one of

21  these four defendants.

22            THE WITNESS:  It is not

23  related.

24  BY MR. HERMANN:

21-

1     Q.     Did First International

2  Bank lend money to one of the four

3  defendants?

4     A.     No.

5     Q.     Did First International

6  Bank lend money to any business venture

7  in which your family, you and your

8  husband, were involved?

9          MS. BASKIN:  Object and

10  instruct the witness not to answer.

11  BY MR. HERMANN:

12     Q.     To your knowledge did your

13  husband assign the judgment in that

14  litigation between American

15  Merchandising and World Apparel to First

16  International Bank?

17     A.     I don't know.

18     Q.     This is the first you are

19  hearing of it?

20     A.     Pardon?

21     Q.     Is this the first you are

22  hearing of that?

23     A.     About what?

24     Q.     That the judgment was

21.

1  assigned to the bank in Hartford.

2          A.    I don't know of any

3  assignment.  I don't remember.

4          Q.    Well, you knew that there

5  was a default judgment entered you said.

6          A.    Yes.

7          Q.    And did you ever ask

8  yourself, by the way, how are we going

9  to go back and collect the 6.8 million

10  they owe us?

11          MS. BASKIN:  Object and

12  instruct the witness not to answer

13  unless it is related to one of these

14  four defendants.

15  BY MR. HERMANN:

16          Q.    Was any effort made at all

17  to collect on that $6.8 million

18  judgment?

19          MS. BASKIN:  Object and

20  instruct the witness not to answer

21  unless it is related to one of these

22  four defendants.

23  BY MR. HERMANN:

24          Q.    Were there other aspects of

21

1  the Bagga family business that prevented

2  it from getting around to trying to

3  collect on the $6.8 million judgment?

4            MS. BASKIN:  Object and

5  instruct the witness to not answer

6  unless it relates to one of these four

7  businesses.

8            THE WITNESS:  It's not

9  related.

10  BY MR. HERMANN:

11       Q.    Did you ever ask --

12  withdrawn.

13            Did you ever have a

14  conversation with your husband in the

15  presence of anybody else in which he

16  discussed why you didn't collect on the

17  $6.8 million judgment against a

18  prominent real estate developer in

19  Philadelphia?

20            MS. BASKIN:  Object and

21  instruct the witness not to answer

22  unless it relates to one of these four

23  defendants.

24  BY MR. HERMANN:

21

1        Q.    In your conversations with

2 Mr. Ravi Chawla, did you ever ask him

3 whether he was going to get around to

4 paying the $6.8 million judgment to your

5 family?

6             MS. BASKIN:  Object and

7 instruct the witness not to answer

8 unless it relates to one of these four

9 defendants.

10 BY MR. HERMANN:

11        Q.    Did you ever talk to

12 anybody from First International Bank?

13             MS. BASKIN:  About anything?

14 BY MR. HERMANN:

15        Q.    About loans to Bagga family

16 businesses.

17             MS. BASKIN:  And how are you

18 defining "Bagga family businesses" now?

19             MR. HERMANN:  These four

20 entities or any others.

21             MS. BASKIN:  Well, you can

22 answer related to these four entities.

23             THE WITNESS:  No, I didn't

24 talk to anybody regarding these four

1  entities.

2  BY MR. HERMANN:

3      Q.      When was the last time you

4  spoke to Ravi Chawla?

5      A.      Yesterday.

6      Q.      In any of your discussions

7  with him has the subject of this

8  judgment ever come up?

9          MS. BASKIN:  Object and

10  instruct the witness not to answer

11  unless it relates to one of these four

12  entities.

13  BY MR. HERMANN:

14      Q.      Did Mr. Chawla ever advise

15  you or ever advise your husband in your

16  presence that a scheme to enter into a

17  default judgment would be one good way

18  to get rid of the lender who had lent so

19  much money to your family?

20          MS. BASKIN:  Object and

21  instruct the witness not to answer

22  unless it relates to one of these four

23  defendants.

24          MR. HERMANN:  We will let

219

1  her decide whether that does.

2              MS. BASKIN:  While she is

3  thinking about it, could you read that

4  back again?

5              And I also object to the

6  form.

7              (The court reporter read the

8  record as follows:

9              "QUESTION:  Did Mr. Chawla

10  ever advise you or ever advise your

11  husband in your presence that a scheme

12  to enter into a default judgment would

13  be one good way to get rid of the lender

14  who had lent so much money to your

15  family?")

16              MS. BASKIN:  I object based

17  on form, but you know that; it's

18  leading.

19              And, also, you are

20  instructed not to answer unless it

21  relates to one of these four defendants.

22              THE WITNESS:  It's not

23  related to this.

24  BY MR. HERMANN:

220

1    Q.    Since the time of that

2  default judgment have you and your

3  husband socialized with Ravi Chawla and

4  his family?

5         MS. BASKIN:  Object and

6  instruct the witness not to answer

7  unless it is related to these four

8  defendants.

9  BY MR. HERMANN:

10    Q.    Who is Kushal Pal?

11    A.    What?

12    Q.    Kushal, K-U-S-H-A-L, first

13  name; P-A-L, second name.

14    A.    I don't know.

15    Q.    If I suggest to you that he

16  owns five Arby's franchises in

17  Pennsylvania, does that ring a bell to

18  you?

19    A.    No.  Well, how do you spell

20  it again?

21    Q.    P-A-L. Maybe I have the

22  spelling wrong.

23    A.    What's the first name?

24    Q.    Kushal.

22

1          A.     I don't know.

2          Q.     Who is David Bhasin,

3    B-H-A-S-I-N?

4          A.     He is -- he owns Arby's

5    franchises in Allentown area and he was

6    Paul's partner in the early '90s.

7          Q.     In the early 1990s?

8          A.     Yes.

9          Q.     And what were they partners

10   in?

11         A.     Arby's.

12         Q.     The ones in the Allentown

13   area?

14         A.     Yes.

15         Q.     Any other ones?

16         A.     I don't know.  I think it

17   was one in the Allentown area.

18         Q.     Were they actually

19   partners?

20         A.     Yes.

21         Q.     Did they have a business

22   called D&P Enterprises?

23         A.     I don't remember the names.

24         Q.     Did you ever hear of an

1    entity called DP&G Enterprises for

2    David, Paul, and Gopal?

3        A.    Yes.

4        Q.    Who was the Gopal?

5        A.    He is a doctor in

6    Allentown.

7        Q.    And is that T. A. Gopal?

8        A.    Yes.

9        Q.    Was he an investor in

10   Arby's franchises?

11       A.    I don't know if he was an

12   investor in Arby's.  I thought that was

13   one of the -- they own some real estate

14   building.

15       Q.    What building was that?

16       A.    I don't know.  I think it

17   was something in Allentown.

18       Q.    Do they still own it?

19       A.    No.

20       Q.    Did your husband, Paul,

21   have a parting of the ways with David

22   Bhasin?

23       A.    Yes.

24       Q.    And apart from what your

22:

1  husband told you separately about it, do

2  you have any idea what the nature of

3  that dispute was?

4            MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer unless it is related to one of

7  these four defendants.

8            THE WITNESS:  It's not

9  related.

10 BY MR. HERMANN:

11      Q.    Were you ever present at

12 any conversation between David Bhasin

13 and your husband concerning their Arby's

14 business dealings?

15      A.    They were partners, so

16 they --

17            MS. BASKIN:  The question

18 was were you ever present.

19            THE WITNESS:  Present in

20 business dealings or -- I mean I was

21 there sometimes because they were

22 partners, they were together in the sale

23 office, but besides that --

24 BY MR. HERMANN:

22-

1      Q.      When you were there, did

2 you ever learn what the causes of

3 dispute, if there were any, were between

4 them?

5           MS. BASKIN:  Object and

6 instruct the witness not to answer

7 unless it is related to one of these

8 four defendants.

9           THE WITNESS:  It's not

10 related.

11 BY MR. HERMANN:

12      Q.      Did any of the four

13 entities that we have been talking about

14 ever have a dispute over money with

15 Mr. Bhasin?

16      A.      I don't know of any.

17      Q.      Does your family know

18 Mr. Bhasin's family in India?

19      A.      No.

20      Q.      Did you ever hear of an

21 entity called B Cubed, International?

22      A.      Yes.  I think it was one of

23 the companies when David Bhasin was

24 there for Arby's or something.

22.

1    Q.    Do you know what it did?

2    A.    I don't know.

3    Q.    Did you ever do any work

4  for it?

5    A.    Huh?

6    Q.    Did you ever do any work

7  for it?

8    A.    I don't know.  It was just

9  the name B Cubed.  It was a long time

10  ago.  I don't remember.

11    Q.    Did any of what your

12  attorney refers to as the four entities

13  do any work for B Cubed International?

14    A.    No.

15    Q.    How about Concept Food

16  Gallery Nine; do you know what that was?

17    A.    Food -- I think it used to

18  be one of the Arby's in Gallery,

19  probably that was the company for that,

20  but they closed.

21    Q.    It's a name of a company

22  you heard before?

23    A.    I don't know.  It's just

24  Gallery I'm thinking, Concept Gallery.

22

1    I know there used to be an Arby's in

2    Gallery a long time ago.  But I don't

3    think it was related to this because it

4    was before these companies.  I'm not

5    sure, but I think.  It was a long time

6    ago.

7            Q.      How about a company called

8    Resource Utilization, Incorporated?

9            A.      That was the management

10   company, I think, before United, so....

11           Q.      It managed the accounts for

12   the Arby's properties before United?

13           A.      Yes.

14           Q.      When did that changeover

15   occur?

16           A.      When United took over.

17           Q.      Did you ever work for

18   Resource Utilization?

19           A.      I don't remember if I

20   worked for Resource, but I worked for

21   the management company, so I think I

22   worked for United.

23           Q.      Did you ever get a paycheck

24   that said it was from Resource

22

1  Utilization, Inc.?

2        A.    I don't remember.

3        Q.    How long ago did Resource

4  Utilization go out of business?

5        A.    It has to be six, seven,

6  eight years ago.  A long time.

7        Q.    When you did work for them,

8  what kind of work were you doing?

9        A.    I don't remember if I

10  worked for them.

11              MS. BASKIN:  I don't know

12  that she testified she did work for

13  them.  She didn't recall.

14  BY MR. HERMANN:

15        Q.    I'm sorry.  Did you do any

16  work for them?

17        A.    I don't think so.  I don't

18  remember, no.

19        Q.    Do you know what the

20  Export/Import Loan Bank is?

21        A.    It's a bank.

22        Q.    Do you know anything else

23  about it?

24        A.    No.

22:

1     Q.    Do you know what it does?

2     A.    It gives loans.

3     Q.    Have you, yourself, ever

4  been involved in any discussions about

5  Export/Import Loan Bank financing for

6  any Bagga family venture?

7          MS. BASKIN:  Object to the

8  extent it does not relate to one of

9  these four.

10         THE WITNESS:  It doesn't

11 relate to them.

12 BY MR. HERMANN:

13    Q.    Did you ever review or sign

14 any documents that were loan documents

15 in connection with any borrowing from

16 the Export/Import Bank either directly

17 or through the First National Bank of

18 New England in Hartford?

19         MS. BASKIN:  Object unless

20 it relates to one of these four

21 defendants.

22 BY MR. HERMANN:

23    Q.    Do you have an answer?

24    A.    No.

ESQUIRE  DEPOSITION SERVICES

22

1      Q.     Are you aware that FL

2  Receivable Trust 2002-A has money

3  judgments against some of the four

4  entities, as your counsel refers to

5  them?

6      A.     Yes.

7      Q.     Do you know what the amount

8  of those judgments is in total?

9      A.     No.

10     Q.     Do you know whether it is

11 more than a million dollars?

12     A.     I don't know.

13     Q.     Have you ever tried to find

14 out what the amount of those judgments

15 is?

16     A.     No.

17     Q.     Are you not concerned about

18 the size of those judgments?

19     A.     I'm concerned, but I don't

20 know what the extent of this thing is.

21 I don't know.

22          MR. HERMANN:  Can you read

23 me back the answer, please?

24          (The court reporter read the

23

1  record as follows:

2                "ANSWER:  I'm concerned, but

3  I don't know what the extent of this

4  thing is.  I don't know.")

5  BY MR. HERMANN:

6        Q.    Have you taken any action

7  in connection with satisfying those

8  judgments?

9        A.    I don't understand what

10  action.

11        Q.    Have you done anything in

12  an attempt to have those judgments

13  satisfied or an attempt to have those

14  judgments not satisfied?

15            MS. BASKIN:  Do you

16  understand?

17            THE WITNESS:  They are not

18  my judgments.  I don't know.

19  BY MR. HERMANN:

20        Q.    So is your answer that you

21  haven't taken any steps in connection

22  with satisfying or not satisfying those

23  judgments?

24        A.    I don't know much about

23?

1  it.    I don't know what to do about it.

2          Q.      Have you asked anybody

3  other than your husband what to do about

4  those judgments?

5          A.      No.

6          Q.      Do you know what assets

7  Jamuna has today?

8          A.      I don't know the details,

9  but I think it has some real estate that

10 has Arby's Restaurants.

11         Q.      Do you know any more

12 specifics than that?

13         A.      No.

14         Q.      Do you know which

15 restaurants it has?

16         A.      No.

17         Q.      Have you discussed with

18 anybody in the past year the sale of any

19 assets owned by you or your husband or

20 any business ventures in which you may

21 have an interest or he may have an

22 interest in order to satisfy the

23 outstanding judgments?

24         A.      Paul is doing that.    I

23:

1  don't know anything about that.

2          Q.      You are not doing anything

3  about that; is that correct?

4          A.      I don't know much about the

5  Arby's operations, so I can't really do

6  much.  I can't sell something I don't

7  own.

8          Q.      Have you discussed with

9  anybody the possibility of your signing

10  any kind of legal document, such as a

11  guarantee, in connection with satisfying

12  those judgments?

13          A.      No.

14                  MR. HERMANN:  Can we take a

15  break?

16                  THE  VIDEOTAPE  SPECIALIST:

17  Off tape 3:13.

18                  (Recess.)

19                  THE  VIDEOTAPE  SPECIALIST:

20  We're back on the record.  The time is

21  3:27.

22  BY MR. HERMANN:

23          Q.      Mrs. Bagga, did any of the

24  four entities involved in this

23

1  litigation make any loans to American

2  Merchandising Company?

3       A.    I don't know.

4       Q.    If they had made such

5  loans, would you know?

6       A.    Yes, I would know.  I don't

7  think there was anything.  I don't

8  remember anything.

9       Q.    Were all lending and

10 borrowing transactions, as far as you

11 were aware, simultaneously reflected on

12 the books and records of the four

13 entities?  In other words, if it

14 borrowed or lent money, would that, as a

15 matter of course, be reflected on its

16 books and records?

17      A.    Yes.

18           MR. HERMANN:  I would like

19 to get this document marked as

20 Exhibit 1.

21           (Above-described document

22 marked as K. Bagga Exhibit 1.)

23 BY MR. HERMANN:

24      Q.    Mrs. Bagga, I'm showing you

23

1  a document that has been marked for

2  identification as Exhibit No. 1 and ask

3  you to take a look at it and tell me if

4  that looks familiar to you.

5         A.      Yes.

6         Q.      What is it?

7         A.      It's a deposit slip into

8  United Management.

9         Q.      That's on the first page.

10 What about the second page?

11        A.      That's also a deposit slip

12 into United Management.

13        Q.      On the first page of the

14 exhibit there is a deposit of $30,000 in

15 cash dated December 4, 2002; is that

16 correct?

17        A.      Yes.

18        Q.      Now, did you make that

19 deposit?

20        A.      I don't remember.

21        Q.      Do you know what that

22 $30,000 in cash was for?

23        A.      No.

24        Q.      Do you know where it came

23

1  from?

2          A.      No.

3          Q.      Did you happen to notice in

4  December of 2002 a $30,000 deposit into

5  that account?

6          A.      No.

7          Q.      Is that something that

8  happened with regularity, that large

9  sums of cash like that would be

10 deposited in the account?

11         A.      Not frequently.  But I

12 don't know where that deposit was made

13 from.

14         Q.      Take a look at the second

15 page.  Does that reflect a $40,000 cash

16 deposit?

17         A.      It's not a cash deposit.

18         Q.      What was it?  Doesn't it

19 say there "Currency $40,000"?

20         A.      Yes.  But I think this is

21 one of the loans made to United by me.

22 This was money taken, 40,000.  I think I

23 made a loan to United.

24         Q.      And you made that loan in

236

1  the form of cash?

2      A.    No.  I think it was

3  transferred from -- I think it's loan

4  from my account, I made a loan to

5  United.

6      Q.    What day was that?  Is that

7  the same date, December 4, 2002?

8      A.    Yes, because I had an

9  account at Commerce Bank so -- and I

10  think they were short of funds in

11  United.

12      Q.    Are you the person that

13  filled out that deposit ticket?

14      A.    Yes.  It's my handwriting.

15      Q.    Is it your testimony that

16  that 40,000 should have said 40,000

17  check instead of 40,000 currency?

18      A.    No, I didn't say that.

19      Q.    So how did you effect that

20  transaction?  Did you actually withdraw

21  $40,000 from one account and put it in

22  another in the form of currency?

23      A.    No.

24      Q.    Well, how did you do it?

23'

```
 1        A.      If you have two accounts in
 2  the same bank and you transfer money
 3  from one account to the other, it is
 4  within the same bank, they transfer it
 5  as cash.
 6        Q.      And this was done on the
 7  Commerce Bank in Cherry Hill, New
 8  Jersey?
 9        A.      No.  This was done at the
10  Flourtown branch.
11        Q.      Do you have any explanation
12  for why the reverse side of those
13  tickets shows Cherry Hill, New Jersey?
14  Is that a clearing office for the bank?
15        A.      I have no idea what
16  that....
17        Q.      Now, when you made -- and
18  it is your testimony that this $40,000
19  was a loan to United Management?
20        A.      Yes.
21        Q.      Was that reflected on the
22  books of United Management as a loan?
23        A.      Yes.
24        Q.      Has that loan been repaid?
```

23

1          A.     No.

2                 MR. HERMANN:    Let me have

3    this marked, please, as K. Bagga 2 for

4    identification.

5                 (Below-described document

6    marked as K. Bagga Exhibit 2.)

7    BY MR. HERMANN:

8          Q.     I'm showing you a document

9    that has been marked as Exhibit 2 for

10   identification and ask if you recognize

11   that document or documents.

12         A.     Yes.

13                MS. BASKIN:    Yes.

14   BY MR. HERMANN:

15         Q.     What is shown on Exhibit 2?

16         A.     This is a deposit ticket

17   into United Management and the checks

18   from Bagga, from Poojan, from Welcome

19   stores, all different stores, into

20   United Management Company.

21         Q.     Is that your stamped

22   signature on each of these checks?

23         A.     Yes.

24         Q.     And you wrote checks on

23

1    Bagga Enterprises; Poojan, Inc.; CJA

2    Enterprises; Welcome Group; and Welcome

3    Group d/b/a Arby's during that time; is

4    that correct?

5             A.       Yes.

6                      Oh, that's not mine.

7             Q.       At the time --

8             A.       Excuse me.  CJA, this is

9    not my signature.

10            Q.       Oh.  I'm sorry.  Whose

11   signature is that?

12            A.       I don't know.

13            Q.       When did you become

14   employed by Bagga Enterprises?

15            A.       I was employed -- I get my

16   -- I used to work for all the

17   companies.  I used to get my check from

18   United Management.  And after this

19   Welcome litigation, they separated the

20   overhead.  So my payroll comes from

21   Bagga Enterprises because United is not

22   dead anymore.

23            Q.       So at the time that you

24   were writing -- December of 2002 that

24(

1   were you writing checks on Bagga

2   Enterprises, you weren't actually an

3   employee there?

4           A.      I was an employee of

5   United.

6           Q.      And were you an officer in

7   any way of Bagga Enterprises signing

8   checks for them?

9           A.      No, I don't think so.  I

10  was -- I think I was just in charge of

11  the check-writing.

12              MR. HERMANN:  Please have

13  that marked as Exhibit 3.

14              (Below-described document

15  marked as K. Bagga Exhibit 3.)

16              MS. BASKIN:  She is ready on

17  this.

18  BY MR. HERMANN:

19      Q.      Bringing you back for a

20  moment to Exhibit 2, do you see that

21  first check, No. 5665, in the amount of

22  $30,000 to United Management?

23          A.      Yes.

24          Q.      Is that -- am I reading

24

1  that correctly as United Management

2  30,000?

3      A.    Yes.

4      Q.    Do you know what that

5  payment was for, that $30,000?

6      A.    We used to just transfer

7  all the monies into United to pay the

8  bills out of United.   It is not a

9  payment.   All the money had to be

10 consolidated into United to pay the

11 bills for all the units.

12     Q.    And directing your

13 attention to Exhibit No. 3, do you

14 recognize that document, which is

15 photocopies of five checks?

16     A.    Yes.

17     Q.    Now, on the third check

18 there, No. 1250, dated December 16,

19 2002, it is a $13,500 check made out to

20 you?

21     A.    Yes.

22     Q.    And whose signature is

23 that?

24     A.    Mine.

24:

1        Q.    And that's not a stamped

2   signature, that is your handwriting; is

3   that right?

4        A.    Yes.

5        Q.    And what was that check

6   for?

7        A.    It's probably an accounting

8   adjustment for the money that was given

9   in earlier, to return it.

10            THE COURT REPORTER:  I'm

11  sorry.  "The money that was given"?

12            THE WITNESS:  Earlier.

13            MS. BASKIN:  To return it.

14            THE WITNESS:  To return the

15  loan.

16  BY MR. HERMANN:

17       Q.    I understood your testimony

18  to be that the money had not been

19  repaid.

20       A.    All of it has not been.  I

21  guess this was a part of it.

22       Q.    So --

23       A.    I put the 40,000; you see

24  that deposit.

24

1      Q.      And when you say you guess

2  that it was that, do you recall or do

3  you not recall?

4      A.      I think it was a part of

5  the accounting adjustment with the money

6  that was going in.

7      Q.      But when you say an

8  "accounting adjustment," do you mean a

9  repayment of the loan?

10      A.      Yes.

11      Q.      So this was a repayment of

12  the loans that you had made in part on

13  December 4?

14      A.      Or before.

15      Q.      Or before.

16      A.      Yes.

17      Q.      And was there an entry made

18  on the books of United Management

19  Services indicating a $13,500 partial

20  loan repayment on that date?

21      A.      Yes, there should be.

22      Q.      Do you know whether there

23  was?

24      A.      I have not checked it, but

24

1   I'm sure there is.   If they wrote a

2   check, they have to make an entry.

3          Q.      Well, you wrote the check,

4   didn't you?

5          A.      I signed the check.

6          Q.      Did you tell anybody to

7   make an entry for repayment of the loan?

8          A.      Yes.   I'm sure there is an

9   entry.   There has to be an entry.   The

10  computer, you have to make an entry.

11  You can't just write a $13,000 check and

12  not put an entry what it's for.

13         Q.      Well, you can put it as an

14  expense item or you can put it as a

15  capital item.   A repayment of loan

16  wouldn't be an expense item, would it?

17         A.      No.   I'm sure the

18  accountants will catch it.   It has to be

19  a payment of the loan, I'm sure.

20         Q.      Did you tell anybody to

21  write it down as a repayment of a loan?

22         A.      Yes, I'm pretty sure

23  repayment, entered as a repayment.

24         Q.      And why are you sure of

24

1  that?

2       A.    Because I put the money in,

3  so I'm sure I took some of it back,

4  because there was a lot of money put in

5  besides this 40,000 --

6            MS. BASKIN:  The question is

7  whether you recall if you told anyone.

8            THE WITNESS:  Yes.

9  BY MR. HERMANN:

10       Q.    Who did you tell?

11       A.    Whoever wrote the check.

12       Q.    I thought you wrote the

13  check.

14       A.    I signed the check.

15       Q.    Do you know from the

16  handwriting who actually wrote out the

17  check?

18       A.    No.

19       Q.    It's not familiar

20  handwriting to you?

21       A.    No.  I don't know who wrote

22  that check.

23       Q.    Do you see the check below

24  the small check from your husband?  Does

24

1  that look like the same handwriting to

2  you?

3        A.     Yes.

4        Q.     Is that in fact the

5  handwriting of Paul Bagga?

6        A.     No.

7        Q.     That is his signature on

8  the bottom?

9        A.     Yes, his signature.

10       Q.     Now, the check below that,

11 No. 1252, is a $4,300 check made out by

12 Paul Bagga to himself, and the memo says

13 it is for sales tax.

14       A.     For Poojan.

15       Q.     For Poojan.

16       A.     Yes.

17       Q.     Do you know why Paul Bagga

18 was writing a check to himself for sales

19 tax?

20       A.     Because you have to send a

21 cashier's check to them.  So you have to

22 take the cash out, get a cashier's check

23 made.  And to get a cashier's check made

24 you have to -- somebody has to get the

ESQUIRE  DEPOSITION  SERVICES

24?

```
 1  cash out.

 2          Q.      Now, do you see Check 1249

 3  on the top there dated December 16, '02,

 4  signed by your husband for $3,000 --

 5          A.      Yes.

 6          Q.      -- made out to Knopf

 7  Automotive?

 8          A.      Yes.

 9          Q.      Can you read what the memo

10  says on it, whether it's downpayment --

11          A.      Downpayment car for Gene.

12          Q.      And who is that?

13          A.      Gene Pittack.

14          Q.      Is that to buy a new car

15  for Gene in December of 2002?

16          A.      Yes, I think so.

17          Q.      Did the company buy him a

18  car?

19          A.      Yes.

20          Q.      Was that part of his

21  compensation?

22          A.      Yes.

23          Q.      Do you know how old his old

24  car was?
```

24

1          A.     Pardon?

2          Q.     Do you know how old his old

3  car was?

4          A.     No.

5          Q.     Were you aware that -- do

6  you know why that check was signed by

7  Paul Bagga himself rather than by

8  somebody else?

9          A.     It's probably because I was

10  not there, so he probably signed it.

11          Q.     Did you have any

12  discussions with anybody concerning

13  whether to make monthly installment

14  payments on the loans that the four

15  companies had from FL Receivable Trust

16  2002-A?

17          A.     Can you repeat that?

18  Sorry.

19              (The court reporter read the

20  record as follows:

21              "QUESTION:  Did you have any

22  discussions with anybody concerning

23  whether to make monthly installment

24  payments on the loans that the four

24

1  companies had from FL Receivable Trust

2  2002-A?")

3  BY MR. HERMANN:

4       Q.    Just to clarify, at that

5  time it would have been to Captec, that

6  are now FL Receivable Trust.

7       A.    Oh, okay.  No.

8       Q.    Are you the --

9       A.    I don't remember, no.

10      Q.    Are you the person who

11 decided each month not to make loan

12 payments?

13      A.    No.

14      Q.    Who made that decision?

15      A.    Paul.

16      Q.    Did you talk to him about

17 it?

18      A.    No.  He -- the discussion

19 was --

20           MS. BASKIN:  The question

21 was did you talk to him about it.  Yes

22 or no.

23           THE WITNESS:  No, I did not

24 talk to him, no.

25

1  BY MR. HERMANN:

2        Q.      Were you aware while loan

3  payments were not being made that in

4  fact they were not being made?

5        A.      Because the stores were not

6  doing enough sales, they couldn't afford

7  to make --

8              THE COURT REPORTER:

9  "Because the stores were not doing

10 enough sales"?

11             THE WITNESS:  To make the

12 payments, yes, to Captec.  I don't know

13 the whole extent of the conversation

14 why.

15             MS. BASKIN:  I'm sorry; I

16 was distracted by -- could you repeat

17 the question?

18             (The court reporter read

19 the record as follows:

20             "QUESTION:  Were you aware

21 while loan payments were not being made,

22 that in fact they were not being

23 made?")

24 BY MR. HERMANN:

25

1          Q.      Who would have been the

2    person to make the decision, for

3    example, to buy a new car for Gene

4    rather than to make loan payments?

5          A.      Paul.

6          Q.      And is it your testimony

7    that you never discussed that subject

8    with him of whether to make loan

9    payments?

10         A.      Yes.

11         Q.      Did he tell you --

12   withdrawn.

13              At what point did you first

14   learn from Paul Bagga that loan payments

15   to Captec were not being made?

16         A.      I don't know when they stop

17   making the payments.  Sometime in 2002?

18   I'm not sure when.

19         Q.      Who told you that loan

20   payments were no longer being made?

21         A.      Paul.

22         Q.      When he told you that, did

23   he explain to you why?

24              MS. BASKIN:  It's a yes or

257

1 no.

2                THE WITNESS:  No.

3 BY MR. HERMANN:

4        Q.     Did you ask him why?

5        A.     No.

6                MS. BASKIN:  I don't mean to

7 cut you off in midsentence, but I would

8 like to wrap this up at 4:00.

9                MR. HERMANN:  You are going

10 to terminate the examination at 4:00?

11               MS. BASKIN:  Around 4:00 to

12 see where you are, for you to let me

13 know how much more you have.

14               MR. HERMANN:  I'm sorry; can

15 we have the last question and answer?

16               (The court reporter read the

17 record as follows:

18               "QUESTION:  Did you ask him

19 why?

20               "ANSWER:  No.")

21 BY MR. HERMANN:

22        Q.     Who made the decision to

23 repay $13,500 on your loan on December

24 16, 2002, rather than to pay FL

25

1  Receivable Trust or Captec?

2       A.    Because I put that money in

3  --

4            MS. BASKIN:  No.  The

5  question was who made the decision.

6            MR. HERMANN:  Correct.

7            THE WITNESS:  I did.

8  BY MR. HERMANN:

9       Q.    Did you ask Paul Bagga

10 about it before you did it?

11      A.    No.

12      Q.    And why did you do that?

13      A.    Because I had put the money

14 in. He was not there when I put the

15 money in. I only put it in because some

16 bills had to be paid on default.  And I

17 just put it in for two weeks.  And I

18 could not take all of that out; I could

19 only take 13,000 out.

20      Q.    Were you aware when you

21 made that $13,500 check to yourself that

22 Captec might have prior claims on those

23 monies?

24      A.    No.  I would not have

25

1  deposited the 40,000 in if I knew that.

2      Q.    When you deposited the

3  40,000 or other loans that you made, did

4  you ever have a discussion with Paul

5  Bagga about how your loan might be

6  treated in relation to the loans that

7  Captec had made; that is to say, which

8  would come first in terms of repayment?

9      A.    I told him I was doing a

10 favor to the company --

11          MS. BASKIN:  The answer is

12 yes or no.

13          THE WITNESS:  What was the

14 question again?  I'm sorry.

15          MS. BASKIN:  Could you

16 repeat the question.

17          THE WITNESS:  Can you

18 repeat?

19          (The court reporter read the

20 record as follows:

21          "QUESTION:  When you

22 deposited the 40,000 or other loans that

23 you made, did you ever have a discussion

24 with Paul Bagga about how your loan

25!

1  might be treated in relation to the

2  loans that Captec had made; that is to

3  say, which would come first in terms of

4  repayment?")

5          THE WITNESS:  No.

6  BY MR. HERMANN:

7          Q.    Did you give that any

8  thought before making the loans; that is

9  to say, maybe you couldn't be repaid

10  before the lender who was ahead of you

11  in time was repaid?

12          A.    No.

13          Q.    And is that because you

14  wrote the checks and you decided who got

15  paid and who didn't?

16          A.    I just thought they needed

17  the money that day, so I deposited

18  thinking that I would be able to take it

19  out next week.  And I could not take

20  that money out the next week or the week

21  after.  I only took part of it out.  I

22  deposited monies before that, too; I

23  could not take it out.

24          Q.    When you took out the

25

1   money, the $13,500 that we discussed

2   before, when did you tell your husband

3   that you had done it?

4          A.    I did not tell him.  I told

5   him I could not take all the money out.

6          Q.    Did he know at the time

7   that you had taken some of the money out

8   based on what you had told him?

9          A.    I did not tell him the

10  amounts.  I was going away to India and

11  I told him I was upset, because I said,

12  "There is no money."  I just put the

13  money -- I thought I would be able to

14  take it out; I could not take it out.  I

15  could only get this much out.

16          And then he said, "You can

17  take it out later on."  And then we had

18  this litigation thing.  And after that

19  everything was seized; I could not take

20  anything back then.  If I knew that, I

21  would have never put the money in to

22  begin with.

23          Q.    Do I understand your

24  testimony to be that you were upset that

25

1  you couldn't take it all out later on in

2  December, all of the money you had lent

3  earlier in December?

4        A.    Yes.

5        Q.    And did your husband say

6  anything that you understood to be an

7  attempt to discourage you from taking

8  out anything?

9              MS. BASKIN:  Objection.

10  That's a roundabout way for the spousal

11  privilege.  I will instruct you not to

12  answer.

13              MR. HERMANN:  I don't

14  believe there is any spousal privilege

15  in a circumstance when they are in

16  business together; but we can have that

17  out.

18              MS. BASKIN:  They are not in

19  business together.

20              MR. HERMANN:  This wasn't a

21  gift to the business?

22              MS. BASKIN:  This was not a

23  gift to the business.  She testified it

24  was a loan.  It's not a gift.

ESQUIRE DEPOSITION SERVICES

258

1           MR. HERMANN:  That is

2  exactly right.

3           MS. BASKIN:  That is exactly

4  right.  It was not a gift.  There is no

5  testimony on the record to indicate it

6  was a gift.

7  BY MR. HERMANN:

8       Q.    It was a loan, wasn't it?

9       A.    Yes.  I made the loan --

10          MS. BASKIN:  Correct.  And

11 there's -- excuse me.  And there is a

12 difference between a loan and a gift, so

13 please do not put words in her mouth

14 that she is giving gifts to this

15 company.

16          MR. HERMANN:  I don't think

17 I suggested it was a gift.

18          MS. BASKIN:  You've said it

19 -- you used the word "gift."

20          MR. HERMANN:  I said it

21 wasn't a gift.

22          MS. BASKIN:  Go on.

23 BY MR. HERMANN:

24       Q.    Did Mr. Bagga, Paul Bagga,

1 ever say to you at any time after you

2 made the $13,500 withdrawal or check to

3 yourself that you couldn't take out any

4 more of that money that you had lent?

5          THE WITNESS:  Can you repeat

6 that?  I'm sorry.

7 BY MR. HERMANN:

8     Q.     Let me rephrase it.  After

9 the $13,500 check was written to you,

10 did Paul Bagga ever tell you that you

11 couldn't take out any more of the money

12 that you had lent to the company in that

13 $40,000 transaction on December 4?

14     A.     I didn't talk to him about

15 it.  I wasn't here after that.

16     Q.     Have you made any attempts

17 since that $13,500 check was written to

18 obtain repayment of any of the balance

19 of your loan?

20     A.     No, I don't think so.

21     Q.     When you say you don't

22 think so, you are not certain?

23     A.     I know there is a lot of

24 money still owed to me so -- and then I

260

1   was told after the filing that I could

2   not take anything out, so I haven't

3   taken anything out.

4           Q.      After the filing, you mean

5   the bankruptcy filing?

6           A.      Yes, yes.

7           Q.      Did you do anything between

8   December 16 of 2002 and the time of the

9   bankruptcy filing for Welcome to attempt

10  to get repayment of the loan?

11          A.      I don't remember.

12          Q.      How much in total is owed

13  to you by the four companies?

14          A.      A lot.

15          Q.      Do you have a record

16  someplace?

17          A.      Some of it is on the tax

18  returns.

19          Q.      Some of it -- is some of it

20  not on the tax returns?

21          A.      Well, we don't have last

22  year's tax returns yet, so....

23          Q.      You haven't submitted it?

24  You mean it is on extension?

26

1          A.     Yes.

2          Q.     And up until the time of

3  this year's tax return is filed, do you

4  know what the total loan indebtedness is

5  to you?

6          A.     No, I don't remember what

7  the total is.

8              MR. HERMANN:   Well, it is 4

9  o'clock.   What do you want to do?

10             MR. TABAS:   The judge is

11  back in his chambers.

12             THE COURT REPORTER:   Do you

13  want to go off the record with this

14  discussion?

15             MR. HERMANN:   Please.

16             THE VIDEOTAPE SPECIALIST:

17  Off tape 3:59.

18             (Recess.)

19             THE VIDEOTAPE SPECIALIST:

20  We're back on the record.   The time is

21  4:13.

22  BY MR. HERMANN:

23          Q.     Mrs. Bagga, do you know

24  what 1878 Exeter Corp. is?

26

1          A.     Yes.

2          Q.     What is that?

3          A.     It's a company that did all

4    the payroll for all the different

5    stores.

6          Q.     And was 1878 Exeter Corp. a

7    subsidiary of one of the other

8    companies, such as United Management?

9          A.     It is like a sister company

10   of United.  Because we have so many

11   employees, there is over 300 employees,

12   in different units and it was just a

13   problem for -- to manage out of the same

14   account all the paychecks coming out and

15   just reconcile it, so we just decided to

16   have a separate accountant for payroll.

17         Q.     And who made that decision?

18         A.     Paul.

19         Q.     Is he the sole owner of

20   that company?

21         A.     Yes, I think so.

22         Q.     Have you ever received any

23   compensation from 1878 Corp.?

24         A.     I don't remember getting

26

1    anything from 1878.

2         Q.    Did you ever hear of a

3    company called 21st Century Restaurant

4    Solutions, Inc.?

5         A.    Yes.

6         Q.    What is that?

7         A.    I think that's because

8    United Management is closed, so

9    that's -- that was supposed to replace

10   United Management. That's what I

11   understand. I'm not sure. It was

12   supposed to replace it, but then because

13   of the bankruptcy filing, Welcome had to

14   be treated separately. We could not

15   bring Welcome payroll or the expenses

16   into United, so that's separately. So

17   both are being treated separately. So I

18   don't know if they are going to use 21st

19   Century or how they are going to treat

20   it.

21        Q.    When you say "they," who

22   are the "they" you are referring to?

23        A.    I mean Paul --

24        Q.    Paul.

ESQUIRE DEPOSITION SERVICES

1          A.      -- the company.

2          Q.      Who sets up all these

3  corporations?  Is that done by a lawyer

4  or is that done by Mr. Bagga?

5          A.      I don't know how it's he

6  did that.

7          Q.      As far as you know, is 21st

8  Restaurant Solutions, Inc., an operating

9  company at the moment?

10          A.      Yes, I think it's --

11          Q.      What does it do?

12          A.      It does -- doing part of

13  what United was doing, like the rent

14  gets paid, the office expenses have to

15  be paid out of -- it gets paid out of

16  21st Century --

17          Q.      For all of the various

18  Arby's units, it receives funds from

19  them and makes --

20          A.      No, no.

21          Q.      No.

22          A.      We cannot mix the Welcome

23  now because of the bankruptcy.  So Bagga

24  is -- the expenses are being paid out of

26

1  Bagga from the PNC Bank.

2            21st Century is a

3  replacement for United Management, but

4  it's not doing all the work because

5  Welcome is doing its own and Bagga is

6  doing -- paying its own expenses. So

7  it's just paying the expenses for the

8  office and the overheads or whatever it

9  is.

