IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A, | : | CIVIL ACTION |
| Plaintiff, | : | NOS. 02-2080 |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC., et al., | : | 02-2711 |
| Defendants. | : | |

## ORDER

AND NOW, this 17th day of November, 2003, having been informed by counsel for the plaintiff that the defendant Welcome Group, Inc. is subject to bankruptcy proceedings and that counsel for the plaintiff inadvertently included Welcome Group, Inc. in its motion for an *ex parte* TRO (Doc. No. 36 in Civil Action 02-2080), and having requested that the name of Welcome Group, Inc. be eliminated from said motion and from the order of this court dated November 13, 2003 (Doc No. 40 in Civil Action 02-2080), it is hereby ORDERED that Welcome Group, Inc. is deleted from said motion and order.

_____
LOWELL A. REED, JR., S.J.