IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL Receivables Trust 2002-A,<br>    *Plaintiff*,<br><br>v.<br><br>Bagga Enterprises, Inc.<br>Jamuna Real Estate, LLC<br>United Management Services, Inc. and<br>Welcome Group, Inc.,<br>    *Defendants* | The Honorable Lowell A. Reed, Jr., S.J.<br><br>Civil Action No. 02-2710<br><br>Civil Action No. 02-2711<br><br>Civil Action No. 02-2080<br><br>Civil Action No. 02-2086 |

**ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of Plaintiff's Motion to Consolidate, it is hereby ORDERED and DECREED that the Motion is GRANTED, and the four cases listed above are consolidated.

BY THE COURT:

_____
Reed, Jr., S.J.

496915

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL Receivables Trust 2002-A,<br>            *Plaintiff*,<br><br>            v.<br><br>Bagga Enterprises, Inc.<br>Jamuna Real Estate, LLC<br>United Management Services, Inc. and<br>Welcome Group, Inc.,<br>                        *Defendants* | The Honorable Lowell A. Reed, Jr., S.J.<br><br>Civil Action No. 02-2710<br><br>Civil Action No. 02-2711<br><br>Civil Action No. 02-2080<br><br>Civil Action No. 02-2086 |

**MOTION TO CONSOLIDATE**

Plaintiff, FL Receivables Trust, by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 42(a), moves for an order consolidating the four above-captioned actions.

1. In each of the four above-captioned matters, the Court previously entered default judgments against the same four Defendants and in favor of the same Plaintiff. Each default judgment is based on a separate loan on which each defendant is either a borrower or a guarantor.

2. In each of the four above-captioned cases, Plaintiff is currently attempting to execute on the default judgments.

3. he Court and the parties are confronting substantially similar underlying facts and legal issues in all four cases with respect to discovery in aid of execution and tracing of assets.

4. One of the four defendants, Welcome Group, Inc., is currently in bankruptcy and protected by the attendant automatic stay. By Order dated March 5, 2004, and

496915

attached hereto as Exhibit "A," the Bankruptcy Court granted relief from the automatic stay for the express purpose of filing this Motion.

    5. Consolidation will greatly simplify the administration of these cases and thereby promote judicial economy.

    6. This Court has broad discretion to consolidate cases. <u>Ellerman Lines, Ltd. V. Atlantic & Gulf Stevedores, Inc.</u>, 339 F.2d 673, 675 (3d Cir. 1964), <u>cert</u>. <u>denied</u>, 382 U.S. 812 (1965).

    7. Defendants' counsel indicated to Plaintiff's counsel that Defendants have no opposition to this Motion.

    WHEREFORE, Plaintiff, FL Receivables Trust respectfully requests that this Court consolidate the above-captioned actions.

    Respectfully,

_____
William J. Leonard, Esquire
Richard P. Limburg, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
1617 John F. Kennedy Boulevard, 19th Floor
Philadelphia, PA  19103
215-665-3000
Attorneys for Plaintiff

496915