10        Q.     Other than the Arby's that

11 are owned by Welcome, are there any

12 other Arby's open?

13        A.     The ones that are owned by

14 Bagga Enterprises.

15        Q.     Which are which ones?

16        A.     The ones that are not owned

17 by Welcome --

18        Q.     Yes.

19        A.     -- they are all owned by

20 Bagga. The five of them that are owned

21 by Welcome. The rest are all owned by

22 Bagga except for Poojan.

23            MS. BASKIN: The same ones

24 she testified to about five hours ago.

26

1   BY MR. HERMANN:

2         Q.       The ones you testified to

3   before --

4         A.       Yes.

5         Q.       -- that I asked you one by

6   one?

7         A.       Yes.

8                MR. HERMANN:  Well, in the

9   last break -- I just want to put this on

10  the record -- we contacted Judge Reed

11  with regard to the objections and

12  directions not to answer, and we have

13  agreed that we will make a formal

14  submission to the judge in order to

15  obtain a ruling on that.  And if the

16  ruling is favorable to us, we will

17  probably have to re-call you as a

18  witness.

19               THE WITNESS:  Okay.

20               MR. HERMANN:  So we will

21  adjourn the deposition then pending that

22  ruling.

23               MS. BASKIN:  Thank you.

24               THE WITNESS:  Thank you.

267

1                THE   VIDEOTAPE   SPECIALIST:

2   That concludes today's videotape

3   deposition.   The  time  is  4:18.

4                (Witness  excused.)

5                (Whereupon  the  deposition

6   adjourned  at  4:18  p.m.)

7                        - - - - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

268

```
 1              C E R T I F I C A T E
 2              I  hereby  certify  that  the
 3  proceedings  and  evidence  noted  are
 4  contained  fully  and  accurately  in  the
 5  notes  taken  by  me  in  the  deposition  of
 6  the  above  matter,  and  that  this  is  a
 7  correct  transcript  of  the  same.
 8
 9
10
11        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
12
13
14
15
16              (The  foregoing  certification
17  of  this  transcript  does  not  apply  to  any
18  reproduction  of  the  same  by  any  means,
19  unless  under  the  direct  control  and/or
20  supervision  of  the  certifying  reporter.)
21
22
23
24
```

269

1              INSTRUCTION TO THE WITNESS

2                        Please read your deposition

3  over carefully and make any necessary

4  corrections.  You should state the

5  reason in the appropriate space on the

6  errata sheets for any corrections that

7  are made.

8                        After doing so, please sign

9  the errata sheet and date it.

10                       You are signing same subject

11 to the changes you have noted on the

12 errata sheet, which will be attached to

13 your deposition.

14                       It is imperative that you

15 return the original errata sheet to the

16 deposing attorney within thirty (30)

17 days of receipt of the deposition

18 transcript by you.  If you fail to do

19 so, the deposition transcript may be

20 deemed to be accurate and may be used in

21 court.

22

23

24

270

```
 1                        - - - - -

 2                 E   R   R   A   T   A

 3                        - - - - -

 4   P A G E       L I N E            C H A N G E

 5   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - - - -

 6   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

 7   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

 8   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

 9   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

10   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

11   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

12   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

13   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

14   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

15   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

16   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

17   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

18   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

19   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

20   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

21   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

22   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

23   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -

24   - - - -       - - - -        - - - - - - - - - - - - - - - - - - - - - -
```

27:

```
 1        ACKNOWLEDGEMENT OF DEPONENT
 2              I, _____, do
 3   hereby certify that I have read the
 4   foregoing pages, _____and that the
 5   same is a correct transcription of the
 6   answers given by me to the questions
 7   therein propounded, except for the
 8   corrections or changes in form or
 9   substance, if any, noted in the attached
10   errata sheet.
11              _____
12              DATE
13
14   Subscribed and sworn to me this _____
15   day of _____, 2003.
16   My Commission expires:
17
                _____
18
19
20   _____
              Notary Public
21
22
23
24
        ESQUIRE DEPOSITION SERVICES
```

272

**A**

**able** 29:8 102:16
125:17 138:18 255:18
256:13
**Above-described**
233:21
**accepting** 188:24
**account** 61:20 62:3
64:5 80:12,24 81:1,2
81:7,11,14,23 82:4,19
82:20,21 88:1,4
105:23 113:2 116:18
116:19 123:14 128:5
235:5,10 236:4,9,21
237:3 262:14
**accountant** 96:20
169:11,12,13,20
262:14
**accountants** 244:18
**accounting** 34:17,21
170:24 171:3,9 242:7
243:5,8
**accounts** 24:11 48:10
51:21 61:15 64:9
65:3 80:11 81:17
87:16 88:20 97:5,13
101:6 105:9 226:11
237:1
**accurate** 269:20
**accurately** 268:4
**ACKNOWLEDGE...**
271:1
**acquire** 13:12,21 24:4
24:16 51:13
**acquired** 109:8 202:23
**acquiring** 14:5
**action** 1:3 230:6,10
**activity** 99:8
**address** 11:13 95:20
**addresses** 18:17,19
**adjourn** 266:21
**adjourned** 267:6
**adjustment** 242:8
243:5,8
**advanced** 205:11 206:7
206:21 208:4
**advances** 167:22
**advancing** 205:22
208:14,24 210:11
212:14,24
**advice** 189:24 190:3,18
**advise** 63:8 203:7
218:14,15 219:10,10
**advises** 78:4
**advisor** 78:1,3
**affect** 28:19,23
**afford** 250:6
**afternoon** 17:23
**ages** 42:14
**ago** 10:7 22:15 30:15
30:16,22 31:21 33:1
42:1 53:9 75:21
86:17 91:3 92:17,20
123:11 158:18 172:16
172:18,18,19 183:4
200:21 225:10 226:2
226:6 227:3,6 265:24
**agreed** 266:13
**ahead** 212:1 255:10

**Air** 31:24 32:5 187:2
**Allentown** 31:8 32:18
33:9 221:5,12,17
222:6,17
**allocated** 126:4
**allocation** 126:9,22
**allowed** 18:2
**all-day** 209:24
**altered** 72:1,11
**Amar** 201:22
**ambiguous** 8:22
**American** 30:10 49:21
119:18 120:4,7,21
121:4,12,18,23 122:8
122:16,23 123:6
152:20 153:19 182:19
182:21,24 183:6
193:12 194:3,5,9,22
195:4,10 196:11,16
197:6,18 198:6,12
199:19 200:6 202:23
203:15,23 204:7,15
204:18 205:1,10,14
205:21 206:6 211:9
212:13,19,22 214:14
233:1
**amount** 58:8,10 160:5
166:23 167:13 168:2
229:7,14 240:21
**amounts** 167:1,8
208:13,23 210:10
256:10
**analysis** 85:5
**and/or** 175:19 268:19
**Ann** 1:14
**annual** 52:20 127:8
**answer** 4:2 5:1 6:1 8:24
12:18 13:4,10 16:14
18:9 20:23 21:3,16,22
22:1,2,8 23:14 24:19
24:22 27:14,24 29:9
37:5 39:17,21 40:8,15
40:21 42:8 43:17
44:8 45:18 46:1,21,24
47:14,21 48:2,7,12,17
48:24 49:8,15,24 50:6
50:24 51:5,11,17,24
52:6 56:3 57:16
59:12,20 60:3,9 61:1
61:5,12,18,24 62:6
63:17 64:15 65:6,18
65:24 66:6,23 67:8
75:6,11,17,23 76:4,11
76:22 77:13,22 110:6
110:12,18,24 112:4
112:10,16,23 113:5
113:17 114:23 115:9
115:15 116:8 120:1
120:14 121:1,8,15
122:13,20 123:3
137:12 149:16 151:9
152:6,23 153:15,21
156:16,21,22 157:21
177:18 187:19,24
189:2 191:5 192:15
192:20,22,23 193:1,4
193:9,18,20 195:1,9
195:13,19 196:3,19
196:19 197:20 198:3

198:9,16 200:11,17
201:16,19 202:17
203:5,18 204:2,10,20
205:5,16 206:1,11,24
207:6,7,9 209:3,7,10
209:11 210:18 211:11
211:20,24 213:20
214:10 215:12,20
216:5,21 217:7,22
218:10,21 219:20
220:6 223:6 224:6
228:23 229:23 230:2
230:20 252:15,20
254:11 257:12 266:12
**answered** 9:5
**answering** 154:24
**answers** 30:3 271:6
**anybody** 29:17 38:16
42:2 76:6 83:4 90:21
90:22 91:14,17
131:10 136:2 141:14
141:24 144:6 147:6
147:16,20 163:16
164:7,10 180:6
182:17 185:24 206:16
207:24 211:1 216:15
217:12,24 231:2,18
232:9 244:6,20
248:12,22
**anymore** 33:13 37:20
88:5 116:21 183:8
191:15 239:22
**AOL** 142:19
**apart** 15:9,17,17 19:21
20:13 33:5,6 34:1
36:3,4 40:23 41:3
42:3,3,20 44:10 58:1
61:8 65:9,10 66:15
67:3,11 77:2,9 85:21
86:15 87:1,5 88:21
96:2 110:1 149:21
163:5 210:21 222:24
**apologize** 35:12 194:16
203:10 208:16
**Apparel** 39:8,9,14,24
40:6 153:18 183:10
191:13,15 192:11
193:11 195:10 200:14
201:24 202:2,15
204:16 205:2,12,13
205:23 206:8 212:13
212:18,23 214:15
**APPEARANCES** 2:1
**applied** 65:14
**apply** 268:17
**appraised** 58:11
**appreciate** 35:24
**appropriate** 9:23 157:1
157:4 269:5
**approval** 103:23
**Approved** 1:15
**approximately** 31:22
171:20 188:15 189:6
**Arby** 141:18
**Arby's** 19:8,11,18,22
69:3,5 78:15,17,22
79:9 80:10 81:10
82:10 92:1 98:7,13,15
98:16,22 106:11,23

107:8 108:2,7,12,21
111:7,8,15 114:6
117:20 123:16,24
127:23 128:12 130:8
130:12 131:15 132:13
132:19 133:9,14,18
134:4 137:24 138:3
138:11 139:15 140:5
142:23 143:15 147:3
147:13,14 148:3,9
169:16 181:4,23
182:2 189:21 190:8
190:10,14 220:16
221:4,11 222:10,12
223:13 224:24 225:18
226:1,12 231:10
232:5 239:3 264:18
265:10,12
**Arby's-related** 159:13
188:6
**area** 25:2 34:9 42:21
43:5 75:9 127:10
130:18 155:24 221:5
221:13,17
**areas** 34:12,14 81:5
85:8 101:1 145:23
**arrange** 58:13
**arrangements** 113:20
159:11
**arrested** 41:21
**art** 49:5
**asked** 12:8 30:3 94:8
107:11,17 108:6
138:13 143:20 145:7
148:12 207:2 231:2
266:5
**asking** 10:17 16:8
28:20 35:14 62:16,17
74:15 88:6,9 105:20
135:22 155:8 174:3
178:24
**aspect** 57:13 80:16
**aspects** 215:24
**assemble** 107:23
**assessment** 28:4,5
**assets** 48:14 65:12
149:13 231:6,19
**assign** 214:13
**assigned** 149:12 213:8
215:1
**assignment** 149:4,6
215:3
**associated** 162:20
**associations** 41:11
**assume** 9:1,2 111:12
**assure** 17:23
**attached** 269:12 271:9
**attempt** 93:23 230:12
230:13 257:7 260:9
**attempts** 259:16
**attend** 171:21,22,24
**attention** 241:13
**attorney** 11:7 180:12
225:12 269:16
**attributable** 124:22
125:11
**attributed** 124:3,23
125:12 126:12 127:15
**authorized** 132:3

144:16,17
**Automotive** 247:7
**available** 154:11
**aware** 9:14 46:5 89:24
106:17 108:4 122:7
123:5 148:7 202:8
229:1 233:11 248:5
250:2,20 253:20
**a.m** 1:14 35:9,10 78:10
78:11

**B**

**B** 27:20 155:14 224:21
225:9,13
**baby** 31:18
**back** 16:4 17:3 22:2
23:16 35:11 129:6
154:13 165:13 181:17
196:16 200:1 209:18
209:20 215:9 219:4
229:23 232:20 240:19
245:3 256:20 261:11
261:20
**backup** 108:6 146:13
**Bagga** 1:6,11 3:2,6 8:7
8:13 10:11 11:19
16:1 22:10 25:9
27:18 31:19 35:12
41:24 42:6 52:12,16
52:22 53:5,6 55:1
56:8,16 62:10,12
65:12 67:11,16 68:13
68:16,19,21 69:2
70:11,19 71:4 72:5
73:17 77:2,7 78:13
79:8,10,12,14,21 80:3
80:16,20 85:14,22
86:18,24 87:5,9,12,16
88:1,9,11,13,19,24
89:15,21 90:3,8 91:1
92:10 94:21 97:1,4
98:10,13 99:9 100:2
100:22 101:3 104:14
105:11,23 106:7,10
111:3 116:18 117:2
120:17 121:21 123:8
123:15 125:8 127:3
128:6 129:18 130:5
131:14,20 132:11,16
132:20,23 133:2,6
136:10,12,22,24 139:2
140:5,7 141:23
143:12,21 145:5
151:10 155:7 157:21
167:12 169:15 174:11
174:19,22,24 175:1,5
176:22 178:10,18
179:6 181:3,20 182:3
188:6,21 193:6
196:23 199:3,6,7,8,9
199:10 216:1 217:15
217:18 228:6 232:23
233:22,24 238:3,6,18
239:1,14,21 240:1,7
240:15 246:5,12,17
248:7 251:14 253:9
254:5,24 258:24,24
259:10 261:23 264:4

264:23 265:1,5,14,20
265:22
**Bagga-related** 173:1
**balance** 167:17,19
259:18
**bank** 24:10,13 33:7,8
33:11,15 48:9 58:16
58:17,18,23 62:3
63:21 64:9 66:12
81:4 82:2,16,19 85:10
85:17,22 86:1,2,9,12
87:19,20 88:2,7,12,20
90:10,12,23 95:23
106:4 211:17 213:8
213:12,15 214:2,6,16
215:1 217:12 227:20
227:21 228:5,16,17
236:9 237:2,4,7,14
265:1
**banking** 43:22,24 44:4
88:14
**bankruptcy** 72:15
149:21 150:3,15,19
151:18 260:5,9
263:13 264:23
**banks** 26:20 33:14
47:24 51:20 62:8,18
87:15,18 88:14,16
106:21 107:6
**based** 206:24 219:16
256:8
**basically** 83:15 84:4
172:6
**basis** 27:16 141:17
**Baskin** 2:11 4:3,3,4,4,5
4:5,6,6,7,7,8,8,9,9,10
4:10,11,11,12,12,13
4:13,14,14,15,15,16
4:16,17,17,18,18,19
4:19,20,20,21,21,22
4:22,23,23,24 5:2,2,3
5:3,4,4,5,5,6,6,7,7,8,8
5:9,9,10,10,11,11,12
5:12,13,13,14,14,15
5:15,16,16,17,17,18
5:18,19,19,20,20,21
5:21,22,22,23,23,24
6:2,2,3,3,4,4,5,5,6,6,7
6:7,8,8,9,9,10,10,11
6:11,12,12,13,13,14
6:14,15,15,16,16,17
6:17,18,18,19,19,20
6:20,21,21,22,22,23
6:23 8:4 9:11,12 10:5
10:9,11 12:14 13:3
15:24 16:5,24 17:17
18:2,7 20:22 21:7,13
21:21 22:4,20 23:5,12
24:18 27:13,17 28:1
32:2 34:23 35:6,11,20
39:15 40:7,14,19 42:7
43:15 44:6 45:17,24
46:20 47:13,20 48:1,6
48:11,16,23 49:6,13
49:22 50:5,22 51:4,9
51:15,22 52:4 56:2,18
57:15 59:7,11,16,19
60:1,8,17 61:3,10,16
61:22 62:4,10,13,20

63:6,11,16 64:13 65:4
65:16,22 66:4,21 67:6
68:17 71:8,14 72:3
74:8,12 75:5,10,15,22
76:3,10,15,21 77:11
77:17,20 85:12 88:6
89:14 96:10 102:24
106:9 107:16 110:4
110:10,16,22 112:3,8
112:14,21 113:3,15
114:21 115:7,13,18
115:21 116:6 117:14
119:23 120:12,23
121:6,13 122:11,18
123:1 132:15,23
133:3,7,20 134:11
136:3,7,16 137:2,11
139:12 140:6 149:15
150:5,8 151:8,17
152:2,5,22 153:14,20
154:17 156:14 157:7
157:19 160:21 174:21
175:2 176:17,20
177:17 178:3,21
179:4 187:18,23
188:18 191:4 192:14
192:21 193:2,14,19
194:24 195:7 196:18
196:22 197:10,20
198:2,7,14 199:21
200:2,9,15 201:15
202:16 203:3,17
204:1,9,19 205:4,15
205:24 206:10,23
207:4,16 208:16
209:2 210:13 211:10
211:19 213:18 214:9
215:11,19 216:4,20
217:6,13,17,21 218:9
218:20 219:2,16
220:5 223:4,17 224:5
227:11 228:7,19
230:15 238:13 240:16
242:13 245:6 249:20
250:15 251:24 252:6
252:11 253:4 254:11
254:15 257:9,18,22
258:3,10,18,22
265:23 266:23
**beginning** 1:14
**behalf** 87:12 96:2
110:21 116:5,11
123:15 159:7 165:21
179:5
**believe** 93:13 144:23
197:13 257:14
**believed** 108:11
**bell** 220:17
**belong** 41:6,13
**Below-described** 238:5
240:14
**Bend** 135:12
**benefit** 149:4,8
**best** 159:23 161:21
183:19
**Beth** 2:11 9:12
**Bethlehem** 25:5,6 28:5
89:5,16 95:19 109:23
142:3 144:2,11,19

145:1,9,19 146:17
**Beth's** 46:18
**better** 63:18
**Bhasin** 221:2 222:22
223:12 224:15,23
**Bhasin's** 224:18
**big-ticket** 49:4
**bill** 126:12
**billings** 52:24 53:14
**bills** 80:24 83:16 84:14
106:1,2 116:15
125:22 128:11 241:8
241:11 253:16
**blank** 102:23
**Blues** 36:12,13 37:10
37:15 40:12 192:10
**board** 79:19,22 80:1
100:11,14 109:17
120:21 121:4
**Bob** 67:19 68:2,2 69:23
70:4,10,17 71:2 84:20
90:21 125:4
**bookkeeper** 68:6,12
69:1
**bookkeeping** 34:17
68:8 80:16 94:19
123:22 129:12
**books** 40:5 80:4,7
128:24 162:3 167:11
176:4 233:12,16
237:22 243:18
**borrow** 59:14,24 60:5
130:4
**borrowed** 129:24 158:2
158:6,13,23 159:21
160:2,4 161:15
162:23 163:1 233:14
**borrower** 159:8
**borrowing** 158:11
159:3 163:5,8 166:4,7
166:10 228:15 233:10
**borrowings** 58:1
**bottom** 246:8
**bought** 14:1,15
**Boulevard** 1:13,22
**Bradstreet** 32:18
**branch** 237:10
**Brand** 200:19
**branded** 204:17 205:13
206:22 208:5
**Brandt** 150:23 151:6
151:14,23 152:10
153:3,3,5,7,7,8,9,12
153:17 180:11 181:2
182:6,9,13
**brand-name** 40:17
**break** 9:4 35:7 78:9
113:19 210:2 232:15
266:9
**bring** 22:2 263:15
**Bringing** 240:19
**broader** 35:21
**broke** 155:7
**brokerage** 61:14
**brother** 43:11,14 44:10
45:1 170:3 193:23
198:18 199:18,20
200:5,13
**brothers** 38:19 59:15

59:24 60:6,12 164:23
186:3,8
**brother-in-law** 44:17
44:19
**Brownsville** 117:23
139:22
**Bruce** 169:24
**building** 25:1 26:11
27:10 58:3,5,11,20
59:2 67:18 89:5,6
141:16 142:3 191:3
222:14,15
**buildings** 60:23
**bulbs** 113:12
**BURKE** 2:3 115:22
154:20
**Burma** 50:11
**business** 10:10,16,19
10:24 11:3 33:6 34:6
34:9 36:6,8,23 37:6,7
38:23 43:13,22 44:1,5
45:22 48:22 49:19
50:18,20 51:3 54:7,18
54:19,21 56:7,16
59:22,23 67:4 68:16
68:19,22,24 69:4 70:7
71:22 74:18 76:14,16
76:19 77:7 80:17
83:1 84:7 88:14
96:24 97:5 109:1
113:8,10,13 119:9,11
119:16 122:7,9
127:15 142:22 143:1
143:8,10,11,13,14,19
143:22 151:4 152:11
153:13 162:21 170:19
173:4,7,9,12,14 174:1
174:2,4,11,20,22
175:13 178:24 179:2
179:12,16,20 180:15
182:17 188:12 189:8
189:9,16,17 190:6
191:21 192:2 198:19
214:6 216:1 221:21
223:14,20 227:4
231:20 257:16,19,21
257:23
**businesses** 11:6,8 25:9
32:12 34:2 36:5
40:23 41:3 42:17
55:8 69:2 70:12,20
71:5 73:11 74:1
106:8,10,23 107:8
108:2,7,12 123:17
175:18 179:6 188:6
189:21 190:9 211:8
213:17 216:7 217:16
217:18
**buy** 26:11 194:11
247:14,17 251:3
**B-H-A-S-I-N** 221:3
**B-R-A-N-D-T** 150:24

**C**

**C** 268:1,1
**cabinet** 146:4,7,10
**Cahan** 57:2 169:8,24
171:5 172:15,23
173:4,19 174:6,10,18

175:13,17,23 176:9
176:12,24 177:15
**Cahan's** 170:3,14
**calendar** 22:22 23:10
**call** 154:10,15,18
178:16,19,20 179:3,7
179:9 194:19 210:2
**called** 36:12 114:3
117:8,15 119:5 147:9
150:23 154:2 168:20
169:5 192:9 221:22
222:1 224:21 226:7
263:3
**calling** 179:5 194:17
**capital** 244:15
**Captec** 249:5 250:12
251:15 253:1,22
254:7 255:2
**car** 47:11 247:11,14,18
247:24 248:3 251:3
**carefully** 269:3
**case** 137:8
**cases** 29:22
**cash** 23:22 27:11 64:2
64:11 81:21 82:9,12
87:21 132:3 144:17
147:2,22 148:5,9
189:20 234:15,22
235:9,15,17 236:1
237:5 246:22 247:1
**cashier's** 246:21,22,23
**catch** 244:18
**causes** 224:2
**CDs** 145:13 146:14
**Cedar** 31:11 35:2
**Center** 2:8,12
**central** 80:11 81:13,23
82:21 88:15,21
142:10
**Century** 263:3,19
264:16 265:2
**cert** 9:19
**certain** 84:1 127:22
148:4 259:22
**certification** 268:16
**Certified** 1:15
**certify** 268:2 271:3
**certifying** 268:20
**Chamber** 41:14
**chambers** 154:23
209:24 261:11
**change** 29:3 270:4
**changed** 33:14 136:11
137:3,14
**changeover** 226:14
**changes** 269:11 271:8
**charge** 82:22 86:12,12
145:17 240:10
**Chawla** 31:14,12,13
77:8 155:15,17 156:7
156:9 162:7 164:15
164:16,19,20 165:5
177:15 180:23,23
183:16,19 184:6,11
184:23 186:3,18
187:6,21 188:5,10,16
189:7,16 190:21
191:9 193:23 194:8
199:5 206:6 211:6

217:2 218:4,14 219:9
220:3
Chawlas 159:3,4,7
162:14 164:14 201:13
202:5,24 208:15
209:1 210:12 211:16
Chawla's 193:23
check 28:8 64:1,5,21
81:24 82:8 90:9
103:21 104:5 123:7
124:6 161:8 183:23
184:17,19,21 185:12
185:17 236:17 239:17
240:21 241:17,19
242:5 244:2,3,5,11
245:11,13,14,17,22
245:23,24 246:10,11
246:18,21,22,23
247:2 248:6 253:21
259:2,9,17
checkbook 117:4
checked 243:24
checking 62:2 102:19
102:20 113:2
checks 3:8,9 64:10,18
72:12 83:17,20,23
84:1,4,6 90:3,6 91:1,3
91:5,11 97:12 101:5,9
101:14,20 104:11
116:11 122:23 131:20
144:16 185:9,17
238:17,22,24 240:1,8
241:15 255:14
check-writing 240:11
Cherry 237:7,13
children 42:10,17
43:12 44:18
circumstance 257:15
circumstances 103:21
citizen 30:11,14
CIVIL 1:3
CJA 117:8,16 118:2,7
118:10,13,16,20
239:1,8
claims 253:22
clarify 35:13 132:15
193:2 249:4
clarifying 16:6
classifying 96:11
clear 63:4 156:19
188:24
clearer 8:23 25:15
137:22
clearing 237:14
close 13:18
closed 37:2,3,6,8
135:21,23 136:1
138:5,10,14,17,22
140:21,21,23 225:20
263:8
closer 87:19
closest 82:17
clothing 36:6,11 38:23
40:11 54:21 67:4
74:5,18,18 76:8,18
77:3 119:9,11,13,16
122:9 143:1,13 151:4
152:11,14 153:13
191:20 192:13 198:19

200:23
collect 211:17 215:9,17
216:3,16
collects 83:15
college 31:5,7,10,11,17
31:17 32:13 34:5,8,13
34:15,18,19,20,23
combination 115:4
come 25:23 30:20
80:23 81:9 129:2
154:15 161:16 218:8
254:8 255:3
comes 9:22 86:2 239:20
coming 262:14
comment 71:16
comments 209:3
Commerce 41:15 62:3
236:9 237:7
Commission 271:16
common 109:3 123:13
Commonwealth 1:16
community 41:15
companies 68:13 90:3,6
143:20 145:7 146:20
146:20 152:16 158:1
158:15 161:16,20
162:3 163:3 165:22
166:20 169:14,16
173:1 176:5 178:11
179:3 181:4,9 200:22
208:12,23 210:10
211:6 212:6 224:23
226:4 239:17 248:15
249:1 260:13 262:8
company 15:20,22,22
17:7,7 20:5 25:19
37:21,23 38:2,7,10
39:2,7 49:11 67:15
76:2 81:6 87:5 98:16
98:19,24 99:11,12
102:10,13 109:7
115:11 120:4,8 122:8
129:1,13 130:1 147:9
147:12 150:23 151:3
154:2 155:13,14,21
156:6,12 157:16
162:13 165:5 166:19
166:22 168:20 169:4
178:8 185:21 191:9
191:12 193:13 194:22
198:13 199:19 200:7
200:14,20 201:3,11
201:14 203:24 204:8
204:16 205:1,11,21
206:7 208:14,24
210:11 225:19,21
226:7,10,21 233:2
238:20 247:17 254:10
258:15 259:12 262:3
262:9,20 263:3 264:1
264:9
compensation 55:9
110:3 247:21 262:23
completely 142:9
computer 142:15 143:3
143:7 144:1,7,19,24
144:24 146:14 148:5
244:10
computers 142:2,10

144:10 145:9 146:16
146:23
Concept 225:15,24
concerned 229:17,19
230:2
concerning 70:11
223:13 248:12,22
concludes 267:2
conduct 51:2
confused 137:5 178:7
196:14 197:1,3
207:19
confusing 136:4,17
137:16
confusion 13:8
connected 123:16
131:15 153:8
connection 10:10,16,19
10:24 11:5 14:5
19:22 26:14 27:9
66:9,14 69:3 71:22
76:7,14 84:18 111:14
127:2 131:4,16
142:24 143:19,21
144:18 146:22 147:18
148:24 149:9 151:5
153:4,12 161:12
170:18 178:17 179:1
180:15 183:14 190:7
190:14,18 204:17
206:20 208:3 212:14
212:24 213:16 228:15
230:7,21 232:11
consider 175:14
consolidated 241:10
consult 9:6
contact 44:12
contacted 184:6,8,10
184:14 266:10
contacts 44:4
contained 268:4
continue 115:18
continuing 9:20 10:2
17:18,21 18:5
contract 111:9,13
contracts 111:3
control 137:21 268:19
controls 123:20
conversation 183:15
184:22 203:2 208:11
208:21 210:8,20
216:14 223:12 250:13
conversations 72:1,11
144:6 188:20 189:12
210:15,23 217:1
Corp 147:10 261:24
262:6,23
corporation 20:9,12
109:14 202:24 203:16
corporations 264:3
correct 20:5 28:1 34:20
47:7 58:19 59:4
60:15 64:6 99:13
103:18 117:12 118:7
131:3 150:15 167:23
173:15 185:14 190:15
191:16 193:24 232:3
234:16 239:4 253:6
258:10 268:7 271:5

corrections 269:4,6
271:8
correctly 99:3 103:12
181:21 183:19 241:1
counsel 2:9,14 9:6,10
10:9,21 16:4 189:3
229:4
counsel's 12:18
countries 50:8 51:14,21
52:3
country 46:5
county 139:18
couple 64:19 65:1
136:12 137:15 170:15
177:4 183:4 184:18
184:20
course 41:10 124:16
233:15
courses 34:11
court 1:1,16 9:2 17:4
18:12 21:9 26:2
29:23 30:1 56:11
70:23 107:2 154:10
154:11 156:24 163:22
164:1 165:14 174:14
180:18 182:7 195:24
197:15 200:3 207:20
208:18 209:19 210:5
212:3 219:7 229:24
242:10 248:19 250:8
250:18 252:16 254:19
261:12 269:21
cousin 44:20
cousins 199:14
creditor 151:15
creditors 49:21 149:4,8
149:14
Creek 8:8 11:14
Crest 31:11 35:2
Cubed 224:21 225:9,13
currency 235:19
236:17,22
currently 156:5
customarily 45:2
customary 8:2
cut 43:19 252:7
C-A-H-A-N 57:2

D

Dan 186:13
data 32:20
date 22:19 236:7
243:20 269:9 271:12
dated 234:15 241:18
247:3
daughter 115:5
David 221:2 222:2,21
223:12 224:23
day 22:16 23:10,11
69:18,20,24 198:1
236:6 255:17 271:15
days 22:15 97:14
269:17
day-to-day 131:6
141:17
dead 239:22
deal 39:3 174:12,20
191:2 210:4
dealings 151:6 153:12

157:9,14,16 175:4
180:16 193:15 204:15
213:17 223:14,20
deals 173:4,8,9 174:1,2
174:4 211:9
debts 49:21 173:1
December 234:15
235:4 236:7 239:24
241:18 243:13 247:3
247:15 252:23 257:2
257:3 259:13 260:8
decide 83:18 84:8 91:4
101:11 219:1
decided 126:11 249:11
255:14 262:15
decides 83:20
decision 249:14 251:2
252:22 253:5 262:17
decisions 84:11
declared 103:17 112:19
150:14,18
deemed 269:20
default 211:18 212:9
212:11 215:5 218:17
219:12 220:2 253:16
defaulted 213:4
defendant 21:2
defendants 1:8 2:14
16:11 64:16 152:8
153:1,23 156:17
188:2,21 192:17,23
193:16 195:11,14
201:18 202:19 203:6
203:20 204:4,12,22
205:7,18 206:3,13
211:13,22 213:21
214:3 215:14,22
216:23 217:9 218:23
219:21 220:8 223:7
224:8 228:21
defining 217:18
definition 136:11 137:3
137:14
degree 34:4
Delhi 45:6
delivered 82:13,15
denied 9:17
depending 83:18
depends 45:4
DÉPONENT 271:1
deposing 269:16
deposit 3:7 63:24 64:2
64:4 90:22 129:14
161:19,22 234:7,11
234:14,19 235:4,12
235:16,17 236:13
238:16 242:24
deposited 62:9,18
82:16 87:22 90:10
235:10 254:1,2,22
255:17,22
deposition 1:11,22,25
2:16,24 3:24 4:1 7:24
9:17 21:8,17 29:15,18
29:22 74:7 102:15
176:18 266:21 267:3
267:5,24 268:5 269:2
269:13,17,19 271:24
depositions 16:19

275

**deposition's** 27:19
**depository** 88:16
**deposits** 24:14 51:20
  63:22 64:8 125:20
**described** 14:11 15:18
  26:22 75:21 119:12
  122:10 208:12,22
  210:9
**describing** 81:11
**desk** 69:14
**desks** 69:16
**details** 70:19 71:4
  231:8
**determines** 85:16
**developer** 190:22
  216:18
**difference** 98:19
  258:12
**differences** 148:8
**different** 68:11 73:23
  74:21 80:21,21 81:3
  87:17 126:3 127:24
  139:18 152:16 167:1
  167:2,4 201:7 238:19
  262:4,12
**direct** 55:3 140:9
  148:19 149:20 268:19
**directed** 22:1
**directing** 241:12
**DIRECTION** 4:2 5:1
  6:1
**directions** 156:21,22
  266:12
**directly** 49:11 54:24
  125:22 132:21 228:16
**directors** 79:19,22
  100:11 109:17 120:21
**discourage** 257:7
**discuss** 72:14 86:9
  96:19 159:2 162:6
  170:24 172:23 173:3
  176:7,11 177:8
  188:12 189:15,17
**discussed** 50:3 70:10
  171:3,9 173:6,18
  174:5,12,20 188:5
  189:20 190:7 216:16
  231:17 232:8 251:7
  256:1
**discussing** 162:4
  190:13
**discussion** 21:6 111:12
  127:14,21 174:9,17
  175:11 203:15 249:18
  254:4,23 261:14
**discussions** 125:9
  131:10 147:16 151:23
  166:3 218:6 228:4
  248:12,22
**Disks** 145:13
**dispute** 127:21 149:9
  223:3 224:3,14
**disputes** 71:21
**distracted** 250:16
**distribute** 75:14
**distributed** 89:13 124:7
  125:24 126:2,3,14
**distribution** 74:5,19
  76:9,19 77:3 87:4

119:9,11,14 122:9
  192:1
**distributions** 55:9 95:5
  118:13 121:11
**District** 1:1,1,15
**doctor** 222:5
**document** 161:15
  232:10 233:19,21
  234:1 238:5,8,11
  240:14 241:14
**documentation** 107:24
  108:6
**documents** 26:20 29:13
  29:14 87:12 96:2
  110:20 116:5 166:7,8
  175:23 176:1 228:14
  228:14 238:11
**doing** 11:6 53:5,19 69:7
  85:4,4 94:23 100:20
  132:7 191:1 227:8
  231:24 232:2 250:6,9
  254:9 264:12,13
  265:4,5,6 269:8
**dollars** 205:22 211:7
  229:11
**domestic** 10:18
**door** 185:22
**dot-com** 200:21
**downpayment** 247:10
  247:11
**DP&G** 222:1
**draw** 76:13
**drew** 94:13
**driver's** 47:3
**drop** 90:22 170:21
**duly** 8:9
**Dun** 32:17
**D&B** 33:6
**D&P** 221:22
**d/b/a** 239:3

**E**

**E** 268:1,1 270:2
**earlier** 119:12 242:9,12
  257:3
**early** 36:21 196:17
  198:13 221:6,7
**earn** 198:5
**easier** 154:19
**EASTERN** 1:1
**eat** 130:20
**education** 30:24 31:2
**effect** 236:19
**effort** 215:10
**efforts** 168:10,15
  211:16
**eight** 39:1 69:22 70:1
  227:6
**either** 11:4 20:16 29:22
  42:16 49:11,18 54:24
  60:23 77:7 79:11
  123:7 133:21 134:3
  140:9 143:12 173:19
  181:2,7 228:16
**electric** 84:14
**employed** 52:8 53:21
  54:6 59:23 67:15,16
  239:14,15
**employee** 240:3,4

**employees** 95:12
  109:20 114:15 125:10
  165:1 201:23 262:11
  262:11
**employer** 52:11,13
**employment** 32:23
  33:5,24 35:15 41:1
  53:8 77:1
**employments** 35:19
**encounter** 106:19
  107:5
**endorsed** 64:1,10
**engage** 192:12 193:12
**engaged** 77:1
**England** 50:12 228:18
**enter** 218:16 219:12
**entered** 74:6 148:24
  212:10,12 213:5
  215:5 244:23
**enterprise** 127:17
  128:1
**enterprises** 1:6 52:12
  52:16,23 53:6,6 55:1
  56:8,16 67:11 72:5
  73:17 77:2 78:13
  79:12,14,22 80:3,17
  85:14,23 86:18 87:1,5
  87:9,13,16 88:1,10,11
  88:13,19,24 89:15,21
  90:4,8 91:1 94:21
  97:1,4 98:11 99:10
  100:23 101:4 104:14
  105:11,23 111:4
  116:18 117:8 118:2,7
  118:10,14,16,20
  121:21 123:9,16
  125:8 127:3 128:7
  129:19 130:5 131:15
  131:21 132:12,16
  134:6 136:12,22
  143:12 145:5 151:11
  167:13 175:5 178:18
  221:22 222:1 239:1,2
  239:14,21 240:2,7
  265:14
**entirely** 12:12,19
  210:21
**entities** 103:13 105:15
  123:22 128:10 137:20
  158:23 159:13 182:18
  191:6 195:21 196:5
  217:20,22 218:11,12
  224:13 225:12 229:4
  232:24 233:13
**entity** 98:7,13,14,18,21
  99:3 111:21 114:3
  117:8,10,15 119:5
  148:18 149:18 152:3
  162:19 169:1 222:1
  224:21
**entries** 111:15
**entry** 32:20 129:12
  243:17 244:2,7,9,9,10
  244:12
**equipment** 131:11,16
  131:22 132:5 144:2,7
  144:19,24
**equity** 167:22 181:3
**Erdenheim** 139:8,10,11

139:15
**errata** 269:6,9,12,15
  271:10
**Esquire** 1:22,25 2:2,3,3
  2:7,7,11,16,24 3:24
  7:24 267:24 271:24
**estate** 1:6 15:11,15,20
  15:20,22 16:2,12 17:7
  17:10,12,13,15 18:14
  18:24 19:9,17,20,21
  19:22 20:2,3,14,15,18
  20:21 21:12 89:3
  91:20,23,24 92:6
  93:24 97:6,13 108:20
  108:23 111:6 114:20
  155:14,21,23 162:17
  162:18 190:22 191:2
  216:18 222:13 231:9
**estates** 10:18
**everybody** 117:1
**evidence** 166:7 268:3
**evidenced** 158:11
**exact** 10:6 13:20 30:19
  58:7 92:24 138:15
  164:4 172:20
**exactly** 93:8,10 158:12
  158:16 163:14,20
  166:21 258:2,3
**exaggerated** 108:13
**examination** 3:1 8:11
  252:10
**examined** 8:9
**example** 80:8 124:5
  126:8 251:3
**examples** 190:6
**exchange** 93:14 129:7
**excuse** 212:10 239:8
  258:11
**excused** 267:4
**Exeter** 261:24 262:6
**exhibit** 3:5 233:20,22
  234:2,14 238:6,9,15
  239:14,21 240:2,7
  265:14
**exist** 183:6,8,11 191:15
  191:18
**expense** 124:5 244:14
  244:16
**expensed** 124:8
**expenses** 106:22 107:8
  108:1,7,12 113:8,8,11
  113:13 124:2,4,11,22
  125:11,17,21 127:14
  127:22,23,24 263:15
  264:14,24 265:6,7
**expires** 271:16
**explain** 74:16 185:5
  251:23
**explanation** 237:11
**export** 192:12
**Export/Import** 227:20
  228:5,16
**extension** 260:24
**extent** 118:5 193:5
  228:8 229:20 230:3
  250:13
**Eynon** 135:9,11
**e-mail** 142:21
**E-Y-N-O-N** 135:9

**F**

**F** 1:12,22 268:1
**fact** 9:22 51:22 69:1,6
  92:19 104:8 124:23
  125:12 171:2 212:9
  246:4 250:4,22
**fail** 269:18
**familial** 199:4
**familiar** 147:1,4 168:24
  205:9 212:8 234:4
  245:19
**family** 25:9 32:12 33:5
  34:2 36:5 38:18 41:3
  42:17,20,20,23 43:9
  44:12,21 45:16 49:19
  54:6 55:7 59:23 66:3
  68:16,19,22,23 69:2
  70:11,19 71:5 73:11
  75:2,21 76:6 77:8,8
  78:19 79:10 106:7,10
  111:3 123:15 131:14
  131:20 132:11,16,21
  132:24 133:12 134:6
  136:12,24 138:2
  143:22 174:11,19,22
  177:16 178:10 186:1
  188:7 202:8,11 214:7
  216:1 217:5,15,18
  218:19 219:15 220:4
  224:17,18 228:6
**family's** 213:17
**family-owned** 54:18
  56:7,15
**far** 18:22 20:16 38:16
  69:13 92:11 95:16
  99:20 123:21 144:12
  148:17 150:17,20
  168:7 170:9 183:5
  233:10 264:7
**father** 38:19 43:21 44:3
  155:18
**father-in-law** 186:22
**favor** 254:10
**favorable** 266:16
**federal** 46:5
**fee** 103:9
**feel** 29:7 156:21
**fees** 86:18,21,24 103:6
  103:14,17 121:11
**Fidelity** 61:21
**file** 55:12 146:2,5
**filed** 9:14 261:3
**files** 145:1,24 146:9
**filing** 57:10,12 146:4,7
  146:10 260:1,4,5,9
  263:13
**fill** 102:15,16,22
**filled** 236:13
**finance** 198:12
**finances** 65:7 170:18
  170:19
**financial** 66:14 71:21
  87:4 95:5 143:17,18
  149:9 190:18
**financing** 147:9 228:5
**find** 93:23 160:24
  192:19 229:13
**fine** 8:2 22:4
**finished** 111:24

**fire** 72:21,23,24 73:2,4
  73:6
**firm** 8:14 153:9 180:10
**firms** 48:5
**first** 31:20 33:14 133:4
  134:9 136:15 137:23
  172:14 211:16 213:11
  213:15 214:1,5,15,18
  214:21 217:12 220:12
  220:23 228:17 234:9
  234:13 240:21 251:13
  254:8 255:3
**five** 3:9 48:20 49:3 50:9
  54:2 55:10 108:24
  109:2 111:7 146:18
  172:18 220:16 241:15
  265:20,24
**fixed** 69:17
**FL** 1:3 8:16 176:21
  229:1 248:15 249:1,6
  252:24
**Floor** 1:13,23 2:4,8,12
**Flourtown** 8:8 11:14
  60:7 237:10
**flow** 189:21
**focusing** 35:16
**follows** 8:10 17:5 18:13
  21:10 56:12 70:24
  107:3 165:15 174:15
  196:1 197:16 200:4
  207:21 208:19 210:6
  219:8 230:1 248:20
  250:19 252:17 254:20
**food** 85:4,5 104:23
  124:12 225:15,17
**foregoing** 268:16 271:4
**form** 16:20 62:21 64:10
  82:8 157:2 219:6,17
  236:1,22 271:8
**formal** 172:3 266:13
**forth** 154:13
**four** 16:11 54:2 64:16
  146:18 152:8,24
  153:22 156:17 186:5
  188:2,20 191:6
  192:17,22 193:16
  195:11,14,21 196:5
  201:18 202:18 203:6
  203:20 204:4,12,22
  205:7,18 206:3,13
  211:12,21 212:6
  213:21 214:2 215:14
  215:22 216:6,22
  217:8,19,22,24
  218:11,22 219:21
  220:7 223:7 224:8,12
  225:12 228:9,20
  229:3 232:24 233:12
  248:14,24 260:13
**fourth** 186:12
**France** 50:11
**franchise** 99:5
**franchised** 38:2
**franchisee** 37:13
**franchises** 37:11,20,23
  69:3,5 130:9,13
  148:10 169:17 190:8
  220:16 221:5 222:10
**franchisor** 37:16,18

**free** 130:20
**frequently** 188:16
  189:6 235:11
**Friday** 23:18,21
**friends** 75:2,20
**full** 73:16
**fully** 268:4
**function** 84:22 97:2
  131:4,14
**functions** 80:19 88:15
  98:20 121:22
**funds** 62:14,16,17
  80:23 81:9 105:21,24
  123:5,14 128:5,10
  161:16 208:14,24
  210:11 212:15,24
  236:10 264:18

**G**

**G** 38:11,12 186:7,10
  193:23 194:8,14,17
  194:17,18
**GADON** 2:10
**gain** 96:21
**Gallery** 225:16,18,24
  225:24 226:2
**Gap** 135:1
**Gene** 67:19,20 247:11
  247:13,15 251:3
**general** 80:9
**getting** 192:19 197:1,2
  216:2 262:24
**gift** 257:21,23,24 258:4
  258:6,12,17,19,21
**gifts** 258:14
**give** 17:20 43:17 132:9
  133:11,23 134:12
  154:11 197:11 255:7
**given** 30:3 176:9 190:2
  190:17 242:8,11
  271:6
**gives** 228:2
**giving** 8:17 258:14
**Gloria** 102:2
**Gloria's** 102:3
**go** 16:24 17:1 21:4
  22:13 24:1 31:5,7
  50:14 69:20 74:1
  75:18 81:10 103:23
  104:5 112:2,6 130:16
  136:7 137:7 181:11
  185:16 197:24 212:1
  215:9 227:4 258:22
  261:13
**goes** 141:7,7
**going** 8:17,19 9:1 16:9
  16:15 17:17 20:22
  21:2 24:18,21 27:13
  27:20,23 35:11 39:16
  39:20 40:7,19 42:7
  43:15 44:6 45:4,17,20
  45:24 46:12,20,23
  47:13,20 48:1,6,11,16
  48:23 49:6,13,22 50:5
  50:22 51:9,15,22 52:4
  56:2 57:15 59:11,19
  60:1,8 61:4,10,16,22
  62:4,20 63:16 64:13
  65:4,16,22 66:4,21

67:6 70:18 71:4 72:3
  75:5,10,16,22 76:3,10
  76:21 77:11,20 96:10
  110:4,10,16,22 112:8
  112:14,21 113:3,15
  115:19 116:16 119:23
  120:12,23 121:6,13
  122:11,18 123:1
  133:11 134:9,11
  149:15 151:8 152:22
  153:14,20 154:13
  156:14 157:19 177:9
  184:2 195:7 197:11
  197:12 198:2,7,14
  200:9,15 203:3
  209:19 210:14 213:18
  215:8 217:3 223:4
  243:6 252:9 256:10
  263:18,19
**good** 28:11 218:17
  219:13
**goodbye** 185:2
**goods** 74:21 75:4,14
  204:18 205:3,14
  206:8,22 208:5
  212:15 213:1
**Gopal** 222:2,4,7
**graduate** 31:12
**graduated** 34:7,13,15
**graduating** 32:13
**grandfather** 199:12
**grandmother** 199:11
  199:12
**grandmother's** 95:9
**grandparents** 199:16
**Great** 135:12
**Greencastle** 134:21
**grounds** 16:20 17:22
**Group** 79:12 98:3,5,9
  99:15,20 100:8,11,15
  100:18 101:6 103:7
  104:17,20 105:8
  145:6 149:23 150:9
  151:12,16 157:23
  158:14 167:12 169:4
  175:6 176:23 193:7
  239:2,3
**Group's** 105:23
**GROUP,INC** 1:8
**Grove** 134:19
**guarantee** 160:17
  161:8 232:11
**guaranteed** 65:20
  160:19 161:2
**guarantor** 57:24
**guess** 30:17 58:8 70:8
  86:4 118:8 167:16
  242:21 243:1
**guessing** 159:16,17

**H**

**H** 155:14
**Haber** 2:7 74:6,10,11
  113:24
**half** 13:18 27:6 163:11
**handle** 97:5,8 104:16
  121:22
**handled** 40:5 97:1 99:9

103:9 115:23 125:1
**handling** 82:23
**handwriting** 236:14
  242:2 245:16,20
  246:1,5
**happen** 129:9 235:3
**happened** 30:7,8 104:2
  129:11 235:8
**happening** 16:17
**happy** 9:7 63:3 137:9
**Hardeep** 164:16,19
  165:5 183:15,19
  184:6 186:6
**Harleysville** 14:24
**Harlingen** 139:20
**Hartford** 213:12,16
  215:1 228:18
**Harvard** 41:9
**HB** 154:2 155:8,9,10,19
  155:19 156:7,7
  157:10,17 158:2,7,14
  158:24 159:5,12,22
  167:7,15 168:15
**head** 54:22 68:5 168:23
**health** 28:11,13
**hear** 32:3 98:2 114:2
  117:15 119:4 147:8
  150:22 154:3 162:9
  168:19 199:22 200:1
  206:15 207:13,23
  213:3,11 221:24
  224:20 263:2
**heard** 91:19 117:7,11
  120:3,7 127:20 154:1
  172:22 207:12 213:2
  225:22
**hearing** 214:19,22
**held** 1:12 103:1
**hello** 74:12 172:11
  185:2
**Hermann** 2:2 3:3 8:1
  8:12,14 10:3,13,15
  12:16 13:11 16:3,15
  17:2,11,20 18:4,21
  21:4,19,23 22:5,9,23
  23:8,20 24:23 26:4,7
  27:15,23 28:2 32:4
  35:3,18,23 36:1 39:22
  40:10,16,22 42:9
  43:20 44:9 45:21
  46:2 47:1,15,22 48:3
  48:8,13,18 49:1,9,16
  50:1,7 51:1,7,12,18
  52:1,7 56:4,22 57:17
  59:9,13,18,21 60:4,10
  60:19 61:6,13,19 62:1
  62:7,12,15 63:1,9,14
  63:20 64:17 65:8,19
  66:1,7,24 67:9,8 68:20
  71:11,19 72:6,9 74:14
  75:7,12,19,24 76:5,12
  76:17,23 77:14,19,23
  78:8,12 85:13 88:8
  89:17,20 96:14 103:3
  103:4 106:11,14
  107:13,21 110:7,13
  110:19 111:1 112:5
  112:11,17,24 113:6
  113:18 114:1 115:1

115:10 116:1,3,9
  117:18 120:2,15
  121:2,9,16 122:14,21
  123:4 132:18 133:1,5
  133:10,22 134:15
  136:18 137:6,17
  138:7 139:19 140:8
  140:16 149:17 150:6
  150:10,13 151:13,19
  151:21 152:3,9 153:2
  153:16,24 154:5,9,22
  155:6 156:18 157:8
  158:3 160:23 161:10
  164:5 165:12,20
  174:23 175:9 176:15
  177:2,19 178:5,9,23
  179:10 180:21 181:11
  181:19 182:11 187:20
  188:3,23 189:4 191:7
  192:18,24 193:10,17
  193:21 195:2,17
  196:8 197:4,23 198:4
  198:10,17 199:24
  200:12,18 201:21
  202:20 203:13,21
  204:5,13,23 205:8,19
  206:4,14 207:2,5
  208:9 209:8,17
  210:19,22 211:4,14
  211:23 212:7 213:24
  214:11 215:15,23
  216:10,24 217:10,14
  217:19 218:2,13,24
  219:24 220:9 223:10
  223:24 224:11 227:14
  228:12,22 229:22
  230:5,19 232:14,22
  233:18,23 238:2,7,14
  240:12,18 242:16
  245:9 249:3 250:1,24
  252:3,9,14,21 253:6,8
  255:6 257:13,20
  258:1,7,16,20,22
  259:7 261:8,15,22
  266:1,8,20
**Hill** 237:7,13
**HIPPEL,LLP** 2:6
**Hipple** 1:12
**history** 34:1
**HOFFMAN** 2:16
**hold** 83:21 84:1
**holder** 100:3
**holds** 99:4,4
**home** 11:13,21,24 12:4
  12:9,10,15,18,22,24
  13:6 14:16,16 59:10
  61:9 65:9 143:6,7
**Hong** 50:10
**hours** 69:23 70:2
  137:15 265:24
**house** 13:3,24 14:1,23
  15:1,2,4,8,9,16,17,18
  58:1 66:16
**houses** 60:24
**HP** 163:5
**Huh** 72:22 79:20 225:5
**husband** 11:17 12:13
  12:21 13:5 25:19
  26:10 29:19 39:23

42:4 49:18 50:15
55:13 73:6 78:19
133:13 134:6,13
150:18 173:10,13
175:11,19 184:10
187:15 191:1 194:11
198:11 201:10 202:22
203:23 204:8 206:16
207:13,23 208:11,22
210:9,16,21,24 214:8
214:13 216:14 218:15
219:11 220:3 222:20
223:1,13 231:3,19
245:24 247:4 256:2
257:5
**husband's** 55:17 211:8
**hypertechnical** 35:22
**H-A-R-D-E-E-P**
164:18

# I

**idea** 25:21 97:11
138:20 223:2 237:15
**identification** 234:2
238:4,10
**immediate** 42:20
**immediately** 31:17
**imperative** 269:14
**impersonal** 62:17
**inappropriate** 156:23
**include** 78:21,24 79:4
192:22 193:5
**included** 193:15
**Including** 141:4
**income** 55:10 56:6,15
82:6,10 96:21 103:6
110:15 111:14,17
112:18 118:13 121:12
124:1,22
**income/expense** 125:14
**Incorporated** 119:5,21
120:5,8 226:8
**indebtedness** 261:4
**INDEX** 3:1,5 4:1
**India** 20:19,21 21:12
22:11,14 23:1 24:1,3
24:7 42:23 43:2,10,22
44:5,11 45:3,8,10,23
46:4,12 47:12,17,23
48:4,10,15,19 49:2,19
50:4,10 224:18
256:10
**Indian** 47:2,8 49:11
**indicate** 258:5
**indicating** 243:19
**indirect** 55:4 99:19,23
140:9 148:19 149:20
**indirectly** 49:12 54:24
132:21
**individual** 57:14
**individuals** 38:9 163:20
**Indonesia** 50:11
**information** 158:19
159:20
**INFORMATION/D...**
7:2
**infrequently** 104:2
**infusion** 128:23
**initially** 14:1 129:24

**initials** 169:1
**inquire** 113:20
**inside** 67:17
**installment** 248:13,23
**institution** 48:21 66:14
**instruct** 20:23 21:2
24:19,21 27:14,24
39:16,20 40:8,15,20
42:8 43:16 44:7
45:18 46:1,21,23
47:14,21 48:2,7,12,17
48:24 49:7,14,23 50:6
50:23 51:10,16,23
52:5 56:3 57:16
59:12,20 60:2,9 61:5
61:11,17,23 62:5
63:17 64:14 65:5,17
65:23 66:5,22 67:7
75:6,11,16,23 76:4,11
76:22 77:12,21 110:5
110:11,17,23 112:4,9
112:15,22 113:4,16
114:22 115:8,14
116:7 119:24 120:13
120:24 121:7,14
122:12,19 123:2
149:16 151:9 152:6
152:23 153:15,21
156:15 157:20 177:18
187:19,24 191:5
192:15 195:1,8 198:3
198:8,15 200:10,16
201:16 202:17 203:4
203:18 204:2,10,20
205:5,16 206:1,11,24
209:2 211:11,20
213:19 214:10 215:12
215:20 216:5,21
217:7 218:10,21
220:6 223:5 224:6
257:11
**instructed** 22:8 193:1,4
195:12 219:20
**instructing** 21:15,21
193:18,19 196:18
**instruction** 16:22 27:16
269:1
**instrument** 64:12
**insurance** 113:12 124:5
126:2,9,12,16,18,23
**interest** 11:24 12:2,3,4
15:15 20:2,13 25:1,13
25:24 26:23 36:19
38:14,17 40:3 54:24
55:4 60:21 67:2
79:11 92:6 93:3,6,7
93:15,24 95:13 96:4,8
97:19,24 100:1,4,8
109:10 110:2 114:10
120:11 130:8 132:12
132:22 133:14 134:7
134:14 137:21 148:19
149:7,19 160:8 165:8
165:18 174:11,19
175:18,20 181:3
231:21,22
**interests** 15:10 49:19
77:7
**interject** 115:17

**Internal** 55:18 96:8
**International** 211:17
213:11,15 214:1,5,16
217:12 224:21 225:13
**Internet** 200:23
**introduced** 180:8
**invested** 48:21
**investing** 175:14
**investment** 48:5 77:24
78:3 173:20 175:17
**investments** 24:7 61:21
78:5 167:23
**investor** 222:9,12
**investors** 106:7,16,21
107:6
**invoices** 72:2 97:20
**involved** 41:1 80:15
85:1 86:21 119:8,10
125:5 127:6 141:13
143:12 152:13 173:14
175:1 214:8 228:4
232:24
**involvement** 85:7
149:20 150:3 201:3
201:11,14
**involving** 74:17 76:8
149:22 191:2
**irrelevant** 16:12 20:24
27:18
**issue** 156:23 157:2
**issues** 154:12 170:24
171:3,9
**Italy** 50:11
**item** 244:14,15,16
**items** 49:4 52:3

# J

**J** 2:7 193:23 194:8,17
**Jagit** 186:7,10
**Jamuna** 1:6 91:20,22
92:6 93:3,24 94:17
95:2,5,7,11 96:2,8
97:1,5,13,19 109:9
151:11 157:22 175:5
176:22 179:6 188:21
193:6 196:23 231:7
**JASON** 2:16
**Jaspal** 198:22 199:7
**JEAN** 2:3
**jeans** 40:18
**Jersey** 237:8,13
**jewelry** 49:5
**job** 32:11,15 54:10,12
54:14 80:22 101:19
141:16 197:5,18
**John** 1:12,22
**joint** 55:12,14
**jointly** 25:18 61:8
114:12
**judge** 46:6,14 115:19
154:24 157:3 209:23
261:10 266:10,14
**judgement** 148:23
211:18
**judgment** 212:9,11,17
212:18 213:4,8
214:13,24 215:5,18
216:3,17 217:4 218:8
218:17 219:12 220:2

**judgments** 229:3,8,14
229:18 230:8,12,14
230:18,23 231:4,23
232:12
**June** 1:9 23:3 46:7,11
155:5
**J-A-G-I-T** 186:9
**J-A-S-P-A-L** 199:1

# K

**K** 3:6 233:22 238:3,6
240:15
**Kaufmann** 1:14
**KAUR** 1:11 3:2 8:7
**KB** 39:8,9,13,23 40:6
**keep** 16:16 17:24 18:6
80:4,8 123:21 124:9
**keeping** 69:15
**Kennedy** 1:13,22
**Khalid** 83:11,14 84:18
84:21 86:7 91:3,11
101:10,15 103:2
**Khalid's** 102:6 103:2
**Khushvinder** 1:11 3:2
8:7 108:16
**kind** 19:6,21 40:11 85:6
87:4 94:18,19,20
100:24 103:6 148:1,4
157:14 161:3 173:7
176:1 227:8 232:10
**kinds** 26:17
**Kingston** 135:7
**knew** 124:13 164:10
186:23 215:4 254:1
256:20
**Knopf** 247:6
**know** 8:23 9:7 11:7
12:5,10,20,21,23
13:18,20 15:10 20:11
25:16 26:12,19 27:3,8
28:3,22 29:1,6 30:18
32:8 33:13 37:12,22
38:1,10,17,20 40:4
45:19 47:4,5 49:17
52:14 54:8 55:11,14
55:22 57:1,4,19,21,22
57:23 60:11,14 64:21
65:13 67:14,16 68:10
68:14 69:15,21 73:4,8
73:13,18,20 79:18,21
79:23 86:4,19,20
87:15 90:1 92:8,11
93:9,10,17,18,19 94:7
94:13 95:16 96:17
97:10 99:21 100:10
100:12 102:6 103:8
105:16 106:13,18,22
107:7 108:22 109:1
109:16,18,19 111:8
114:11,14 117:9,10
117:19 118:18,22
119:1,19,20 120:16
120:19,20 121:19
122:15 123:21 125:12
125:6,19 126:6,16
137:9,12,13 138:2,15
138:16,21 139:15,16
140:14,21,22 141:12
141:15,20 142:1,12

144:13,14 145:14,15
145:20,21,21 146:12
146:19,24 147:24
148:3,6 150:12,17,21
151:14,20 153:10
155:9,10 156:5
158:22 159:15 160:3
160:5,7,10,13 161:5
162:5,15 163:14,16
163:18,20,23 164:3
165:4 166:14,17,19
166:23 167:3,6 168:1
168:7,9,14 169:6,7,24
170:4,9,10,12 172:20
177:6,14,24 178:6,13
179:2 180:24 181:10
183:5 187:7 194:13
194:21 195:19 196:3
196:7,10 199:15
200:8 202:6,13
203:22 204:14,24
205:20 209:10 211:2
212:21 213:7,9,10,14
213:15 214:17 215:2
219:17 220:14 221:1
221:16 222:11,16
224:16,17 225:1,2,8
225:16,23 226:1
227:11,19,22 228:1
229:7,10,12,20,21
230:3,4,18,24 231:1,6
231:8,11,14 232:1,4
233:3,5,6 234:21,24
235:12 239:12 241:4
243:22 245:15,21
246:17 247:23 248:2
248:6 250:12 251:16
252:13 256:6 259:23
261:4,23 263:18
264:5,7
**knowledge** 130:3 140:3
169:3 175:16 181:1,8
214:12
**known** 180:10 186:17
**knows** 70:18 71:3
**Kong** 50:10
**KPE** 168:20,20,21
169:5
**Kushal** 220:10,12,24
**Kutztown** 18:18 19:1
19:14 133:16 134:16
**K&P** 17:9,12 18:23
19:9,17,20 20:2,14
108:15,16,19 109:11
109:12,13 110:3,8,14
110:21 111:2,13,23
112:13,18 113:1,7,9
**K-H-A-L-I-D** 83:13
**K-U-S-H-A-L** 220:12

# L

**lady** 102:1
**land** 19:10,17 60:23
**Lane** 8:8 11:14
**large** 52:2 235:8
**law** 1:12 8:14 153:9
**Lawrence** 2:7 113:23
**lawsuit** 39:19 149:1
**lawyer** 10:24 29:19

42:3 47:16 94:10
178:11,17 179:7
264:3
**lawyers** 180:15
**lbaskin@lawsgr.com**
2:11
**leading** 13:7 39:18
166:3 219:18
**learn** 224:2 251:14
**learned** 158:18
**lease** 147:12
**leased** 111:6
**leases** 37:3 111:7
147:18
**leasing** 111:14
**leave** 22:13 102:14
**ledger** 80:9
**LEE** 2:3
**left** 21:8 22:17 23:11,16
23:17 46:4,11 112:1
**legal** 232:10
**lend** 184:2 214:2,6
**lender** 218:18 219:13
255:10
**lending** 233:9
**lent** 181:8 205:1 218:18
219:14 233:14 257:2
259:4,12
**Leslie** 2:11 9:12 178:20
**let's** 45:8 111:12
113:18 154:20
**license** 47:3,8 98:22
99:4,5
**life** 63:22
**limit** 175:3 188:19
**limitation** 189:1
**limited** 189:3 210:14
**line** 7:3,5 17:18 270:4
**links** 142:11
**Lipski** 10:23 153:5,5,9
177:20 178:1 179:20
180:9,12 181:2
**liquidated** 49:18
**list** 79:5 126:21 132:10
**listed** 138:9 151:15
**listening** 199:22
**lists** 56:6,14 104:11
**literal** 131:6
**literally** 129:12
**litigation** 21:1,18 27:20
176:8,12,13,21,24
177:10 197:14 206:19
208:2 212:12,22
214:14 233:1 239:19
256:18
**little** 9:13 74:16
**live** 11:16 45:5
**living** 14:18,21
**LLC** 1:6 91:20 92:6
**loan** 26:20 66:10,15
128:13 129:5,6,7,15
129:19 159:6,12,19
160:17,20 161:12
162:4,7 165:23
166:16,20,22,24
183:14,22 184:7,13
227:20 228:5,14
235:23,24 236:3,4
237:19,22,24 242:15

243:9,20 244:7,15,19
244:21 249:11 250:2
250:21 251:4,8,14,19
252:23 254:5,24
257:24 258:8,9,12
259:19 260:10 261:4
**loans** 65:15,21 129:2
161:2 167:5,14,22,24
168:2,6,12,16 206:18
208:1 217:15 228:2
233:1,5 235:21
243:12 248:14,24
254:3,6,22 255:2,8
**located** 19:18 95:18
134:5
**location** 132:6 134:12
134:14 138:16
**locations** 81:3 132:10
132:13 133:12,15,24
140:2,18 141:19
**lodge** 21:13 23:13
**long** 30:15 33:1,19
38:22 53:4,16 54:3
69:23 101:16 158:17
180:11 186:17 225:9
226:2,5 227:3,6
**longer** 251:20
**look** 23:9 55:21 234:3
235:14 246:1
**looking** 97:21
**looks** 86:8 234:4
**loss** 96:21 125:13
**losses** 127:9
**lost** 205:21 206:20
208:3,12,23 210:10
**lot** 68:1 245:4 259:23
260:14
**lunch** 130:19 187:22
188:4
**Luncheon** 154:7

**M**

**machine** 155:1
**Main** 2:4
**maintain** 44:3
**maintained** 123:13
**major** 34:5
**majority** 137:21
**making** 17:24 18:6
71:16 124:21 125:10
251:17 255:8
**Malaysia** 30:12
**manage** 81:1 141:2,10
141:17 155:22 182:1
182:16,23 262:13
**managed** 136:21 182:4
182:19 226:11
**management** 1:7 34:6
53:12,17,20 54:5,13
54:16 55:5 56:9,17
81:6,14 82:20 86:17
86:21,24 87:24 88:4
88:15,21 97:2 98:10
98:15,18,24 99:8,9,11
99:12 101:2 103:6,9
103:13,16 104:12,20
105:8 106:24 107:9
115:12 116:18,19,23
116:24 118:3 121:11

121:20,22 123:8,12
124:19 125:8 127:3
128:5,6 129:4,18
130:5 131:6 136:22
141:18 145:6 151:11
157:22 167:12 178:1
178:18 181:22 182:14
226:9,21 234:8,12
237:19,22 238:17,20
239:18 240:22 241:1
243:18 262:8 263:8
263:10 265:3
**Management's** 105:22
**manager** 67:23 77:16
141:1
**managers** 141:10
**manages** 99:1 141:8
162:18 181:22
**managing** 100:21,22,24
**Mania** 200:19
**MAR** 3:6
**marital** 10:17 61:9
**mark** 22:6
**marked** 7:6 233:19,22
234:1 238:3,6,9
240:13,15
**Market** 2:12
**married** 41:23
**matter** 8:16 63:15
233:15 268:6
**matters** 10:10,17,20
11:1 70:7 71:22
179:12,16,21 188:13
189:8,9,13,16,17
**Maxwell** 1:12 2:6
**mean** 11:2 12:1,7 15:16
30:6 54:9 68:23 71:7
74:16 78:2 80:6 95:8
99:22 111:16 113:10
115:3 125:19 126:19
128:8,20 136:10
138:3 142:7 145:11
156:19 159:9 172:17
174:22,23 189:19
207:10 209:9 223:20
243:8 252:6 260:4,24
263:23
**meaning** 132:24 133:1
133:2,5,13
**means** 268:18
**mediation** 210:1
**medical** 29:9
**medications** 28:16,18
29:5
**meet** 31:20 172:14
186:20,21,24
**meeting** 121:4 171:11
171:13,14,24 172:5
173:18 174:1
**meetings** 80:1 100:14
171:8,16,21,23 172:4
172:7 173:5 180:4
**members** 77:8,9
**memo** 246:12 247:9
**memory** 28:24 29:4
**mentioned** 66:15 67:5
87:6 88:22 108:15
138:22 140:4,24
155:17 158:23 181:24

183:13 202:21
**Merchandise** 182:20
182:21,24 183:6
193:13 194:3,6,9,22
195:4 196:11,16
197:7,19 198:6,13
199:19 200:6 203:16
203:23 204:7,16
212:19
**Merchandising** 119:18
120:4,8,22 121:5,12
121:18,23 122:8,16
122:24 123:6 153:19
195:10 202:23 205:1
205:11,21 206:7
211:9 212:13,23
214:15 233:2
**met** 170:8,11 172:21
179:11,13,19 180:1
186:24 187:8
**midsentence** 252:7
**million** 59:6 215:9,17
216:3,17 217:4
229:11
**millions** 205:22 211:7
**mind** 35:8 98:20
**mine** 36:18 239:6
241:24
**minutes** 80:1 100:14
121:4
**missed** 133:3
**Mission** 117:22 139:24
**mix** 264:22
**mom** 186:23,24
**moment** 28:12 75:21
78:9 83:21 86:16
91:2 240:20 264:9
**money** 48:21 59:14,24
62:9,18,19 77:16 81:5
82:2 83:19 84:8
104:24 105:18 106:2
112:1,2 128:14,15,16
128:18,20,20,22,23
129:17,24 130:4
147:17 151:24 158:2
158:6,13,24 159:5,22
160:2,3,14 162:23
163:1,5 169:4 181:8
184:1,2,3,9 185:6
205:2,12 206:6,19
208:2,13,24 210:11
214:2,6 218:19
219:14 224:14 229:2
233:14 235:22 237:2
241:9 242:8,11,18
243:5 245:2,4 253:2
253:13,15 255:17,20
256:1,5,7,12,13,21
257:2 259:4,11,24
**monies** 206:21 208:4
241:7 253:23 255:22
**month** 53:7,9 249:11
**monthly** 127:4 248:13
248:23
**months** 10:7 33:21
161:24 177:4
**mortgage** 13:22,23,24
14:3,5 26:15 27:12
58:4,10,14 59:1,5,8,9

111:23,23 112:1
113:9
**mother-in-law** 44:15
**motion** 9:15
**mouth** 258:13
**move** 131:22 144:1
**moved** 13:20 15:7
145:1 146:9
**moving** 69:16 132:5
144:18
**Mutual** 59:5,8

**N**

**name** 8:13 11:19 33:10
36:10 37:16 39:6
74:10 95:8,10 102:4,7
102:19 115:3,5
119:15 133:4 185:21
194:19 198:21 199:2
220:13,13,23 225:9
225:21
**named** 21:1
**names** 19:5 38:8 79:1
101:24 102:11,17,21
103:1 136:20 138:17
140:13 221:23
**name-brand** 152:14
**National** 228:17
**nature** 25:12 223:2
**necessary** 86:14 269:3
**need** 18:5 22:22 38:6
70:15 82:24 85:19
101:1,1 130:19 193:8
**needed** 26:1,5 104:23
178:16 179:1 184:1
185:6 255:16
**negotiable** 64:11
**negotiated** 159:6,10
165:23
**Nepal** 50:12
**net** 66:9
**networked** 142:5,8
**never** 107:12,14,16,22
117:11 138:19 140:14
140:17 150:14,18
170:5 207:12 251:7
256:21
**new** 45:6 147:10 173:9
228:18 237:7,13
247:14 251:3
**Nine** 225:14
**nominal** 100:3
**nominee** 100:2
**non-Bagga** 76:15
**Norm** 57:2 170:3
175:12,23 176:9,24
177:14
**normal** 130:23
**Norman** 169:7 170:14
171:5 172:15,22
173:4,19 174:5,10,18
175:17 177:11
**Norman's** 170:11
**Northeast** 185:20
**Notary** 1:16 271:20
**note** 10:1
**noted** 268:3 269:11
271:9
**notes** 268:5

279

**notice** 26:21 235:3
**noticed** 29:3 145:23
  176:18
**numerous** 173:14
**NY** 2:4

**O**

**Obermayer** 1:12 2:6
**object** 16:16 20:23
  24:19 27:14,21 39:16
  40:8,20 42:8 43:16
  44:7 45:18 46:1,21
  47:14,21 48:2,7,12,17
  48:24 49:7,14,23 50:6
  50:23 51:10,16,23
  52:5 56:3 57:16 59:7
  59:12,20 60:2,9 61:4
  61:11,17,23 62:5,21
  64:14 65:5,17,23 66:5
  66:22 67:7 72:4 75:6
  75:11,16,23 76:4,11
  76:22 77:12,21 96:11
  110:5,11,17,23 112:3
  112:9,15,22 113:4,16
  114:22 115:8,14
  116:7 119:24 120:13
  120:24 121:7,14
  122:12,19 123:2
  149:16 151:9 152:6
  152:23 153:15,21
  156:15 157:20 175:2
  177:17 187:18,23
  188:18 191:4 192:14
  193:14 194:24 195:8
  198:8,15 200:10,16
  201:15 202:16 203:4
  203:17 204:1,9,19
  205:4,15,24 206:10
  206:23 211:10,19
  213:19 214:9 215:11
  215:19 216:4,20
  217:6 218:9,20 219:5
  219:16 220:5 223:5
  224:5 228:7,19
**objected** 61:4
**objection** 9:20,24 10:2
  12:14 16:10,19,21
  17:18,21 18:1,3,5
  21:14,14 23:13 40:14
  157:1,2 210:14 257:9
**objections** 16:18,22
  266:11
**observed** 56:5,14 144:1
**obtain** 168:11,16
  259:18 266:15
**obviously** 9:17 16:7
**occasion** 70:4 129:22
**occasions** 45:9 104:19
  105:21 172:8 179:18
  184:21
**occur** 163:9 226:15
**occurred** 210:15
**offended** 41:20
**offhand** 138:17
**office** 25:1 26:1,5,15
  27:10 28:4 46:18
  58:3,5 67:10 69:12
  70:3,14 83:11 89:8
  90:20 91:9 95:19

100:19 104:3 109:23
  126:1 141:15 142:3
  142:17 143:4,6 144:3
  144:8,11,20 145:2,18
  145:23 146:13,17
  170:2,11,14,22
  171:17,19,24 172:2,9
  185:18 186:1,15
  191:3 223:23 237:14
  264:14 265:8
**officer** 204:7 240:6
**officers** 66:13 165:1
**offices** 1:12 25:8 89:4
  89:10
**Oh** 22:15 107:20 133:7
  177:1 179:8 192:24
  196:13 203:9 239:6
  239:10 249:7
**okay** 16:24 35:23 46:19
  115:21 116:2 133:7
  133:15 138:1 196:13
  197:21 203:9 249:7
  266:19
**old** 247:23,23 248:2,2
**once** 21:16 39:15 40:9
  43:16 75:15 111:24
  183:24
**ones** 36:3 50:20 51:8
  60:24 78:24 79:3
  81:19 92:2 96:3
  101:12 108:22 125:24
  136:21 138:8,12,12
  138:22 140:3,20
  141:4 221:12,15
  265:13,15,16,23
  266:2
**open** 24:10 36:16 51:19
  135:23 265:12
**operate** 39:14 98:23
**operated** 79:7,11 88:11
**operates** 78:15 117:20
**operating** 37:9 40:13
  80:12 98:6,12,14,17
  98:21 99:3 113:13
  123:13 169:15 264:8
**operation** 96:24
**operations** 85:3 94:20
  109:22 125:2 127:11
  132:19 138:11 141:13
  232:5
**operators** 130:12
**opinion** 46:9
**opposed** 50:18 88:16
  98:18 127:16,24
**Oral** 1:11
**order** 9:15 49:20
  149:14 205:2,12
  231:22 266:14
**ordered** 46:6
**ordering** 85:3
**organization** 41:9
**organizations** 41:7,14
  41:15
**original** 37:20 269:15
**originally** 178:12
**outside** 32:12 106:6,15
  107:24 108:5
**outstanding** 167:14
  231:23

**overhead** 239:20
**overheads** 265:8
**overheard** 127:13
**overseas** 152:19,21
  204:18 205:3,14
  206:9,22 208:6
  212:16 213:1
**oversee** 52:24 53:14
  141:17
**overseeing** 131:5
**owe** 169:4 215:10
**owed** 147:17 151:24
  259:24 260:12
**owes** 84:7
**owing** 211:6
**owned** 12:12 15:2
  25:17,18 37:21 38:18
  55:8 78:18 79:7
  92:14,17,19 109:9
  111:3 114:12 135:24
  136:2,23 137:19
  138:3,9,23 139:1
  155:14 162:13 163:18
  163:19,23 191:9
  194:15 208:14 209:1
  210:12 231:19 265:11
  265:13,16,19,20,21
**owner** 20:4,8 36:22
  163:15,17 194:2
  262:19
**owners** 38:1,9 92:8
  99:20 125:10 163:12
**ownership** 11:24 14:12
  15:14 20:1 24:24
  25:13 26:23 38:17,20
  40:2 54:23 55:4
  60:21 92:5 95:12
  97:18 100:1,8 110:1
  114:9 120:10 132:12
  132:22 133:14 134:7
  134:14 140:10 148:19
  163:21 164:4 165:8
  165:17
**owning** 109:2
**owns** 12:15 16:13 18:24
  19:17 25:19 37:12,23
  38:20 79:14 91:24
  92:11 99:4,15 100:6
  108:20,23,24 111:5
  114:6 120:16 137:9
  138:6 140:5 162:17
  220:16 221:4
**o'clock** 210:1 261:9

**P**

**PA** 8:8 11:15
**page** 7:3,5 234:9,10,13
  235:15 270:4
**pages** 3:8 271:4
**paid** 58:19 73:14 80:24
  81:17,22 82:24 84:15
  84:16 97:21 103:13
  118:9 123:14 124:13
  126:19 132:2 140:17
  144:16 203:23 253:16
  255:15 264:14,15,15
  264:24
**Pal** 220:10
**paper** 145:13 146:6

158:11 161:6,12
  166:15
**papers** 14:4,6,7,11
  26:14,15,17,22 94:4,8
  94:9,14
**Par** 147:9,16
**Pardon** 118:24 120:6
  195:22 202:10 214:20
  248:1
**parents** 43:2,7
**part** 20:17 65:12 78:18
  89:19 92:17 97:2
  130:22 166:3 172:6
  191:10 242:21 243:4
  243:12 247:20 255:21
  264:12
**partial** 1:11 243:19
**particular** 85:17
  124:19
**parties** 210:17 213:4
**parting** 22:7
**partner** 153:4 180:13
  221:6
**partners** 221:9,19
  223:15,22
**partnership** 20:10,12
  25:21
**parts** 22:6
**party** 108:10
**Paul** 11:19 65:12 79:15
  84:13 90:19,21 91:16
  92:10 93:4,10 94:7
  99:16 100:2,6 103:10
  108:17 114:12 120:17
  125:1 133:2 138:3,10
  138:23 139:2 140:5,7
  141:23 145:20 159:14
  166:1 172:6,9 174:24
  177:22 180:5 183:24
  194:7,7,15 198:11
  199:6,8,9,10 222:2,20
  231:24 246:5,12,17
  248:7 249:15 251:5
  251:14,21 253:9
  254:4,24 258:24
  259:10 262:18 263:23
  263:24
**Paul's** 95:9 199:11
  221:6
**Pawley** 135:3
**pay** 81:7,21,21 83:10
  89:9,15 106:1,2
  111:20,22,23 113:7
  125:17 241:7,10
  252:24
**payables** 53:1,15 81:16
  84:19,24 85:2
**paycheck** 52:15 226:23
**paychecks** 262:14
**paying** 111:24 116:15
  128:11 131:21 144:17
  172:24 217:4 265:6,7
**payment** 132:3 241:5,9
  244:19
**payments** 82:23 248:14
  248:24 249:12 250:3
  250:12,21 251:4,9,14
  251:17,20
**payouts** 81:21

**payroll** 85:4 239:20
  262:4,16 263:15
**pays** 117:1,2,3
**PC** 2:10
**pending** 149:22 266:21
**Penn** 2:8,12
**Pennsylvania** 1:1,16,23
  2:8,13 19:1,2 31:9
  78:22 92:2,4 123:17
  132:20 133:24 134:17
  134:19,23 135:1,3,5,7
  135:10,12,15 220:17
**people** 44:4 45:3 67:12
  83:6 84:7 97:20
  99:24 101:18,22
  103:1 105:3,5 106:20
  106:22 107:5,7
  114:18 127:21 130:13
  172:3 209:5
**percent** 12:5,7
**percentage** 12:24 14:11
  27:3
**percentages** 13:6
**perform** 131:4
**performed** 131:13
**period** 32:22 175:11
  179:23
**periodically** 143:17
**permitted** 91:15
**person** 48:22 66:19
  67:3 70:18 71:3 78:4
  90:14 108:1 124:20
  126:10 184:5 186:11
  194:20 236:12 249:10
  251:2
**personal** 11:12 12:1
  62:13,16 64:5,16 65:6
  67:2 112:19 128:20
  128:22 142:20 150:15
  150:18 169:19,22
  170:18 174:10,19
  189:12
**personally** 10:12 11:5
  11:10,23 16:1,13
  24:21 27:18 59:17
  62:11 69:11 77:18
  86:23 90:24 91:6
  112:7 122:22 128:4
  130:7 136:10 137:19
  140:7 148:14 153:11
  160:16 177:21 178:22
**personnel** 131:1
**persons** 102:17 108:5
**Phil** 180:11
**Philadelphia** 1:23 2:8
  2:13 25:2 36:16
  42:21 75:9 155:24
  185:20 187:2 190:22
  191:3 192:6 216:19
**Philadelphia,Pennsyl-**
  1:13
**phone** 115:20 188:9
  189:7
**phones** 210:3
**photocopies** 241:15
**physically** 82:14 90:10
**pick** 170:21 185:16
**picked** 183:23 184:16
  184:19,21

280

piece 146:5 166:15
pieces 158:10
Pike 25:5,6 28:5 89:6
  89:16 95:19 109:23
  142:3 144:2,11,20
  145:2,10,19 146:17
Pine 134:19
Pittack 67:20 141:1,21
  247:13
Pittston 114:8 139:4,5
place 123:21 171:17,18
  210:21
places 36:2 73:23 80:22
  140:14,15
Plains 2:4
Plaintiff 1:4 2:9
plans 50:3
play 84:23
pleadings 46:23
pleasantries 185:2
please 17:3 198:24
  229:23 238:3 240:12
  258:13 261:15 269:2
  269:8
pleasure 50:18
PNC 88:12 265:1
point 35:17 65:11
  115:17 117:5 134:4
  187:1 194:9 251:13
point-of-sale 147:2,22
  148:1,4,9
policy 126:20
Poojan 114:3,10,14,19
  115:2,12 116:5,11,16
  116:22 117:2 182:4
  238:18 239:1 246:14
  246:15 265:22
Popp 68:2 69:23 70:4
  70:11,17 71:3 72:15
  72:17 73:9 84:22
  125:4
position 103:2 165:4
possibility 174:9,18
  177:9 232:9
Possible 173:9
potential 106:21 107:6
power 72:24 73:2
premises 145:9
preparation 29:14
prepare 57:3,22
prepares 56:23 57:19
  83:17
preparing 101:20
presence 70:17 71:2
  73:10 174:5 206:16
  207:3,23 216:15
  218:16 219:11
present 2:15 52:9 108:9
  150:7 171:8 173:5,17
  174:8,17 175:10
  180:3 203:1,14
  208:10,21 210:8
  223:11,18,19
presently 178:4,5
president 39:11
pretty 244:22
prevented 216:1
previous 23:19 61:2
previously 10:21

price 59:1
prior 103:2 253:22
privilege 9:21,24 207:1
  257:11,14
probably 158:20
  159:14 163:10 177:6
  225:19 242:7 248:9
  248:10 266:17
problem 86:11 178:24
  262:13
problems 28:14 189:21
  189:24 190:3,6,10
proceeding 149:21,22
proceedings 150:4
  268:3
PRODUCTION 7:1
products 32:1,6 152:14
  152:21 183:11 187:2
  192:12 193:11
professional 1:14 34:8
  34:12,14 41:7
PROFFITT 2:2
Proffitt 8:15
profit 125:13 127:9
profit-and-losses 127:4
prominent 216:18
pronounced 186:8
pronouncing 183:18
properly 63:7 127:15
  127:23
properties 18:23 19:4
  111:15 154:2 155:8,9
  155:10,20 157:10,18
  158:2,8,14,24 159:5
  159:12,22 162:10,22
  162:24 163:2,6,13,17
  164:7,11 165:2,23
  167:5,7,7,14,15 168:2
  168:11,15 181:5,9,23
  190:14 226:12
property 14:19 16:13
  19:6 24:4 25:14,17,24
  26:24 27:4,7 28:4,9
  51:13 60:7,21 61:7
  66:19 67:2 89:16
  110:9 118:17 149:13
proposing 154:10
propounded 271:7
protective 9:15
provides 115:12
public 1:16 203:16
  271:20
purchase 26:14 27:10
  52:2 59:1 205:3,13
  206:8,21 208:5
  212:15 213:1
purchased 146:21
purchases 49:4
purely 45:16
purpose 27:19 116:13
  128:11 131:21 132:4
  142:18 143:4 157:12
  164:9
purposes 88:21 96:22
  111:11 142:22 143:9
purview 197:13
put 9:19 27:11 105:18
  128:15,18,19,22
  157:6 201:8 236:21

242:23 244:12,13,14
  245:2,4 253:2,13,14
  253:15,17 256:12,21
  258:13 266:9
P-A-L 220:13,21
P-A-R 147:9
P-I-T-T-S-T-O-N
  114:8
P-O-O-J-A-N 114:3
P-O-P-P 68:4
p.m 113:21,22 154:8,8
  155:5 267:6

Q
question 8:21,22 9:1,3
  9:5,22 13:4,9 15:24
  16:6,7 17:6,22 18:11
  18:14 21:11 27:21
  35:21 56:13 62:21,23
  63:3,18,19 71:1,15
  86:3 89:14 107:4
  117:14 127:19 133:19
  133:21 137:13 140:6
  150:1 165:16 174:16
  189:3,5 192:20 196:2
  197:17 200:1,5
  207:22 208:20 209:13
  209:15,22 210:7,23
  219:9 223:17 245:6
  248:21 249:20 250:17
  250:20 252:15,18
  253:5 254:14,16,21
questions 7:6 8:20 22:3
  24:20 28:20 29:9
  30:3 61:2 195:9
  197:12 271:6
quite 69:7
quitting 73:10

R
R 268:1 270:2,2
raise 9:23 157:3
rarely 91:7
rate 160:7
Ravi 156:9 162:7
  164:20 165:8,17
  180:23 186:18 187:6
  188:10 191:9 193:23
  199:5 206:5 211:5
  217:2 218:4 220:3
Ravinder 38:13 186:6
Ravi's 186:23 199:11
reach 154:23
read 17:2,4 18:12 21:9
  55:24 56:11 70:23
  107:2 165:12,14
  174:14 195:24 197:15
  200:3 207:20 208:18
  209:17,20 210:5
  219:3,7 229:22,24
  247:9 248:19 250:18
  252:16 254:19 269:2
  271:3
reading 8:4 14:10
  18:18,24 19:7 134:23
  240:24
ready 240:16
real 1:6 15:11,15,19,20
  15:22 16:2,12 17:7,9

17:12,13,15 18:14,24
  19:9,17,20,21,22 20:2
  20:3,14,15,18,20
  21:12 60:21 66:19
  89:3 91:20,22,24 92:6
  93:24 97:6,13 108:20
  108:23 111:5 114:20
  155:13,20,23 162:17
  162:18 190:21 191:2
  216:18 222:13 231:9
really 70:18 71:3 85:1
  85:19 93:11 130:15
  142:16 171:6 172:13
  185:4 196:6 197:22
  232:5
Realtime 1:15
Realty 108:15 109:11
  109:13 110:3,8,14,21
  111:2,13 112:13,19
  113:1,7
reason 43:18 93:19
  109:2,4 206:17
  207:24 269:5
Rebman 1:12
REBMANN 2:6
recall 18:23 102:21
  123:18 129:13 148:17
  161:11 185:13 227:13
  243:2,3 245:7
receipt 269:17
receipts 84:19,23
Receivable 1:3 8:16
  176:21 229:2 248:15
  249:1,6 253:1
receive 30:23 31:3
  34:13 86:17,23 87:3
  95:4 103:5 110:2
  111:13,17 118:12
  121:10 143:16,18
received 55:8 82:7,8
  103:16 105:15 262:22
receives 90:9 264:18
recess 35:9 78:10
  113:21 154:7,21
  181:15 232:18 261:18
recognize 136:19
  140:13 238:10 241:14
recollect 167:9
recollection 54:1
  161:22 183:20
reconcile 86:5 262:15
record 9:12,14,19 10:1
  17:5 18:13 21:5,6,10
  35:12 46:22 56:12
  70:24 107:3 136:8
  154:23 155:2,4
  156:18 157:5,6
  165:15 167:11 174:15
  181:12,17 196:1
  197:16 200:4 207:21
  208:19 210:6 219:8
  230:1 232:20 248:20
  250:19 252:17 254:20
  258:5 260:15 261:13
  261:20 266:10
recorded 129:5 162:22
records 102:9 128:24
  145:8,12,18 167:11
  176:4 233:12,16

Reed 115:19 154:24
  157:3 266:10
Reed's 209:24
refer 106:9
referring 105:17
  263:22
refers 126:5,13 229:4
reflect 102:10 235:15
reflected 128:24 233:11
  233:15 237:21
reflects 166:15
regard 84:23 266:11
regarding 175:4 179:2
  195:9 217:24
regional 67:23 141:1
  141:10
register 16:20 147:24
  148:5
Registered 1:14
registers 147:2,13,22
  148:2,10
regularity 235:8
relate 212:2,6 228:8,11
  124:15 151:10 156:16
  164:19 169:16 172:23
  181:4 188:1,20
  192:16 195:11,13,16
  195:20 196:4,20,22
  197:2,9 199:12,17
  201:17,20 202:18
  203:5,8,11,19 204:3
  204:11,21 205:6,17
  206:2,12 213:20,23
  215:13,21 216:9
  217:22 219:23 220:7
  223:6,9 224:7,10
  226:3
relates 157:21 191:6
  211:12,21 216:6,22
  217:8 218:11,22
  219:21 228:20
relation 179:15 254:6
  255:1
relationship 72:4 122:6
  164:22 183:3 199:5
  202:5,7,9,11
release 83:18 84:5,8,9
  91:4 101:12
relevance 17:19,22
  23:13 40:9 43:18
  75:18 114:24 156:24
relevant 39:19
relieved 113:23
relocate 50:3
remember 10:6,22
  11:11 14:7,10 18:17
  18:19 19:4 26:9
  28:10,19 29:24 30:4,6
  30:8,9 32:24 33:12,16
  33:19 34:3 41:5,8,17
  50:13 54:3 55:20
  56:21 58:7,9 59:3
  66:11,17 70:9 71:13
  71:15,18 72:8 79:1,3
  87:14 90:7 92:24
  93:8,15 94:23 96:5,6
  100:16 101:23 102:3
  102:18 105:6,19

281

109:19 114:13 119:14
122:1,4 123:10 128:2
130:6 131:24 132:7
145:3 146:15 148:15
148:21,23 149:2
150:12 158:12,16,17
159:1,23 160:18,20
160:22 161:1,4,7,9,13
161:14 162:1 166:13
166:21 170:12 171:1
174:7 175:8 177:5,7
180:7 185:10,15,23
190:9,12,16 196:15
208:8 215:3 221:23
225:10 226:19 227:2
227:9,18 233:8
234:20 249:9 260:11
261:6 262:24
**remote** 81:4
**removing** 144:7
**rent** 47:11 88:24 89:4,9
89:15,21 111:18,20
125:24 264:13
**rental** 14:19
**rents** 122:16
**repaid** 130:1 160:14,15
168:6,8 237:24
242:19 255:9,11
**repay** 129:19 206:17
208:1 252:23
**repayment** 129:6
160:11 162:7 168:11
168:16 243:9,11,20
244:7,15,21,23,23
254:8 255:4 259:18
260:10
**repeat** 18:10 70:22
97:3 149:24 165:10
174:13 207:16 208:17
248:17 250:16 254:16
254:18 259:5
**rephrase** 63:19 259:8
**replace** 263:9,12
**replacement** 265:3
**report** 72:17 96:7
141:21
**reporter** 1:15,15,15
17:4 18:12 21:9 26:2
56:11 70:23 107:2
163:22 164:1 165:14
174:14 180:18 182:7
195:24 197:15 200:3
207:20 208:18 209:20
210:5 212:3 219:7
229:24 242:10 248:19
250:8,18 252:16
254:19 261:12 268:20
**reports** 143:17,18
**represent** 8:15 177:21
177:23
**representative** 100:3
164:11
**representatives** 66:13
**represented** 9:9 10:8
10:20 165:22
**representing** 94:11
157:17 158:7 178:14
**represents** 177:22
178:1,7 180:22

**reproduction** 268:18
**REQUEST** 7:1
**required** 46:10
**requires** 148:4
**resale** 205:3
**Resource** 226:8,18,20
226:24 227:3
**responding** 156:20
**response** 9:16 28:20
175:3
**responsibilities** 130:23
197:6,18,22
**responsible** 124:21
**rest** 139:1 265:21
**restate** 21:16,20
**restaurant** 19:8 82:7
263:3 264:8
**restaurants** 19:18,23
78:16,17 79:10 81:10
98:8 117:21 127:12
135:21 231:10,15
**restricting** 210:23
**result** 211:8
**resulted** 96:21
**retail** 36:12 37:16
**retain** 10:4
**retired** 43:7
**return** 22:24 55:13,17
55:24 56:1,6,14 57:14
57:14 87:9 93:5 96:9
103:18 112:13,20
118:20 121:18 176:2
242:9,13,14 261:3
269:15
**returned** 23:11
**returns** 56:24 57:3,6,9
57:11,20 96:18
260:18,20,22
**Revenue** 55:18 96:9
**reverse** 237:12
**review** 29:12,13 85:10
85:17,20,24 86:3
95:22 97:19 104:11
175:23 228:13
**reviewed** 87:8
**reviews** 85:22
**re-call** 266:17
**rid** 218:18 219:13
**right** 23:24 56:19 58:6
64:22 68:6,9 83:2
84:20 88:3 103:3
131:8 136:20 138:10
139:2 140:18 163:6
194:14 207:4 242:3
258:2,4
**ring** 220:17
**road** 14:24 182:5
**Robert** 2:2 8:14
**role** 201:5
**room** 21:8 74:7 154:16
154:19
**ROSEN** 2:10
**roundabout** 257:10
**routine** 130:23
**ruling** 21:24 154:12
266:15,16,22
**run** 106:24 107:9
109:22 156:12 158:14
**running** 108:1

**runs** 156:6,8

**S**

**salary** 52:20 76:13 87:1
87:6 95:1 198:5
**sale** 96:7,12,13 204:8
223:22 231:18
**sales** 125:20 204:17
246:13,18 250:6,10
**sandwich** 130:20,21
**Sant** 162:9,21,23 163:2
163:12,17 164:7,11
165:2,23 167:5,6,14
168:2,10
**satisfied** 230:13,14
**satisfy** 49:21 149:14
231:22
**satisfying** 230:7,22,22
232:11
**Saturday** 22:18 23:2,6
**save** 63:18
**savings** 62:3
**saw** 55:17
**saying** 46:16 137:1
**says** 246:12 247:10
**scheme** 218:16 219:11
**Schlosser** 14:23
**school** 31:4
**Scranton** 135:5
**second** 21:5 35:7
113:19 181:12 199:14
199:16 220:13 234:10
235:14
**secretary** 195:3 196:11
**securities** 24:17 48:10
51:20
**see** 22:22 39:17 40:9
69:19,23 118:19
121:17 125:18 127:8
134:12 140:12 154:11
158:10 166:6 197:11
197:12 240:20 242:23
245:23 247:2 252:12
**seeing** 161:14
**seek** 21:24
**seen** 28:8 79:24 100:13
121:3 127:1 167:18
**seized** 256:19
**sell** 14:16 37:1,5 40:12
40:17 118:17 200:23
213:1 232:6
**send** 81:24 104:6 105:1
246:20
**sense** 29:10 98:22
140:9
**sent** 97:20 105:2 123:7
124:6
**separate** 55:15 76:1
80:4,6,9,10 109:6
116:22 123:23 124:10
124:18 126:7 163:4
182:5 262:16
**separated** 117:1 239:19
**separately** 118:10
223:1 263:14,16,17
**separating** 42:5
**series** 8:20
**Service** 55:19 96:9
**services** 1:22,25 2:16

2:24 3:24 7:24 53:20
54:5,17 55:5 56:9,17
98:10 101:2 106:24
107:10 115:12 121:21
123:8,13 125:8 127:3
128:6 129:4 178:2
181:22 243:19 267:24
271:24
**SERVICES,INC** 1:7
**set** 39:3 66:2 76:2
118:22 119:1 184:13
**sets** 264:2
**settle** 15:6
**seven** 2:12 38:24
172:19 227:5
**shakes** 54:22 68:5
168:23
**shares** 25:20 49:10
**sheet** 167:17,19 269:9
269:12,15 271:10
**sheets** 269:6
**ship** 152:20
**short** 105:24 128:14,17
194:19 236:10
**show** 75:17 107:24
114:23 156:16 167:16
**showed** 161:15 166:9
**showing** 233:24 238:8
**shown** 167:19 238:15
**shows** 237:13
**sic** 135:3
**side** 237:12
**sign** 14:4 26:13,18
55:23 56:1 57:21
87:11 94:4,8 96:1
110:20 112:12 116:4
116:10 122:23 161:7
185:8 228:13 269:8
**signatory** 57:24
**signature** 55:18 91:9
91:12 103:22 238:22
239:9,11 241:22
242:2 246:7,9
**signatures** 55:21
**signed** 14:6,8 55:16
94:9 161:6 185:11,14
244:5 245:14 247:4
248:6,10
**signify** 95:8
**signing** 8:5 55:20
161:11 196:15 232:9
240:7 269:10
**similar** 27:22
**simplify** 137:18
**simply** 37:6
**simultaneously** 233:11
**Singh** 59:15,24 60:6,11
201:22
**Sinking** 135:14
**sister** 262:9
**sister-in-law** 44:11
**sit** 27:2 69:14 175:22
176:23
**Sitting** 96:12
**situated** 19:11
**situation** 106:4 107:14
107:22 129:17 178:16
**situations** 106:20 107:5
108:5

**six** 38:24 54:2 66:20
67:3 172:19 227:5
**size** 59:4 229:18
**sizeable** 42:19
**slightly** 35:22
**slip** 234:7,11
**slips** 3:7
**small** 245:24
**smaller** 79:4
**SMITH** 2:3
**social** 45:16 189:13
**socialized** 187:9,12
220:3
**software** 146:22
**sold** 36:19 110:8
144:11 205:14 206:8
206:22 208:5
**sole** 36:22 262:19
**Solutions** 263:4 264:8
**somebody** 46:17 58:15
85:21 86:3 90:9,20
131:22 172:10 246:24
248:8
**someone's** 95:8 115:3
**someplace** 146:10
260:16
**somewhat** 137:15
**sons** 156:8,10
**son's** 115:5
**sorry** 26:3 32:2 53:23
74:13 106:12 107:1
107:20 115:16 154:3
180:20 182:8 194:20
195:22 196:13 197:1
197:2 199:21 203:12
207:8 212:4,18,20
227:15 239:10 242:11
248:18 250:15 252:14
254:14 259:6
**sort** 20:10 41:16 161:18
175:24
**sought** 189:23
**Sovereign** 58:18
**space** 89:1,5,22 102:14
102:23 122:17 269:5
**speak** 29:17 60:18
130:12 188:9,16
189:7
**speaking** 16:18,21
**Specialist** 2:6 155:3
181:13,16 232:16,19
261:16,19 267:1
**specialized** 146:22
**specific** 13:15 152:12
191:22
**specifically** 39:3 102:24
**specifics** 231:12
**SPECTOR** 2:10
**spell** 83:12 164:17
198:23 220:19
**spelling** 220:22
**spoke** 218:4
**spoken** 66:12 170:5
**spot** 69:17
**spousal** 9:21,23 207:1
257:10,14
**Spring** 135:14
**stamp** 91:8,11,15 104:5
**stamped** 103:22 238:21

242:1
**stand** 21:14,15 30:2
  142:9
**stands** 108:16
**started** 155:2 194:23
  195:4
**state** 16:9 269:4
**statement** 9:13 66:9
  85:18 86:2,5 108:11
  126:6
**statements** 85:11,22
  86:9 95:23 125:14,18
**States** 1:1 30:21 43:5
  44:1 192:4
**stay** 44:21,24 45:2
  204:6
**stays** 89:18
**steps** 16:16 230:21
**Steve** 74:10
**Steven** 2:7 113:24
**stipulations** 7:4 8:2
**stood** 30:2
**stop** 154:6 251:16
**storage** 89:4,22 90:3,6
  122:16 145:18 146:13
**store** 80:10 82:17
  114:20 124:13,14,15
  124:17,23 125:12,16
  125:18,19,22 126:15
  126:15,17,22,24
  127:5,9 131:16,23
  132:5 134:5 136:20
  140:18 141:18 145:8
  145:15 147:21,23
  163:19,24 164:2
  182:4
**stored** 145:24
**stores** 36:11,12 37:2,3
  37:8 38:3 39:13
  40:12 74:21,22 75:3,8
  75:14 80:5,14,21 81:2
  81:20 87:18 88:17
  98:23 108:24 109:2,3
  109:5,7 118:4 124:2,3
  124:8,9,24 125:13
  126:10,21 127:16,23
  128:12 130:14,17,24
  131:7,11 132:13
  134:8 141:2,7,11
  147:3 191:24 192:3,8
  238:19,19 250:5,9
  262:5
**strategy** 172:24
**Street** 2:4,12
**structure** 103:9 164:4
**stuff** 85:5
**subject** 70:13 72:15
  174:4 218:7 251:7
  269:10
**subjects** 70:10
**submission** 266:14
**submitted** 66:8 260:23
**subpoena** 9:16
**Subscribed** 271:14
**subsidiary** 262:7
**substance** 175:12 271:9
**substantial** 208:13,23
  210:10
**sued** 148:14,16,20

**suggest** 220:15
**suggested** 258:17
**sums** 205:1,11,22 235:9
**Sunshine** 36:12,13 37:9
  37:15 40:12 192:10
**supervising** 131:5
**supervision** 268:20
**supplied** 83:1
**supplies** 104:23
**supply** 75:4
**supplying** 74:21
**SUPPORT** 4:1
**supposed** 89:11,12
  192:19 200:22 263:9
  263:12
**sure** 20:7 22:16 33:15
  63:4 80:23 96:12
  102:12 103:12 115:24
  124:21 125:11,16
  141:6 154:17 160:1
  166:18 169:21,23
  226:5 244:1,8,17,19
  244:22,24 245:3
  251:18 263:11
**sworn** 8:9 271:14
**Syracuse** 147:10
**system** 142:11 148:8
**S-A-N-T** 162:10

**— T —**
**T** 38:11,12 186:7,10
  194:15,17,18 222:7
  268:1,1 270:2
**Tabas** 2:7 113:23
  115:16,24 116:2
  154:18 209:23 261:10
**Taiwan** 50:12
**take** 9:4 12:17 13:22
  16:16 23:9 34:11
  35:7 37:4 78:8 87:2
  90:11 113:18 120:3
  128:15 146:6 148:22
  166:2 171:16 232:14
  234:3 235:14 246:22
  253:18,19 255:18,19
  255:23 256:5,14,14
  256:17,19 257:1
  259:3,11 260:2
**taken** 29:18 167:2
  230:6,21 235:22
  256:7 260:3 268:5
**takes** 82:2
**talk** 70:4,6 130:24
  147:5 164:6,10
  172:10 176:23 179:20
  185:3 206:5 211:5,15
  217:11,24 249:16,21
  249:24 259:14
**talked** 57:5,7,8 58:15
  147:19 172:2,9 177:3
  183:24 184:2,24
**talking** 76:19 106:12
  111:9 132:19 133:17
  135:23 146:21 178:3
  182:3 190:10 224:13
**tape** 181:14 232:17
  261:17
**tapes** 146:14
**tax** 28:5 55:12,16,23

56:1,6,14,23 57:6,9
  57:10,13,14,20 87:9
  96:9,18,22 103:18
  112:12,19 118:19
  121:17 176:2 246:13
  246:19 260:17,20,22
  261:3
**taxes** 28:9 169:22
**Teamsters** 132:4
**telephone** 188:17
**tell** 20:20 21:11,23
  23:10 83:22,24 104:7
  132:10 158:8 165:7
  165:17 204:14 209:20
  234:3 244:6,20
  245:10 251:11 256:2
  256:4,9 259:10
**teller** 33:18
**ten** 45:8,10 49:20 119:5
  119:21 172:18
**terminate** 252:10
**terms** 24:20 119:21
  160:10 166:9 254:8
  255:3
**testified** 8:10 29:21
  68:18 101:10 123:12
  148:13 181:21 227:12
  257:23 265:24 266:2
**testify** 29:8 46:6,10
  177:10
**testimony** 8:18 19:16
  57:18 93:12 106:16
  160:21 172:1 176:8
  195:18 196:3,9
  236:15 237:18 242:17
  251:6 256:24 258:5
**Texas** 117:21 132:20
  134:1 139:20,22,24
  141:5
**Thacher** 2:2 8:15
**Thailand** 50:10
**Thank** 266:23,24
**thing** 85:6 161:3
  229:20 230:4 256:18
**things** 10:19 28:19
  68:11 84:15 99:1
  172:12 181:23,24
  190:23 201:7
**think** 13:7,19 16:11
  20:6 23:23,23 28:23
  29:11 30:7 33:14
  34:1 35:13,20,21
  37:21 41:18 55:2,6
  58:21 67:24 68:17
  71:14 73:18 79:17
  80:13 87:7 88:12
  92:13,16 95:6,14,17
  95:20 97:7 99:14,18
  100:5,5,9 104:18
  109:8,15 117:24
  120:17 122:2 126:20
  140:11 141:3 147:11
  156:7 157:24 158:4,5
  158:13 159:19,21
  160:1 161:19 165:24
  166:17 169:21 170:1
  171:10 177:22 181:24
  183:9,12 185:11
  190:5 194:4 195:20

196:4 221:16 222:16
  224:22 225:17 226:3
  226:5,10,21 227:17
  231:9 233:7 235:20
  235:22 236:2,3,10
  240:9,10 243:4
  247:16 258:16 259:20
  259:22 262:21 263:7
  264:10
**thinking** 42:5 219:3
  225:24 255:18
**third** 199:16 210:17
  241:17
**thirty** 269:16
**thought** 35:13 151:24
  222:12 245:12 255:8
  255:16 256:13
**three** 3:8 13:17,19
  36:15,17 179:24
  180:1,2
**ticket** 52:3 236:13
  238:16
**tickets** 237:13
**Tigers** 119:5,21
**time** 8:20 9:3 10:7
  13:20 26:9 30:15,19
  32:1,6,9 33:1 46:4
  52:9 54:4,11,15,20
  56:19 63:18 72:20
  73:16,19 82:1,2 93:1
  93:22 94:11 101:16
  104:4,10,10 108:10
  130:1,11,11 155:4
  157:4 170:13,13
  172:20 178:4 179:22
  180:11 181:17 182:3
  184:14 188:10,10
  191:24 194:14 202:22
  203:1 218:3 220:11
  225:9 226:2,5 227:6
  232:20 239:3,7,23
  249:5 255:11 256:6
  259:1 260:8 261:2,20
  267:3
**times** 45:11,12,14
  69:18 91:5 105:9
  128:17 130:17 136:13
  137:3 167:2,4,8 168:3
  170:16 179:22 180:2
  184:18
**today** 9:10 22:19 23:4
  23:15 27:2 29:8,13,15
  29:18 37:10 95:15
  96:12 210:4 231:7
**today's** 267:2
**told** 20:16 36:3 40:24
  46:8,13,14,17 58:2
  60:22 61:1 65:10
  77:3,9 86:16 91:2
  96:3 223:1 245:7
  251:19,22 254:9
  256:4,8,11 260:1
**top** 247:3
**topic** 18:7
**total** 168:1 229:8
  260:12 261:4,7
**totally** 20:24
**trade** 150:23,24 151:7
  151:15,23 152:10,15

152:17 153:4,8,12,17
  182:6,10,13
**trades** 152:18
**tradespeople** 82:24
**trading** 152:13
**trail** 107:18
**training** 34:9,14
**transaction** 129:23
  174:24 183:14 205:10
  206:20 208:3 236:20
  259:13
**transactions** 74:5,17,20
  76:8 193:12 233:10
**transcript** 22:7 102:23
  268:7,17 269:18,19
**transcription** 271:5
**transfer** 82:1,19 92:22
  93:3,14,20,22 94:3,6
  94:8 96:15,16,20
  97:23 161:17 203:2
  237:2,4 241:6
**transferred** 49:18
  66:18 67:1 81:6 93:9
  93:11,17 94:5 236:3
**transferring** 93:6 96:4
**transfers** 104:17,21
**traveled** 22:11 46:3
**travels** 68:1
**treat** 263:19
**treated** 254:6 255:1
  263:14,17
**trial** 163:19,24 164:1
**tried** 107:23 125:15
  154:23 229:13
**trips** 45:10 50:15,17,21
  51:3
**truckers** 132:1
**true** 19:13
**Trust** 1:3 8:16 59:15,24
  60:6 229:2 248:15
  249:1,6 253:1
**trusts** 10:18 66:2
**try** 8:23 25:14 81:1,7
  155:1
**trying** 137:18 160:24
  201:7 216:2
**two** 13:17 18:23 42:13
  52:19 53:20 98:20
  158:21 180:2,4
  197:11 210:3 237:1
  253:17
**type** 14:12 71:16

**— U —**
**Uh-huh** 15:19 36:14
  99:7 183:17
**underlying** 206:18
  208:1
**understand** 8:21 9:3
  12:6 15:12 16:7 27:5
  29:8 34:10 58:12
  62:22 63:2,5,7,12,15
  64:20 88:18 127:18
  133:9,18,21 136:6
  137:18 149:10 157:13
  164:24 173:11,21,23
  173:24 176:10 209:12
  209:14,21 212:20
  230:9,16 256:23

263:11
**understanding** 99:2
   103:11 167:21
**understood** 157:7
   181:20 242:17 257:6
**United** 1:1,7 30:21 43:4
   44:1 53:12,17,20 54:5
   54:13,16 55:4 56:8,17
   88:4 98:10,15,24 99:9
   100:20,21 104:12,20
   105:8,22 106:24
   107:9 116:17,21,23
   118:3,6,6 121:20
   123:7,12 124:20
   125:7 126:20 127:2
   128:6,17 129:4,18
   130:5 136:21 145:6
   151:11 157:22 175:5
   176:22 178:1,18
   179:6 181:22 188:21
   192:3 193:6 196:23
   226:10,12,16,22
   234:8,12 235:21,23
   236:5,11 237:19,22
   238:17,20 239:18,21
   240:5,22 241:1,7,8,10
   243:18 262:8,10
   263:8,10,16 264:13
   265:3
**units** 80:21 241:11
   262:12 264:18
**University** 31:9
**unsolicited** 190:3
**unusual** 13:5 58:24
**upset** 256:11,24
**use** 91:15 95:21 126:8
   142:14,18,19 143:3,8
   148:10 180:14 263:18
**uses** 88:20 91:9 148:9
**usually** 82:4,8
**utilities** 124:17
**Utilization** 226:8,18
   227:1,4
**U.S** 1:15 74:22 152:18

**V**

**V** 1:14
**Valley** 33:15 139:6
**value** 58:11 94:1 149:7
**various** 74:4 81:10
   101:21 123:15 124:2
   126:10 168:3 264:17
**vendor** 105:16
**vendors** 82:23 104:22
   105:3,4 124:12
**Venice** 50:11
**venture** 175:13 214:6
   228:6
**ventures** 173:15 231:20
**versus** 176:21
**vice-president** 198:12
   202:1
**Victor** 10:23 177:20,24
   178:12 179:9,13,20
   180:9,12,17,19,22
**video** 155:2
**videotape** 1:11 2:16
   155:3 181:13,16
   232:16,19 261:16,19

267:1,2
**visit** 45:3 47:24 48:5
   130:16,24
**visited** 50:9 138:20
**visits** 45:15 170:17
**vis-a-vis** 9:21 21:17
**vs** 1:5

**W**

**waiting** 39:17
**walked** 74:9
**walking** 145:22
**wallet** 47:7
**want** 9:4,5,13,18,24
   23:9 43:17 113:19
   132:9,10 133:23
   137:7,12,13 146:2,5
   154:14 176:15 199:24
   261:9,13 266:9
**wanted** 106:22 107:7
   154:14 186:23
**wants** 35:13
**Washington** 59:5,8
**wasn't** 202:2 210:22
   257:20 258:8,21
   259:15
**way** 101:9 129:24
   142:6 199:13 215:8
   218:17 219:13 240:7
   257:10
**ways** 222:21
**week** 23:17 255:19,20
   255:20
**weeks** 52:19 253:17
**Welcome** 1:8 79:7,12
   98:3,5,9,12 99:15,20
   100:8,10,15,18,21,22
   101:1,6 103:7 104:17
   104:20 105:8,22
   117:1 145:6 149:23
   150:8 151:12,15
   157:22 158:14 167:12
   169:4 175:6 176:22
   179:7 182:4 188:22
   193:6 196:23 238:18
   239:2,2,19 260:9
   263:13,15 264:22
   265:5,11,17,21
**went** 31:4 35:1 41:10
   44:22 200:24
**weren't** 240:2
**we're** 9:18 76:19
   132:18 154:9 155:4
   181:17 232:20 261:20
**whichever** 87:19
**White** 2:4
**wife** 13:6 43:11 44:18
   44:19 186:2
**Wilkes-Barre** 135:17
   135:18
**Wind** 135:1
**wire** 104:16,21 123:7
   161:17
**wired** 104:24 105:21
**wires** 105:1,2,7,15,17
**withdraw** 128:4,9
   236:20
**withdrawal** 259:2
**withdrawn** 201:9

216:12 251:12
**withdrew** 129:17
**witness** 4:2 5:1 6:1
   10:14 16:23 17:9
   18:10,16 21:7 22:7,21
   23:6,15 26:6 30:2
   35:1 40:20 44:7 49:7
   49:14,23 50:23 51:6
   51:10,16,23 52:5
   54:22 56:20 60:2
   61:5,11,17,23 62:5,24
   63:10 64:14 65:5,17
   65:23 66:5,22 67:7
   68:5 71:6,10,17 72:7
   77:12,21 89:18
   106:13 107:11,20
   110:5,11,17,23 112:4
   112:9,15,22 113:4,16
   114:22 115:8,14
   116:7 117:17 119:24
   120:13,24 121:7,14
   122:12,19 123:2
   133:2,4,8 136:5,14
   137:4,23 139:14
   140:11 150:11 151:20
   156:15 157:24 160:24
   161:5 163:24 164:3
   165:19 168:23 175:7
   176:19 177:1,18
   178:6 179:8 180:20
   182:9 187:24 192:15
   193:8 195:1,8,15
   196:6,20,24 197:8,21
   198:8,15 200:8,10,16
   201:16 202:17 203:4
   203:9,18 204:2,10,20
   205:5,16 206:1,11,24
   207:18 208:7 209:6
   211:2,11,20 212:5
   213:19,22 214:10
   215:12,20 216:5,8,21
   217:7,23 218:10,21
   219:22 220:6 223:5,8
   223:19 224:6,9
   228:10 230:17 242:12
   242:14 245:8 249:23
   250:11 252:2 253:7
   254:13,17 255:5
   259:5 266:18,19,24
   267:4 269:1
**Wood** 2:2 8:15
**word** 95:7 115:2
   258:19
**words** 82:14 130:19
   175:12 233:13 258:13
**work** 11:12 39:23
   42:17 54:17 68:7,21
   69:10 73:16 74:4,20
   74:24 75:1 76:7 83:4
   94:16,18,20,20
   100:17 114:18 118:1
   118:6 130:13 131:1
   147:6 156:2 161:17
   177:15 178:17 182:15
   186:1,14 191:8
   197:24 199:18 200:6
   200:13 225:3,6,13
   226:17 227:7,8,12,16
   239:16 265:4

**worked** 32:17 33:7,20
   36:3 54:16 68:16,18
   100:19,20 101:22
   129:23 162:20 178:12
   187:1 201:6 226:20
   226:20,22 227:10
**working** 31:24 32:5,9
   54:5,12 74:17 83:7
   101:13 118:6 125:7
   127:2 157:17
**works** 67:10,17 69:4
   83:8 84:17 141:15
   142:13 170:1
**world** 20:17 153:18
   183:10 191:13,14
   192:11 193:11 195:9
   201:24 202:2,14
   204:16 205:2,12,13
   205:23 206:7 212:13
   212:18,23 214:15
**Worldwide** 200:14
**worth** 66:9
**wouldn't** 46:15 148:22
   244:16
**wrap** 252:8
**write** 82:3 83:21,22
   84:1 91:5 97:12
   101:11,14 244:11,21
**writes** 84:4,6 91:3
**writing** 101:19 239:24
   240:1 246:18
**written** 28:9 64:18,24
   90:2,5 91:1 103:22
   104:11 131:19 144:15
   259:9,17
**wrong** 260:21
**wrote** 101:5,8,9 238:24
   244:1,3 245:11,12,16
   245:21 255:14
**Wyoming** 139:6

**Y**

**year** 31:14 42:4 45:12
   50:2 62:9 64:9 65:15
   65:21 66:3 70:11
   86:16 143:24 144:12
   144:20,23 162:1
   163:11,11 231:18
**years** 13:14,16,17,19
   30:16,18,22 31:21
   38:24 42:1 45:8,10,13
   48:20 49:3,20 50:9
   53:18,21,22,23,24,24
   55:10 64:19 65:1
   66:20 67:3 68:15
   69:7 92:17,20 158:21
   172:16,18,18,19
   179:19,24 180:1
   183:4 186:19 200:21
   227:6
**year's** 260:22 261:3
**Yesterday** 218:5
**York** 147:10

**$**

**$100** 129:3
**$13,000** 244:11
**$13,500** 241:19 243:19
   252:23 253:21 256:1

259:2,9,17
**$244,000** 58:4
**$280,000** 58:20
**$3,000** 247:4
**$30,000** 234:14,22
   235:4 240:22 241:5
**$4,300** 246:11
**$40,000** 235:15,19
   236:21 237:18 259:13
**$52,000** 52:21 86:15
**$6.8** 215:17 216:3,17
   217:4

**0**

02 247:3
**02-2080** 1:7
**02-2086** 1:7
**02-2710** 1:6
**02-2711** 1:6

**1**

**1** 3:7 7:5 233:20,22
   234:2
**1.6** 59:6
**1:00** 154:7
**1:38** 154:8
**1:41** 155:5
**10:17** 35:9
**10:18** 35:10
**100%** 20:4 79:16 92:12
   92:15 99:17 109:12
   120:18 194:9
**102** 7:3
**10606** 2:4
**11** 210:1
**11:11** 78:10
**11:23** 78:11
**110** 5:10,11,11,12,12
   5:13,13
**112** 5:14,14,15,15
**113** 5:16,16
**114** 5:17
**115** 5:17,18
**116** 5:18
**119** 5:19
**12:12** 113:21
**12:14** 113:22
**120** 5:19,20
**121** 5:20,21
**122** 5:21,22,22
**1249** 247:2
**1250** 241:18
**1252** 246:11
**13,000** 253:19
**14th** 23:3
**149** 5:23
**15** 22:15
**15th** 1:23
**151** 5:23
**152** 5:24 6:2
**153** 6:2,3
**156** 6:3
**16** 42:15 241:18 247:3
   252:24 260:8
**1617** 1:12
**1635** 2:12
**17** 1:9 155:5
**17th** 22:20,21 23:5,16
**177** 6:4

**18** 186:19
**1800** 1:22
**187** 6:4,5
**1878** 261:24 262:6,23
  263:1
**19** 196:12
**19th** 1:13 2:8
**190** 6:5
**19031** 8:8
**19103** 1:13,23 2:8,13
**192** 6:6
**193** 6:6
**194** 6:7
**195** 6:7
**196** 6:8
**197** 6:8
**1978** 31:22
**198** 6:9,9
**1980s** 33:2,22 35:15
**1982** 31:15
**1985** 187:9
**1990s** 198:13 221:7
**1991** 195:5
**1999** 194:12

          **2**

**2** 3:8 238:3,6,9,15
  240:20
**2:09** 181:14
**2:21** 181:18
**20** 4:3 7:3 22:15 30:16
  30:18
**200** 6:10,10
**2000** 93:1,2
**2001** 93:1,2
**2002** 62:9,19 234:15
  235:4 236:7 239:24
  241:19 247:15 251:17
  252:24 260:8
**2002-A** 1:3 229:2
  248:16 249:2
**2003** 1:9 155:5 271:15
**201** 6:11
**202** 6:11
**203** 6:12
**204** 6:13
**205** 6:12,13,14,14
**206** 6:15,15
**208** 6:16
**21** 4:3 42:15
**21st** 263:3,18 264:7,16
  265:2
**211** 6:16,17
**213** 6:17
**214** 6:18
**215** 1:24 2:9,13 6:18,19
**216** 6:19,20
**217** 6:20
**218** 6:21,21
**220** 6:22
**223** 6:22
**224** 6:23
**233** 3:7
**238** 3:8
**24** 4:4
**240** 3:9
**241-8888** 2:13
**25** 30:22 31:21 42:1
**257** 6:23

**27** 4:4

          **3**

**3** 3:9 240:13,15 241:13
**3:13** 232:17
**3:27** 232:21
**3:59** 261:17
**30** 269:16
**30th** 23:22
**30,000** 241:2
**300** 262:11
**39** 4:5

          **4**

**4** 46:7,11 234:15 236:7
  243:13 259:13 261:8
**4:00** 252:8,10,11
**4:13** 261:21
**4:18** 267:3,6
**40** 4:5,6,6
**40,000** 235:22 236:16
  236:16,17 242:23
  245:5 254:1,3,22
**42** 4:7
**421-4100** 2:5
**43** 4:7
**44** 4:8
**45** 4:8,9
**46** 4:9,10
**47** 4:10,11,11,12
**48** 4:12,13,13,14
**49** 4:14,15,15

          **5**

**5th** 2:4
**5%** 12:4
**50** 2:4 4:16,16
**50%** 92:19,23 93:3,24
**51** 4:17,17,18
**52** 4:18
**56** 4:19
**5665** 240:21
**57** 4:19
**59** 4:20,20,21

          **6**

**6.8** 215:9
**60** 4:21
**61** 4:22,22,23,23
**611** 8:7 11:14
**62** 4:24
**63** 5:2
**64** 5:2
**65** 5:3,3,4
**66** 5:4,5
**665-3000** 2:9
**67** 5:5

          **7**

**7th** 2:12 23:16
**700,000** 60:5
**75** 5:6,6,7,7
**75%** 12:4
**76** 5:8,8,9
**77** 5:9,10 31:23
**78** 31:23

          **8**

**8** 3:3 7:5
**80s** 35:17
**80%** 58:10
**87** 187:11,12
**87%** 59:1

          **9**

**9:38** 1:14
**90s** 36:21 196:17 221:6
**914** 2:5
**988-9191** 1:24

DEPOSIT TICKET
UNITED MANAGEMENT SERVICES

DATE 12/1/02

30000

30000

Account 364041046   Check# 0   Amount 30000.00
Date Presented 12-04-2002

---

## CASH SUBSTITUTION

TELLER NUMBER
010

COMMERCE BANK/PENNSYLVANIA, N.A.   AMOUNT _____
FLOURTOWN BRANCH

INITIALS _____

0185.00 12/04/02 0010         364041046:
CASH IN                       $30,000.00
11:21              FLOURTOWN

⑈5236⑈0180⑈  0052 010 ฿"      ⑈0003000000⑈

Account 52010   Check# 0   Amount 30000.00
Date Presented 12-04-2002



K. Bagan

EXHIBIT NO. 1

PMC 6/17/03

Commerce Bank

CHECKING ACCOUNT
DEPOSIT TICKET
PA

ACCT.NO. 364041046

DATE 12/4/02

NAME United Management Co

0246.00 12-04-02 0010
COA DEPOSIT
13:13
FLOURTOWN

TOTAL ITEMS 1

CURRENCY
COIN
CHECKS

1:5021=0180: 36404104

/0004000000/

Account 364041046    Check# 0    Amount 40000.00
Date Presented 12-04-2002

---

**CASH SUBSTITUTION**                 TELLER NUMBER
                                          **010**

COMMERCE BANK/PENNSYLVANIA, N.A.   AMOUNT _____
        FLOURTOWN BRANCH

INITIALS _____

        0246.00 12/04/02 0010        36404104
        CASH IN                      $40,000.00
        13:13              FLOURTOWN

1:5236=0180: 0052 010

/0004000000/

Account 52010    Check# 0    Amount 40000.00
Date Presented 12-04-2002

Account 364041046   Check# 0   Amount 67500.00
Date Presented 12-31-2002

Account 8613097032   Check# 5665   Amount 30000.00
Date Presented 12-31-2002

Account 2000003124350   Check# 319   Amount 5000.00
Date Presented 12-31-2002

Account 1209010976   Check# 1445   Amount 3500.00
Date Presented 12-31-2002

ccount 51096609   Check# 1178   Amount 6000.00
ate Presented 12-31-2002

WELCOME GROUP, INC.
ARBY'S RESTURAUNT
50 SUEDBURG ROAD
PINE GROVE, PA 17963

1220

DATE 12/31/02

PAY TO THE
ORDER OF United Art Service                    $ 12,000.02

Twelve Thousand 00/0/00               DOLLARS

Sovereign Bank

MEMO   H 9SF                    Khushi Bagga

Account 8171021387   Check# 0   Amount 12000.00
Date Presented 12-31-2002

---

BAGGA ENTERPRISES, INC.                    497

Date 12/31/02

Pay to the
Order of United Art Service              $ 1,500.00

One Thousand Five Hundred 00/a/00  Dollars

allfirst   Allfirst Bank
           Harrisburg, PA 17101

For   H 9SF                    Khushi Bagga

Account 950423090   Check# 0   Amount 1500.00
Date Presented 12-31-2002

---

WELCOME GROUP, INC.                    1439
714 BETHLEHEM PIKE
ERDENHEIM, PA 19039

DATE 12/31/02

PAY TO THE
ORDER OF United Art Service              $ 2,000.00

Two Thousand 00/dollars               DOLLARS

Wayne Bank

MEMO  H 9SF                    Khushi Bagga

Account 4016236   Check# 0   Amount 2000.00
Date Presented 12-31-2002

---

BAGGA ENTERPRISES, INC.                    957
714 BETHLEHEM PIKE
ERDENHEIM, PA 19038

DATE 12/31/02

PAY TO THE
ORDER OF United Art Service              $ 2,500.00

Two Thousand Five Hundred 00/00 DOLLARS

First Liberty
Bank & Trust

MEMO   H 9SF                    Khushi Bagga

Account 1010001728   Check# 0   Amount 2500.00
Date Presented 12-31-2002

---

WELCOME GROUP, INC.                    1512
DBA ARBY'S
714 BETHLEHEM PIKE
ERDENHEIM, PA 19038

DATE 12/31/02

PAY TO THE
ORDER OF United Art Service              $ 3,000.00

Three Thousand 00/dollars             DOLLARS

Lafayette Ambassador Bank
Easton, PA 18042  Member F.D.I.C.

MEMO  H 9SF                    Khushi Bagga

Account 6483399   Check# 0   Amount 3000.00
Date Presented 12-31-2002

BAGGA ENTERPRISES, INC.
714 BETHLEHEM PIKE
ERDENHEM, PA 1_ _08

165

Date 12/31/02

60-602/313
91

PAY (to the)
order of   United ot hrics                    $ 2,000.00

Two Thousand And od hod                    Dollars

Citizens

For        8 rent

Khushi Bagga

⑆031306029⑆ 01 160850 01⼞ 0165 ⑈0000200000⑈

Account 116085001   Check# 0   Amount 2000.00
Date Presented 12-31-2002



Account 364041046   Check# 1248   Amount 162.00
Date Presented 12-13-2002

Account 364041046   Check# 1249   Amount 3000.00
Date Presented 12-18-2002

Account 364041046   Check# 1250   Amount 13500.00
Date Presented 12-17-2002

Account 364041046   Check# 1251   Amount 140.00
Date Presented 12-18-2002

Account 364041046   Check# 1252   Amount 4350.35
Date Presented 12-18-2002

EXHIBIT NO. 3

080703.txt

1

```
 1        IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF PENNSYLVANIA
 2        CIVIL ACTION NO. 2002-A; 02-2710;
          02-2711; 02-2711; 02-2711
 3
                    ------
 4
    FL RECEIVABLE TRUST,
 5
                    Plaintiff,
 6
 7        vs.
 8
 9  BAGGA ENTERPRISES, INC; JAMUNA REAL ESTATE,
    LLC; UNITED MANAGEMENT, SERVICES,INC.; and
10  WELCOME GROUP, INC.
11              Defendants.
12                  ------
13          AUGUST 7, 2003
14                  ------
15
16          (Completion of) Videotape Oral
    Deposition of KHUSHVINDER KAUR BAGGA, held in
17  the law offices of Obermayer, Rebman, Maxwell
    & Hipple, 1617 John F. Kennedy Boulevard, 19th
18  Floor, Philadelphia, Pennsylvania 19103,
    beginning at 12:31 pm, before Maureen
19  McCarthy, a Registered Professional Reporter,
    Certified Realtime Reporter, Approved Reporter
20  of the U.S. District Court, and a Notary
    Public of the Commonwealth of Pennsylvania.
21
                    ------
22
          ESQUIRE DEPOSITION SERVICES
23       1800 John F. Kennedy Boulevard
                 15th Floor
24       Philadelphia, Pennsylvania  19103
                (215) 988-9191
```

ESQUIRE DEPOSITION SERVICE

⬚

2

```
 1  APPEARANCES:
```

080703.txt

2

3    THACHER, PROFFIT & WOOD
     ROBERT HERMANN, ESQUIRE
4    JEAN BURKE, ESQUIRE
     LEE SMITH, ESQUIRE
5    50 Main Street, 5th Floor
     White Plains, NY 10606
6    (914) 421-4100
           and
7    OBERMAYER, REBMANN, MAXWELL &
     HIPPEL,LLP
8    STEVEN A. HABER, ESQUIRE
     LAWRENCE J. TABAS, ESQUIRE
9    One Penn Center, 19th Floor
     Philadelphia, Pennsylvania  19103
10   (215) 665-3000
     Counsel for Plaintiff
11
     SPECTOR, GADON & ROSEN, PC
12   LESLIE BETH BASKIN, ESQUIRE
     lbaskin@lawsgr.com
13   Seven Penn Center
     1635 Market Street, 7th Floor
14   Philadelphia, Pennsylvania  19103
     (215) 241-8888
15   Counsel for Defendants

16

17   ALSO PRESENT:

18

19        JASON HOFFMAN, Videotape Specialist
     Esquire Deposition Services
20

21

22

23

24


ESQUIRE DEPOSITION SERVICE

                                                 3


1              I N D E X

2    WITNESS                          PAGE

3    KHUSHVINDER KAUR BAGGA

4         By Mr. Hermann               5

5
               Page 2

080703.txt

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ESQUIRE DEPOSITION SERVICE
KHUSHVINDER KAUR BAGGA

4

1          THE VIDEOGRAPHER:  We are now on

2    the record.  Today's date is August 7th, 2003.

3    The time is 12:31 pm.

4          Counsel, please introduce

5    yourselves for the record.

6          MR. HERMANN:   I'm Robert Hermann

7    from Thacher, Proffit & Wood representing the

8    plaintiff.

Page 3

080703.txt

9      MS. BURKE:  Jean Burke from Thacher, Proffit

10  & Wood, also representing the plaintiff.

11      MR. LIPSKY:  I'm Louis Lipsky representing

12  the defendants.

13      MS. BASKIN:  Leslie Baskin from Spector,

14  Gadon & Rosen representing the deponent, Mrs. Bagga.

15      MR. KIDD:  Ronald F. Kidd, representing the

16  deponent, Khushvinder Bagga, with regard to her

17  Constitutional rights.

18      MR. TABAS:  Lawrence Tabas, also

19  representing Prudential.

20      THE WITNESS:  I'm Khushvinder Bagga.

21      THE VIDEOGRAPHER:  The court reporter can

22  now swear in the witness.

23          ------

24      KHUSHVINDER KAUR BAGGA, 611 Creek


ESQUIRE DEPOSITION SERVICE
KHUSHVINDER KAUR BAGGA                                    5


1   Lane, Flourtown, PA 19031, having been

2   previously sworn, was examined and testified

3   as follows:

4               EXAMINATION

5   BY MR. HERMANN:

6     Q.  Good afternoon, Mrs. Bagga.

7     A.  Good afternoon.

8     Q.  We're going to continue your deposition today,

9   and under the same rules that I mentioned last time,

10  particularly, that if you don't understand a question,

11  indicate that, and I'll try to rephrase it so that it's

12  clearer.

Page 4

080703.txt

13          Do you understand that?

14    A.    Yes.

15    Q.    Are you in good health today?

16    A.    Yes.

17          MS. BASKIN:   Before you start your

18    questions, if I could just make a general statement.

19          As everyone knows, we're here under a July

20    17th, 2003 order that was issued by Judge Reed.

21          I would just like to state that there is a

22    continuing general objection to the basis of relevance

23    concerning Mrs. Bagga's personal assets or anything not

24    directly related to the defendants here; and that our

ESQUIRE DEPOSITION SERVICE
KHUSHVINDER KAUR BAGGA
                                                      6

1     attendance here should not be deemed to be a waiver,

2     that general and continuing objection.

3           And just one other point.  Prior to the

4     deposition, I believe some time this week or late last

5     week, a confidentiality order was circulated to counsel,

6     and it's my understanding in speaking to my partner,

7     Susanne Shiller, that Mr. Hermann and Mr. Lipsky have

8     both approved the confidentiality agreement.

9           MR. HERMANN:   I received the confidentiality

10    agreement yesterday afternoon.  I had previously

11    indicated to Susan Shiller that I had no objection in

12    principle to signing one.

13          I have not had full opportunity to review

14    this and I've asked Ms. Burke also to review it, but it

15    is our intention to enter into a confidentiality

Page 5

080703.txt

16   agreement in the general nature here, and I simply

17   haven't looked at it with all the specifics; correct

18   thank you.

19        MR. KIDD: My name is Ron Kidd.  I was

20   engaged by Mrs. Bagga last night, which would have been

21   August the 6th, and met with her between 4:30 and 8:30,

22   and at the conclusion of the meeting, I advised that

23   counsel for her at the deposition that she would be

24   invoking her Fifth Amendment to selected questions at

ESQUIRE DEPOSITION SERVICE
KHUSHVINDER KAUR BAGGA

7

1   the deposition tomorrow; and that I expect to limit my

2   role to giving her advice on which questions to answer

3   and whether or not to invoke her Constitutional rights

4   with regard to those questions.

5        In the early invocation of the rights,

6   assuming that she invokes them, she will read that she's

7   relying on counsel and that she's invoking her Fifth

8   Amendment rights under the Constitution of the United

9   States and refusing to answer.

10        After answering in that manner ten or 15

11   times, we will then switch to invoking our Fifth

12   Amendment rights by just saying "the Fifth Amendment."

13        MR. TABAS:  Mr. Kidd, I would just like to

14   clarify -- this is Lawrence Tabas -- that if she invokes

15   it after that first time when she makes the full

16   statement that she actually state fully that she is

17   invoking the Fifth Amendment.

18        She doesn't have to read the whole statement

19   but rather than just use the phrase "Fifth Amendment."

Page 6

080703.txt

20          MR. KIDD:  Yes.  That's just to eliminate

21     the tedium of a long response to each question, and

22     hopefully to expedite the deposition.

23          MR. TABAS:  Thank you.

24     BY MR. HERMANN:


ESQUIRE DEPOSITION SERVICE

8


1          Q.  Mrs. Bagga, have you discussed what your

2     testimony today may be with anyone other than your

3     lawyers?

4          A.  No.

5          Q.  And have you reviewed any documents in

6     preparation for today's deposition?

7          A.  You mean today?

8          Q.  No.  Prior to today, have you reviewed any

9     documents in order to prepare yourself to have your

10     deposition taken today?

11          A.  I read my previous deposition.

12          Q.  And did you make any corrections in your previous

13     deposition?

14          A.  No.

15          Q.  Did you sign the deposition?

16          A.  No.  I've not signed it.

17          Q.  Did you show a copy of your deposition transcript

18     to anybody?

19          A.  No.

20          Q.  Did you discuss with anybody other than your

21     lawyers your answers to any of the questions that you

22     were asked at your last deposition?

Page 7

080703.txt

23    A.  No.

24    Q.  Your lawyers produced to us copies of certain

ESQUIRE DEPOSITION SERVICE

9

1    documents from a computer that are in the software

2    format of Quicken.

3         Are you familiar with that?

4    A.  Yes.

5    Q.  Do you know where those computer records came

6    from?

7    A.  I guess someone in the office.  Probably got the

8    records from the office; right?

9    Q.  I don't want you to guess.  Do you know where

10   they came from?

11   A.  I was not there when your people came.  I know

12   somebody from your comp -- from your organization went

13   to the office to make copies of the computer records.

14   Q.  When you say the office, what building are you

15   referring to?

16   A.  714 Bethlehem Pike.

17   Q.  Excuse me just one minute.  I have to turn this

18   thing off.

19   Q.  Did you, in fact, see a copy of the records that

20   were produced to us yesterday?

21   A.  No.

22   Q.  You maintained, didn't you, certain records on a

23   computer in the Quicken software format.

24        Is that correct?

080703.txt

10

1    A.  Yes.

2    Q.  For how long a period of time did you keep those

3  records?

4    A.  Couple months.

5    Q.  In 2003?

6    A.  Yes.

7    Q.  Do you know when you started?

8    A.  Some time in May.

9    Q.  And did you stop at some point?

10    A.  No.  I just did it for a couple of months, then I

11  was not here, so it was just my personal accounts, I

12  guess, you're referring to.

13    Q.  Who made the entries in the computer that are

14  reflected in the information that was produced to us?

15          MR. KIDD:  I'm going to instruct you not to

16  answer that question.  Invoke your rights,

17    A.  Relying on the advice of my attorney, I invoke my

18  right against self-incrimination under the Constitution

19  of the United States and refuse to answer your question.

20    Q.  Why did you start using this Quicken software to

21  keep track of your personal accounts?

22    A.  I wanted to learn how Quicken works.

23    Q.  How did you keep track of this kind of

24  information before you used the Quicken software?

ESQUIRE DEPOSITION SERVICE

11

1    A.  On the -- with the checking -- with my checkbook,

080703.txt

2   there's a little book there.

3      Q.  And when you wrote a check, you would make an

4   entry and a notation of the person to whom you wrote it

5   and the date?

6      A.  Most of the time, yes.

7      Q.  Did you also note deposits in your checkbook

8   memos?

9      A.  Usually, yes.

10     Q.  For how long a period of time have you been doing

11  that prior to using the Quicken software?

12     A.  Since I've had my account.

13     Q.  Now, which account are we talking about?

14     A.  Checking account.

15     Q.  And where is that checking account?

16     A.  Sovereign Bank.

17     Q.  How long have you had a checking account at

18  Sovereign Bank?

19              MS. BASKIN:  Objection to form.

20              MR. KIDD:  Answer the question.

21     A.  It was a long time.  I don't remember since when.

22     Q.  Several years?

23     A.  Several years, yes.

24     Q.  Do you have any other checking accounts at any


ESQUIRE DEPOSITION SERVICE

12


1   other banks?

2      A.  No.

3      Q.  Do you have more than one personal checking

4   account at Sovereign Bank?

5      A.  No.

Page 10

080703.txt

6      Q.  Do you sometimes write letters?

7      A.  Yes.

8      Q.  Do you write them by hand or on a typewriter?

9      A.  By hand or on the computer sometimes.

10     Q.  When you write letters on a computer, do you

11  write them from home or from the office?

12     A.  Both.

13     Q.  You have a computer at home as well?

14     A.  Yes.

15     Q.  Do you write business letters from the office and

16  personal letters from home?

17     A.  Not necessarily.  Sometimes I write personal

18  letters from the office too.

19     Q.  When you write a letter on the computer in the

20  office, do you save it?

21          MS. BASKIN:  Objection to form.

22     A.  Sometimes, yes, not all the time.

23     Q.  When you save it in the office, do you save it to

24  the hard drive or do you save it on a disk?


ESQUIRE DEPOSITION SERVICE

13

1      A.  I really don't know that much about computers.  I

2  just click the "save" button, so I don't know where it

3  goes, whether it goes on the hard drive?  I have no

4  idea.

5      Q.  When you write letters in the office and you save

6  them, which computer do you actually use to do that?

7  The same computer -- is it the same computer that has

8  the Quicken records?

080703.txt

9     A.  Yes.

10    Q.  Where is that computer located within the office?

11    A.  On my desk.

12    Q.  Approximately, how many letters a week do you

13 write on average?

14    A.  From the office?

15    Q.  Yes.

16          MS. BASKIN:  Objection to form.

17    A.  Sometimes none.  I don't go to the office every

18 day.

19    Q.  Would it help if I asked you about how many

20 letters a year you write from the office?

21    A.  I don't know how many letters I would write.  I

22 don't keep account of them.

23    Q.  In the last 12 months, have you written more than

24 one letter at the office?

ESQUIRE DEPOSITION SERVICE

14

1     A.  Yes.

2     Q.  More than ten?

3     A.  I couldn't be able to give you a number.  I don't

4 remember.

5     Q.  Do you know whether it's more than ten?

6     A.  Yes, could be.

7     Q.  It could be or is, you think?

8     A.  I don't know.  First of all, I'm kind of confused

9 which if a document or this computer only, this desk.  I

10 just started doing it in May, so --

11    Q.  Prior to May of this year, did you use a

12 different computer in the office?

Page 12

080703.txt

13     A.  No, I used the same computer, but I'm not at the

14  office every day.

15     Q.  I understand that you're not at the office every

16  day.

17        I'm simply trying to ask you, when you're in the

18  office, about how many letters you normally write in the

19  course of a week or a year, whichever is easier for you

20  to answer.

21     A.  Could be 20, 25?  I don't know.  I couldn't give

22  you a number.  I don't remember how many letters I

23  write.

24     Q.  If you write a letter with regard to business

ESQUIRE DEPOSITION SERVICE

                                                        15

1   matters, do you always save it?

2      A.  No.

3      Q.  What determines whether you do or don't save a

4   letter that pertains to business matters?

5      A.  If it's important, I feel important, I save it.

6   If I don't feel, if it's a general letter, I'm just

7   saying hello, how are you doing?  What's going on?  I

8   don't need to save it.

9      Q.  Do you write business letters that just say

10  hello, how are you doing?  What's going on?

11     A.  Yes. Just to say what's happening.  Nothing, but

12  there's not much there to write.

13        I don't -- I just said, I don't write that many

14  letters so --

15     Q.  Do you use e-mail?

080703.txt

16    A.  Yes.

17    Q.  Do you use e-mail in the office?

18    A.  Sometimes.

19    Q.  When you use e-mail in the office, do you use it

20  for personal as well as business reasons?

21    A.  Yes.

22    Q.  What's your e-mail address?

23        MR. KIDD:  I'm going to instruct you not to

24  answer.


ESQUIRE DEPOSITION SERVICE

16


1     A.  Relying on the advice of my attorney, I invoke my

2  right against self-incrimination under the Constitution

3  of the United States and refuse to answer your question.

4    Q.  Is there a domain name for your office?

5    A.  I don't think so.

6    Q.  How often do you use e-mail in the office?

7    A.  Not very often.

8    Q.  Do you sometimes use e-mail to contact people

9  with whom Bagga Enterprises does business?

10    A.  No.

11    Q.  Do you sometimes use e-mail to contact people

12  with regard to your own personal financial matters in

13  the office?

14    A.  No.

15    Q.  Do you know how frequently e-mails are removed

16  from the system in your office?

17    A.  Whose system?  My system?

18    Q.  Yes.

19    A.  No.

Page 14

080703.txt

20     Q.   Do you know who the Internet service provider is
21  that's used in your office?
22     A.   AOL?
23     Q.   Do you send e-mails from home too?
24     A.   Yes.


ESQUIRE DEPOSITION SERVICE

                                                          17


1      Q.   Is AOL the Internet service provider for your
2   home computer also?
3      A.   Yes.
4      Q.   Do you use a different user name and domain name
5   at home from what you use at the office?
6      A.   I don't understand what domain name is.
7      Q.   Is your address.  Is your e-mail address the same
8   at home as at the office?
9      A.   Yes.
10     Q.   Do you use your e-mail at home for personal
11  financial matters?
12     A.   I don't understand your question.
13     Q.   Do you ever use the e-mail account that you have
14  that you access at home in order to handle personal
15  financial matters either for yourself or for your
16  husband?
17     A.   I don't think so, no
18     Q.   Do you ever send e-mails to people in India from
19  your home?
20     A.   Yes.
21     Q.   Do you ever send e-mails to India from your
22  office?

Page 15

080703.txt

23    A.  Yes, maybe.

24    Q.  With whom do you correspond in India by e-mail?

ESQUIRE DEPOSITION SERVICE

18

1    A.  Friends, family.

2    Q.  Approximately, how many people are you

3    describing?

4    A.  15, 20.

5    Q.  Are all of those people friends and family?

6    A.  Yes.

7    Q.  When you correspond with the people in India, do

8    you ever correspond with them with regard to financial

9    matters?

10        MS. BASKIN:  Objection to form.

11    A.  I don't understand your question.  What do you

12    mean by financial matters?

13    Q.  Matters relating to your own personal assets,

14    your banking accounts, your savings.

15    A.  No.

16    Q.  Your property.

17    A.  No.

18    Q.  When you send correspondence from your house,

19    letters, do you save those on your computer at home?

20        MS. BASKIN:  Objection to form.

21        MR. KIDD:  Do you not understand the

22    question or do you think you should invoke the Fifth

23    Amendment?  Invoke the Fifth Amendment.

24    A.  I don't understand what you're saying.  If I save

080703.txt

19

1  them or not?

2      Q.  If you write a letter to someone from your house,

3  do you save that on your computer?

4      A.  Sometimes, yes.

5      Q.  Do you save it in hard copy?  On paper?

6      A.  I don't understand hard copy or the disk, how

7  it's saved.

8      Q.  In other words, do you save a piece of paper

9  which shows the document printed out or do you just save

10  it on the computer electronically?

11      A.  Sometimes I would print it out.  Sometimes I

12  would save it on the computer.

13      Q.  Do you maintain a file of printed copies of

14  letters you send from home?

15          MS. BASKIN:  General objection to all

16  questions concerning her personal computer at home, as

17  to form.

18          MR. KIDD:  Answer the question.

19      A.  Can you repeat the question, please?

20      (Pertinent portion of the transcript were read by

21  the court reporter.)

22      A.  Sometimes if I feel it's important, I do save it.

23  If I don't, I don't.

24      Q.  But at this point, do you have something that's

ESQUIRE DEPOSITION SERVICE

20

1  called a correspondence file that shows the letters you

Page 17

080703.txt

2    send?

3    A.  No.

4    Q.  If you were looking to get a copy of a letter

5    that you sent that you think you saved on a piece of

6    paper, where do you go look for it?

7    A.  On my desk.

8    Q.  Are all the letters you sent in one particular

9    place on your desk?

10   A.  No.  They're spread out on my desk.

11   Q.  Is it your testimony that all the letters you've

12   ever sent that you kept copies of are spread out on your

13   desk?

14   A.  No.  If I saved it, it should be there.  If I

15   didn't save it, it's probably in the trash.

16   Q.  But if you saved it, it's sitting on top of your

17   desk.

18       Is that what you're saying?

19   A.  Desk or in the office somewhere.

20   Q.  Did you say the desk or in your office somewhere?

21   A.  Somewhere in the office.

22   Q.  Where else in your office might you save a

23   letter?

24   A.  On the desk.  There's other furniture in the

ESQUIRE DEPOSITION SERVICE

21

1    office.

2    Q.  Do you have a filing cabinet at your home?

3    A.  No.

4    Q.  Do you ever put letters that you save inside

5    drawers as well as on top of the desk?

Page 18

080703.txt

6    A.  What letters are you talking about?

7    Q.  The letters that you were just describing a

8  moment ago that you sent to other people and saved a

9  copy of.

10    A.  Yes, they would be on the desk, in the drawer,

11  somewhere.

12    Q.  If they're in the drawer, are they filed in any

13  particular way?

14    A.  No.

15    Q.  They're not even filed chronologically?

16    A.  No.

17    Q.  Do you make a practice of reading your tax

18  returns before you sign them?

19        MR. KIDD: Invoke your rights.

20    A.  Relying on advice of my attorney, I invoke my

21  rights against self-incrimination under the Constitution

22  of the United States and refuse to answer your question.

23    Q.  Have you ever had any discussions with either

24  Norman Cahan or any other accountant about your tax

ESQUIRE DEPOSITION SERVICE

22

1  returns?

2        MR. KIDD:  Invoke your rights.

3    A.  Relying on the advice of my attorney, I invoke my

4  rights against self-incrimination under the Constitution

5  of the United States and refuse to answer your question.

6        MR. HERMANN:  I'm just going to point out

7  that these are questions that were not answered last

8  time and that the judge directed her to answer.

Page 19

080703.txt

9       MR. KIDD:  I'm aware that those questions

10   were asked last time with regard to her tax returns and

11   the questions involving Mr. Cahan.

12          With that awareness, I'm still advising her

13   to invoke her Fifth Amendment rights.

14          MR. HERMANN:  I'm not going to repeat that

15   observation but it's going to apply to a lot of the

16   questions.

17          MR. KIDD:  I guess I will give you a

18   continuing objection then.

19          MR. HERMANN:  Continuing observation.

20   BY MR. HERMANN:

21   Q.  Do you have a personal money manager?

22   A.  No.

23   Q.  What's the amount of the mortgage on your home?

24   A.  About 8,000 dollars a month.  I'm sorry.


ESQUIRE DEPOSITION SERVICE

23


1    Q.  What's the principal?

2           MR. KIDD:  He asked you what is the

3    principal amount of the mortgage on your home.

4    A.  1.6 million.

5    Q.  Have you made any applications for loans in the

6    past two years?

7           MR. KIDD:  Invoke your rights under the

8    Fifth Amendment.

9    A.  Relying on the advice of my attorney, I invoke my

10   right against self-incrimination under the Constitution

11   of the United States and refuse to answer your question.

12   Q.  Is your home up for sale?

Page 20

080703.txt

13    A.  No.

14    Q.  Have you given a listing to any broker?

15    A.  No.

16    Q.  Have you made any loan guarantees in the past two

17  years?  That is -- I see you're looking at your lawyer.

18         MR. KIDD:  She's looking to me for

19  clarification of the question, not for on whether to

20  invoke --

21  BY MR. HERMANN:

22    Q.  I was going to clarify.

23         Do you know what I mean by a loan guarantee?

24    A.  I don't understand.


ESQUIRE DEPOSITION SERVICE

24


1    Q.  Have you guaranteed the repayment of a loan that

2  somebody else took out in the last couple years?

3    A.  Somebody else?  Meaning who?

4    Q.  Well, your husband or any other person, where you

5  guaranteed repayment of that loan.  Children?

6         MR. KIDD:  Invoke your rights under the

7  Fifth Amendment.

8    A.  Relying on the advice of my attorney, I invoke my

9  right against self-incrimination under the Constitution

10  of the United States and refuse to answer your question.

11    Q.  Do you own any real estate other than your home,

12  either separately or jointly with somebody else?

13    A.  Yes.

14    Q.  What real estate is that?

15    A.  The office, 714 Bethlehem Pike.

Page 21

080703.txt

16    Q.  And what's your ownership interest in that?

17    A.  I own hundred percent.

18    Q.  Is there any mortgage on that?

19    A.  Yes.

20    Q.  What's the amount of the mortgage on that?

21    A.  244,000.

22    Q.  Do you own any other property besides that?

23    A.  No.

24    Q.  Do you have a brokerage account?

ESQUIRE DEPOSITION SERVICE

25

1    A.  Yes.

2    Q.  With what firm or firms?

3    A.  Brown and Company.

4    Q.  Any others?

5    A.  I used to have Fidelity.  I don't remember if

6    it's still there.

7    Q.  That would be a mutual fund account?

8    A.  I don't remember what it was.

9    Q.  Do you have any mutual fund accounts?

10    A.  I don't think so.  I don't remember.

11    Q.  You have a checking account with Sovereign Bank.

12         Is that correct?

13    A.  Yes.

14    Q.  And do you have a main branch for that, that you

15    deal with at Sovereign Bank?

16    A.  No.

17    Q.  When you have to go in to see somebody at the

18    Bank, where would you go?

19    A.  Wherever I am, I just go into any branch.

Page 22

080703.txt

20    Q.  Is it correct that one of the things that you've

21  done in connection with United Management and Bagga

22  Enterprises is to handle certain banking deposits?

23    A.  Yes.

24    Q.  And can you tell me the names of all the banks in

ESQUIRE DEPOSITION SERVICE

26

1  which you've deposited money on behalf of Bagga

2  Enterprises or United Management in the last two years?

3            MR. KIDD:  I'm instructing her to invoke her

4  Fifth Amendment rights.

5    A.  Relying on the advice of my attorney, I invoke my

6  right against self-incrimination under the Constitution

7  of the United States and refuse to answer your question.

8    Q.  Now, another of your functions is writing checks

9  for those businesses.

10           Is that correct?

11           MS. BASKIN:   Objection as to form.

12    A.  Not anymore, no.

13    Q.  Was there a time when that was one of your

14  functions?

15           MR. KIDD:  Invoke your rights under the

16  Fifth Amendment. Just say, I'm invoking my rights under

17  the Fifth Amendment.

18    A.  I'm invoking my rights under the Fifth Amendment.

19    Q.  Can you tell me the names of all of the banks on

20  which you have, on behalf of Bagga Enterprises, United

21  Management or any other of the family-related

22  businesses, written checks in the past two years?

Page 23

080703.txt

23        MR. KIDD:  Invoke your rights under the

24   Fifth Amendment.

ESQUIRE DEPOSITION SERVICE

27

1    A.  I invoke my right under the Fifth Amendment.

2    Q.  Have you set up any trusts in the last two years?

3         MR. KIDD:  Invoke your rights.

4    A.  I invoke my rights under the Fifth Amendment.

5    Q.  Have you transferred any real or personal

6   property in the last six years?

7        MR. KIDD: Invoke your rights.

8    A.  I invoke my right against self-incrimination

9   under the Constitution of the United States and refuse

10  to answer your question.

11   Q.  Have you assigned any property to creditors in

12  the last three years?

13   A.  I don't understand. What do you mean?

14   Q.  You know what a creditor is?

15   A.  Yes.

16   Q.  Have you ever, in last three years, assigned

17  anything to them in payment of a debt that you had to

18  them or that you and your husband collectively had to

19  them?

20   A.  I don't know of anything, no.

21   Q.  Did you ever borrow any money from the Singh

22  Brothers' trust?

23        MR. KIDD:  Invoke your rights.

24   A.  I invoke my right under the Fifth Amendment.

080703.txt

28

1       Q.   Did you ever hear of the Singh Brothers trust?

2            MR. KIDD:   Invoke your rights under the

3    Fifth Amendment.

4       A.   I invoke my right under the Fifth Amendment.

5       Q.   Did you know whether Amar Singh is one of the

6    Singh Brothers in the Singh Brothers trust?

7            MR. KIDD:   Invoke your rights.

8       A.   I invoke my right under the Fifth Amendment.

9            THE VIDEOGRAPHER:   Off the tape.   1:02.

10           (Recess.)

11           THE VIDEOGRAPHER:   Back on the record.

12    1:08.

13           MR. HERMANN:   Mr. Kidd, we've run into some

14    of those directions not to answer that you warned us of.

15           I guess I would like to ask you now if you

16    would state for the record what the basis of this

17    direction is.

18           MR. KIDD:   That, in my opinion, these

19    questions could tend to incriminate her by making a

20    response to it or lead to a further question that could

21    tend to incriminate her.

22           In other words, some of the questions could

23    be a link in the chain, and the chain leading to areas

24    which would be -- where she would have a right of

ESQUIRE DEPOSITION SERVICE

29

1    self-incrimination.

Page 25

080703.txt

2          But I'm not going to give you what the areas

3     of exposure are, for the record.  If necessary, and this

4     comes to a Motion to Compel, I would gladly explain to

5     the judge on an exparte off the record representation as

6     to why there's a good faith basis for her to invoke her

7     Fifth Amendment rights on a selective basis.

8     BY MR. HERMANN:

9        Q.  Mrs. Bagga, do you get paid by K and P Realty?

10          MR. KIDD:  Don't shake your head.  Answer

11    the question.

12       A.  I don't understand.  Do I get a paycheck?

13       Q.  Yes.

14       A.  No.

15       Q.  Has K and P sold any real estate?

16       A.  Not that I know of, no.

17       Q.  Have you ever seen a statement of the income and

18    expenses of K and P?

19       A.  No.

20       Q.  Do you have an ownership interest in K and P?

21       A.  Yes.

22       Q.  How much of it do you own?

23       A.  Hundred percent.

24       Q.  Did you ever get any distributions of money from

ESQUIRE DEPOSITION SERVICE

30

1    K and P?  Separate from a paycheck.

2       A.  I don't understand the question.

3       Q.  Did you ever get any money at all from K and P?

4       A.  K and P did not pay me.

5       Q.  Did you ever sign a tax return for K and P?

Page 26

080703.txt

6    A.  I don't remember, no.

7    Q.  You told us last time about an entity called

8  Poojan, P-O-O-J-A-N.

9    A.  Yes.

10    Q.  What does Poojan own?

11    A.  It's owned by my husband.

12    Q.  Do you know what it, the company itself, owns, if

13  anything?

14    A.  It owns one Arby's Restaurant.

15    Q.  And where is that?

16    A.  In Pittston, Pennsylvania.

17    Q.  Now, since your original deposition, have you

18  been out of the country?

19    A.  Yes.

20    Q.  Where did you go?

21    A.  India and England.

22    Q.  And when did you go?

23    A.  I think I left on the 17th of last month.

24    Q.  July 17th?

ESQUIRE DEPOSITION SERVICE

31

1    A.  Around that time.  I don't remember exact date.

2    Q.  And when did you return?

3    A.  25th, 26th?  Something.

4    Q.  What airline did you travel on?

5    A.  British Airways.

6    Q.  Did you go on your own?

7    A.  Yes.

8    Q.  Did your son accompany you on part of the trip?

Page 27

080703.txt

9    A.  No.

10   Q.  Did he go to school in England during the summer?

11   A.  Who?

12   Q.  Your son.

13   A.  No.

14   Q.  So can you tell me what your itinerary was, where

15   you went first and where you went second?

16   A.  I went to India first and, on the way back, I

17   stopped in England.

18   Q.  How long were you in England?

19   A.  Two days.

20   Q.  Where did you stay?

21   A.  With a friend of mine.

22   Q.  In what city?

23   A.  Haunslow, I think.

24   Q.  So for five or six days, you were in India?

ESQUIRE DEPOSITION SERVICE

32

1    A.  Yes.

2    Q.  Where did you stay in India?

3    A.  With my brother.

4    Q.  In what city?

5    A.  New Delhi.

6    Q.  Did you stay with him the whole time?

7    A.  No, I stayed with him part of the time.  Part of

8    the time, I stayed with my friends.

9    Q.  These are non-family friends you stayed with?

10       When you weren't staying with your brother, you

11   were staying with friends who were not part of your

12   family?

Page 28

080703.txt

13    A.   They're family also, I guess.

14    Q.   Were they also in New Delhi?

15    A.   Yes.

16    Q.   Did you rent a car while in India?

17    A.   No.

18    Q.   Do you have an Indian driver's license?

19    A.   No.

20    Q.   When you're in India, if you need money, where do

21   you get it?

22    A.   Get it from my brother, get it from my

23   mother-in-law.

24    Q.   Does your mother-in-law also live in New Delhi?


ESQUIRE DEPOSITION SERVICE

33

1    A.   No.

2    Q.   Where does she live?

3    A.   She lives in a town called Kanpur, K-A-N-P-U-R.

4    Q.   How far is that from New Delhi?

5    A.   It's about five, six hours' drive.

6    Q.   Did you see her on your most recent trip?

7    A.   No.

8    Q.   When was the last time you saw her?

9    A.   In December.

10    Q.   If you need money and you get it from your

11   brother, how do you pay him back?

12    A.   I don't.  I don't pay my brother back.  I don't

13   have to.

14    Q.   Did you ever give him a check from an American

15   Bank and ask him to cash it for you?

Page 29

080703.txt

16    A.  I don't remember.

17    Q.  If you buy something in India, how do you pay for

18    it?

19    A.  Use a credit card.

20    Q.  What credit card do you use?

21    A.  American Express, Master Card.

22    Q.  On your most recent trip to India, did you charge

23    any purchases there?

24    A.  Yes.

ESQUIRE DEPOSITION SERVICE

34

1    Q.  What did you buy?

2    A.  Some clothes maybe.

3    Q.  Anything else?

4    A.  I don't think so, no.

5    Q.  Do you own any real estate in India?

6    A.  No.

7    Q.  Does your husband own any real estate in India?

8    A.  No.

9    Q.  Do you own any shares of any real estate?

10   Withdrawn.

11        Do you own a partial interest in any real estate

12   in India?

13   A.  No.

14   Q.  What business is your brother in in India?

15   A.  He is in leather and apparel exports.

16   Q.  Does he export to the United States?

17   A.  Yes.

18   Q.  Have you ever done any business with him in terms

19   of leather or apparel exports?

Page 30

080703.txt

20    A.  No.

21    Q.  Does he own his own business?

22    A.  I don't know.

23    Q.  Did you ever ask him whether he owns a business?

24    A.  No.


ESQUIRE DEPOSITION SERVICE

35

1      Q.  Is there anybody else in your family who's in the

2   leather and apparel export business?

3      A.  No.

4      Q.  Does your brother have a store?

5      A.  No.

6      Q.  Is he in the wholesale part of the business?

7      A.  I don't know details.  I just know he's a man of

8   business.

9      Q.  Do you know whether your husband has ever done

10   any business with your brother?

11    A.  I don't know.

12    Q.  Does your father maintain banking contacts in

13   India?

14    A.  My father lives here now, so I don't know.

15    Q.  Was he formally involved in banking in India?

16    A.  Yes.  He was a chairman of one of the banks in

17   India.

18    Q.  What Bank was that?

19    A.  Penjobbinson (ph) Bank.

20    Q.  And when did he cease being the chairman of that

21   Bank?

22    A.  I don't remember.  A long time ago.  About 15

Page 31

080703.txt

23    years ago, I think.

24        Q.  Does your father travel to India at times?

ESQUIRE DEPOSITION SERVICE

36

1        A.  Yes, sometimes he does.

2        Q.  Does he travel there more than once a year?

3        A.  No, I don't think so.

4        Q.  Do you know whether your father does any banking

5    business in India these days?

6        A.  I don't know.

7        Q.  Where does he live in America?

8        A.  Lansdale, Pennsylvania.

9        Q.  Do you own any assets in India?

10        A.  No.

11        Q.  Do you own any shares of any Indian companies?

12        A.  I own share of one company, yes.

13        Q.  What company is that?

14        A.  I don't remember the name.  I think it's called

15    Pradeep Metals.

16        Q.  Can you spell that?

17        A.  P-R-A-D-E-E-P Metals.

18        Q.  Is that a publicly traded company?

19        A.  I don't know.

20        Q.  How long have you had an ownership interest in,

21    that is to say, ownership interest in Pradeep Metals?

22        A.  I don't remember.  I think it would probably be

23    ten, 15 years ago.

24        Q.  Do you receive any income in connection with your

080703.txt

37

1    ownership?

2        A.   No.

3        Q.   Have you sold any assets in India in the past ten

4    years?

5        A.   I don't have any assets in India.

6        Q.   I understand.   I'm asking you whether you sold

7    any and that's why you don't have any anymore.

8        A.   I can't sell something I don't have.   I don't

9    have assets in India.

10       Q.   And you haven't had any for the past ten years?

11       A.   No.

12       Q.   In the last three years, have you visited any

13   banks in India?

14       A.   Yes.

15       Q.   Which banks have you visited?

16       A.   ICICI Bank.

17       Q.   And where is that?

18       A.   In New Delhi.

19       Q.   Any other banks?

20       A.   No.

21       Q.   Can you approximate in the last ten years how

22   many times you visited ICICI Bank?

23       A.   I visited once last year.

24       Q.   What was the purpose of that visit?


ESQUIRE DEPOSITION SERVICE

38

1        A.   I opened an account.

Page 33

080703.txt

2    Q.  Did you make an initial deposit in that account?

3    A.  Yes.

4    Q.  How much did you deposit into the account?

5    A.  $200.

6    Q.  And since that time, had you deposited any more

7    money in the account?

8    A.  No.

9    Q.  Have you withdrawn any money from the account?

10   A.  No.

11   Q.  Why did you open an account in India with $200?

12   A.  Just thought, I go to India, sometimes I need it,

13   get an ATM card, if I need cash, I can get money, you

14   can -- I was told you can use it from here because they

15   have a bank here, but I haven't used it.

16   Q.  That's your only bank account in India?

17   A.  Yes.

18   Q.  Do you have any bank accounts in any other

19   countries?

20   A.  No.

21   Q.  Have you closed any bank accounts in any other

22   countries in the last ten years?

23   A.  No.

24   Q.  Does your husband have a bank account in India?

ESQUIRE DEPOSITION SERVICE

39

1    A.  I don't think so.

2    Q.  Have you ever asked any of your family members to

3    put some of your money in some of their accounts for

4    safe-keeping?

5    A.  No.

Page 34

080703.txt

6    Q.  Had you visited any investment firms in India in

7    the past five years?

8    A.  No.

9    Q.  Have you spoken to any investment firms?

10   A.  No.

11   Q.  Do you have any securities accounts in any

12   investment firms?

13   A.  No.

14   Q.  Have you discussed business or financial matters

15   with anybody in India in the past year?

16   A.  No.

17   Q.  Did you keep any diary or any record of anybody

18   you met with in India in the last year?

19   A.  No.

20   Q.  Do you have a palm pilot?

21   A.  No.

22   Q.  You don't have a personnel calendar?

23   A.  No.

24   Q.  Have you ever heard of something called Havala

ESQUIRE DEPOSITION SERVICE

40

1    (ph)?

2    A.  What is that?

3    Q.  I'm asking you whether you've heard of it.

4    A.  No, I don't know what it is.

5    Q.  Have you ever been involved in currency exchange

6    transactions involving Indian and US currency?

7    A.  No.

8    Q.  Has your husband ever been involved in currency

Page 35

080703.txt

9   exchange transactions involving Indian and US currency?

10      A.  I don't know.

11      Q.  To your knowledge, has anyone ever come to you or

12  your husband and asked for -- planning to go to India

13  and asking -- for your husband or for you to, in

14  essence, exchange money for them that they can receive

15  when they get to India?

16      A.  No.

17      Q.  Have you ever seen a copy of a transcript of

18  deposition testimony in which your husband described how

19  he engaged in this practice?

20      A.  No.

21      Q.  Have you ever spoken to people in India about

22  their getting money out of the country by engaging in

23  this practice of currency exchange with people in

24  America?

ESQUIRE DEPOSITION SERVICE

41

1       A.  No.

2       Q.  Are you aware of whether there were any controls

3   on people taking money out of India who live there?

4       A.  I don't know.

5       Q.  Is it your testimony you've never heard that it's

6   difficult for people with wealth in India to take that

7   money out of the country?

8       A.  I don't know what the system is.

9       Q.  You've never heard that, that it's difficult for

10  people with money to get the money out of the country?

11      A.  No.

12      Q.  You've never seen people at your house coming to

Page 36

080703.txt

13    see your husband about giving him money that would then
14    be paid to them once they get to India?
15        A.  No.
16        Q.  On any of your trips to India, did you ever
17    discuss currency exchange with anybody there?
18        A.  No.
19        Q.  Did you ever hear of a practice whereby people
20    who were privately doing currency exchange could give
21    more favorable rates to people than the official quoted
22    rate?
23        A.  I don't know.
24        Q.  You file a joint tax return with your husband.

ESQUIRE DEPOSITION SERVICE

42

1         Is that correct?
2        A.  Yes.
3        Q.  Do you read it before you sign it?
4        A.  No.
5        Q.  Did you ever notice on the tax return whether
6    there's any money listed there for commissions earned on
7    currency exchange?
8        A.  No.
9        Q.  You know who Ravi Chawla is; right?  You
10    testified about him at the last deposition?
11        A.  Yes.
12        Q.  Have you ever talked to him about currency
13    exchange?
14        A.  No.
15        Q.  On your most recent trip to India, did you speak

Page 37

080703.txt

16    to either of your husband's brothers?

17       A.  Yes.

18       Q.  Which one or both?

19       A.  Both of them.

20       Q.  What are their names?

21       A.  Surjit, S-U-R-J-I-T, Bagga, and the other one is

22    Narender, N-A-R-E-N-D-E-R.

23       Q.  Where do they live?

24       A.  Kanpur, K-A-N-P-U-R.


ESQUIRE DEPOSITION SERVICE

43

1       Q.  Did you see them there or did you see them in New

2    Delhi?

3       A.  I said I talked to them.  I didn't see them.

4       Q.  I'm sorry.  You spoke to them on a cell phone

5    while you were there?

6       A.  Yes.

7       Q.  Did you do any business with them?

8       A.  No.

9       Q.  Did you discuss financial matters at all with

10    them?

11       A.  No.

12       Q.  Have you ever spoken to either one of them about

13    financial matters of a personal nature?

14       A.  No.

15       Q.  Have you ever talked to either one of them about

16    business matters?

17       A.  No.

18       Q.  Your conversations were purely social and family?

19       A.  Yes.

Page 38

080703.txt

20    Q.    Do you have a lawyer in India?

21    A.    No.

22    Q.    Did you ever have a lawyer in India?

23    A.    No.

24    Q.    Is there a family lawyer in India that you know?

ESQUIRE DEPOSITION SERVICE

44

1    A.    No.

2    Q.    Have you ever been to a lawyer's office in India?

3    A.    No.

4    Q.    Ever sat down and met with a lawyer in India?

5    A.    Well, I have some lawyers in the family, some

6    relatives.  I know them.

7    Q.    Have you ever consulted them about legal matters?

8    A.    No.

9    Q.    You mentioned at your last deposition the

10    countries that you had visited on what then had been

11    your most recent trip abroad.

12    A.    Yes.

13    Q.    Are there any other countries you visited in the

14    past five years besides the ones you told me about last

15    time?

16    A.    No.  I think I told you most of them, from what I

17    remember.

18    Q.    Do you have bank accounts in any of those

19    countries?

20    A.    No.

21    Q.    Do you have securities accounts in any of those

22    countries?

Page 39

080703.txt

23    A.  No.

24    Q.  Do you own property in any of those countries?

ESQUIRE DEPOSITION SERVICE

45

1    A.  No.

2    Q.  And in the last five years, have you made any

3    purchases over $5,000 in any of those countries?

4    A.  No, I don't think so.

5    THE WITNESS:  Can you put the air conditioner

6    down?  It's cold again.

7    (Recess.)

8    BY MR. HERMANN:

9    Q.  You had or have a company called KB Apparel?

10    A.  Yes.

11    Q.  Does that still exist?

12    A.  No.

13    Q.  During what period did it exist?

14    A.  In the early '90s.

15    Q.  Approximately, when did it cease to exist?

16    A.  Somewhere in the mid '90.

17    Q.  Did KB Apparel operate Sunshine Blues Apparel

18    stores?

19    A.  Yes.

20    Q.  How many?

21    A.  At its peak, it operated five stores.

22    Q.  And when KB Apparel ceased to be in business, did

23    those stores close?

24    A.  Yes.

080703.txt

46

```
 1    Q.  Who handled the books for KP Apparel?

 2    A.  You mean the accountant?

 3    Q.  Yes.

 4    A.  John Melkowski.

 5    Q.  Can you spell that for us?

 6    A.  J-O-H-N, M-E-L-K-O-W-S-K-I.

 7    Q.  Was he someone who was an outside accounting firm

 8  or someone who was a bookkeeper inside?

 9    A.  Outside.

10    Q.  Who handled the books for you in terms of your

11  internal records?  Did you have a bookkeeper?

12    A.  No.  I did.

13    Q.  Did Sunshine Blues sell brand name jeans?

14    A.  Yes.

15    Q.  What else did it sell?

16    A.  Jean, shirts, T-shirts, sneakers.

17    Q.  Was it for men and women?

18    A.  Yes.

19    Q.  Why did the business close?

20    A.  You mean my business?

21    Q.  Yes.

22    A.  I decided to close it because my kids were too

23  young and they needed for me to be home.

24    Q.  Was there a relationship between KB Apparel and
```

ESQUIRE DEPOSITION SERVICE

47

```
 1  Sunshine Blues, on the one hand, and American
```

Page 41

080703.txt

2    Merchandising Company on the other?

3    A.   No.

4    Q.   These were completely separate businesses?

5    A.   Yes.

6    Q.   Who owned American Merchandising Company?

7    A.   When?

8    Q.   Well, at one point, your husband owned it.

9         Isn't that right?

10   A.   Yes.

11   Q.   And prior to your husband's owning it, Ravi

12   Chawla owned it.

13        Is that right?

14   A.   No.

15   Q.   Who owned it before your husband?

16   A.   GT Chawla.

17   Q.   Did GT Chawla own it 100 percent?

18   A.   I don't know the percentages.

19   Q.   And when did your husband acquire American

20   Merchandising from GT Chawla?

21   A.   I don't remember exact time.

22   Q.   Was it in or about the late 1990s?

23   A.   Yes, somewhere in the late 1990s.

24   Q.   When Mr. Chawla owned it, did your husband also

ESQUIRE DEPOSITION SERVICE

48

1    have a position there?

2    A.   I don't know.  I don't remember.

3    Q.   Did you ever hear that he was the vice president

4    of American Merchandising?

5    A.   Maybe he was.  I don't remember.

Page 42

080703.txt

6      Q.  Do you know whether he actually worked in the

7   American Merchandising business before he owned it?

8      A.  I know he was working with GT Chawla to acquire

9   the company.  I don't know how they worked on.

10      Q.  What I'm asking is, before he acquired the

11   company, did he actually go to work there, do some work

12   for the company as an employee or otherwise?

13      A.  I don't know.

14      Q.  What did American Merchandising do?  What was its

15   business?

16      A.  It was in the clothing business.

17      Q.  What part of the clothing business was it in?

18   Did it buy clothes, sell clothes, make clothes, export?

19      A.  Buy and sell.

20      Q.  What did it buy?  What kinds of clothes did it

21   buy?

22      A.  Name brand clothes.

23      Q.  Was it a wholesaler, a distributor?

24      A.  They were in the trading business.


                    ESQUIRE DEPOSITION SERVICE

                                                          49


1      Q.  It didn't own any stores, it had retail outlets?

2      A.  No, not that I know of, no.

3      Q.  So it would buy from manufacturers?  Am I

4   understanding you correctly?  Or distributors?  I'm

5   asking you to tell me about what you know about what

6   that business did.

7      A.  They were in the business of buying and selling.

8      Q.  Okay.  Who were they buying from?  Who were they

                         Page 43

080703.txt

9    selling to?

10   A.  They had customers.  I don't know the details.

11   Q.  Have you told me everything you know about how

12   this business operated?  You don't know who they bought

13   from or who they sold to?

14   A.  I don't know the names of all the companies they

15   did business with.

16   Q.  Do you know anything they ever sold?

17   A.  They sold jeans, sneakers, shorts.

18   Q.  Did they sell them in this country or did -- or

19   did they ship them elsewhere?

20   A.  I don't know the details.

21   Q.  Do you know anything more than you've just told

22   me?

23   A.  I just know they were in the trading business.

24   Q.  When you say they were in the trading business,

ESQUIRE DEPOSITION SERVICE

50

1    is that different from buying and selling?

2    A.  No.

3    Q.  Do you know whether they got goods from

4    manufacturers?

5    A.  It could be manufacturers or distributors or just

6    other wholesalers.

7    Q.  You were the secretary of the company.  Weren't

8    you?

9    A.  In the beginning, yes.

10   Q.  When Mr. Chawla owned it?

11   A.  Yes.

12   Q.  For how long?

Page 44

080703.txt

13    A.  Couple of years, I think.

14    Q.  When you were the secretary, did you actually go

15  to work there?

16    A.  No.

17    Q.  What did you do as the secretary?

18    A.  Not much.

19    Q.  Did you do anything?

20    A.  No, not really.

21    Q.  Did you earn any income for being secretary?

22    A.  No.

23    Q.  Who asked you to be the secretary?

24    A.  GT Chawla.

ESQUIRE DEPOSITION SERVICE

51

1    Q.  Did he ever tell you why he wanted you to be the

2  secretary?

3    A.  No.  I guess they needed help, but then there

4  wasn't much to do, so I didn't do anything.

5    Q.  Did they actually have an office anyplace?

6    A.  I don't think so, no.

7    Q.  Did they have a warehouse?

8    A.  They probably did, yeah.

9    Q.  If they did, you never saw it?

10    A.  No.

11    Q.  So when you said they were trading goods, do you

12  know where they ever actually took delivery of these

13  goods or they simply bought and sold contracts for

14  goods?

15    A.  Sometimes they did take delivery, I'm sure.

Page 45

080703.txt

16    Q.  You were never paid a salary by them?

17    A.  Not that I remember, no.

18    Q.  Did you ever talk to GT Chawla about the

19  business?

20    A.  No.

21    Q.  Were you ever present when your husband talked to

22  the Chawlas about buying the business?

23    A.  No.

24    Q.  Do you have any idea what the terms of the

ESQUIRE DEPOSITION SERVICE

52

1  purchase and sale were?

2    A.  No.

3    Q.  Do you have any idea what your husband did as the

4  vice president of finance before he bought the company?

5    A.  No.

6    Q.  Do you have any idea what Mr. Singh did as the

7  other vice president of the company before your husband

8  bought it?

9    A.  Mr. Singh?  Who is that?

10    Q.  Amar Singh.  Wasn't he also a vice president of

11  that company?

12    A.  Not that I know of.

13    Q.  Have you ever written a check to American

14  Merchandising Company?

15    A.  Yes, I might have.

16    Q.  Do you remember doing so?

17    A.  I don't remember it but I might have written some

18  checks.

19    Q.  Why would you have written the check to American

Page 46

080703.txt

20   Merchandising?

21      A.  I don't remember.

22      Q.  What makes you think you did?

23      A.  I said I don't remember.  I might have.  I don't

24   remember.  I didn't say I did.


ESQUIRE DEPOSITION SERVICE

53

1      Q.  Is there any reason you can think why you might

2   have written a check to American Merchandising?

3      A.  No.

4      Q.  As you sit here today, you don't have any actual

5   memory of having done so.  You just think you might

6   have.

7         Is that right?

8      A.  Yes.

9      Q.  Now, you know a company also called World

10   Apparel.

11         Is that correct?

12      A.  Yes.

13      Q.  Was World Apparel in the business of exporting

14   clothing?

15      A.  I think so, yes.

16      Q.  Did you have any ownership interest in World

17   Apparel?

18      A.  No.

19      Q.  Did your husband have any ownership interest in

20   World Apparel?

21      A.  Not that I know of, no.

22      Q.  When did you first hear of that company?

Page 47

080703.txt
23    A.  World Apparel?

24    Q.  Yes.

ESQUIRE DEPOSITION SERVICE

54

1    A.  18 years ago maybe?

2    Q.  1985, approximately?

3    A.  '86.

4    Q.  And in what context did you hear of World Apparel

5  in 1986?

6    A.  When we had the Sunshine Blue franchises, they

7  were the franchisor for Sunshine Blues.

8    Q.  Who ran World Apparel Products in those days, if

9  you know?

10    A.  All the Chawla brothers.

11    Q.  Did you talk to any of them at that time about

12  World Apparel Products?

13    A.  At that time?

14    Q.  When you first became a franchisee?

15    A.  Talk to them about what?

16    Q.  Talk about anything.  In other words, that's when

17  you met the Chawlas, when you became a franchisee?

18    A.  Yes.

19    Q.  But there's some family relationship between you

20  and the Chawlas, isn't there, that preexisted you

21  becoming a franchisee?

22    A.  Yes.

23    Q.  But you hadn't met them before that?

24    A.  No.

ESQUIRE DEPOSITION SERVICE
Page 48

080703.txt

55

1      Q.  Did World Apparel Products ever engage in

2   business transactions with American Merchandising?

3      A.  I think, yes.

4      Q.  When you say "I think, yes," you're not sure or

5   you are sure?

6      A.  I think they did.

7      Q.  Is there something that makes you uncertain about

8   whether it did?

9      A.  No.  I think they did business, yes.

10     Q.  Did they do business regularly?

11     A.  I don't know how regularly, but --

12     Q.  What was the nature of the business that they did

13  with each other, these two companies?

14     A.  Just the clothing business they did.

15     Q.  What part of the clothing business did they do

16  transactions with?  Was one a buyer and the other a

17  seller?  Did they do joint ventures?  Were they

18  partners?  I'm trying to get you to tell me what you

19  know about.

20     A.  I don't know details, how they worked

21     Q.  What makes you think they did business then?

22     A.  I just think they did business.  I don't know how

23  or what.  I don't know the details.

24     Q.  Who runs World Apparel Products now?

ESQUIRE DEPOSITION SERVICE

56

1      A.  I don't know.

Page 49

080703.txt

2    Q.  Do you know who ran World Apparel Products at any

3    time?

4    A.  Chawla brothers, all the brothers ran it.

5    Q.  All of them?

6    A.  Yes, they all worked.  I don't know who did what.

7    Q.  Did you ever talk to any of the Chawla brothers

8    about the company, World Apparel Products?

9    A.  About the company for what?

10    Q.  Any aspect of the company.  Did the name "World

11    Apparel Products" ever come up in any of your

12    conversations with any of the Chawlas?

13    A.  No.

14    Q.  So how did you know they had any ownership

15    interest?

16    A.  Because we bought the franchise from them.

17    Q.  You bought the franchise for Sunshine Blues?

18    A.  Yes.

19    Q.  How did you know it did business with American

20    Merchandising?

21    A.  American Merchandise came later on.

22    Q.  When did American Merchandising come?

23    A.  Somewhere in the '90s.

24    Q.  That was after you closed the Sunshine Blues

ESQUIRE DEPOSITION SERVICE

57

1    stores?

2    A.  Yes, I think so.

3    Q.  But at some point, your husband bought American

4    Merchandise from the Chawlas, and then engaged in

5    business transactions with World Apparel Products, also

Page 50

080703.txt

 6    with the Chawlas.

 7         Did you have any understanding what those

 8    business transactions were?

 9              MS. BASKIN:  Objection as to form.

10    A.   No.

11              THE WITNESS:  Can I take a break?

12              THE VIDEOGRAPHER:  Off the tape, 1:53.

13              (Recess.)

14              THE VIDEOGRAPHER:  Back on the record.

15    2:07.

16    BY MR. HERMANN:

17    Q.   Mrs. Bagga, did there ever come a time when you

18    learned that the company that your husband owned 100

19    percent of, American Merchandising, had advanced more

20    than 6 million dollars to World Apparel Products and had

21    lost that money?

22    A.   Yes.

23    Q.   When did you come to learn that?

24    A.   About two and a half years ago.  Something like

ESQUIRE DEPOSITION SERVICE

58

 1    that, two, two and a half years.

 2    Q.   How did you learn that?

 3    A.   Paul told me that when they were doing business

 4    with World Apparel, they had advanced them money and

 5    lost the money.

 6    Q.   And World Apparel had lost the money?

 7    A.   Yes.

 8    Q.   Did you ever come to learn more information about

Page 51

080703.txt

9   it than what you just told me?

10      A.   No.

11      Q.   Did you ever ask anybody else for more details

12   about what had happened?

13      A.   No.

14      Q.   Was there ever a time in your life when a

15   business that you were involved in had lost more than 6

16   million dollars?

17      A.   Can you repeat the question?

18      Q.   Is that the first time in your life that one of

19   the businesses that you or your family was involved in

20   had lost 6 million dollars?

21      A.   Yes.

22      Q.   Did you ever ask Mr. Chawla for an explanation of

23   what happened?

24      A.   No.

ESQUIRE DEPOSITION SERVICE

59

1      Q.   In the last two years, how many times have you

2   seen Ravi Chawla?

3      A.   Quite a few times.

4      Q.   More than ten?

5      A.   Yes.

6      Q.   More than 25?

7      A.   Yes.

8      Q.   Weren't you ever curious to ask him what happened

9   to the 6 million dollars?

10      A.   I was just told lost the money in business.

11      Q.   Did Ravi Chawla tell you that?

12      A.   Paul told me.

Page 52

080703.txt

13    Q.  But you never asked Ravi.

14         Is that right?

15    A.  No.  I did ask Ravi and he said it was business

16  losses, that's all.

17    Q.  When did you ask Ravi Chawla about the loss?

18    A.  I don't remember when.

19    Q.  Tell me, as best as you can recall, what you said

20  to him and what he said to you when you asked him about

21  that.

22    A.  About two years ago, I guess, when this thing

23  happened when Paul told me, and then I asked Ravi and

24  they said they have business losses.

ESQUIRE DEPOSITION SERVICE

60

1    Q.  Was that, as far as you can recall, the phrase he

2  used, business losses?

3    A.  Yes.

4    Q.  Did you ask anything further?

5    A.  No.

6    Q.  Did you ask him why they had the business losses?

7    A.  I know they had business losses.  Why business

8  losses -- I know they went out of business, they had

9  business losses.

10    Q.  What was your understanding of what the 6 plus

11  million dollars was for that had been transferred from

12  American Merchandising to World Apparel?

13    A.  I guess some business transactions that the money

14  was advanced to World Apparel, and I guess they made

15  some bad transactions.

Page 53

080703.txt

16    That's when they had the business losses.

17    Q. As you sit here today, you don't know what those

18 bad transactions were?

19    A. No.

20    Q. Even in general terms?

21    A. No.

22    Q. And you never asked anybody about it other than

23 Ravi Chawla who said they were business losses?

24    A. Yes.

ESQUIRE DEPOSITION SERVICE

61

1    Q. Did you ever ask any of the other Chawlas about

2 what happened?

3    A. No.

4    Q. Did Ravi Chawla ever say, in words or substance,

5 he will try to make it up to you?

6    A. I know Paul filed a judgment; so he said that if

7 the business -- if business picks up, they will pay it

8 back.

9    Q. Who said that to you, if anyone? Who said if the

10 business picks up, they'll pay it back?

11    A. That's what Paul said to me.

12    Q. Paul said to you that if World Apparel's business

13 picked up, World Apparel would pay back --

14    A. Yeah, if they lost the money, they would pay

15 back.

16    Q. Did World Apparel's business ever pick up?

17    A. I don't know of that. I don't think so.

18    Q. Now, you said a moment ago that your husband

19 filed a judgment.

Page 54

080703.txt

20          You mean he sued -- that he had his company sue
21  their company?
22          Is that your understanding?
23     A.  I know there was a judgment.  I don't know the
24  details.


ESQUIRE DEPOSITION SERVICE

                                                        62


1     Q.  Do you know whether American Merchandising sued
2  World Apparel for the money that was lost?
3     A.  I think that's what they did, yes.
4     Q.  And is it your understanding that World Apparel
5  didn't defend that suit and admitted that it owed the
6  money?
7     A.  I think, yeah, that money is owed to American
8  Merchandise.  That's what the lawsuit was filed for.
9     Q.  Did anyone ever tell you why World Apparel owes
10  that money to American Merchandising if those were
11  business losses?
12     A.  I know the money was lost.  That's why there was
13  a lawsuit.
14     Q.  As far as you understand, did World Apparel
15  Products do something wrong that caused it to owe the
16  money to American Merchandising?
17     A.  I don't know, no
18     Q.  Do you know whether there was a contract or loan
19  agreement that required World Apparel to pay the money
20  back to American Merchandising even if it were lost?
21     A.  I don't know that.
22     Q.  Did anyone ever tell you whether the money that
                              Page 55

080703.txt

23  was given by American Merchandising to World Apparel was

24  a loan?

ESQUIRE DEPOSITION SERVICE

63

1       A.  I don't know the detail, whether it was a loan or

2   what the nature of the transaction was.

3           I just know the money was lost in business.  I

4   don't know the details, how it was.

5       Q.  Now, if American Merchandising collected on that

6   judgment which was for more than 6 million dollars, I

7   will represent to you, that would have been money that

8   went to your family 100 percent.  Wouldn't it?

9               MS. BASKIN:  Objection as to form.

10      A.  No.

11      Q.  Didn't your husband own a hundred percent of the

12  company?

13      A.  Yeah, but it has to go back to the bank.

14      Q.  And your husband would have used part of that to

15  pay off the bank; right, if he had gotten it?

16      A.  Yes.

17      Q.  And how much was owed to the Bank?

18      A.  I don't know.

19      Q.  Wasn't the Bank owed 5 million dollars?

20      A.  Yeah, I think so.

21      Q.  Wouldn't there have been more than a million and

22  a half or 800,000 dollars left over for you if they

23  collected on that judgment?

24      A.  Yes.

080703.txt

64

1     Q.  Is it your testimony you never tried to find out
2  why it couldn't collect on that judgment?
3     A.  I just said that Paul said that when -- if they
4  get the business, they'll recover a judgment.
5        I don't know how the judgment works, how it was
6  supposed to be collected.  World Apparel is not in
7  business anymore right now; so I don't know how they're
8  doing it.
9     Q.  Do you know whether any law firm was ever hired
10  to collect that judgment?
11     A.  No, I don't.
12     Q.  Do you know whether the judgment was assigned to
13  -- to the bank that had lent the money for that
14  transaction?
15     A.  Yeah, I believe it was assigned to the bank.
16     Q.  And the entire judgment was assigned to that
17  bank.  Wasn't it?
18     A.  I don't know the details, how the entire or what
19  was ordered.  I know there was an assignment to the
20  bank.  I don't know amounts.
21     Q.  Now, do you know whether any of your personal
22  money, your family's personal money, was included among
23  the 6.8 million dollars that was advanced?
24     A.  No, I don't know.


                    ESQUIRE DEPOSITION SERVICE

65


1     Q.  If there was 1.8 million dollars that was
                        Page 57

080703.txt

2  advanced above and beyond the 5 million dollars from the
3  bank, your testimony is you don't know where that came
4  from?
5     A.  No.  I don't know the details.  I was not a part
6  of American Merchandise.
7     Q.  Did you ever talk to Ravi Chawla about the loans
8  that had been obtained from Captec?
9     A.  No.  You know what?  I just want to go back on
10  one thing.
11     Part of -- you said 6.8.  I think part of it is
12  the profits from the previous transactions.  That's how
13  it made it up to -- that's what I believe.
14     Q.  Part of the --
15     (Pertinent portion of the notes of testimony was
16  read.)
17     A.  You said 5 million was the loan and you said how
18  did the extra money.  I think part of it was the profits
19  from the previous transactions.
20     Q.  What previous transactions?
21     A.  Of American Merchandise.
22     Q.  Did American Merchandise have profits?
23     A.  Yes.  I think that's what part of it is.
24     Q.  So American Merchandise had a million, 800,000

ESQUIRE DEPOSITION SERVICE

66

1  dollars in profits?
2     A.  I said a part.  I didn't say all of it.
3     Q.  I'm sorry.  Go ahead.  Complete your answer.
4     A.  I think a part of it would be the profits from
5  the previous transactions.  I don't know the details.  I
Page 58

080703.txt

6    was not a part of American Merchandise.

7        Q.  Did you ever see any paperwork that documented

8    this loan advance -- did you ever see any paperwork that

9    documented this advance of funds by American Merchandise

10   to World Apparel?

11       A.  No.

12       Q.  Did you ever ask whether there was any paperwork

13   for it?

14       A.  No.

15       Q.  Did you ever play any role in connection with the

16   banking or financial work that was involved in actually

17   making a transfer of 6.8 million dollars?

18       A.  No.

19       Q.  Did you ever notice whether any of the financial

20   records of American Merchandise or any of the other

21   Bagga family companies reflected that transfer?

22       A.  No.

23       Q.  Did you have any role whatsoever in connection

24   with obtaining the loan from First International Bank or

ESQUIRE DEPOSITION SERVICE

67

1    Export/Import Bank for that 5 million dollars?

2        A.  No.

3        Q.  Did you ever have any dealings with anybody from

4    that bank or banks?

5        A.  No.

6        Q.  Is World Apparel Products, as far as you know,

7    out of business today?

8        A.  Yes.

Page 59

080703.txt

9     Q.  Has any of the Chawlas, Ravi Chawla or any of the

10    others, ever said to you that somehow they'll try to

11    make it up to you since World Apparel has gone out of

12    business?

13    A.  They said they're trying to get back into the

14    business, and they would pay it back if and when the

15    business is back.

16    Q.  Who said that to you?

17    A.  Ravi Chawla.

18    Q.  He said to you that, if I'm paraphrasing

19    incorrectly, tell me, that they would like to get back

20    into that kind of business and, if they did, they would

21    try to make it up to you?

22    A.  They would pay it back, yes.

23    Q.  Did Ravi Chawla ever tell you what efforts First

24    International Bank had made to collect from them on the

ESQUIRE DEPOSITION SERVICE

                                                        68


1     judgment?

2     A.  No.

3     Q.  Did you ever ask him about that?

4     A.  No.

5     Q.  Are you in the clothing distribution business

6     today?

7     A.  No.

8     Q.  Are you in any kind of clothing business today?

9     A.  We are in -- we are trying to develop some home

10    furnishing business.

11    Q.  I just want to read something from the transcript

12    of your deposition.  This is on page 73 going over to

Page 60

080703.txt

13  page 74.

14      "Are there any other businesses you go to?

15      Answer:  Yes.

16      Question:  What's that?

17      Answer:  I work on various transactions for

18  clothing distributions.

19      And I asked you, what that meant and you say, "I

20  worked on transactions for supplying goods to different

21  stores," and then on page 75 you said, "I work for

22  myself, some friends and family."

23      Is that something you do currently?

24   A.  Yeah, that's what I'm saying.  We're trying to


                    ESQUIRE DEPOSITION SERVICE

                                                          69


1  develop some home furnishing and home furnishing is made

2  out of clothing, pillows, throws.

3   Q.  I see.  Do you have a store?

4   A.  No.

5   Q.  So when you said you worked for friends and

6  family, who do you work for?

7   A.  I don't work for friends and family, with friends

8  and family.

9   Q.  You were working with friends and family.

10     Is that correct?

11  A.  Yes.

12  Q.  And who were the friends and family you work

13  with?

14  A.  We're trying to develop this home furnishing

15  business from India.  I said I have friends and family

                        Page 61

080703.txt

16  who are in this line.  That's what we're trying to

17  develop here.

18      Q.  My question was who are the friends and family

19  who are working with you?

20      A.  My friends that own companies in India who are in

21  the home furnishing business right now.

22      Q.  Are these people supplying you with goods?

23      A.  Nobody is supplying me anything.  We're trying to

24  develop this business and when it develops, then they

ESQUIRE DEPOSITION SERVICE

70

1  will supply me.

2      Q.  Have you obtained any financial backing for this

3  business in this country?

4      A.  I don't have any orders.  We're trying to develop

5  it and, once it's there orders, then we'll get the

6  financial backing.

7      Q.  And there's no company you've set up to do this

8  yet.

9          Is that correct?

10      A.  Right now, I don't have any company.

11      Q.  You spoke last time about Brand Trade.

12          Is that correct?

13      A.  Yes.

14      Q.  What's the relationship of Brand Trade to

15  American Merchandising?  Or what was it?

16      A.  I don't think there's any relationship to

17  American Merchandise.  There's no relationship to

18  American Merchandise, from what I know.

19      Q.  I think you testified Brand Trade trades brand

Page 62

080703.txt

20    name clothing in the United States and overseas.

21        Is that correct?

22    A.   Uh-huh.

23    Q.   Does it still exist?

24    A.   Yes.


ESQUIRE DEPOSITION SERVICE

71


1    Q.   And when was it started?

2    A.   I don't know exact time when it started.  Couple

3    of years ago.

4    Q.   After you closed the Sunshine Blues' stores?

5    A.   Yes.

6    Q.   And what's your role in that?

7    A.   Tried to get business, get any orders, any

8    transactions.

9    Q.   Get orders to do what?

10    A.   To do business.

11    Q.   What kind of business?

12    A.   We're trying to, like I said, trying to develop

13    home furnishings.  If we do get any orders, might do it

14    with Brand Trade.

15    Q.   Does it currently do any business, Brand Trade?

16    A.   I don't know if currently doing any transactions,

17    no.

18    Q.   Who owns the company?

19    A.   Paul Bagga.

20    Q.   Does he own it all?

21    A.   Pardon?

22    Q.   Does he own it 100 percent?

Page 63

080703.txt

23    A.  Yeah, I think so.

24    Q.  Is there anybody who manages that business?

ESQUIRE DEPOSITION SERVICE

72

1    A.  He does.

2    Q.  Do you know of any transactions that Brand Trade

3    has done in the past?  It's bought something and sold

4    something?  Something that of nature?

5    A.  I don't know the details.

6    Q.  How do you even know it exists?

7    A.  I just know it's there because I saw any

8    business, if we get any transactions, we can do it with

9    Brand Trade, so that's why I know the company is there.

10    Q.  If you get any business of what sort you could do

11    it with Brand Trade?

12    A.  If we get any orders, we're trying to develop the

13    home furnishing, if I get any orders, then we can do it

14    on the Brand Trade Company.

15    Q.  Did you ever write any checks to Brand Trade?

16    A.  Hum?

17    Q.  Did you ever write any checks to Brand Trade?

18    A.  Might have signed something, checks.

19        MR. KIDD:  He asked did you write any checks

20    to Brand Trade.

21    A.  No, I don't remember.

22    Q.  Do you remember writing one in May, on May 12th,

23    for 8800 dollars from your checking account?

24    A.  I don't remember.

ESQUIRE DEPOSITION SERVICE
Page 64

080703.txt

1    Q.  Do you have any idea why you might have written a

2  check for 8800 dollars to Brand Trade on May 12th of

3  2003?

4    A.  No, I don't.

5    Q.  Do you recall owing Brand Trade any money for

6  anything?

7    A.  No.

8    Q.  Are there any other businesses you are involved

9  in with the Chawlas other than the ones I've asked you

10  about and you've told me about today and the last time?

11    A.  No.

12    Q.  Is your husband doing a real estate deal with the

13  Chawlas at the moment?

14    A.  I don't know.

15    Q.  Do you know whether your husband and the Chawlas

16  are bidding on certain properties in connection with the

17  bankruptcy court in Philadelphia at the moment,

18  together?

19    A.  I don't know.

20    Q.  Do you know whether you, your husband and the

21  Chawlas have tried to buy properties at bankruptcy

22  auctions together at any time in the past?

23    A.  No, I don't think so.

24    Q.  Do you have any concern about losing any more

ESQUIRE DEPOSITION SERVICE

1  money with the Chawlas?

080703.txt

2    A.  I don't understand your question.

3    Q.  Do you have any concern about going forward with

4  any other business ventures with the Chawlas in light of

5  the losses on the American Merchandising transaction

6  with the World Apparel Products?

7    A.  I don't have any business with them right now.

8    Q.  You trust them as business people?

9    A.  Yes.

10    Q.  Do you know whether your husband had a dispute

11  with a man named Dave Bhasin, B-H-A-S-I-N, I think,

12  before the break-up of their relationship?

13    A.  I know Dave Bhasin was his partner and they

14  split.

15    Q.  Do you know why?

16    A.  They decided to go their own ways.

17    Q.  Did you ever hear from Dave Bhasin, why he

18  decided to go his own way?

19    A.  No.

20    Q.  Did anyone ever tell you that Dave Bhasin thought

21  your husband was skimming cash from the business?

22    A.  Pardon?

23       (Pertinent portion of the transcript was read by

24  the court reporter.)


ESQUIRE DEPOSITION SERVICE

75


1    A.  No.

2    Q.  Do you know what skimming cash is?

3    A.  Yes.

4    Q.  Were they in the franchise business together,

5  Dave Bhasin and your husband?

Page 66

080703.txt

6     A.  They were in the Arby's business together.

7     Q.  You never heard them have a disagreement about

8  this issue of whether your husband was taking cash from

9  the business and not telling him about it?

10     A.  I don't understand how you take cash out from

11  business, you know, the restaurant, the managers deposit

12  the money.  I don't understand how you take the cash

13  out.

14     Q.  Suppose the managers don't deposit the money?

15     A.  That's what they're supposed to do.  Paul does

16  not work in the restaurants.

17     Q.  Did you ever make cash deposits in excess of 500

18  dollars?

19     A.  Where?

20     Q.  Anywhere.

21     A.  Yeah.

22     Q.  Where have you made those deposits?

23     A.  In the bank account.

24     Q.  How many bank accounts are we talking about?


ESQUIRE DEPOSITION SERVICE

76

1     A.  What do you mean how many?

2     Q.  Tell me the names of the banks in which you have

3  deposited more than 500 dollars in cash in the last

4  three years.

5     A.  Personal account.

6     Q.  How about business accounts?

7     A.  Yeah.

8     Q.  Which ones?

Page 67

080703.txt

9    A.  United, Bagga, Welcome.

10    Q.  Have you ever directed anybody else to make bank

11   deposits of cash in excess of 500 dollars?

12    A.  Yes.

13    Q.  Who did you direct to do that?

14    A.  Paul.

15    Q.  Now, these accounts, United, Bagga, Welcome, what

16   banks were they in?

17    A.  Sovereign, PNC, Commerce, Citizens.

18    Q.  Where did the cash come from?

19    A.  That was deposited?

20    Q.  Yes.

21    A.  Transfer money from one account to the other.

22    Q.  I'm asking about cash deposits.  Where did the

23   cash come from?

24    A.  Took the cash from one account to deposit into

ESQUIRE DEPOSITION SERVICE

77

1   the other account.

2        If one account needed the money, they needed,

3   short of cash; so took the cash out of one account and

4   put it into the other account with another bank.

5    Q.  And that's the only times you deposited cash in

6   accounts, when you would literally take cash out of one

7   account and put cash in another account?

8    A.  Yes.  Usually.

9    Q.  So you didn't make any deposits of cash that came

10   from an outside source and put that in one of those

11   accounts?

12    A.  I don't remember, no.

Page 68

080703.txt

13    Q.  So the records of the businesses will reflect a

14  cash withdrawal from one account and a cash deposit in

15  another account at approximately the same time, if

16  they're correct?

17    A.  Yes, they should.

18    Q.  Did Paul Bagga ever give you cash to deposit in

19  one of the business accounts?

20    A.  Yeah, he might have some times.

21    Q.  Did he?

22    A.  I don't remember.  I'm sure.  Whoever was going

23  to the bank takes the bank deposits.  If I'm going to

24  the bank, he would give me the money to deposit.

ESQUIRE DEPOSITION SERVICE

78

1    Q.  Did he ever give you cash to deposit into your

2  personal accounts?

3    A.  No, I don't remember that.

4    Q.  Never.

5        Is that right?

6    A.  I don't remember him giving me cash to deposit

7  into my account.

8    Q.  To your knowledge, did he ever deposit cash in

9  amounts exceeding 500 dollars in one of your personal

10  accounts?

11    A.  He might have.  I don't know.  I don't remember.

12    Q.  What makes you think he might have?

13    A.  Sometimes if I need the money in my account, I

14  could tell him I need money, he will deposit it in the

15  account.

Page 69

080703.txt

16    I don't know if he's depositing cash or check or

17  transfer.  I don't know how he would do that.

18    Q.  Did you ever read the bank statements of your

19  personal accounts?

20    A.  It says deposit.  I don't know how it comes as

21  cash or check.  I don't know.

22    Q.  You don't know whether it indicates whether it's

23  a cash deposit or a check?

24    A.  I'm sure it indicates it, but I don't look.  I

ESQUIRE DEPOSITION SERVICE

79

1  just see the deposit.

2    Q.  When you deposit money in one of your personal

3  accounts, do you get a deposit ticket, a receipt?

4    A.  Yes.

5    Q.  Doesn't that indicate whether it's cash or a

6  check?

7    A.  Yeah, I guess it would.

8    Q.  Do you ever review those tickets?  withdrawn.

9      Does Paul give you those tickets?

10    A.  No.

11    Q.  Do you know what he does with them?

12    A.  No.

13    Q.  Do you ever pay contractors or vendors in cash?

14    A.  What kind of contractor?

15    Q.  Any kind of business or personal contractor,

16  someone who paints your house, someone who fixes your

17  computers in the office.   Anybody.

18      Did you ever pay people in cash?

19    A.  I don't understand.  Sometimes in Arby's, had to
                    Page 70

080703.txt

20    pay cash to some of the vendors.

21        Q.  I'm asking about you personally.

22        A.  Cash to like what?  Somebody cleans my car,

23    somebody cleans my house, I will pay them cash, yes.

24        Q.  Amounts in excess of 500 dollars.

ESQUIRE DEPOSITION SERVICE

80

1        A.  I don't remember.

2        Q.  Do you ever buy items for more than 500 dollars

3    for cash?

4        A.  No, not really.

5        Q.  Did you ever hear any discussion about employees

6    skimming cash at the Scranton or Wilks Barre stores?

7        A.  I know there was a theft problem I had heard once

8    in the Scranton area at one of the stores.

9        Q.  What did you hear about the theft problem in the

10   Scranton area?

11       A.  Just heard there was some cash theft problem in

12   the store.  That's all I know.

13       Q.  Who told you that?

14       A.  Paul.

15       Q.  Did you ever ask for any more information about

16   it?

17       A.  No.

18       Q.  Did you ever find out who the employee or

19   employees were who were involved in theft?

20       A.  No.

21       Q.  Do you know who Scott Sheridan is?

22       A.  No.

Page 71

080703.txt
```
23    Q.  Do you know who will Hutchins is?

24    A.  No.
```

ESQUIRE DEPOSITION SERVICE

81

```
 1      Q.  Did your husband, as far as you know, make a

 2    practice of driving around to the stores in Wilks Barre

 3    and Scranton every week or more frequently?

 4      A.  He used to go sometimes.

 5      Q.  Did he sometimes drive around in a baseball cap?

 6      A.  He may have.  Yes.

 7      Q.  Have you ever seen him drive around in a baseball

 8    cap?

 9      A.  Yes.

10      Q.  Do you know whether he drove to the stores

11    sometimes with a baseball cap?

12      A.  He might have.

13      Q.  Did he ever come back from any of his trips to

14    the stores with cash in hand, as far as you know, that

15    he had picked up at the stores?

16      A.  No, I don't know.

17      Q.  How many cars does your family have?

18      A.  Four.

19      Q.  Do you have a BMW?

20      A.  Yes.

21      Q.  Does your husband sometimes use that BMW to visit

22    stores in Scranton and wilkes Barre?

23      A.  Yes.

24      Q.  What other cars do you have?
```

ESQUIRE DEPOSITION SERVICE
Page 72

080703.txt

1    A.   A Jeep and an Acura.

2    Q.   What's the forth one?

3    A.   BMW.

4    Q.   Two BMWs?

5    A.   Yes.

6    Q.   Do you have a safe in your home?

7    A.   Yes.

8    Q.   Did your husband sometimes go to the safe when he

9    came home from one of his trips to the stores?

10   A.   No.

11   Q.   Does your family keep cash in the safe?

12   A.   No.

13   Q.   Who owns those cars that you just told me about a

14   moment ago?  Are those leased cars or cars you own?

15   A.   They're leased.

16   Q.   All of them?

17   A.   I think everything, except the Jeep is not

18   leased; I think.

19   Q.   Did you ever personally deposit cash in any First

20   National City accounts?

21   A.   First National -- what account?

22   Q.   First National City Bank.

23   A.   Where is that?

24   Q.   You're not familiar with any account there?

ESQUIRE DEPOSITION SERVICE

1    A.   First National City Bank?

080703.txt

2    Q.  Yes.

3    A.  I don't remember.

4    Q.  Did you ever hear your husband discuss large cash

5  deposits with Norman Cahan?

6    A.  Pardon me?  I'm sorry, I didn't hear that.  Can

7  you repeat that?

8         (Pertinent portion of the notes of testimony was

9  read.)

10    A.  No.

11         MR. KIDD:  I'm sorry, did you say large cash

12  deposits with Norman Cahan or discussed with him?

13         MR. HERMANN:  Discussed with him.

14         MR. KIDD:  Thank you.

15         THE VIDEOGRAPHER:  Back on the record.  The

16  time is 3:05.

17  BY MR. HERMANN:

18    Q.  Mrs. Bagga, do you know who Gene Pittack is?

19    A.  Yes, he works in the office.

20    Q.  In which office?

21    A.  714 Bethlehem Pike.

22    Q.  What does he do?

23    A.  He is in Arby's operations.

24    Q.  And when you're in the office, do you ever have

ESQUIRE DEPOSITION SERVICE

84

1  any dealings with him?

2    A.  No, not really.

3    Q.  How long has he worked for the company?

4    A.  Few years, four, five years, I think.

5    Q.  And does he manage some of the stores?

Page 74

080703.txt

6      A.  He is the operations manager.

7      Q.  When you're in the office, is your desk near his?

8      A.  No.

9      Q.  Does he deal with the managers and employees at

10     the various stores?

11     A.  All I know is he is in the operations.  I don't

12     know what he does.

13     Q.  Did you ever hear any complaints from any

14     employees about Gene Pittack?

15     A.  I'm not involved with operations.  I don't know.

16     Q.  Does that mean no, you never heard any complaints

17     about him?

18     A.  No.

19     Q.  Did you ever hear any employees say that they had

20     been directed by Gene Pittack to take 500 dollars a day

21     in revenues and put it in a bag and keep it there for

22     Paul Bagga when he comes around?

23     A.  No.

24     Q.  What color is the Jeep?


ESQUIRE DEPOSITION SERVICE

85


1      A.  Burgundy red.

2      Q.  Does your husband get a paycheck?

3      A.  Yes.

4      Q.  From what company or companies?

5      A.  I don't know which company.  I think Welcome

6      Group.

7      Q.  Is he currently getting a paycheck from Welcome

8      Group?

Page 75

080703.txt

9   A.  I think so.  I haven't seen his paycheck.

10   Q.  Does he deposit his own paycheck?

11   A.  Yeah, I think so.

12   Q.  Does he ever give the paycheck to you to deposit?

13   A.  No.

14   Q.  Does he deposit it in your family checking

15  account?

16   A.  Yeah, he might have.

17   Q.  Do you know if he ever deposits it anywhere else?

18   A.  Deposits it into the checking account.

19   Q.  Does he get paid the same amount regularly by

20  Welcome Group?

21   A.  Yeah, I think so.

22   Q.  Is there any other payment to your husband that

23  gets deposited regularly in your checking account?

24   A.  No.


ESQUIRE DEPOSITION SERVICE

86


1    Q.  Do you get any payments from any company that get

2  deposited into your checking account?

3   A.  Yes.

4   Q.  What company?

5   A.  It used to be from United.  Now that United is

6  not, I think it's called Welcome now.

7   Q.  Not 21st Century Restaurant Solutions?

8   A.  Yes, 21st Century Restaurant Solutions, probably.

9   Q.  Now, you told us last time about a 40,000 dollar

10  loan that you had made to one of the family companies.

11      Do you recall that?

12   A.  Um-hum

Page 76

080703.txt

13    Q.  Have you made any other loans to any Bagga

14  family-related businesses in the last five years,

15  personally?

16    A.  Yes, I might have.

17    Q.  Do you remember any?

18    A.  I don't remember but I know I have made deposits,

19  loans into the accounts.

20    Q.  To which companies?

21    A.  I don't remember which company; could be United,

22  Welcome.

23    Q.  And would those loans be reflected in your

24  checkbook?  That is to say, did you make the loan in the

ESQUIRE DEPOSITION SERVICE

87

1  form of a check?

2    A.  Yes.

3    Q.  Did you make loans in any other form?  Cash,

4  let's say?

5    A.  Yeah.  It would be a check.  Like we went through

6  last time, if it's the same back, they would transfer it

7  as cash.  You asked me last time; they would transfer it

8  from my account to the business account and they put it

9  in as cash because it's in the same bank.

10    Q.  So you wouldn't actually physically write a

11  check; you would ask the bank to transfer money from one

12  -- from your personal account to one of the business

13  accounts?

14    A.  Yes.  If you do that, then it would show as cash.

15    Q.  Is that what you did, is what I'm asking you?

080703.txt

16    A.  Sometimes I might have done, yeah.

17    Q.  And sometimes you might have written a check

18  also?

19    A.  Yes.

20    Q.  Do you remember doing each of those things in

21  connection with loans made to businesses?

22    A.  Yes.

23    Q.  How did you keep track of what loans you made to

24  the businesses?

ESQUIRE DEPOSITION SERVICE

88

1    A.  It shows up in the statement.

2    Q.  It shows up in what statement?

3    A.  In the bank statement.

4    Q.  The bank statement for the business that you lent

5  the money to?

6    A.  No, in the business, it would come in the P and

7  L, in the balance sheet, it would show that it was a

8  loan from me.

9        But if it's a personal account, if it's -- if I

10  transfer a check, it would say it.

11    Q.  What I'm asking is, apart from the, either the

12  check that you wrote or the movement of funds from one

13  bank account to another, would there be any other piece

14  of paper that would show that this was a loan by you to

15  one of the businesses?

16    A.  I'm saying it will show -- if I made a loan to

17  United, it would show in the United books.  When they

18  make the deposit, if it's a loan, it would show that

19  it's a loan from me.

Page 78

080703.txt

20    Q.  But you would have had to tell somebody that

21  there was a loan that was made by you to United, let's

22  say?

23    A.  Yes.

24    Q.  And is that what you did in each case?

ESQUIRE DEPOSITION SERVICE

89

1    A.  Yes.  They had to make an entry.  They can't just

2  write the money came in.  They had to write from there.

3    Q.  Who would you tell when you made such a loan?

4    A.  Whoever is working in the office doing entries.

5    Q.  Do you know the name of that person or persons?

6    A.  Khalid.

7    Q.  That's the same Khalid you told us about last

8  time?

9    A.  Yes.

10    Q.  Is that K-H-A-L-I-D?

11    A.  Yes.

12    Q.  And you don't remember that person's last name;

13  right?

14    A.  No.

15    Q.  And who else?

16    A.  Basically, him.

17    Q.  And does he still work for the company?

18    A.  Yes.

19    Q.  If I can summarize what you just said.  Tell me

20  if it's an accurate summary.

21        When you made a loan to one of the companies, you

22  would transfer money either in the form of an

Page 79

080703.txt

23    inter-account transfer or in the form of a check and you

24    would tell Khalid to record it as a loan from you?

ESQUIRE DEPOSITION SERVICE

90

1      A.  Yes.

2      Q.  And it would then show up on the books of United?

3      A.  Yes.

4      Q.  And did you get repaid on those loans?

5      A.  Some of it, yes.

6      Q.  Are some of the loans unpaid still?

7      A.  Yes.

8      Q.  And how much in total did you lend to the family

9    businesses in this matter?

10            MS. BASKIN:  Objection to form.

11     A.  I don't remember the exact amount.

12     Q.  Approximately.

13     A.  I don't know the amounts.  It should show up in

14   the tax returns and the company P and Ls.

15     Q.  Do you have any idea at this point how much is

16   owed to you from those loans?

17     A.  No.

18     Q.  If you were going to find out how much you had

19   advanced and had not been repaid, what would you do?

20     A.  I would look on the company P and Ls.

21     Q.  And you would look at United or any other

22   company?  For United.

23     A.  Right now, I would look at 21st Century.

24     Q.  As the successor to United?

080703.txt

1    A.  Yes.

2    Q.  And you haven't, in fact, looked at the P and Ls

3  of that?

4    A.  No.

5    Q.  Or the balance sheet?

6    A.  No.

7    Q.  On how many occasions do you think you've made

8  such loan advances?

9    A.  Several occasions.  I don't remember exactly how

10  much and how many times.

11    Q.  Over what course of time?

12    A.  Last few years.

13    Q.  Now, there had been times also when you took

14  money out in repayment of those loans.

15        Is that correct?

16    A.  Yes.

17    Q.  And what process did you go through?  Did you

18  tell Khalid?

19    A.  To write a check.  That's what we went through

20  last time when he showed me the check, and I showed you

21  it was part of payment back from the 40,000, the 13 and

22  a half thousand that I took back, and the rest, 27 and a

23  half thousand, is still owed to me and I have not taken

24  it back; and I cannot take it back now because, since

ESQUIRE DEPOSITION SERVICE

1  the bankruptcy started, I've not taken any money out.

080703.txt

2    Q.  So the same process applied to any other loans

3  that you made, that if you were going to be repaid, you

4  would go to Khalid and say, issue a check?

5    A.  Yes, I would get a check, yes.

6    Q.  When you did that, did you -- that is to say,

7  when you went to Khalid to ask him to write a check to

8  repay you, did he have to get an approval from anybody?

9    A.  No.

10    Q.  When you did it -- your request to him to write

11  the check to repay, was that something you just said to

12  him or did you write a memo about it?

13    A.  I just said it to him.

14    Q.  Did he ever say to you that there were no funds

15  to repay you when you were looking to be repaid?

16    A.  I wouldn't ask for the check if there were no

17  funds in the account.

18    Q.  So you knew already that there would be

19  sufficient funds?

20    A.  Yes.  The same way I knew when there was no funds

21  I put the money in because there were no funds in the

22  account.  That's why I put the money in, to take it out

23  when the funds were there for a temporary loan.  It

24  would not become permanent.

ESQUIRE DEPOSITION SERVICE

93

1    Q.  Did you ever discuss with Khalid how he should

2  describe the repayment of the loan to you?

3    A.  I told him when he -- when I put the money in, it

4  goes in as a loan from me.

5    And when I tell him to write the check, it's

Page 82

080703.txt

6  against that loan.  He writes it, loan repayment against

7  the loan.

8      Q.  And he makes that notation on the check?

9      A.  Yes.

10     Q.  Now, when he would make a repayment of the loan

11  to you, it would be in the form of a check on each

12  occasion; right?

13     A.  Yes.

14     Q.  And what would you do with that check?

15     A.  Either deposit it into my account or cash it.

16     Q.  Do you recall ever cashing it for actual -- for

17  cash?

18     A.  Pardon?

19     Q.  Do you recall ever cashing one of those checks

20  for cash?

21     A.  Yes.  If I needed the money, I might have cashed

22  it, yes.

23     Q.  Do you recall the amounts of any of these

24  repayments?  You told me 13,500 dollars, I think, last

ESQUIRE DEPOSITION SERVICE

94

1  time with regard to the 40,000.

2      A.  That's what you showed me the check, and I said

3  it was payment, yes.

4      Q.  Do you recall the amounts of any other repayment

5  checks?

6      A.  No.

7      Q.  Did you transfer 362,000 dollars on March 31 of

8  this year from the Commerce Bank into your checking

Page 83

080703.txt

9  account?

10    A.  I transferred it from the Commerce Bank savings

11  account into another savings account, not into a

12  checking account.

13    Q.  You transferred into your personal savings

14  account?

15    A.  I had a personal savings account in Commerce

16  Bank; and then when the fiasco with Prudential happened,

17  they attached my personal account at Commerce Bank

18  because of the business account was at Commerce Bank, so

19  that's why I was upset with Commerce Bank for taking my

20  -- you remember that -- and that's why I moved my

21  account out of Commerce Bank because they had no right

22  to take my personal account.

23    Q.  So the account at Commerce Bank, was your own?

24    A.  It was my personal savings account.


ESQUIRE DEPOSITION SERVICE

⬜                                                        95


1    Q.  And you moved it into what account?

2    A.  Into a savings account into First Union Bank.

3    Q.  How long had you had that 362,000 dollars in your

4  savings account at Commerce Bank?

5    A.  Pardon?

6        (Pertinent portion was read by the court

7  reporter.)

8    A.  Since I had the account at Commerce Bank.

9    Q.  How long is that?

10    A.  I don't know the exact dates.

11    Q.  Is it several years we're talking about?

12    A.  No, not several years.

Page 84

080703.txt

13    Q.  Can you approximate how long you had that account

14    there?

15    A.  I don't know.  Maybe two years.  I don't know the

16    exact amount of time, how long.

17    Q.  Where did the 362,000 dollars come from?

18    A.  I had the money.

19    Q.  Where did you get the money from?  Was that

20    salary for you?

21    A.  What?

22    Q.  Was that some salary you had?

23    A.  No.  I don't remember exactly where.

24    Q.  Did you deposit it as a lump sum at some point?

ESQUIRE DEPOSITION SERVICE

96

1    A.  Yes.

2    Q.  Where did it come from before it was at Commerce

3    Bank?

4    A.  I don't remember.

5    Q.  As I understood your testimony, you were upset

6    that Commerce Bank had done something with your funds

7    and that's why you moved the account out of there?

8    A.  They had seized my account.  That's why I moved

9    it out.

10    Q.  Which account did they seize?

11    A.  My personal savings account.

12    Q.  They had seized the account with the 362,000

13    dollars in it?

14    A.  Yes.

15    Q.  How were you able to move it then?

080703.txt

16    A.  They released it.

17         MS. BASKIN:  If I may interject, this was a

18    subject of some legal proceeding where some bank --

19    maybe it was Captec -- had a judgment.

20         THE WITNESS:  Prudential.

21         MS. BASKIN:  Prudential, and they froze

22    corporate bank accounts, inappropriately froze Mrs.

23    Bagga's personal account.

24         We had Blank, Rome on the phone, and we had

ESQUIRE DEPOSITION SERVICE

97

1    a lawyer from another firm on the phone who, within 24

2    hours, admitted that it was an improper seizure of her

3    bank accounts and they unfroze her bank account.

4         I don't remember the details, but I remember

5    I was involved in the telephone conversations when this

6    occurred.

7    BY MR. HERMANN:

8    Q.  Is that correct, Mrs. Bagga, as far as you know?

9    A.  Yes.

10   Q.  As you sit here today, what's your best

11   explanation of where that 362 thousand dollars came

12   from?

13   A.  I don't remember the exact details, but part of

14   it was a check that I got from the insurance company.

15   We had a water damage in the house, and the contractors

16   were still working on it.

17        We got paid by the insurance company, but I

18   deposited the check into my savings account, and then I

19   paid them later on when they finished the work.

Page 86

080703.txt

20    Q.  And the insurance company paid you 362 thousand

21  dollars more than you owed the contractor for the work?

22    A.  I wrote the contractors after the check.  The

23  insurance company paid me the check.  The contractors I

24  paid them recently.


ESQUIRE DEPOSITION SERVICE

98


1    Q.  How much did you pay the contractors?

2    A.  100 and some thousand.  I said part of the

3  300,000 came from there.

4    Q.  Where did the rest of it come from?

5    A.  I don't remember that.  You know what I think?

6  Part of it came from the refinancing.

7        I don't know who -- were you there at the

8  refinancing or -- I don't remember.  We refinanced the

9  house, and we got back some money.  I think part of it

10  probably came from there.

11    Q.  But you're not sure?

12    A.  I don't remember.  I think part of it probably

13  came from there.

14    Q.  Do you have an account at MBNA?

15    A.  MBNA?

16    Q.  Yes.

17    A.  It's a credit card.

18    Q.  Did you transfer money to your personal checking

19  account from an MBNA account in April of this year?

20    A.  I transferred from MBNA -- I have a credit card

21  from them, and they had an offer for six months, no

22  interest, and so I took the money.

Page 87

080703.txt

23    Q.  23,000 dollars?

24    A.  Yes.

ESQUIRE DEPOSITION SERVICE

99

1    Q.  Was there a particular use you had for that

2    23,000 dollars at the time?

3    A.  I needed to pay my expenses and this was a no

4    interest loan so I thought I could use it for six

5    months, so I transferred the money, the check into my

6    account.

7    Q.  That hasn't been repaid yet?

8    A.  No.

9    Q.  Who's Johnny Dang, D-A-N-G?

10    A.  He's my landscaper.

11    Q.  You paid him approximately 9,000 dollars in May

12    of 2003?

13    A.  Uh-huh.

14    Q.  Had he done some landscaping work at your house?

15    A.  He put some trees in the back.

16    Q.  Do you have an account at a Philadelphia private

17    bank?

18    A.  It's a trust account for my children.

19    Q.  Is that a Sansom Street account?

20    A.  Pardon?

21    Q.  Is that an account called Sansom, S-A-N-S-O-M,

22    Street?

23    A.  No.

24    Q.  If you made a notation on a check, a 35 hundred

ESQUIRE DEPOSITION SERVICE
Page 88

080703.txt

100

1    dollar check that it was for Sansom Street, does that

2    mean anything to you?

3        A.  3500 dollars?  Yes, it was -- it applied for a

4    loan there, and I think it was a loan processing fee.

5        Q.  Have you ever had any discussions with anybody

6    about moving Arby's restaurant equipment from

7    Pennsylvania to text?

8        A.  No.

9        Q.  Have you ever written any checks to anybody for

10   that purpose?

11       A.  No.

12       Q.  Have you ever had any discussions with anybody

13   about replacing the computers in the Pennsylvania

14   stores, the Pennsylvania Arby stores, with older

15   computers?

16       A.  No.

17       Q.  Have you ever had any role in selling the

18   computers that are used as cash registers in the stores?

19       A.  No.

20       Q.  Have you talked to Ravi Chawla since June 17th,

21   the last time you were asked questions at a deposition

22   by me in this case?

23       A.  Talked to him about what?

24       Q.  About anything.


                    ESQUIRE DEPOSITION SERVICE

                                                        101


1        A.  Yeah, I talked to him.

                    Page 89

080703.txt

2    Q.  How often?

3    A.  I don't know how often.

4    Q.  Several times?

5    A.  Yes.

6    Q.  Have you seen him?

7    A.  Yes.

8    Q.  Have you been out with him socially?

9    A.  Yes.

10   Q.  Just the two of you?

11   A.  Yes.

12   Q.  Do you recall being asked last time about loans

13   from HB Properties to Welcome Group when I asked you

14   some questions about that?

15   A.  Yes.

16   Q.  Did you ask Mr. Chawla, since you gave that

17   testimony, any more details about the terms of those

18   loans?

19   A.  No.

20   Q.  I also asked you questions about loans from Sant

21   Properties to Welcome Group?

22   A.  Yes.

23   Q.  Did you ask Mr. Chawla for any more details about

24   those loans that you couldn't fill in at the time?

ESQUIRE DEPOSITION SERVICE

102

1    A.  No.

2    Q.  Did you ask any questions about the transactions

3    between World Apparel and American Merchandising about

4    the overseas shipment of goods?

5    A.  No.

Page 90

080703.txt

6     Q.  Do you know whether Norm Cahan is the accountant
7  for the Chawlas?
8     A.  Pardon?
9     Q.  Do you know whether Norm Cahan is the accountant
10  for the Chawlas?
11     A.  I don't know.
12     Q.  Did you show Mr. Chawla a copy of your deposition
13  transcript?
14     A.  No.
15     Q.  Do you know whether he read a copy?
16     A.  No.
17     Q.  Are you familiar with the Quickbooks files of the
18  various companies that you and your husband are involved
19  in?
20     A.  I know there are Quickbook files.  I don't know
21  much about that.
22     Q.  Do you play or have you ever played any role in
23  maintaining those files?
24     A.  No.

ESQUIRE DEPOSITION SERVICE

103

1     Q.  Who does?
2     A.  Office does it.
3     Q.  Who in the office does?
4     A.  Khalid.
5     Q.  And -- withdrawn.
6         I asked you last time about some of the various
7  business entities your family has been involved in,
8  companies and partnerships.

Page 91

080703.txt

9          I want to ask you about a couple more.

10     A.  Okay.

11     Q.  See if you know.

12          Did you ever hear of Fast Track Pizza?

13     A.  Yes.

14     Q.  What does that do?

15     A.  It used to be a pizza place.  I don't think it's

16   there anymore.

17     Q.  Where was it?

18     A.  At the 30th Street -- at the train station.

19     Q.  How about Green Castle Restaurants?

20     A.  Yes.

21     Q.  What was that?  Does that still exist?

22     A.  There's an Arby's in Green Castle, so I imagine

23   it's probably that.

24     Q.  How about Mohebac Real Estate, M-O-H-E-B-A-C.  I

ESQUIRE DEPOSITION SERVICE

104

1   don't know if the I'm pronouncing it correctly.

2     A.  Uh-huh.

3     Q.  What is that?

4     A.  It's a real estate company.

5     Q.  What does it do?

6     A.  I don't know exactly what it does.

7     Q.  Ever hear of a company called Passage to India?

8     A.  Yes.

9     Q.  What does that do?

10     A.  It used to own a restaurant downtown, Passage to

11   India.

12     Q.  Does it exist anymore?

Page 92

080703.txt

13  A.  The restaurant exists, yes.

14  Q.  Does your family have any ownership interest in

15  that at this point?

16  A.  No.

17  Q.  Do you know who owns it?

18  A.  Right now, I don't remember the name of the

19  person.

20  Q.  Did you ever hear of a company called PEPS

21  Incorporated?

22  A.  P-E -- no.  PEPS.  You know, I think it's one of

23  the companies that Paul was trying to do some education

24  projects.

ESQUIRE DEPOSITION SERVICE

105

1   I think it had something to do with that.

2  Q.  What kind of education projects is he doing?

3  A.  He was thinking of doing something.  I think it

4  had something to do with the school project, something.

5  Q.  Is that all you know?

6  A.  Yes.

7  Q.  Did you ever hear of a company called Rapture

8  Trading?

9  A.  Yes.

10  Q.  What does Rapture Trading do?

11  A.  They used to have a store in Philadelphia.

12  Q.  What kind of a store?

13  A.  Clothing store.

14  Q.  Who owned it?

15  A.  I don't know.

Page 93

080703.txt

16     Q.  Did this have anything to do with your clothing

17  business?

18     A.  No.

19     Q.  Was your husband in the clothing business

20  separately from you?

21     A.  American Merchandise.

22     Q.  Was this business somehow related to American

23  Merchandising?

24     A.  I don't think so, no.


ESQUIRE DEPOSITION SERVICE

106


1     Q.  Do you know a company called Best Buy Trading?

2     A.  I heard of the name.

3     Q.  In what connection did you hear that name?

4     A.  I think it might have done some business with

5  American Merchandise or World Apparel.  I don't know.

6     Q.  Do you know what kind of business they did with

7  it?

8     A.  No.

9     Q.  Did your husband own Best Buy Trading?

10     A.  No.

11     Q.  Do you know who did?

12     A.  No.

13     Q.  Did you hear of a company called Classico?

14     A.  Yes.

15     Q.  And what does Classico do or what did it do?

16     A.  Classico, they're in leather business.  My

17  brother owns that.

18     Q.  Your brother who lives in India owns that?

19     A.  No, one who lives in Amster.

Page 94

080703.txt

20    Q. Did you hear of a company called Rising Sun?

21    A. No.

22    Q. How about a company called WAP?

23    A. That's What About Products.

24    Q. And RUI?

ESQUIRE DEPOSITION SERVICE

107

1    A. Resource Utilization, Inc.

2    Q. What did Resource Utilization do?

3    A. It was a management company before United.

4    Q. Do you know who owns RUI?

5    A. It's not there anymore.

6    Q. Rising Sun?

7    A. Who?

8    Q. Do you know who owns Rising Sun?

9    A. No.

10    Q. Do you know who owns Rapture Trading?

11    A. No.

12    Q. Do you know a company called Kutztown

13  Advertising?

14    A. No.

15        MR. KIDD:  Give us about minutes and maybe

16  we can wrap up.

17        (Recess.)

18        THE VIDEOGRAPHER:  We're back on the record.

19  The time is 4:14.

20  BY MR. HERMANN:

21    Q. Mrs. Bagga, we're going to show you a videotape

22  here and ask you a couple questions about it.  It begins

Page 95

080703.txt
23    with July 20th, 2003, 12:15 pm.

24              MR. TABAS:  Keep watching.


                ESQUIRE DEPOSITION SERVICE

                                                    108


 1              MR. HERMANN:  The tape ended at, I think, 34

 2    minutes after the hour began, I think at 15 minutes; so,

 3    obviously, there was a start and stop there someplace.

 4    BY MR. HERMANN:

 5        Q.   Did you have a chance to observe the videotape?

 6        A.   Now?

 7        Q.   Yes.

 8        A.   Yes.

 9        Q.   Do you recognize the car?

10        A.   Yes.

11        Q.   What car is that?

12        A.   It's the Jeep.

13        Q.   It's your Jeep?

14        A.   Yes.

15        Q.   Do you recognize the driver.

16        A.   Yes.

17        Q.   Who's the driver?

18        A.   Paul Bagga.

19        Q.   Do you recognize the location?

20        A.   No.

21        Q.   Does July 20th, is about -- is 18 days ago.

22        A.   Yes.

23        Q.   As you sit here without anything to refresh your

24    recollection, do you know what he was doing on July


                ESQUIRE DEPOSITION SERVICE
                       Page 96

080703.txt

109

1    20th?

2        A.  I don't know.  I was not here.

3        Q.  Do you know whether equipment that's used in

4    Arby's restaurants is stored in sheds that look like the

5    ones that you just saw in that videotape?

6        A.  I've never seen anything.  I've never seen any of

7    the storage sheds, so I don't know.

8        Q.  Do you know that some Arby's restaurant and

9    office equipment is, in fact, stored in sheds at this

10   time?

11       A.  Yes.

12       Q.  How do you know that?

13       A.  Calls the office to write a check to some storage

14   company, I know there's a storage somewhere.

15       Q.  I want to go back and cover one or two things

16   that we partly addressed before.

17           Did you not have a computer in your office before

18   May of 2003?

19       A.  No, I don't think I had a separate computer, no.

20       Q.  Did you use a computer in the office before May

21   of 2003?

22       A.  No.

23       Q.  When you needed something written in the office

24   before May of 2003, what did you do?

ESQUIRE DEPOSITION SERVICE

110

1        A.  I would just use one of the computers, somebody's

Page 97

080703.txt

2    computer.

3      Q.  Did you use those computers to write letters?

4    Again, I'm speaking of the period before May, 2003.

5      A.  No, I don't think so.

6      Q.  What did you use people's computers for?

7      A.  Check my e-mail or something, check the weather,

8    AOL.

9      Q.  Anything else?

10     A.  No.

11     Q.  Not for any business purposes?

12     A.  No.

13     Q.  Never?

14     A.  I don't remember.

15     Q.  Is your office building on Bethlehem Pike up for

16   sale?

17     A.  No.

18     Q.  Which businesses are located there?

19     A.  All of them.

20     Q.  All of the various Bagga family-related business

21   that I've asked you about?

22     A.  Uh-huh.

23     Q.  If they have an office, it's located there?

24     A.  Yes.


ESQUIRE DEPOSITION SERVICE

                                                    111


1      Q.  Does K and P Realty receive money from anybody or

2    any entity?

3      A.  It receives money from Welcome.

4      Q.  And how much money does it receive from Welcome?

5      A.  I don't remember the exact amount.  It pays rent.
                        Page 98

080703.txt

6  Q. Welcome Group pays rent to K and P Realty?

7  A. Um-hum

8  Q. For what?

9  A. For the different locations, for the five

10 locations.

11  Q. And it makes five separate payments or one

12 payment?

13  A. Five separate payments.

14  Q. How much a year does K and P Realty get from

15 Welcome Group for rent?

16  A. I don't remember the exact amount, exact figure.

17  Q. What does K and P Realty do with the rent money

18 that it gets?

19  A. It pays the debt service, taxes and other

20 expenses.

21  Q. After it pays the debt service, taxes and other

22 expenses, is there money left over?

23  A. Yes, there's some money left over.

24  Q. And what happens to that money?

ESQUIRE DEPOSITION SERVICE

112

1  A. It's there.

2  Q. It's retained in the corporation?

3  A. It's used for like big expenses for K and P.

4  Q. My question was, after the expenses of K and P

5 have been fully paid, is there any income left over?

6  A. Yes. There's some income left over, some money

7 left over.

8  Q. And who gets the income from K and P Realty, if

Page 99

080703.txt

9    there's left?  If there's net income there, who gets it?

10    A.  I would get it.

11    Q.  Have you, in fact, gotten any net income from K

12    and P Realty in the last three years?

13    A.  I don't remember.  I know last couple of years

14    there was still money owed to K and P because the money

15    wasn't paid.

16        So, in fact, the company actually owed money to K

17    and P because all the rents were not paid last year.  It

18    shows in the tax returns.

19            (Pertinent portion of the record was read by

20    the court reporter.)

21            THE VIDEOGRAPHER:  Back on the record.

22    4:25.

23    BY MR. HERMANN:

24    Q.  Mrs. Bagga, are you saying that in the last three

ESQUIRE DEPOSITION SERVICE

113

1    year, K and P Realty, in fact, didn't have any net

2    income?

3    A.  I don't think so.

4    Q.  How would you know?

5    A.  I would have to look at the papers and the tax

6    returns.

7    Q.  Is that something you've ever done before?

8    A.  Not really.  From what I remember, there's money

9    owed to K and P.

10    Q.  In a large enough amount so that K and P has no

11    income.

12        Is that what you're saying?  No net income.

Page 100

080703.txt

13    A.  Yes, I think so.

14    Q.  Does K and P file a tax return?

15    A.  I don't remember if it's a separate tax return.

16    I told you, I don't really look at the tax -- or if it's

17    an attachment to the personal tax return.

18        It's filed somewhere somehow.  I don't know

19    exactly how it's done.

20    Q.  Now, I asked a series of questions before about

21    American Merchandising and its transactions with World

22    Apparel.

23        Did American Merchandising do business with any

24    other company besides World Apparel?

ESQUIRE DEPOSITION SERVICE

114

1    A.  It probably did but I don't know.

2    Q.  What makes you think it probably did?

3    A.  It was in business.  They did business with

4    various companies.

5    Q.  Do you know that or are you assuming that?

6    A.  I'm assuming that.

7    Q.  Did it do business with a company called Ten

8    Tigers?

9    A.  I don't remember.  Yes, sounds familiar.

10    Q.  What does that name mean to you, Ten Tigers?

11    A.  It's a familiar name, but I don't know how or

12    what business it was.

13    Q.  Is that a company that was owned by the Chawlas?

14    A.  I don't know who owned the company.

15    Q.  Have you told me everything you know about Ten

Page 101

080703.txt

16    Tigers?

17       A.  Yes.

18       Q.  You recognize the name.  You don't know anything

19    else about it?

20       A.  Uh-huh.

21       Q.  Have you received any loans personally from any

22    of the Chawlas?  You personally, not in the companies

23    but you personally.

24       A.  No.


                    ESQUIRE DEPOSITION SERVICE

                                                          115


1       Q.  Has Paul Bagga received any loans from the

2    Chawlas?

3       A.  I don't know that.

4       Q.  Are you currently getting a paycheck from 21st

5    Century Realty Solutions?

6       A.  Yes, I'm getting a paycheck, yes.

7       Q.  And how much are you being paid by them?

8       A.  It's like 1500 or some dollars every two weeks.

9       Q.  Are you getting a paycheck from any other

10    company?

11       A.  No.

12       Q.  Now, before there was 21st Century Realty

13    Solutions, there was United Management.

14          I'm sorry, 21st Century Restaurants.

15       A.  Yes.

16       Q.  You were getting a check from United Management;

17    right?

18       A.  Yes.

19       Q.  How much were you being paid by United
                    Page 102

080703.txt

20    Management?

21       A.  About 1500 dollars.

22       Q.  1500 dollars?

23       A.  Every two weeks.

24       Q.  Approximately, 36,000 dollars a year?

ESQUIRE DEPOSITION SERVICE

116

1        A.  Yes.  Something like that.

2        Q.  For how many years in the past were you being

3    paid that amount?

4        A.  Long time.  Few years.

5        Q.  In, let's say, since the year 2000, since the

6    beginning of 2003, were you getting a paycheck from any

7    other company?

8        A.  I don't remember.

9        Q.  Were you getting any distributions of capital

10   from any other company?

11       A.  No.

12       Q.  Were you getting distributions of income from any

13   other company?

14       A.  No, not that I'm aware.

15       Q.  So your only source of income, personally, in

16   2000, 2001 and 2002, was the paychecks you were

17   receiving from United Management?

18       A.  Yes.

19       Q.  Mrs. Bagga, during the year of 2000, did you

20   write checks for American Merchandising?

21       A.  Yes.

22       Q.  So I'm going to represent to you that during the

Page 103

080703.txt
23    year 2000, American Merchandising wrote at least a dozen

24    checks to Ten Tigers in an amount exceeding 6 million

ESQUIRE DEPOSITION SERVICE

117

1    dollars.

2        Do you have any idea what those checks were for?

3        A.  Probably for buying or selling, buying some

4    merchandise.

5        Q.  Before you would write checks totaling 6 million

6    dollars, would you review any paperwork?

7        A.  No.  I signed the checks, I didn't review them.

8        Q.  Who, if anyone, told you to write those checks?

9        A.  Paul.

10       Q.  And is it your testimony, you had no backup

11   whatsoever before writing checks at those amounts?

12       A.  No, I didn't see him.

13       Q.  Now, I'm also going to represent to you that as

14   of the end of 1999, that the balance sheet, the trial

15   balance of American Merchandising, showed that more than

16   1.2 million dollars was due to SJM Trading.

17       Do you know what SJM Trading is?

18       A.  No.

19       Q.  Do you know whether that's owned by the Chawlas?

20       A.  I don't know who owns it.

21       Q.  Did you ever hear the name SJM Trading Company in

22   connection with the equipment that was bought for the

23   Arby's restaurants?

24       A.  No.

ESQUIRE DEPOSITION SERVICE
Page 104

080703.txt

118

1    Q.  Did anyone ever ask you to write a check to SJM

2  Trading for the 1.2 million dollars that was due to it?

3    A.  I don't remember that.

4    Q.  Now, I'm also going to represent to you that a

5  year later, on the trial balance for the year 2000, it

6  was the same entry for SJM Trading, except which,

7  instead of being 1.2 million, was a little under 700,000

8  dollars.

9       Did you write checks during the year -- during

10  the year 2000 to SJM Trading to reduce that

11  indebtedness?

12    A.  I don't remember.

13    Q.  Did you ever hear of a company called Mega

14  Management, M-E-G-A?

15    A.  No.

16    Q.  Mrs. Bagga, I'd like not to have to ask you this

17  question but I do.

18       Do you have an intimate relationship with Ravi

19  Chawla?

20       MR. KIDD:  I'm instructing her not to answer

21  that question.

22       MR. HERMANN:  You're not in a position to

23  instruct her not to answer.

24       If you do, we'll seek a ruling from Judge

119

1  Reed who's already determined in this case that there

Page 105

080703.txt

2   are no --

3          MR. KIDD:  I'm going to instruct her to

4   invoke her rights under the Fifth Amendment, since Mr.

5   Ravi is under criminal investigation in three different

6   places.

7          So invoke your rights with regard to that

8   question.

9          MR. HERMANN:  You're invoking the Fifth

10  Amendment privilege for this witness on the grounds of

11  someone else's criminal investigation?

12         MR. KIDD:  Invoke the Fifth Amendment.

13         MR. HERMANN:  I'm telling you right now, I'm

14  going to seek sanctions against you if you do that.  If

15  you're going to invoke Fifth Amendment for this witness

16  on the grounds of someone else's incrimination.

17         MR. KIDD:  I think, very well, if they had a

18  romantic relationship, they could be involved in a

19  criminal enterprise together, pretty simple

20  relationship.

21         So she's not going to give you any

22  indication what their relationship is, since he's also

23  the subject of criminal investigation, she may be a

24  party to it.


ESQUIRE DEPOSITION SERVICE

                                                    120



1          I believe there's a valid good faith basis

2   invocation of the Fifth Amendment in this case.

3          Invoke the Fifth Amendment.

4          BY MR. HERMANN:  Do I understand, Ms.

5   Mathews, you're not directing her not to answer at this

Page 106

080703.txt

6    point?

7             MR. KIDD:  She is not.  I'm directing -- not

8    directing you.  I'm asking you, recommending to you, to

9    invoke your rights.  Do you want to invoke your rights

10   or not?

11            Do you want to talk to me for a moment?

12            THE WITNESS:  Okay.

13            MR. KIDD:  Let's talk.

14            THE VIDEOGRAPHER:  Off the tape.

15            (Recess.)

16            MR. KIDD:  She'll answer the question.

17            THE VIDEOGRAPHER:  Back on the record.

18   4:40.

19            MR. HERMANN:  Do you want to read the

20   question back?

21            THE VIDEOGRAPHER:  Off the tape, 4:40.

22            (Recess.)

23            MR. KIDD:  Back on the record.

24            THE VIDEOGRAPHER:  Back on the record, 4:42.


                  ESQUIRE DEPOSITION SERVICE

                                                    121


1             (Pertinent portion was read by the court

2    reporter.)

3             MR. KIDD:  May I ask you, are you speaking,

4    when you say "intimate," do you mean a sexual

5    relationship?

6             MR. HERMANN:  I mean a sexual, romantic

7    relationship.

8             MR. KIDD:  In that context, you can answer

                  Page 107

080703.txt

9      the question.

10        A.  No.

11        Q.  Have you ever had a sexual relationship with Mr.

12     Chawla?

13        A.  No.

14            MR. KIDD:  Are you almost finished?

15            MR. HERMANN:  I am.

16            MR. KIDD:  Mr. Hermann, we're going to go

17     back over, I believe there's a series of maybe eight or

18     ten questions that were asked where we invoked the Fifth

19     Amendment.

20            We're now going to go over all of those

21     questions and we will answer them for you.  I've asked

22     the young lady to mark those in whatever manner she

23     does, and she will pull them up and we will then go over

24     them.

ESQUIRE DEPOSITION SERVICE

122

1            If you want to have follow-up questions, you

2      can.  But I would like to either rescind our invocation

3      of the Fifth Amendment on all of those questions, and I

4      believe on all questions that were asked today.

5            MR. TABAS:  Before you do that, I would like

6      to take one break to talk to my colleagues for a minute.

7            MR. KIDD:  You're not going to let me

8      rescind the invokation?

9            MR. TABAS:  Yes, you are.  I just need to

10     tell them something before --

11            MR. KIDD:  All right.

12            THE VIDEOGRAPHER:  Off the tape 4:44.
               Page 108

080703.txt

13          (Recess.)

14          MR. KIDD:  Back on.

15          THE VIDEOGRAPHER:  Back on the record.

16     4:47.

17          MR. KIDD:  Miss, could you read back he

18     eight or ten questions that I had you mark during the

19     intermission?

20          (The following was read by the court

21     reporter:

22          "Who made the entry in the computer that

23     reflected any information that was produced to us."

24          MR. KIDD:  You can answer the question.


                ESQUIRE DEPOSITION SERVICE
                                                    123


1     A.  Are you talking about the entries in my

2     computer?

3          (Pertinent portion of the record is read.)

4     A.  I did.

5          MR. KIDD:  Mr. Hermann, do you want to

6     follow up on each question or wait till the end?

7          MR. HERMANN:  I'd rather follow up on each

8     one as we go along.

9          MR. KIDD:  There's about eight or ten.

10          MR. HERMANN:  I don't think I have any on

11     that one.

12          MR. KIDD:  Next question?

13          (The following was read by the court

14     reporter:

15          "What's your e-mail address?"

                Page 109

080703.txt

16      A.  Kbagga@AOL.com.

17      Q.  Has that always been your e-mail address?

18      A.  Yes.

19              MR. KIDD:  Next question.

20              (The following was read by the court

21      reporter:

22              "Do you make a practice of reading your tax

23      returns before you sign them?

24              MR. KIDD:  Answer the question.


                    ESQUIRE DEPOSITION SERVICE

                                                        124


1       A.  No, not really.

2       Q.  What do you mean not really?

3       A.  I mean, I just sign it.  Paul tells me the tax

4       returns and I just sign it.  I don't read through the

5       whole thing.

6       Q.  Do you read through any of it?

7       A.  Not really.  I just sign it.

8               MR. KIDD:  Is it all right to proceed, Mr.

9       Hermann?

10              MR. HERMANN:  Yes.

11              MR. KIDD:  Next one.

12              (The following was read by the court

13      reporter:

14              "Have you ever had any discussions with

15      either Norm Cahan or any other accountants about your

16      tax returns?"

17              MR. KIDD:  Answer the question.

18      A.  I might have.  I don't remember.  He prepared the

19      tax returns, so --

                    Page 110

080703.txt

20    Q.  Your testimony is that you never spoken to Norm

21  Cahan about the contents of your tax returns?

22    A.  No.

23          MR. KIDD:  Next question.

24          (The following was read by the court

ESQUIRE DEPOSITION SERVICE

125

1   reporter:

2           "Have you made any applications for loans in

3   the past two years?"

4           MR. KIDD:  Answer the question.

5    A.  Yes.

6    Q.  Are these applications for bank loans?

7    A.  It was for house refinancing.

8    Q.  That's your personal residence?

9    A.  Yes.

10   Q.  Is that the Washington mutual loan?

11   A.  Yes.

12   Q.  Have you made any other loan applications in the

13  past two years?

14   A.  The office building, 714 Bethlehem Pike.

15   Q.  That's the 244,000 dollar loan on that?

16   A.  Yes.

17   Q.  And what's the Bank there?

18   A.  Sovereign Bank.

19   Q.  In connection with those loan application, did

20  you provide copies of financial statements, personal

21  financial statements?

22   A.  Paul did.

Page 111

080703.txt

23    Q.  Did you review either one of those before the

24    loan application was submitted?

ESQUIRE DEPOSITION SERVICE

126

1     A.  No.

2     Q.  Do you continue to maintain copies of those loan

3     applications?

4     A.  No.

5           MR. KIDD:  Next question.

6           (The following was read by the court

7     reporter:

8                "Have you guaranteed the repayment of a loan

9     that somebody else took out in the last couple years?")

10    A.  I don't remember.

11          (The following was read by the court reporter:

12               "Can you tell me the names of all the banks on

13    which you deposited money on behalf of Bagga Enterprises

14    or United Management in the last two years?")

15    A.  Yes, Sovereign Bank, PNC Bank, Commerce Bank,

16    Citizens Bank, First Union Bank.  I think that's about

17    it.

18    Q.  To the best of your recollection, did you make

19    any cash deposits in any of those banks in that period

20    of time?

21    A.  Yeah, I might have.

22    Q.  Well, you might not have also; right?

23    A.  Yes.

24    Q.  Do you remember doing so?

080703.txt

127

1      A.  I told you earlier, sometimes, if one account

2   needs some money, and you deposit a check, you don't get

3   the credit right of it; so you have to take the cash out

4   and put cash in the account so the account is covered.

5      Q.  I'm talking about cash from an outside source.

6          Did you at any time during those two years

7   deposit cash from an outside source into those accounts?

8      A.  I don't remember that.

9          MR. KIDD:  All right, Mr. Hermann, to

10   proceed?

11          MR. HERMANN:  Yes.

12          (The following was read by the court

13   reporter:

14          "Now, another of your functions is writing

15   checks for those businesses?

16          Answer:  Not anymore, no.

17          Question:  Was there a time when that was

18   one of your functions?"

19          MR. KIDD:  Do you understand the question?

20   BY MR. HERMANN:

21      Q.  The question was, was there a time when writing

22   checks was one of your questions?  But I think you

23   already answered that.

24      A.  Yes.


ESQUIRE DEPOSITION SERVICE

128

1          (The following was read by the court reporter:

Page 113

080703.txt

```
 2            "Can you tell me the names of all of the banks on

 3    which you have, on behalf of Bagga Enterprises, United

 4    Management or any other of the family-related

 5    businesses, written checks in the past two years?

 6            MR. KIDD:  Answer the question.

 7       A.  I'm sorry.  Did you say entities or the banks?

 8            (The following was read by the court reporter:

 9            "Can you tell me the names of all of the banks on

10    which you have, on behalf of Bagga Enterprises, United

11    Management or any other of the family-related

12    businesses, written checks in the past two years?")

13       A.  All the banks I just mentioned.

14       Q.  Any others?

15       A.  No, I don't remember any of them.

16       Q.  And those are Sovereign, PNC, Commerce, Citizens

17    and First Union?

18       A.  Yes.

19            (The following was read by the court reporter?

20            "Have you set up any trusts in the last two

21    years?")

22            MR. KIDD:  Answer the question.

23       A.  No.

24            (The following was read by the court reporter:
```

ESQUIRE DEPOSITION SERVICE

129

```
 1            "Have you transferred any real or personal

 2    property in the last six years?")

 3            MR. KIDD:  Answer the question.

 4       A.  Yes.

 5       Q.  What property was that?
```
                        Page 114

080703.txt

6     A.  We sold a house.

7     Q.  Apart from the sale of your house, any other

8   transfers?

9     A.  We did the transfer between Jamuna and K and P

10  Real Estate.

11    Q.  What was the nature of that transaction?

12    A.  Jamuna Real Estate was owned 50 percent by me and

13  50 percent by Paul and so was K and P Real Estate.

14        So Paul transferred the K and P 50 percent to me

15  and I transferred 50 percent of Jamuna to Paul.

16    Q.  And what was the purpose of that switch?

17    A.  I don't know.  I thought it was an even switch.

18    Q.  Do you now think otherwise?

19    A.  No.

20    Q.  Was there any other transfers besides those two?

21    A.  No, I don't remember.

22        (The following was read by the court reporter:

23        "Did you ever borrow any money from the Singh

24  Brothers' trust?

ESQUIRE DEPOSITION SERVICE

130

1     A.  I don't remember.

2        (The following was read by the court reporter:

3        "Do you know whether Amar Singh is one of the

4   Singh Brothers in the Singh Brothers' trust?

5     A.  I don't know.

6           THE COURT REPORTER:  I believe that's it.

7           MR. HERMANN:  No further questions.

8           THE VIDEOGRAPHER:  That concludes today's

Page 115

080703.txt
```
 9   deposition.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

ESQUIRE DEPOSITION SERVICE

131

```
 1              C E R T I F I C A T E

 2

 3          I, Maureen McCarthy, a Certified

 4   Shorthand Reporter and Notary Public of the

 5   State of New Jersey, do hereby certify that

 6   prior to the commencement of the examination,

 7   the witness and/or witnesses were sworn by me

 8   to testify to the truth and nothing but the

 9   truth.

10          I do further certify that the

11   foregoing is a true and accurate

12   computer-aided transcript of the testimony as
```

Page 116

080703.txt

13   taken stenographically by and before me at the

14   time, place and on the date hereinbefore set

15   forth.

16          I do further certify that I am

17   neither of counsel nor attorney for any party

18   in this action and that I am not interested in

19   the event nor outcome of this litigation.

20

21          _____
               Certified Shorthand Reporter
22             XI01730
               Notary Public of New Jersey
23             My commission expires 5-08-06

24   Dated: _____


ESQUIRE DEPOSITION SERVICE

2:43 PM
08/07/03
Accrual Basis

# American Merchandise Company, Inc.
## Transactions by Account
### As of December 31, 2000

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Due T / F Ten Tigers** | | | | | | | |
| Check | 2/23/2006 | 5145 | Ten Tigers | | | Sovereign Bank | 376,729.00 |
| Check | 5/26/2000 | WIRE | FUJIWARA INDUSTRIAL CO LTD | | | Sovereign Bank | 0.00 |
| Check | 5/30/2000 | wire | FUJIWARA INDUSTRIAL CO LTD | | | Sovereign Bank | 300,000.00 |
| Check | 6/2/2000 | WIRE | FUJIWARA INDUSTRIAL CO LTD | | | Sovereign Bank | 630,000.00 |
| Check | 6/7/2000 | 5231 | FUJIWARA INDUSTRIAL CO LTD | | | Sovereign Bank | 700,000.00 |
| Check | 6/8/2000 | WIRE | Ten Tigers | | | Sovereign Bank | 350,000.00 |
| Deposit | 6/13/2000 | | Ten Tigers | VOID | X | Sovereign Bank | -50,000.00 |
| Check | 6/30/2000 | WIRE | Ten Tigers | | | Sovereign Bank | 1,400,000.00 |
| Check | 6/30/2000 | 5254 | Ten Tigers | | | Sovereign Bank | 1,400,000.00 |
| Check | 6/30/2000 | 5262 | Ten Tigers | | | Sovereign Bank | 1,400,000.00 |
| Check | 7/1/2000 | AUTO | Ten Tigers | | | Sovereign Bank | 650,000.00 |
| Check | 7/11/2000 | | Sterling International Mercantile Inc | | | Sovereign Bank | 200,000.00 |
| Check | 9/21/2000 | 5233 | Ten Tigers | TEN TIGERS | | Sovereign Bank | 70,200.00 |
| Check | 11/2/2000 | 5319 | Ten Tigers | | | Sovereign Bank | 847,412.50 |
| Deposit | 11/7/2000 | | Ten Tigers | PO # 1101-01 | | Sovereign Bank | -630,000.00 |
| Deposit | 11/10/2000 | WIRE | Ten Tigers | CH#204 | | Sovereign Bank | -630,000.00 |
| Check | 11/27/2000 | 5901 | Ten Tigers | | | Sovereign Bank | 60,360.96 |
| Check | 12/20/2000 | WIRE | Ten Tigers | | | Sovereign Bank | 2,000,000.00 |
| **Total Due T / F Ten Tigers** | | | | | | | 7,674,702.46 |
| **TOTAL** | | | | | | | 7,674,702.46 |

Page 1

# Khushi Checking Account Summary
8/6/2003

## Account Attributes

| | |
|---|---|
| Account Name | Khushi Checking |
| Description | |
| Financial Institution | Sovereign Bank FSB |
| Account Number | |
| Transaction Download | Not Available |
| Quicken Bill Pay | Activate Quicken Bill Pay |

## Account Status

| | |
|---|---|
| Current Balance | 3,295.85 |
| Last Transaction | 6/10/2003 |
| Last Reconcile | 5/27/2003 |

## Account Balance                 August 2003



## Expenses                 August 2003

No data is available for the selected:
- date range
- accounts
- categories
- classes

# Check Register

Khushi Checking
8/6/2003

| Date | Num | Transaction | Payment | C R | Deposit | Balance |
|------|-----|-------------|---------|-----|---------|---------|
| 4/10/2003 | | Opening Balance<br>cat:    [Khushi Checking] | | R | 14,981.87 | 14,981.87 |
| 4/10/2003 | 1470 | Contemporary Aquatics<br>cat:    Household<br>memo:    Inv # 1011, | 310.53 | R | | 14,671.34 |
| 4/10/2003 | 1482 | Quality Pool Care<br>cat:    Household<br>memo:    Prepay opening and closing | 1,515.15 | R | | 13,156.19 |
| 4/10/2003 | 1488 | cat:    Education<br>memo:    POOJA | 5,150.00 | R | | 8,006.19 |
| 4/10/2003 | 1489 | cat:    Education<br>memo:    chetan fee | 3,579.00 | R | | 4,427.19 |
| 4/10/2003 | 1490 | Sprint PCS<br>cat:    Utilities, Bus | 113.59 | R | | 4,313.60 |
| 4/10/2003 | 1491 | Surinder Maniktala<br>cat:    Int Paid | 1,500.00 | R | | 2,813.60 |
| 4/10/2003 | 1492 | Direct TV | 82.60 | R | | 2,731.00 |
| 4/10/2003 | 1493 | Neiman Marcus | 200.00 | R | | 2,531.00 |
| 4/10/2003 | 1494 | Dish Network | 126.08 | R | | 2,404.92 |
| 4/11/2003 | | Deposit<br>cat:    Invest Inc<br>memo:    K & P Real Estate | | R | 7,500.00 | 9,904.92 |
| 4/11/2003 | 1496 | Saks Fifth Ave | 8.47 | R | | 9,896.45 |
| 4/11/2003 | 1497 | Bloomingdales | 247.45 | R | | 9,649.00 |
| 4/11/2003 | 1498 | Comcast | 88.47 | R | | 9,560.53 |
| 4/11/2003 | 1499 | Bob's Appliance<br>memo:    Basement Dishwasher | 101.18 | R | | 9,459.35 |
| 4/11/2003 | 1714 | Bancard Services | 300.00 | R | | 9,159.35 |
| 4/11/2003 | 1715 | Chase | 574.01 | R | | 8,585.34 |
| 4/11/2003 | 1716 | Citi Cards | 93.70 | R | | 8,491.64 |
| 4/11/2003 | 1717 | A T & T | 111.61 | R | | 8,380.03 |
| 4/11/2003 | 1718 | PECO | 1,060.89 | R | | 7,319.14 |
| 4/11/2003 | 1720 | BMW<br>cat:    Auto | 977.95 | R | | 6,341.19 |
| 4/11/2003 | 1721 | State Of Delaware<br>cat:    Misc<br>memo:    Paul's Ticket | 50.25 | | | 6,290.94 |
| 4/11/2003 | 1722 | V 3 Global | 106.55 | R | | 6,184.39 |
| 4/16/2003 | | Sovereign Bank<br>cat:    Miscellaneous, Bus<br>memo:    /l/c payment | 20.00 | R | | 6,164.39 |
| 4/18/2003 | 1719 | A T & T WIRELESS<br>memo:    Chetan Cell | 169.62 | R | | 5,994.77 |
| 4/29/2003 | 1723 | American Express | 1,779.32 | R | | 4,215.45 |
| 4/29/2003 | 1724 | BMW<br>cat:    Auto | 550.95 | R | | 3,664.50 |
| 4/29/2003 | 1725 | Verizon | 107.22 | R | | 3,557.28 |
| 4/29/2003 | 1726 | A T & T Universal Card | 2,500.00 | R | | 1,057.28 |

Check Register

Khushi Checking                                                                                    Page 2
8/6/2003

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 4/29/2003 | 1727 | Philadelhia Suburban Water Co | 428.62 | R | | 628.66 |
| 4/29/2003 | 1728 | MBNA | 760.00 | R | | -131.34 |
| 4/29/2003 | 1729 | Comcast | 88.48 | R | | -219.82 |
| 5/2/2003 | DEP | | | R | 6,000.00 | 5,780.18 |
| | | cat:        Other Inc | | | | |
| 5/9/2003 | | **VOID**INT CREDIT | | R | | 5,780.18 |
| 5/10/2003 | | Sovereign Bank | 2,020.50 | R | | 3,759.68 |
| | | cat:        Misc | | | | |
| | | memo:      Office Bldg | | | | |
| 5/10/2003 | | Sovereign Bank | 3,259.04 | R | | 500.64 |
| | | cat:        Misc | | | | |
| | | memo:      Loan Payment | | | | |
| 5/11/2003 | | Interest Earned | | R | 0.76 | 501.40 |
| | | cat:        Interest Inc | | | | |
| 5/12/2003 | DEP | | | | 8,273.00 | 8,774.40 |
| | | cat:        Other Inc | | | | |
| | | memo:      1550.89,158.,2441,1500,2643 | | | | |
| 5/12/2003 | DEP | Irene | | | 2,000.00 | 10,774.40 |
| | | cat:        Other Inc, Bus | | | | |
| | | memo:      Shawl Black | | | | |
| 5/12/2003 | DEP | | | | 18,583.12 | 29,357.52 |
| | | memo:      30,23,50 Delta,16467,95 Coke, 461.28 Ch... | | | | |
| 5/12/2003 | 1730 | Om Bahadur Tulachan | 4,000.00 | | | 25,357.52 |
| | | cat:        Salary | | | | |
| | | memo:      Renuka | | | | |
| 5/12/2003 | 1731 | Johny Dang | 9,120.00 | | | 16,237.52 |
| 5/16/2003 | 1502 | Direct TV | 41.32 | | | 16,196.20 |
| 5/16/2003 | 1733 | Bloomingdales | 58.00 | | | 16,138.20 |
| 5/16/2003 | 1734 | Bancard Services | 500.00 | | | 15,638.20 |
| 5/16/2003 | 1735 | Sprint PCS | 105.05 | | | 15,533.15 |
| | | cat:        Utilities, Bus | | | | |
| 5/16/2003 | 1736 | Citi Cards | 1,112.05 | | | 14,421.10 |
| 5/16/2003 | 1737 | A T & T Universal Card | 2,089.61 | | | 12,331.49 |
| 5/16/2003 | 1738 | A T & T | 78.02 | | | 12,253.47 |
| 5/16/2003 | 1739 | Chase | 276.02 | | | 11,977.45 |
| 5/16/2003 | 1740 | Dish Network | 121.85 | | | 11,855.60 |
| 5/25/2003 | 1481 | Cindy & Michael Proothi | 200.00 | | | 11,655.60 |
| | | cat:        Gifts Given | | | | |
| 5/26/2003 | 1480 | BRANDTRADE | 8,800.00 | | | 2,855.60 |
| 5/30/2003 | DEP | Pal Narula And Brandtrade | | | 14,800.00 | 17,655.60 |
| 5/30/2003 | 1581 | Direct TV | 41.32 | | | 17,614.28 |
| 5/30/2003 | 1584 | Philadelphia Private Bank | 3,500.00 | | | 14,114.28 |
| | | cat:        Misc | | | | |
| | | memo:      Sansom Street | | | | |
| 5/30/2003 | 1586 | Harish Peri | 750.00 | | | 13,364.28 |
| | | cat:        Rent | | | | |
| | | memo:      Chetan | | | | |
| 5/30/2003 | 1587 | Chetan Bagga | 1,000.00 | | | 12,364.28 |
| | | cat:        . Cash | | | | |

## Check Register

Page 3

Khushi Checking
8/6/2003

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 5/30/2003 | 1588 | Contemporary Aquatics<br>cat:      Household<br>memo:    Inv # 1079,1045 | 497.12 | | | 11,867.16 |
| 5/30/2003 | 1589 | MBNA | 900.00 | | | 10,967.16 |
| 5/30/2003 | 1590 | Quality Pool Care<br>cat:      Household<br>memo:    # 6697 | 274.88 | | | 10,692.28 |
| 5/30/2003 | 1591 | Terminix<br>cat:      Household | 90.10 | | | 10,602.18 |
| 5/30/2003 | 1592 | PECO | 849.58 | | | 9,752.60 |
| 5/30/2003 | 1593 | V 3 Global | 74.35 | | | 9,678.25 |
| 5/30/2003 | 1594 | Verizon | 103.45 | | | 9,574.80 |
| 5/30/2003 | 1595 | A  T & T Wireless<br>memo:    Chetan | 149.50 | | | 9,425.30 |
| 5/30/2003 | 1596 | American Express | 761.43 | | | 8,663.87 |
| 5/30/2003 | 1597 | Comcast | 88.48 | | | 8,575.39 |
| 6/1/2003 | | Sovereign Bank<br>cat:      Misc<br>memo:    Loan Payment | 3,259.04 | | | 5,316.35 |
| 6/10/2003 | | Sovereign Bank<br>cat:      Misc<br>memo:    Office | 2,020.50 | | | 3,295.85 |

## Check Register

Khushi Savings                                                                                    Page 1
8/6/2003

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 3/31/2003 | DEP | Khushi<br>memo:    Trf from Commerece | | R | 362,000.00 | 362,000.00 |
| 4/4/2003 | DEP | MBNA<br>memo:    0% financing till jul | | R | 23,000.00 | 385,000.00 |
| 4/8/2003 | DEP | | | R | 9,458.42 | 394,458.42 |
| 4/14/2003 | | Interest Earned<br>cat:    Interest Inc | | R | 202.22 | 394,660.64 |
| 5/12/2003 | DEP | <br>cat:    Misc<br>memo:    3000 Pradeep Tchk, 1500 Superfare | | | 4,500.00 | 399,160.64 |
| 5/12/2003 | DEP | Harish<br>cat:    Misc<br>memo:    bHANGRA oUTFITS | | | 1,000.00 | 400,160.64 |
| 5/12/2003 | | Sovereign Bank<br>memo:    American/United L/c | 100,000.00 | | | 300,160.64 |

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FL RECEIVABLE TRUST 2002-A
*Plaintiff*

    v.

BAGGA ENTERPRISES, INC.; JAMUNA REAL
ESTATE, LLC; UNITED MANAGEMENT SERVICES,
INC. and WELCOME GROUP, INC.
*Defendants*

**SUBPOENA IN A CIVIL CASE**

CIVIL ACTION NO: 02-CV-2710;
02-CV-2711;
02-CV-2080;
02-CV-2086

TO:   Kushvindar K. Bagga a/k/a Kushi Bagga
611 Creek Lane
Flowertown, PA 19031

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See the attached Exhibit "A".

| PLACE<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>One Penn Center, 19th Floor, 1617 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | DATE AND TIME<br>On or before<br>August 18, 2003 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Attorney for Plaintiff | DATE<br>August 11, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
Dorothy M. Claeys, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor, 1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 665-3000

451394

## EXHIBIT "A"

Any and all records relating to and including the tax returns for the business of K & P

and your personal tax returns from January 1, 2000 to the present; any and all hard drives or disks for

your home and/or personal computer from January 1, 2002 to the present; and any and all correspondence

written, prepared and/or sent by you from January 1, 2000 to the present.

451394

AO 88 (Rev. 1/94) Subpoena in a Civil Case

PROOF OF SERVICE

DATE  8/12/03          PLACE  611 Creek Lane   Flourtown PA 19031

SERVED

SERVED ON (PRINT NAME)  Kushi Bagga          MANNER OF SERVICE  Personal Service

SERVED BY (PRINT NAME)  Jim McGovern          TITLE  Process Server

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/12/03
DATE

SIGNATURE OF SERVER

7328 Rowan St  Phila PA 19152
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)  A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)  (A)    A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)    Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)  (A)    On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance;

(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)  subjects a person to undue burden.

(B)    If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)    DUTIES IN RESPONDING TO SUBPOENA.

(1)  A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)  When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

451394

## CERTIFICATE OF SERVICE

I, Robert H. Hermann, hereby certify that a true and correct copy of the foregoing Affidavit of Robert Hermann with annexed exhibits was served September 4, 2003 by overnight delivery service through United Parcel Service, with which we have an account, by depositing a true and correct copy of the aforesaid in an overnight wrapper and placed in the designated area before the scheduled pick-up and properly addressed to the last known addresses of the addressees as follows:

Monica Mathews, Esq.
Spector Gadon & Rosen, P.C.
Seven Penn Center
1635 Market Street - 7th Floor
Philadelphia, PA 19103

Victor Lipsky, Esq.
Lipsky & Brandt
1101 Market Street, Suite 2820
Philadelphia, PA 19103

Steven D. Usdin, Esq.
Adelman Lavine Gold & Levin, PC
Two Penn Center Plaza, Suite 1900
Philadelphia, PA 19102-1799

Robert H. Hermann